PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ALEXIS N. WANSAC (*pro hac vice forthcoming*)
alexis.wansac@pillsburylaw.com
JAKE B. MITCHELL (*pro hac vice forthcoming)*
jake.mitchell@pillsburylaw.com
SARAH T. STEHLE (*pro hac vice forthcoming*)
sarah.stehle@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:     650.233.4545

Attorneys for Plaintiff
ROBLOX CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>   Plaintiff,<br><br>  vs.<br><br>PLAYERAUCTIONS, INC.,<br><br>   Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br>1. **FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A))**<br>2. **FEDERAL TRADEMARK DILUTION (15 U.S.C. § 1125(C))**<br>3. **TRADEMARK COUNTERFEITING (15 U.S.C. § 1116(D))**<br>4. **FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**<br>5. **STATE COMMON LAW TRADEMARK INFRINGEMENT**<br>6. **STATE COMMON LAW PASSING OFF AND UNFAIR COMPETITION**<br>7. **TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br>8. **INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**<br>9. **UNJUST ENRICHMENT**<br>10. **INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Roblox Corporation ("Roblox" or "Plaintiff") hereby files this Complaint against Defendant PlayerAuctions, Inc. (referred to herein as "PlayerAuctions" or "Defendant") for injunctive relief and damages under the laws of the United States and the State of California and alleges as set forth below.

### NATURE OF THIS ACTION

1.    This is an action brought by Roblox Corporation to stop Defendant PlayerAuctions Inc. from infringing on Roblox's intellectual property, disrupting its virtual economy, and interfering with its contractual relationships.  Roblox is a global leader in the online gaming industry, providing a platform where millions of users create, play, and engage in immersive 3D experiences using Virtual Goods and Virtual Currency.  Roblox's success depends on its stewardship of a fair and trusted virtual economy—including careful management of both its Virtual Currency, Robux and its intellectual property portfolio.

2.    PlayerAuctions operates an unauthorized marketplace where third parties can (and do) sell Roblox user accounts, Robux, and other Virtual Goods, in direct violation of Roblox's Terms of Use and intellectual property rights.  These unauthorized sales undercut Roblox's legitimate business operations, confuse its users, and diminish Roblox's ability to control the pricing and distribution of its Virtual Goods.  Despite multiple cease-and-desist letters, PlayerAuctions has willfully continued its infringing and harmful activities.



Figure 1 – PlayerAuctions' Website Page Titled "Sell Roblox Items"[1]

3.    Through this action, Roblox seeks injunctive relief and damages to protect its platform, its virtual economy, and its relationships with its users from Defendant's unauthorized, unlawful, and malicious conduct.

---

[1]    *See* https://www.playerauctions.com/roblox-marketplace/ (last accessed Dec. 31, 2024).

1

2          **THE PARTIES**

           4.      Plaintiff Roblox is a Delaware corporation with its principal place of business in San

3    Mateo, California.

4          5.      Upon information and belief, Defendant PlayerAuctions is a Delaware corporation with

5    its principal place of business in Los Angeles, California.[2]

6          **JURISDICTION AND VENUE**

7          6.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331,

8    1338(a), 15 U.S.C. §§ 1116, 1121, and 1125, and 1367(a) because this action arises under the Lanham

9    Act (15 U.S.C. § 1051 *et seq.*).  Supplemental jurisdiction exists over Plaintiff's state law claims

10   under 28 U.S.C. § 1367, 28 U.S.C. § 1338(b), those claims being so related to the federal claims that

11   they form part of the same case or controversy and derive from a common nucleus of operative fact.

12         7.      Venue is proper in this District under 28 U.S.C. §§ 139l(b)(2) and 1400(a).  A

13   substantial part of the events giving rise to the claims occurred in this District.  Roblox has suffered

14   substantial harm within this District, including reputational damage and financial losses tied to

15   unauthorized sales targeting consumers in California.  Defendant's platform specifically enables

16   transactions with users in this District, and its advertising and marketing efforts have reached

17   consumers here.

18         8.      As detailed further herein, Defendant's conduct has targeted the state of California and

19   its residents, causing harm to Roblox's business operations centered in California. PlayerAuctions

20   actively solicits California users and facilitates transactions affecting Roblox's California-based

21   operations. This includes facilitating the unauthorized sale of Virtual Goods and Virtual Currency,

22   which undermines Roblox's control over its virtual economy and impacts its California-based servers.

23         **ROBLOX**

24         9.      Roblox employs approximately 2,800 staff and is widely recognized as an industry-

25   leading company, with over 300,000 developers globally contributing to its success.  Roblox has

26   consistently been listed among the top technology innovators, having been awarded honors related to

27   ───────────────

28   [2]  **Exhibit A**, PlayerAuctions's LinkedIn profile noting primary business location in Los Angeles,
     California.

innovation, diversity, and best places to work.

10.    At the center of Roblox's appeal is the technology that Roblox provides to the persons using the Roblox website or downloadable application (its "Users").  Roblox supplies its Users with software (including executable code, artwork, animation, and audio, among other items) ("Software") wherein Users create 3-D immersive gaming experiences (the "Experiences") accessible and playable by other Users.[3]

11.    Roblox's innovative technology and platform, the result of more than two decades of effort and investment, allow Roblox's Users to connect virtually with friends as they explore immersive 3-D Experiences using Roblox's technology (collectively referred to herein as the "Roblox Platform," "Roblox's Platform," or just the "Platform").

12.    As of the third quarter in 2024, Roblox had an average 88.9 million Daily Active Users.

13.    Over 34 million User-created Experiences exist on the Roblox Platform.  These Experiences form the core of Roblox's user-driven platform, making them central to Roblox's intellectual property portfolio.

14.    Roblox's Platform is accessed using a web browser to interact with servers located in California, where Roblox's content and virtual economy are centralized.

15.    In general, Users set their own goals and objectives.  Users interact with each other through trading, chatting, or participating in activities across the Experiences.

16.    Within Experiences, Users can battle demons and dragons, complete quests, adopt pets, fly, swim, drive their dream cars—whatever they can imagine.  The Roblox Platform, upon a User's login, gives the User choices as to what Experiences to play. For example:

---

[3]    All capitalized terms used herein but not otherwise defined have the meaning set forth in the Terms of Use or Roblox Dictionary

Figure 2 – Roblox Home Screen, Depicting Various Experiences

17.     Within Roblox's Experiences, Users are represented as customizable avatars, a virtual representation of the player (the "Avatars").  These Avatars start with a human-like shell to build from, and can stay that way, or can be built out in more imaginary ways.



Figure 3 – Roblox Avatars

18.    Roblox is free to Users.  However, Users can earn Virtual Currency known as Robux (herein, "Robux" or "Virtual Currency") by, among other things, making and selling Virtual Goods, such as avatar items or Experiences.

19.    User Avatars and gameplay within the Experiences are enhanced using a variety of imaginative items including clothing, accessories, weapons, pets, boats, cars, and more.  These items form the foundation of a dynamic virtual economy and are purchasable using Roblox's proprietary Virtual Currency (items, referred to herein as "Virtual Goods").

20.    In the first half of 2024 alone, 1.1 billion Virtual Goods were purchased through official Roblox channels.

21.    With more than 3.2 billion virtual transactions recorded in 2022, the Roblox economy is a thriving system — comparable to the GDP of certain smaller nations.

22.    Users further have the option to purchase Robux with real-world currency, making Robux a critical part of Roblox's business model and virtual economy.

## THE ROBLOX MARKS

23.    **Exhibit B** lists the trademarks belonging to Roblox, sorted by country (United States appearing on pages 34-36) (the "Marks"), and containing details such as filing date, registration date,

1   and registration number.

2          24.     In the United States and internationally, Roblox has coined the Marks, *inter alia*:

3   ROBLOX, ROBLOX STUDIO, and ROBUX.

4          25.     The ROBUX Mark, in particular, has been a distinctive identifier of Roblox's Virtual

5   Currency for over a decade, recognized in both gaming and legal communities for its widespread use

6   and association with Roblox's platform.

7          26.     Roblox has made use of its various of the Marks since at least 2004 (as to ROBLOX),

8   continuing through present day.

9                           **THE ROBLOX TERMS**

10         27.     Prior to being allowed to use the Roblox platform, Users are required to affirmatively

11  agree to the Terms of Use, Creator Terms, Community Standards, and Community Usage Guidelines

12  (collectively, the "Terms") which are publicly available on the Roblox website, attached as

13  **Exhibits C-E.**

14         28.     These Terms must be affirmatively assented to, and they are displayed on the Roblox

15  Sign-Up page in bold, color-contrasting, and hyperlinked text. Below is the screen presented to new

16  Users during the sign-up process.

17

18

19

20

21

22

23

24

25

26

27

28



Figure 4 – Roblox's Sign-Up Page

29.     As relevant herein, the Terms include, among others, the following provisions:

The Roblox Terms explicitly provide for the protection of content that Roblox creates and owns: "[t]he interfaces, graphics (including without limitation Roblox Classic Avatars and Modified Classic Avatars, as defined in Section 22 of the Creator Terms), trademarks, design, information, artwork, data, code, products, software, and all other elements of the Services, including the rights

therein and any derivatives." **Exhibit C** (Terms of Use § 6).  This content is termed "Roblox IP," and "*[e]xcept as allowed in the Roblox Terms* and any applicable Additional Terms, *you may not use any Roblox IP* contained in the Services *unless you obtain separate permission in each instance* from the owner." *Id*. (emphasis added).

Subject to Users' compliance with the Terms, Roblox grants its Users and creators "*a non-exclusive, limited, revocable, non-transferable license*" to use the Roblox services (including the Roblox Platform) purely for "[a User's] *own personal, entertainment use*."  **Exhibit C** (Terms of Use § 8) (emphasis added).

Roblox *expressly forbids Users* from making any effort to "lease, lend, *sell,* redistribute or sublicense *any part of the Services*" or otherwise use them "in any manner that infringes, misappropriates, or otherwise violates any intellectual property right." **Exhibit C** (Terms of Use § 8) (emphasis added).[4]

The Roblox Terms grant Roblox creators a "non-exclusive, limited, revocable, non-transferrable license to use such [o]ther Roblox [c]ontent solely on the Services and in connection with Creator's UGC."[5] **Exhibit C** (Creator Terms § 2.a.vi).

The Roblox Terms prohibit Users from using "the Roblox name" on "physical products or commercial content" or in connection with the "distribution or sale of any products or services." **Exhibit E** (Roblox Name and Logo - Community Usage Guidelines).

The Terms further prohibit Users from employing UGC in any "manner that is intended or reasonably likely to suggest or imply that Creator is affiliated with Roblox or that Roblox endorses Creator or its use of the applicable UGC." **Exhibit C** (Creator Terms § 1.b.viii).

The Roblox Terms direct that its Users "*may not use, acquire, or distribute Robux or Virtual Content*[6] except through the Services and *except as expressly allowed* by Roblox under these

---

[4]  The Terms grant Users the right to use Roblox Virtual Goods together with other Roblox intellectual property; the User does not acquire title to those items.

[5]  Per the Roblox Dictionary, UGC stands for "User Generated Content."

[6]  Per the Roblox Dictionary, Virtual Content includes "[a]ll UCG and Roblox created content – including all Virtual Items and In-Experience Items – available for acquisition by Users on the Services. Virtual Content has no real world equivalent value and Users do not acquire any enforceable legal rights in and to any Virtual Content based on any transaction on the Services."

Roblox Terms. Any attempt to do so constitutes a violation of the Roblox Terms, will render the transaction void, and may result in the immediate suspension or termination of your Account and your license to use Robux or Virtual Content. ***Roblox does not recognize or take responsibility for third-party services*** that allow Users to sell, transfer, purchase, or otherwise use Robux or Virtual Content, and ***any such use by a User is a violation of the Roblox Terms***." **Exhibit C** (Terms of Use § 3(c)) (emphasis added).

The Roblox Terms prohibit account sales. "Selling your Account or your access credentials to another User is strictly prohibited. Similarly, purchasing another User's Account or access credentials is strictly prohibited." (Terms of Use § 2(c)).

The Roblox Terms prohibit the use of "third-party services to buy, sell, trade, or give away Robux" which could be used on the Roblox Platform. **Exhibit D** (Community Standards, Roblox Economy).

The Roblox Terms provide that the specific restrictive provisions described above remain in effect and survive the termination of a User's right to use the Roblox Services. **Exhibit C** (Terms of Use § 17(b); Creator Terms § 12(c)).

30.    Any sale or transfer of Robux or Virtual Goods through unauthorized channels constitutes a violation of Roblox's intellectual property rights and contractual agreements with Users.

31.    The Terms provide commercially reasonable contractual protection of Roblox's rights in and to the Roblox Platform.

32.    Roblox has implemented commercially reasonable measures to ensure that all users affirmatively assent to its Terms of Use and related agreements. These measures include: (i) prominently displaying hyperlinked Terms of Use during the account creation process in bold, color-contrasting text, requiring affirmative acceptance before accessing Roblox services; (ii) enforcing the Terms through technical measures, such as account suspension and security protocols, to prevent unauthorized conduct; and (iii) ensuring compliance with applicable laws regarding minors, by incorporating parental controls, explicit disclaimers, and clear warnings about the need for parental guidance.

33.    Moreover, Roblox employs age-appropriate language and transparency to ensure that

1    users and their guardians understand the obligations imposed by the Terms.

2         34.    The Terms include choice-of-law and forum-selection clauses designating California

3    as the governing jurisdiction, ensuring uniform application of the rules across jurisdictions.

4                  **DEFENDANT'S BUSINESS AND UNAUTHORIZED CONDUCT**

5         35.    Defendant PlayerAuctions operates a website at the Internet domain name

6    PLAYERAUCTIONS.COM (the "PlayerAuctions Website").

7         36.    PlayerAuctions describes itself as a "top selling gamer marketplace … that provides a

8    secure player-to-player trading experience for buyers and sellers of online gaming products."[7] This

9    includes unauthorized sales of Roblox Virtual Goods and Virtual Currency, in direct violation of

10   Roblox's Terms and intellectual property rights: https://www.playerauctions.com/roblox-

11   marketplace/.

12        37.    Through the PlayerAuctions Website, and without Roblox's authorization or approval,

13   Defendant solicits and facilitates third-party sellers to post and sell Roblox User Accounts, Roblox-

14   related services, Robux, and Virtual Goods.  These unauthorized sales enable Users to purchase

15   advantages and goods in violation of the Roblox Terms, harming the integrity of Roblox's virtual

16   economy. Below is a screenshot of PlayerAuctions' Roblox "marketplace":

17

18

19

20

21

22

23

24

25

26

27

28

---

[7]   *See* https://www.playerauctions.com/ (last accessed Jan. 21, 2025).



Figure 5 – PlayerAuctions' Roblox "Marketplace"[8]

38.    Defendant improperly uses Roblox's Marks to advertise and sell Roblox User Accounts, Roblox-related services, Robux, and Virtual Goods.

39.    Defendant advertises across various websites, including YouTube[9] and Reddit[10], reaching millions of consumers across the country, including Users in California.  Defendant's advertisements amplify the scope of its infringing activities.

---

[8]    *See* https://www.playerauctions.com/roblox-marketplace/ (last accessed Jan. 21, 2025).

[9]    *See* https://www.youtube.com/@PlayerAuctionsOfficial (last accessed Jan. 21, 2025).

[10]    *See* https://www.reddit.com/user/PA_Reddit/ (last accessed Jan. 21, 2025).

1

2

3

4

5

6

7

8

9

10

11

12



13

Figure 6 - Video From @PlayerAuctionsOfficial's YouTube Channel[11]

14

40.    Defendant's advertisements include reference to its facilitation of its improper sales of

15

Roblox User Accounts, Roblox-related services, Robux, and Virtual Goods.  For example, consider

16

the following exchange between PlayerAuctions' official account ("PA_Reddit") on the popular

17

website Reddit and a person using Reddit ("mohamed_hero15").

18

19

20

21

22

23

24

25

26

27

28

---

[11]    *See* https://www.youtube.com/watch?v=bFrF7n3dXMY (last accessed Jan. 21, 2025).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**r/PlayerAuctions** · 1 yr. ago
mohamad__hero15

# any suggestion on how to check new game sales?

hi, I was thinking about expanding my service in other games as well but I can't really figure out which games do have the capacity to sell or even do new games have any buyers. does anyone have a suggestion for how to analyze the sales in other games?

**PA_Reddit** · 1y ago ·

Hi OP. I feel other sellers would be able to give you the best answer to this, but here's one way I can suggest when determining how well a particular game title is doing.

For this example, I used the second page of Roblox items (any page works if you're going to check it).

https://www.playerauctions.com/roblox-items/?sPid=0&PageIndex=2

Check here for the image sample:
https://i.imgur.com/Jy4JZ3B.png

Notice the star rating of each seller? And that there's a number to the right? That number is the amount of feedback the seller has received for this specific game title and category (whether it be Account, Currency, Item, or Power Leveling).

It stands to follow that the higher the number is and the higher the amount of sellers with a high number of feedback, **the more likely it is that the game title is currently doing well**.

This is just a gauge, but a safe one, nonetheless. Hope this helps.

Figure 7 - Reddit Request & PlayerAuctions' Response Referencing Roblox[12]

---

[12]  *See*   https://www.reddit.com/r/PlayerAuctions/comments/15xyzq4/any_suggestion_on_how_to_check_new_game_sales/?rdt=36729 (last accessed Jan. 21, 2025).

41.     Defendant profits from sales of Roblox User Accounts, Roblox-related services, Robux, and Virtual Goods that use Roblox Marks.  A significant portion of Defendant's profits have been derived from sales to Users in California.

42.     The Virtual Currency and Virtual Goods for use in Roblox Experiences sold using Defendant's services are sold for real-world currency, often at prices that are substantially lower than those paid by Users who obtain their Virtual Currency or Virtual Goods through authorized Roblox channels.  This price undercutting damages Roblox's business and disrupts its virtual economy.

43.     PlayerAuctions' website features a "ROBLOX ROBUX Price Tracker" displaying real-time pricing trends, including average prices, highs, and lows for Robux transactions over a seven-day period, emphasizing its facilitation of unauthorized sales of Roblox's virtual currency.



Figure 9 – PlayerAuctions' Robux Price Tracker 2024[13]

44.     The PlayerAuctions website also prominently advertises unauthorized sales of Roblox's virtual currency, Robux, featuring pricing, seller ratings, and estimated delivery times, which facilitates unauthorized transactions and promotes consumer engagement in direct violation of Roblox's intellectual property rights.

---

[13]    *See* https://www.playerauctions.com/market-price-tracker/roblox/ (last accessed Dec. 17, 2024).



Figure 10 – PlayerAuctions' Robux "Marketplace"[14]

45.     On information and belief, Defendant was aware or should have been aware of Roblox's Terms and intellectual property rights at the time it began facilitating the sale of Virtual Goods and Virtual Currency.

46.     Indeed, Roblox has issued cease and desist correspondence to Defendant, alerting it to its infringing behaviors and demanding that it cease its unauthorized activities.  (**Exhibits F-G** Cease and Desist Correspondence Directed to Defendant).  Despite these warnings, Defendant has willfully disregarded Roblox's rights and continues its unlawful operations.

47.     With Defendant's knowledge, Defendant's sellers have used Roblox's platform as part of Defendant's scheme, transferring the Virtual Currency or Virtual Goods through transactions on the Roblox platform in contravention of Roblox's Terms and/or security measures, and in violation of the consent they received from Roblox to use the Roblox platform.  Roblox has never authorized Defendant or users of Defendant's services to use the Roblox platform to transfer Virtual Currency or

---

[14]   *See* https://www.playerauctions.com/roblox-robux/ (last accessed Dec. 31, 2024).

Virtual Goods that are sold through the PlayerAuctions Website.

48.    In fact, PlayerAuctions' website highlights the most active Roblox Robux sellers, lists the most expensive Roblox items sold, and provides trader statistics, showcasing over 2.1 million total traders and 491,185 active traders.



Figure 11 - PlayerAuctions' Roblox Infringer Statistics[15]

49.    Indeed, the accounts, Robux, and other Roblox Virtual Content sold on sites such as the PlayerAuctions Website are often obtained by the sellers through scamming and/or taking over the accounts of legitimate Users without their permission.  On information and belief, the existence of marketplaces such as the PlayerAuctions Website encourage bad actors to take over the accounts of or otherwise scam legitimate Users.  Such practices harm Roblox by, among other things, increasing its customer service costs, increasing its account security costs, and damaging its goodwill among its Users.

50.    Roblox has never authorized Defendant to use the Marks.  Roblox has never authorized Defendant to advertise or assist in the sale of Virtual Currency or Virtual Goods.

---

[15]    *See* https://www.playerauctions.com/market-price-tracker/roblox/ (last accessed Dec. 17, 2024).

Figure 12 – Defendant's Website Advertising Sales of Roblox Virtual Goods[16]

51.    Defendant and users of the PlayerAuctions Website advertise and sell Roblox User Accounts, Roblox-related services, Robux, and Virtual Goods using images ripped from the Roblox Platform, including from within various Experiences, without any authorization from Roblox. This includes Virtual Goods created not just by Users, but—in some cases—by Roblox itself, often at a very large, predatory price mark up:

---

[16]    *See* https://www.playerauctions.com/roblox-items/ (last accessed Jan. 21, 2025).



Figure 13 – Listing of an Avatar Clothing Item Created by Roblox and Released as a Limited-Edition Item[17]

52.    These images and other content are prominently displayed on the PlayerAuctions Website, falsely implying that these unauthorized goods and services are legitimate and affiliated with or endorsed by Roblox.  For example, the use of Roblox's logo in the Defendant's "marketplace" as seen below:

---

[17]  *See*  https://www.playerauctions.com/roblox-items/231567510i!ice-valkyrie/  (last accessed Jan. 21, 2025).

1

2

3

4

5

6

7

8

9

10

11

12

13



14    Figure 14 – Advertisement on Defendant's Website for Sales of Roblox Virtual Goods[18]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[18]   *See*   https://www.playerauctions.com/roblox-items/228502164i!roblox--prime-bundle-1--5-in-1-bundle-dlc-cyberpun/ (last accessed Jan. 15, 2025).

Figure 15 – Virtual Goods Available for Purchase on PlayerAuctions' Roblox "Marketplace"[19]

53.    Defendant's use of Roblox's Marks in its advertising, listings, and other marketing materials is likely to cause consumer confusion.  As shown above, Defendant's advertisements and product listings reveal unauthorized use of Roblox's materials and trademarks without appropriate consent from Roblox.

54.    Roblox has actively enforced its rights under the Terms of Use and intellectual property laws, issuing multiple cease-and-desist letters and taking steps to curtail unauthorized sales and trademark misuse. Despite these efforts, Defendant has willfully ignored these warnings and continues its unauthorized activities.

55.    Roblox has consistently sought to mitigate harm caused by unauthorized third-party

---

[19]    *See* https://www.playerauctions.com/roblox-marketplace/ (last accessed Jan. 15, 2025).

COMPLAINT

sales, including by sending cease and desist letters to similar entities infringing upon Roblox's rights, issuing take-down notices, and banning Users engaging in predatory practices like those engaged in by Defendant.

56.    Roblox has never authorized Defendant or users of the PlayerAuctions Website to use images from the Roblox Platform.

57.    Roblox is informed and believes, and on this basis alleges, that Defendant has been displaying and/or reproducing images (such as the Roblox logo) from the Roblox Platform without authorization from Roblox.

58.    Defendant's infringement has resulted in actual and substantial harm to Roblox. Roblox's harms include,  but are not limited to: (i) reputational damage; (ii) undermined sales streams and resultingly lost revenue; (iii) lost control over its intellectual property; (iv) increase of operational costs for customer service; (v) increase of fraud prevention and account security costs; (vi) loss of goodwill; (vii) loss of market share; (viii) erosion of User trust in the legitimacy of Roblox's virtual economy; and (ix) reduction of user engagement with authorized channels.

59.    Of the Users who have appealed to Roblox to lift the ban or suspension of their account based on Roblox's detection that those Users were engaged in Real Money Trading ("RMT")[20] practices (which, as detailed herein, are strictly prohibited), Roblox estimates that 8-10% of Users directly mention Defendant in their appeal.

60.    The availability of lower-priced, unauthorized Virtual Goods and Robux through the PlayerAuctions Website creates unfair competition, reducing Roblox's ability to control its pricing and causing confusion among its users regarding the legitimacy of goods purchased through third-party platforms.

61.    Confusion over the legitimacy of Defendant's operations is also created where Defendant directs that, after payment is made through the PlayerAuctions Website, the exchange of Virtual Goods and Virtual Currency will occur over the Roblox website (where RMT is banned). Indeed, Roblox estimates that roughly 12-15% of Users appealing their ban or suspension of their

---

[20]   RMT is the term used to describe the practice at issue here, i.e., RMT is the buying and selling of in-game data (items, Robux, etc.) in exchange for real life currency.

account based on Roblox's detection that those Users were engaged in RMT practices report being unaware that websites such as the PlayerAuctions Website are prohibited.

62.    Defendant has acted with willful disregard of Roblox's contracts and intellectual property, and Roblox has sustained significant damage as a result thereof.

**FIRST CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN REGARDING THE MARKS**
**(15 U.S.C. § 1125(A))**

63.    Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

64.    Roblox owns valuable trademarks and service marks, including "ROBLOX," "ROBUX," and others, which are widely recognized by the general public as representing Roblox's platform, products, and services. (**Exhibit B**, Roblox's Marks List).

65.    Defendant's use of the Marks constitutes use of a false designation of origin or false and misleading representation in interstate commerce that wrongfully and falsely designates  and represents that Defendant's products and services are connected to, affiliated or associated with, or authorized by Roblox, and is likely to cause confusion as to Defendant's affiliation, connection or association with Roblox, or as to the origin, sponsorship, approval or authorization of Defendant's products or services by Roblox.

66.    Defendant has used these Marks without authorization, including in connection with the sale of Roblox-related Virtual Goods and services on the PlayerAuctions Website.  This unauthorized use has created confusion among consumers, leading them to believe that the goods and services offered on PlayerAuctions are affiliated with or endorsed by Roblox, when they are not. Furthermore, the sale of such goods and services violates Roblox's Terms of Service, rendering those goods and services materially altered from those offered by Roblox.

67.    Defendant's actions constitute false designation of origin and false or misleading representations under 15 U.S.C. § 1125(a) because they falsely suggest that the goods sold on its platform are connected to, sponsored by, or approved by Roblox.

68.    Defendant's conduct as alleged herein has been undertaken willfully and with full knowledge and in conscious disregard of Roblox's rights, with the intent to profit from the reputation

1    and goodwill associated with Roblox's Marks.

2         69.    Roblox has suffered and will continue to suffer substantial and irreparable harm as a

3    direct result of Defendant's false designation of origin, including loss of consumer trust and damage

4    to its brand.

5                          **SECOND CAUSE OF ACTION**
                         **FEDERAL TRADEMARK DILUTION**
6                          **U.S.C.  § 1125(C))**

7         70.    Roblox repeats, realleges and incorporates by reference each and every allegation of

8    the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

9         71.    Roblox's Marks, including "ROBLOX" and "ROBUX," are famous trademarks that

10   have been widely recognized by the general public for years as representing the Roblox platform,

11   products, and services.

12        72.    Defendant's unauthorized use of these famous Marks in connection with the sale of

13   unauthorized Virtual Goods and services has caused, and continues to cause, dilution by blurring and

14   dilution by tarnishment, diminishing the distinctiveness and reputation of Roblox's Marks.  Further

15   dilution may be caused by the fact that consumers purchasing such goods and services on Defendant's

16   website are purchasing goods and services that have been materially altered from those offered by

17   Roblox by virtue of the fact that the sale of such goods and services violates Roblox's Terms of

18   Service.

19        73.    Defendant's unauthorized use of the Marks is likely to impair their distinctiveness by

20   associating them with unauthorized and inferior third-party goods and services, causing confusion and

21   weakening the ability of Roblox's Marks to serve as exclusive identifiers of its products and services.

22        74.    Defendant's acts of dilution have been willful, intentional, and carried out with full

23   knowledge of Roblox's exclusive rights in the Marks, and with the intent to benefit from the reputation

24   of Roblox's famous Marks.

25        75.    Roblox has suffered and will continue to suffer irreparable harm as a result of

26   Defendant's dilution of its famous Marks and is entitled to injunctive relief and damages.

27   ///

28   ///

1
2

**THIRD CAUSE OF ACTION**
**TRADEMARK COUNTERFEITING**
**U.S.C.  § 1116(D))**

3
4

76.    Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

5
6
7
8

77.    Defendant has used counterfeit versions of Roblox's Marks, including but not limited to "ROBLOX" and "ROBUX," in connection with the sale of unauthorized Virtual Goods and services on the PlayerAuctions Website.  The sale of such goods and services violates Roblox's Terms of Service, rendering those goods and services materially altered from those offered by Roblox.

9
10
11
12

78.    The counterfeit Marks used by Defendant are identical or substantially indistinguishable from Roblox's registered Marks and are used in commerce with the intent to deceive consumers into believing that the unauthorized Virtual Goods sold on PlayerAuctions are legitimate and affiliated with Roblox.

13
14
15

79.    Defendant's conduct constitutes trademark counterfeiting under 15 U.S.C. § 1116(d), and Roblox is entitled to enhanced damages, including statutory damages, treble damages, and attorneys' fees.

16
17

80.    Roblox has suffered, and will continue to suffer, irreparable harm as a result of Defendant's trademark counterfeiting activities.

18
19

**FOURTH CAUSE OF ACTION**
**FEDERAL TRADEMARK INFRINGEMENT**
**(15 U.S.C. § 1114)**

20
21

81.    Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

22
23

82.    Defendant's unauthorized use of Roblox's Marks constitutes trademark infringement under 15 U.S.C. § 1114.

24
25
26

83.    The Roblox Marks and the goodwill associated with them are tremendously valuable in the United States and worldwide because they are distinctive and universally associated in the public perception with the highest quality software, services, and gaming platform.

27
28

84.    Defendant has sold, offered to sell, advertised, and held itself out as employees or authorized agents of Roblox by, among other things, infringing the Roblox Marks through direct

1    copying and use of the word marks and logos owned by Roblox.

2        85.    Each instance of Defendant's use of the Roblox Marks constitutes an infringement.

3        86.    Roblox asserts, on information and belief, that it is relevant to User decision-making

4    and important to Users in choosing from where Users purchase Roblox Virtual Goods and Virtual

5    Currency. In this case, Roblox Users value the ability to work directly with Roblox. Defendant's

6    deceptive conduct in misleading Users and injecting themselves into the middle of that relationship

7    caused, and will continue to cause, harm to Roblox.

8        87.    Defendant's actions have caused confusion, mistake, and deception as to the origin and

9    quality of Roblox's products and services because they are intentionally calculated to mislead clients

10    into believing they are transacting through Roblox authorized channels, when in fact they are not.

11        88.    Defendant's decision to infringe Roblox's Marks was done with the goal of creating

12    the false impression that there is an association with Roblox, or that Roblox otherwise authorized a

13    relationship between the two entities, when in fact there is none.

14        89.    Upon information and belief, Defendant's infringing actions were committed

15    fraudulently, willfully, in bad faith, with the intent to mislead, and with knowledge of Roblox's

16    exclusive rights to, and goodwill in, Roblox's Marks with willful blindness to the same, and with the

17    intent to cause confusion, to cause mistake, and/or to deceive.

18        90.    Defendant's unauthorized use of the Roblox Marks constitutes trademark infringement

19    of the trademarks registered with the United States Patent and Trademark Office. Furthermore, it has

20    caused substantial damage to Plaintiffs and to the reputation and goodwill symbolized by Roblox's

21    Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, in an amount to be proven at

22    trial.

23        91.    Defendant's conduct described above, including the unauthorized use Roblox's Marks

24    in interstate commerce, has directly and proximately caused substantial, irreparable injury to Roblox

25    and to the business and goodwill represented by Roblox's Marks, which leaves Plaintiffs without an

26    adequate remedy at law.

27    ///

28    ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIFTH CAUSE OF ACTION**
**STATE COMMON LAW TRADEMARK INFRINGEMENT**

92.     Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

93.     Defendant's unauthorized use of Roblox's Marks constitutes trademark infringement under California common law.

94.     Defendant's use of the Marks is likely to cause confusion among consumers as to the source, origin, or affiliation of the goods and services offered through the PlayerAuctions Website, leading them to believe that these goods are official Roblox products.

95.     Defendant's conduct was undertaken willfully and with knowledge of Roblox's rights, with the intent to benefit from the reputation and goodwill associated with Roblox's Marks.

96.     Roblox has suffered and will continue to suffer substantial and irreparable injury as a direct result of Defendant's trademark infringement.

97.     The consuming public has suffered and will continue to suffer harm as a result of the confusion caused by Defendant's deceptive representations about the source of, and authorization for, the products and services sold and advertised by Defendant.

**SIXTH CAUSE OF ACTION**
**STATE COMMON LAW PASSING OFF AND UNFAIR COMPETITION**

98.     Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

99.     Defendant competes directly with Roblox by facilitating the sale of Roblox Content.

100.     Defendant's unauthorized use of Roblox's Marks, intellectual property, and Virtual Goods has created a likelihood of confusion among consumers as to the source, sponsorship, and affiliation of the goods and services sold through the PlayerAuctions Website.

101.     Defendant has engaged in passing off by falsely representing that the unauthorized Virtual Goods and services sold on the PlayerAuctions Website are officially affiliated with or endorsed by Roblox, when in fact they are not.  This misrepresentation misleads consumers and allows Defendant to unfairly compete with Roblox by trading on the goodwill Roblox has built in its Marks

and platform.

102.    Defendant's conduct constitutes unfair competition under California common law, as it has gained an unfair competitive advantage over Roblox by profiting from the sale of unauthorized goods that violate Roblox's intellectual property rights and contractual agreements.

103.    As a result of Defendant's wrongful business conduct, Roblox has suffered substantial and irreparable harm, including economic harm, reputational damage, and loss of user trust.

## SEVENTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

104.    Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

105.    Roblox has existing and valuable economic relationships with its Users, including the prospective future economic benefit from users purchasing Robux and Virtual Goods through authorized channels on the Roblox Platform.

106.    Defendant was aware of Roblox's economic relationships with its Users and, through independently unlawful activities, intentionally interfered with those relationships by facilitating the sale of unauthorized Virtual Goods.  Defendant's actions have disrupted Roblox's ability to maintain control over its virtual economy and diminished its ability to profit from authorized transactions.

107.    Defendant's independent unlawful activities that facilitated Defendant's intentional interference with Roblox's economic relationship with its Users include, but are not limited to, false designation of the origin of Roblox's trademarks, trademark dilution, trademark counterfeiting, and unfair competition.

108.    As a direct result of Defendant's unlawful activities, Roblox has suffered actual disruption to its economic relationships with its Users, resulting in substantial economic harm, including loss of revenue and diminished control over its pricing structure.

109.    Defendant's conduct was undertaken with willful and malicious intent.

110.    Roblox has suffered and will continue to suffer irreparable harm and economic loss as a result of Defendant's tortious interference with prospective economic advantage.

1
2

**EIGHTH CAUSE OF ACTION**
**INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**

3

111.    Roblox repeats, realleges and incorporates by reference each and every allegation of

4

the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

5

112.    Rolox has valid and enforceable contracts with its Users, which are governed by its

6

Terms of Use, Creator Terms, and Community Standards (collectively, "Roblox Terms").   These

7

contracts prohibit users from engaging in unauthorized sales or trades of Virtual Goods, including

8

Robux, through third-party platforms such as the PlayerAuctions Website.

9

113.    Defendant has knowledge of these contracts, and intentionally interfered with Roblox's

10

contractual relationships by facilitating the sale of Virtual Currency and Virtual Goods on the

11

PlayerAuctions Website without Roblox's authorization.

12

114.    By enabling the sale of unauthorized Virtual Goods, often at prices substantially lower

13

than those charged by Roblox, Defendant induced Users to breach their contracts by engaging in

14

prohibited activities.  Defendant's actions directly caused breaches of Roblox's Terms by Users who

15

sold or purchased unauthorized goods, in violation of their agreements with Roblox.

16

115.    Roblox has suffered and will continue to suffer substantial and irreparable damage as

17

a direct result of Defendant's intentional interference with Roblox's contractual, including economic

18

losses, diminished control over its platform, damage to platform integrity, and reputational damage.

19

**NINTH CAUSE OF ACTION**
**UNJUST ENRICHMENT**

20

116.    Roblox repeats, realleges and incorporates by reference each and every allegation of

21

the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

22

117.    Defendant unjustly received benefits at the expense of Roblox through Defendant's

23

wrongful and infringing conduct, as alleged further above. Defendant continues to unjustly retain these

24

benefits at the expense of Roblox.

25

118.    The unjust receipt of the benefits obtained by Defendant lacks any adequate legal basis

26

and thus cannot conscientiously be retained by Defendant. Therefore, the circumstances of the receipt

27

and retention of such benefits are such that, as between Roblox and Defendant, it is unjust for

28

Defendant to retain any such benefits. Equity requires that Defendant not be allowed to retain its ill-

gotten gains.

119.    Roblox is therefore entitled to full restitution of all amounts and/or other benefits in which Defendant has been unjustly enriched at Roblox's expense, in an amount to be proven at trial.

## TENTH CAUSE OF ACTION
## INJUNCTIVE RELIEF

120.    Roblox repeats, realleges and incorporates by reference each and every allegation of the foregoing and subsequent paragraphs, as though fully set forth in this cause of action.

121.    Defendant's unauthorized actions, including but not limited to trademark infringement, counterfeiting, dilution, false designation of origin, intentional interference with contractual relations, and tortious interference with prospective economic advantage, have caused and will continue to cause irreparable harm to Roblox unless enjoined by this Court.

122.    Defendant's violations of state and federal law have caused Roblox to suffer substantial and irreparable injury, including but not limited to reputational damage, lost and/or damaged business relationships with individual users, and loss of market share.

123.    Roblox has no adequate remedy at law to compensate for the ongoing and future harm caused by Defendant's actions.  Monetary damages alone are insufficient to remedy the irreparable harm to Roblox's reputation, control over its intellectual property, and its relationships with its users. As an industry leader, Roblox's reputation and relationship with its users is priceless and not quantifiable.

124.    The balance of hardships weighs in favor of granting injunctive relief.  Absent injunctive relief, Roblox will continue to suffer irreparable harm, both monetary and reputational, each day.  If injunctive relief is granted, Defendant will not suffer legitimate hardship, as its ongoing business practices are clear violations of the law and not subject to protection.

125.    The public interest would not be disserved by the issuance of injunctive relief, and in fact, the public interest would be furthered by the granting of such relief.  Injunctive relief would immediately serve to protect over Users who are currently being subjected to and confused by Defendant's wrongful and misleading business practices, which have induced countless Users to engage in intellectual property violations of which they are totally unaware.  This is particularly true

of young users who may have a harder time distinguishing between the offerings on the Roblox Platform and on the PlayerAuctions Website.

126.    In addition, the public has a strong interest in protecting intellectual property rights and ensuring fair competition in online marketplaces.  The public is best served by ensuring that entities like Roblox, which invest substantial time and resources into their platforms, are able to protect their interests and prevent market manipulation by third parties.

127.    For the reasons set forth herein this Complaint, Roblox is likely to succeed on the merits of each of its claims against Defendant.

128.    Roblox is entitled to a permanent injunction restraining Defendant and all persons acting in concert with Defendant from engaging in further acts of infringement, unfair competition, unauthorized sales of Roblox Virtual Goods, and interference with Roblox's contracts and economic relationships.

<b><u>PRAYER FOR RELIEF</u></b>

129.    Roblox prays for judgment as follows:

a.    Enter a permanent injunction enjoining Defendant and its officers, directors, agents, employees, representatives, and all persons or entities acting in concert or participation with Defendant from:

i.    Accessing or using Roblox's computer servers, including without limitation the Experiences or any other games or applications that Roblox makes available, for any purpose whatsoever;

ii.    Infringing any of Roblox's trademarks, including without limitation using the Marks and/or confusingly similar misspellings or variations thereof, in any manner that is likely to cause confusion or mislead consumers regarding the source, sponsorship, or affiliation of the goods;

iii.    Accessing, playing, or otherwise participating in the Experiences or any other game or application that Roblox makes available;

iv.  Buying, selling, offering for sale, advertising, exchanging, trading, or otherwise dealing in unauthorized "Virtual Currency" and "Virtual Goods" for use in the Experiences, or in any other game or application that Roblox makes available;

v.  Using, displaying, reproducing, distributing, selling, or offering for sale any product or service featuring images and code from Roblox and/or any of the Roblox Experiences without prior authorization from Roblox;

vi.  Circumventing or avoiding the prohibitions set forth above, including by effecting assignments, transfers, or forming new entities.

b.  Enter an order pursuant to 15 U.S.C. § 1118 directing Defendant to deliver for destruction all products and materials that infringe Roblox's intellectual property rights.

c.  Enter a finding that Defendant's actions were willful, deliberate, and malicious.

d.  Award damages to Roblox in an amount according to proof at trial, including, but not necessarily limited to:

i.  Statutory damages for trademark counterfeiting, including treble damages where applicable;

ii.  Actual damages for trademark infringement, tortious interference, and unfair competition, including pre- and post-judgment interest;

iii.  Punitive damages sufficient to deter future unlawful conduct.

e.  Award reasonable attorneys' fees and costs of suit.

f.  Grant such other and further relief as the Court may deem just and proper.

///

///

///

///

///

///

///

///

1

2

### **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

3

4

5

6

7

8

9   Dated: February 4, 2025                     PILLSBURY WINTHROP SHAW PITTMAN LLP

10

   */s/ Patrick Hammon*

11                                          By:  PATRICK HAMMON
       ALEXIS N.  WANSAC (*pro hac vice forthcoming*)
12                                               JAKE B.  MITCHELL (*pro hac vice forthcoming*)
       SARAH T. STEHLE (*pro hac vice forthcoming*)
13

       Attorneys for Plaintiff,
14                                               ROBLOX CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT A



**PlayerAuctions, Inc.**

Computer Games

West Los Angeles, California · 4,067 followers

Follow

View all 79 employees

# About us

PlayerAuctions, Inc. is part of the world 's largest network of eCommerce exchanges for digital products and services. We operate marketplaces where customers from around the world connect to buy and sell.

We are rapidly expanding our brands in China and the US, and are actively recruiting high caliber professionals who wish to develop their careers as part of our dynamic organization.

• HQ Location: Los Angeles, USA
• Branch offices: Shanghai, Manila, Hong Kong, Seoul

| | |
|---|---|
| **Website** | http://www.playerauctions.com 🔗 |
| **Industry** | Computer Games |
| **Company size** | 51-200 employees |
| **Headquarters** | West Los Angeles, California |
| **Type** | Privately Held |
| **Founded** | 1999 |

**Specialties**

eCommerce, Online Marketplaces, Digital Asset Exchange, Online Trading, and Digital Products

---

## Locations

Primary
W. Olympic Blvd
West Los Angeles, California 90064, US
Get directions 🔗

HongKou
Shanghai, Shanghai 200083, CN
Get directions 🔗

Sha Tin District
Hong Kong, HK
Get directions 🔗

Pasig City
Manila, PH
Get directions 🔗

Show more locations ⌄

# EXHIBIT B

# Status Report

## Roblox Corporation

| Country Name | Trademark Name | Status | Classes | Filing Date | Appl No. | Reg. Date | Reg. No. |
|---|---|---|---|---|---|---|---|
| Argentina | ROBLOX | Registered | 9 | Oct 10 2017 | 3650569 | Aug 26 2019 | 2998488 |
| Argentina | ROBLOX | Registered | 28 | Oct 10 2017 | 3650575 | Aug 26 2019 | 2998496 |
| Argentina | ROBLOX | Registered | 41 | Oct 10 2017 | 3650576 | Aug 26 2019 | 2998497 |
| Argentina | ROBLOX | Registered | 14 | Oct 10 2017 | 3650570 | Aug 26 2019 | 2998491 |
| Argentina | ROBLOX | Registered | 16 | Oct 10 2017 | 3650571 | Aug 26 2019 | 2998492 |
| Argentina | ROBLOX | Registered | 18 | Oct 10 2017 | 3650572 | Aug 26 2019 | 2998493 |
| Argentina | ROBLOX | Registered | 22 | Oct 10 2017 | 3650573 | Aug 26 2019 | 2998494 |
| Argentina | ROBLOX | Registered | 25 | Oct 10 2017 | 3650574 | Aug 26 2019 | 2998495 |
| Argentina | ROBUX | Registered | 9 | Aug 30 2021 | 4047615 | Apr 11 2023 | 3380496 |
| Argentina | ROBUX | Pending | 36 | Aug 30 2021 | 4047616 | | |
| Argentina | ROBUX | Pending | 41 | Aug 30 2021 | 4047617 | | |
| Argentina | ROBUX | Registered | 36 | Feb 16 2020 | 3874143 | Jun 4 2021 | 3176485 |
| Australia | AVATONE | Registered | 9, 41 | Apr 28 2020 | 2084411 | Aug 11 2020 | 2084411 |
| Australia | BLOXY | Registered | 41 | Jul 23 2017 | 1887631 | May 31 2018 | 1375556 |
| Australia | BUILDER | Pending | 9, 42 | Jul 27 2023 | 2375366 | | |
| Australia | BUILDERMAN | Registered | 9, 25, 28, 41, 42 | Apr 14 2022 | 2263643 | Jul 8 2022 | 2263643 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Australia | ROBLOX | Registered | 9, 28, 38, 41 | Apr 2 2012 | 1483928 | Apr 2 2012 | 1483928 |
| Australia | ROBLOX | Registered | 28, 41 | Jul 19 2016 | 1337753 | Apr 26 2017 | 1337753 |
| Australia | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Aug 30 2018 | 1377827 |
| Australia | ROBUX | Registered | 9, 35, 36, 41, 42 | Mar 6 2020 | 2074073 | Oct 8 2020 | 2074073 |
| Australia | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Australia | Tilted O Design ▪ | Registered | 9, 28, 41 | Nov 22 2016 | 1836728 | Nov 22 2016 | 1338332 |
| Belarus | ROBLOX | Registered | 9, 28, 41, 42 | Aug 1 2018 | 1337753 | May 16 2019 | 1337753 |
| Brazil | AVATONE | Registered | 9 | Apr 28 2020 | 919621023 | Dec 22 2020 | 919621023 |
| Brazil | AVATONE | Registered | 41 | Apr 28 2020 | 919621090 | Dec 22 2020 | 919621090 |
| Brazil | BUILDERMAN | Registered | 9 | Apr 29 2022 | 926483765 | Jun 27 2023 | 926483765 |
| Brazil | BUILDERMAN | Registered | 25 | Apr 29 2022 | 926483889 | Jun 27 2023 | 926483889 |
| Brazil | BUILDERMAN | Registered | 28 | Apr 29 2022 | 926484117 | Jun 27 2023 | 926484117 |
| Brazil | BUILDERMAN | Registered | 41 | Apr 29 2022 | 926485180 | Jun 27 2023 | 926485180 |
| Brazil | BUILDERMAN | Registered | 42 | Apr 29 2022 | 926485393 | Jun 27 2023 | 926485393 |
| Brazil | RBX | Registered | 36 | Nov 21 2018 | 916288366 | Aug 20 2019 | 916288366 |
| Brazil | RBX | Registered | 41 | Nov 21 2018 | 916288420 | Aug 20 2019 | 916288420 |
| Brazil | ROBLOX | Registered | 9 | Aug 10 2016 | 911462686 | May 15 2018 | 911462686 |
| Brazil | ROBLOX | Registered | 28 | Aug 10 2016 | 911462694 | May 15 2018 | 911462694 |

| Brazil | ROBLOX | Registered | 41 | Aug 10 2016 | 911462732 | May 15 2018 | 911462732 |
|--------|--------|-----------|----|-------------|-----------|-------------|-----------|
| Brazil | ROBLOX | Registered | 9 | Oct 10 2017 | 913539945 | Dec 11 2018 | 913539945 |
| Brazil | ROBLOX | Registered | 16 | Oct 10 2017 | 913540137 | Dec 11 2018 | 913540137 |
| Brazil | ROBLOX Logo (2006 black/white) | Registered | 9 | Aug 10 2016 | 911462775 | May 15 2018 | 911462775 |
| Brazil | ROBLOX Logo (2006 black/white) | Registered | 28 | Aug 10 2016 | 911462805 | May 15 2018 | 911462805 |
| Brazil | ROBLOX Logo (2006 black/white) | Registered | 41 | Aug 10 2016 | 911462821 | May 15 2018 | 911462821 |
| Brazil | ROBUX | Registered | 9 | Mar 10 2020 | 919379150 | Jun 21 2022 | 919379150 |
| Brazil | ROBUX | Registered | 42 | Mar 10 2020 | 919379753 | Nov 24 2020 | 919379753 |
| Brazil | ROBUX | Registered | 36 | Mar 13 2020 | 919405622 | Nov 24 2020 | 919405622 |
| Brazil | ROBUX | Registered | 41 | Mar 13 2020 | 919406270 | Nov 24 2020 | 919406270 |
| Brazil | Tilted O Design | Registered | 9 | Dec 13 2016 | 912048417 | Jul 24 2018 | 912048417 |
| Brazil | Tilted O Design | Registered | 28 | Dec 13 2016 | 912048530 | Jul 24 2018 | 912048530 |
| Brazil | Tilted O Design | Registered | 41 | Dec 13 2016 | 912048638 | Jul 24 2018 | 912048638 |
| Canada | BLOXY | Registered | 41 | Jul 28 2017 | 1849935 | Mar 4 2019 | 1016462 |
| Canada | BUILDER | Pending | 9, 42 | Jul 27 2023 | 2272184 | | |

| Country | Mark | Status | Classes | App # | App Date | Reg # | Reg Date |
|---|---|---|---|---|---|---|---|
| Canada | BUILDERMAN | Pending | 9, 25, 28, 41, 42 | Apr 13 2022 | 2178848 | | |
| Canada | HUMANCOEXPERIENCE.COM | Pending | 9, 41 | Jan 8 2020 | 2005005 | | |
| Canada | ROBLOX | Registered | 9, 28, 41 | Aug 30 2016 | 1798147 | Feb 6 2020 | TMA1071951 |
| Canada | ROBLOX | Registered | 9, 14, 16, 18, 22, 25 | Apr 21 2017 | 1833826 | Oct 24 2019 | TMA1060585 |
| Canada | ROBLOX Logo (2006 black/white) | Registered | 9, 28, 41, 42 | Aug 30 2016 | 1798146 | Apr 1 2020 | 1076216 |
| Canada | Roblox Premium Subscription Logo (1) | Pending | 9, 41 | Jan 8 2020 | 2005008 | | |
| Canada | Roblox Premium Subscription Logo (2) | Pending | 9, 41 | Jan 8 2020 | 2005010 | | |
| Canada | ROBUX | Pending | 9, 42 | Mar 6 2020 | 2016088 | | |
| Canada | Robux Logo (1) | Pending | 9, 36, 41 | Jan 8 2020 | 2005017 | | |
| Canada | Robux Logo (2) | Pending | 9, 36, 41 | Jan 8 2020 | 2005018 | | |
| Canada | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | Dec 15 2023 | 1602148 |
| Canada | Tilted O Design | Registered | 9, 28, 41 | Nov 18 2016 | 1810124 | Jun 25 2019 | 1031862 |
| Chile | AVATONE | Registered | 9, 41 | Apr 27 2020 | 1354857 | May 17 2021 | 1344926 |
| Chile | ROBLOX | Registered | 9, 14, 16, 18, 22, 25, 28, 41, 42 | Aug 9 2017 | 1263606 | May 3 2018 | 1274206 |

| Country | Trademark | Status | Class | Date 1 | Number 1 | Date 2 | Number 2 |
|---|---|---|---|---|---|---|---|
| Chile | ROBUX | Registered | 9 | Mar 9 2020 | 1351191 | Nov 9 2022 | 1382594 |
| Chile | ROBUX | Registered | 42 | Mar 9 2020 | 1351188 | Dec 28 2022 | 1385140 |
| Chile | ROBUX | Registered | 36, 41 | Mar 9 2020 | 1351187 | Nov 16 2020 | 1332990 |
| China | BLOXY | Registered | 41 | Jul 23 2017 | 1375556 | Dec 7 2018 | 1375556 |
| China | BUILDERMAN | Registered | 9 | Apr 20 2022 | 64118960 | Oct 14 2022 | 64118960 |
| China | BUILDERMAN | Registered | 25 | Apr 20 2022 | 64117341 | Oct 14 2022 | 64117341 |
| China | BUILDERMAN | Registered | 28 | Apr 20 2022 | 64117350 | Nov 7 2022 | 64117350 |
| China | BUILDERMAN | Registered | 41 | Apr 20 2022 | 64101648 | Nov 7 2022 | 64101648 |
| China | BUILDERMAN | Registered | 42 | Apr 20 2022 | 64101659 | Nov 7 2022 | 64101659 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | Apr 18 2019 | 37600981 | Jan 14 2020 | 37600981 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | Apr 18 2019 | 37600980 | Jan 14 2020 | 37600980 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | Apr 18 2019 | 37600979 | Jan 14 2020 | 37600979 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | Apr 18 2019 | 37600978 | Jan 14 2020 | 37600978 |

| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | Apr 18 2019 | 37600977 | Jan 14 2020 | 37600977 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | Apr 18 2019 | 37600976 | Jan 14 2020 | 37600976 |
| China | Le Bo Le Si (Pinyin for乐博乐恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | Apr 18 2019 | 37600975 | Jan 14 2020 | 37600975 |
| China | Luo Bo Le Si (Pinyin for罗伯乐恩 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 9 | Apr 19 2019 | 37632586 | Dec 21 2019 | 37632586 |
| China | Luo Bo Le Si (Pinyin for罗伯乐恩 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 16 | Apr 19 2019 | 37632585 | Dec 7 2019 | 37632585 |
| China | Luo Bo Le Si (Pinyin for罗伯乐恩 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 25 | Apr 19 2019 | 37632584 | Dec 7 2019 | 37632584 |
| China | Luo Bo Le Si (Pinyin for罗伯乐恩 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 28 | Apr 19 2019 | 37632583 | Dec 7 2019 | 37632583 |
| China | Luo Bo Le Si (Pinyin for罗伯乐恩 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 36 | Apr 19 2019 | 37632582 | Dec 7 2019 | 37632582 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | Luo Bo Le Si (Pinyin for 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 41 | Apr 19 2019 | 37632581 | Dec 7 2019 | 37632581 |
| China | Luo Bo Le Si (Pinyin for 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters)) | Registered | 42 | Apr 19 2019 | 37632580 | Dec 7 2019 | 37632580 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 9 | Jan 9 2020 | 43679238 | Nov 14 2020 | 43679238 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 16 | Jan 9 2020 | 43679237 | Sep 28 2020 | 43679237 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 25 | Jan 9 2020 | 43679236 | Dec 28 2020 | 43679236 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 28 | Jan 9 2020 | 43679235 | Sep 28 2020 | 43679235 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 36 | Jan 9 2020 | 43679234 | Sep 28 2020 | 43679234 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 41 | Jan 9 2020 | 43679233 | Sep 28 2020 | 43679233 |
| China | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 42 | Jan 9 2020 | 43679232 | Nov 14 2020 | 43679232 |
| China | LUO BU LE SI | Registered | 9 | Jan 10 2020 | 43709699 | Oct 21 2020 | 43709699 |
| China | LUO BU LE SI | Registered | 41 | Jan 10 2020 | 43709698 | Nov 14 2020 | 43709698 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | RBLX | Registered | 9 | Jan 18 2021 | 53057342 | Oct 7 2021 | 53057342 |
| China | RBLX | Registered | 28 | Jan 18 2021 | 53057343 | Oct 7 2021 | 53057343 |
| China | RBLX | Registered | 36 | Jan 18 2021 | 53057344 | Oct 7 2021 | 53057344 |
| China | RBLX | Registered | 38 | Jan 18 2021 | 53057345 | Oct 7 2021 | 53057345 |
| China | RBLX | Pending | 41 | Jan 18 2021 | 53057346 | | |
| China | RBLX | Pending | 45 | Jan 18 2021 | 53057341 | | |
| China | RBLX | Registered | 41 | Mar 1 2022 | 62928756 | Sep 7 2022 | 62928756 |
| China | RBLX | Registered | 45 | Mar 1 2022 | 62946369 | Aug 21 2022 | 62946369 |
| China | ROBLOX | Registered | 41 | Feb 25 2010 | 8083368 | Feb 28 2011 | 8083368 |
| China | ROBLOX | Registered | 9, 28 | Jul 19 2016 | 1337753 | Jul 19 2016 | 1337753 |
| China | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Nov 29 2018 | 1377827 |
| China | ROBLOX | Registered | 9 | Mar 24 2020 | 44843708 | Mar 14 2021 | 44843708 |
| China | ROBLOX | Registered | 16 | Mar 24 2020 | 44856661 | Jan 14 2021 | 44856661 |
| China | ROBLOX | Registered | 25 | Mar 24 2020 | 44864617 | Jan 7 2021 | 44864617 |
| China | ROBLOX | Registered | 35 | Mar 24 2020 | 44866373 | Feb 28 2021 | 44866373 |
| China | ROBLOX | Registered | 36 | Mar 24 2020 | 44850219 | Dec 28 2020 | 44850219 |
| China | ROBLOX | Registered | 38 | Mar 24 2020 | 44844503 | Jan 14 2021 | 44844503 |
| China | ROBLOX | Registered | 42 | Mar 24 2020 | 44850273 | Feb 28 2021 | 44850273 |
| China | ROBLOX | Registered | 45 | Mar 24 2020 | 44836083 | Jan 21 2021 | 44836083 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | ROBLOX | Registered | 3 | Sep 8 2021 | 59091045 | Mar 14 2022 | 59091045 |
| China | ROBLOX | Registered | 6 | Sep 8 2021 | 59100308 | Jul 28 2022 | 59100308 |
| China | ROBLOX | Registered | 8 | Sep 8 2021 | 59073918 | Mar 14 2022 | 59073918 |
| China | ROBLOX | Registered | 18 | Sep 8 2021 | 59095624 | Jun 14 2022 | 59095624 |
| China | ROBLOX | Registered | 20 | Sep 8 2021 | 59080390 | May 21 2022 | 59080390 |
| China | ROBLOX | Registered | 21 | Sep 8 2021 | 59089441 | Mar 14 2022 | 59089441 |
| China | ROBLOX | Registered | 35 | Sep 27 2021 | 59507328 | Apr 21 2023 | 59507328 |
| China | ROBLOX | Registered | 35 | Jan 29 2022 | 62464655 | Jul 14 2023 | 62464655 |
| China | ROBLOX | Registered | 26 | May 17 2022 | 64686344 | Feb 21 2023 | 64686344 |
| China | ROBLOX | Registered | 40 | May 17 2022 | 64670820 | Feb 21 2023 | 64670820 |
| China | ROBLOX | Registered | 43 | May 17 2022 | 64680230 | Feb 7 2023 | 64680230 |
| China | ROBLOX | Pending | 14 | Sep 19 2023 | 74176027 | | |
| China | ROBLOX Logo (2006 black/white) | Pending | 9 | Aug 6 2019 | 40152149 | | |
| China | ROBLOX STUDIO | Registered | 9 | Jul 31 2019 | 40027412 | Jul 14 2020 | 40027412 |
| China | ROBLOX STUDIO | Registered | 16 | Jul 31 2019 | 40027411 | Jul 14 2020 | 40027411 |
| China | ROBLOX STUDIO | Registered | 18 | Jul 31 2019 | 40027410 | Jun 21 2020 | 40027410 |
| China | ROBLOX STUDIO | Registered | 25 | Jul 31 2019 | 40027409 | Apr 7 2020 | 40027409 |
| China | ROBLOX STUDIO | Registered | 28 | Jul 31 2019 | 40027408 | Jul 14 2020 | 40027408 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | ROBLOX STUDIO | Registered | 36 | Jul 31 2019 | 40027407 | Apr 7 2020 | 40027407 |
| China | ROBLOX STUDIO | Registered | 41 | Jul 31 2019 | 40027406 | Jul 14 2020 | 40027406 |
| China | ROBLOX STUDIO | Registered | 42 | Jul 31 2019 | 40027405 | Oct 21 2020 | 40027405 |
| China | ROBUX | Registered | 36 | Aug 29 2019 | 40681875 | Jul 7 2020 | 40681875 |
| China | ROBUX | Registered | 41 | Aug 29 2019 | 40681874 | Jul 7 2020 | 40681874 |
| China | ROBUX | Registered | 9 | Sep 11 2019 | 40970468 | Jul 7 2020 | 40970468 |
| China | ROBUX | Registered | 42 | Sep 11 2019 | 40970467 | Jul 7 2020 | 40970467 |
| China | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| China | Tilted O Design | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Nov 22 2016 | 1338332 |
| China | Tilted O Design | Registered | 41 | Sep 26 2019 | 41302738 | Jun 7 2021 | 41302738 |
| China | Tilted O Design | Registered | 41 | May 15 2020 | 46346853 | Apr 7 2021 | 46346853 |
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190115 | Feb 7 2020 | 38190115 |
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190114 | Feb 7 2020 | 38190114 |
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190113 | Feb 7 2020 | 38190113 |

| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190112 | Feb 7 2020 | 38190112 |
|---|---|---|---|---|---|---|---|
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190111 | Feb 7 2020 | 38190111 |
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190110 | Feb 7 2020 | 38190110 |
| China | 乐伯洛斯(ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190109 | Feb 7 2020 | 38190109 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | Apr 18 2019 | 37600856 | Apr 14 2020 | 37600856 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | Apr 18 2019 | 37600987 | Apr 14 2020 | 37600987 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | Apr 18 2019 | 37600985 | Apr 14 2020 | 37600985 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | Apr 18 2019 | 37600986 | Jan 14 2020 | 37600986 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | Apr 18 2019 | 37600983 | Apr 14 2020 | 37600983 |
| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | Apr 18 2019 | 37600982 | Jan 14 2020 | 37600982 |

| China | 乐博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | Apr 18 2019 | 37600984 | Jan 14 2020 | 37600984 |
|---|---|---|---|---|---|---|---|
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190129 | Jan 21 2020 | 38190129 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190128 | Feb 7 2020 | 38190128 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190127 | Feb 7 2020 | 38190127 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190126 | Feb 7 2020 | 38190126 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190125 | Feb 7 2020 | 38190125 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190124 | Feb 7 2020 | 38190124 |
| China | 乐博洛斯 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190123 | Feb 7 2020 | 38190123 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | Apr 19 2019 | 37632593 | Dec 7 2019 | 37632593 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | Apr 19 2019 | 37632592 | Dec 7 2019 | 37632592 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | Apr 19 2019 | 37632591 | Feb 28 2020 | 37632591 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | Apr 19 2019 | 37632590 | Dec 7 2019 | 37632590 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | Apr 19 2019 | 37632589 | Dec 7 2019 | 37632589 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | Apr 19 2019 | 37632588 | Dec 7 2019 | 37632588 |
| China | 罗伯乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | Apr 19 2019 | 37632587 | Dec 7 2019 | 37632587 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | Apr 22 2019 | 37677052 | Mar 28 2020 | 37677052 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | Apr 22 2019 | 37677053 | Jan 14 2020 | 37677053 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | Apr 22 2019 | 37677054 | Mar 28 2020 | 37677054 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | Apr 22 2019 | 37677051 | Jan 14 2020 | 37677051 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | Apr 22 2019 | 37677055 | Jan 14 2020 | 37677055 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | Apr 22 2019 | 37677050 | Jan 14 2020 | 37677050 |
| China | 罗博乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | Apr 22 2019 | 37677049 | Jan 14 2020 | 37677049 |
| China | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 36 | Sep 27 2019 | 41334993 | Jul 21 2020 | 41334993 |
| China | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 41 | Sep 27 2019 | 41334994 | Jul 7 2020 | 41334994 |
| China | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 9 | Sep 27 2019 | 41334992 | Feb 7 2022 | 41334992 |
| China | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 42 | Sep 27 2019 | 41334736 | Aug 7 2021 | 41334736 |
| China | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 29 2020 | 46761674 | Dec 7 2021 | 46761674 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 9 | Jan 9 2020 | 43679231 | Nov 14 2021 | 43679231 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 16 | Jan 9 2020 | 43679230 | Dec 28 2020 | 43679230 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 25 | Jan 9 2020 | 43679229 | Dec 28 2020 | 43679229 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 28 | Jan 9 2020 | 43679228 | Dec 28 2020 | 43679228 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 36 | Jan 9 2020 | 43679227 | Sep 28 2020 | 43679227 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 41 | Jan 9 2020 | 43679226 | Dec 28 2020 | 43679226 |
| China | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 42 | Jan 9 2020 | 43679225 | Oct 21 2021 | 43679225 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190157 | Jan 21 2020 | 38190157 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190156 | Feb 7 2020 | 38190156 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190155 | Apr 21 2020 | 38190155 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190154 | Feb 7 2020 | 38190154 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190153 | Feb 7 2020 | 38190153 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190152 | Feb 7 2020 | 38190152 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190151 | Feb 7 2020 | 38190151 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 35 | Dec 27 2021 | 61734222 | Dec 21 2023 | 61734222 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 38 | Dec 8 2021 | 61236061 | Jun 7 2022 | 61236061 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 45 | Dec 8 2021 | 61241307 | Jun 7 2022 | 61241307 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 35 | Apr 27 2022 | 64272743 | Feb 28 2023 | 64272743 |
| China | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Pending | 25 | Oct 26 2022 | 67968758 | | |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 9 | Jul 31 2019 | 40027404 | Mar 21 2020 | 40027404 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 16 | Jul 31 2019 | 40027403 | Mar 21 2020 | 40027403 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 18 | Jul 31 2019 | 40027402 | Mar 21 2020 | 40027402 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 25 | Jul 31 2019 | 40027401 | Mar 21 2020 | 40027401 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 28 | Jul 31 2019 | 40027400 | Mar 21 2020 | 40027400 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 36 | Jul 31 2019 | 40027399 | Mar 21 2020 | 40027399 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 41 | Jul 31 2019 | 40027398 | Mar 21 2020 | 40027398 |
| China | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 42 | Jul 31 2019 | 40027397 | Mar 21 2020 | 40027397 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190136 | Jan 21 2020 | 38190136 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190135 | Feb 7 2020 | 38190135 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190134 | Jan 21 2020 | 38190134 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190133 | Feb 7 2020 | 38190133 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190132 | Feb 7 2020 | 38190132 |
| China | 罗布洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190131 | Feb 7 2020 | 38190131 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| China | 罗布洛思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190130 | Feb 7 2020 | 38190130 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190150 | Feb 7 2020 | 38190150 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190149 | Feb 7 2020 | 38190149 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190148 | Apr 21 2020 | 38190148 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190147 | Feb 7 2020 | 38190147 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190146 | Feb 7 2020 | 38190146 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190145 | Feb 7 2020 | 38190145 |
| China | 罗步乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190144 | Feb 7 2020 | 38190144 |
| China | 罗泊洛思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190122 | Feb 7 2020 | 38190122 |
| China | 罗泊洛思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190121 | Feb 7 2020 | 38190121 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| China | 罗泊洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190120 | Feb 7 2020 | 38190120 |
| China | 罗泊洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190119 | Feb 7 2020 | 38190119 |
| China | 罗泊洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190118 | Feb 7 2020 | 38190118 |
| China | 罗泊洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190117 | Feb 7 2020 | 38190117 |
| China | 罗泊洛恩 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190116 | Feb 7 2020 | 38190116 |
| China | 造格东西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9 | May 15 2019 | 38190143 | Mar 21 2020 | 38190143 |
| China | 造格东西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 16 | May 15 2019 | 38190142 | Feb 7 2020 | 38190142 |
| China | 造格东西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 25 | May 15 2019 | 38190141 | Apr 14 2020 | 38190141 |
| China | 造格东西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 28 | May 15 2019 | 38190140 | Feb 7 2020 | 38190140 |
| China | 造格东西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 36 | May 15 2019 | 38190139 | Feb 7 2020 | 38190139 |

| Country | Mark | Status | Classes | | | | |
|---|---|---|---|---|---|---|---|
| China | 造格茶西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 41 | May 15 2019 | 38190138 | Feb 7 2020 | 38190138 |
| China | 造格茶西 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 42 | May 15 2019 | 38190137 | Feb 7 2020 | 38190137 |
| Colombia | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Jul 13 2017 | 1337753 |
| Colombia | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Jul 17 2017 | 1377827 |
| Colombia | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Costa Rica | ROBLOX | Registered | 9, 28, 41, 42 | Aug 1 2018 | 20186934 | Apr 8 2019 | 278449 |
| Ecuador | ROBLOX | Registered | 28 | Jul 28 2017 | IEPI-2017-49076 | Apr 25 2018 | IEPI-2017-49076 |
| Egypt | ROBLOX | Pending | 9 | Jun 1 2021 | 444176 | | |
| Egypt | ROBLOX | Pending | 28 | Jun 1 2021 | 444177 | | |
| Egypt | ROBLOX | Pending | 36 | Jun 1 2021 | 444178 | | |
| Egypt | ROBLOX | Pending | 41 | Jun 1 2021 | 444179 | | |
| El Salvador | ROBLOX | Pending | 9, 28, 41, 42 | Jul 30 2018 | 2018027228 | | |
| EUTM | AVATONE | Registered | 9, 41 | Apr 29 2020 | 18232462 | Sep 29 2020 | 18232462 |
| EUTM | BLOXY | Registered | 41 | Jul 23 2017 | 1375556 | Apr 18 2018 | 1375556 |
| EUTM | BUILDERMAN | Registered | 9, 25, 28, 41, 42 | Apr 15 2022 | 18687415 | Nov 1 2022 | 18687415 |
| EUTM | POWERING IMAGINATION | Registered | 9, 35, 36, 38, 41 | Mar 7 2016 | 15189889 | Aug 17 2016 | 15189889 |

| Jurisdiction | Mark | | Status | Classes | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EUTM | RBLX | | Registered | 9, 28, 36, 38, 41, 42, 45 | Jan 25 2021 | 18381764 | Jul 2 2021 | 18381764 |
| EUTM | ROBLOX | | Registered | 9, 38, 41 | Feb 2 2010 | 8854135 | Jul 13 2010 | 8854135 |
| EUTM | ROBLOX | | Registered | 28, 41 | Jul 19 2016 | 1337753 | Sep 12 2017 | 1337753 |
| EUTM | ROBLOX | | Registered | 9, 16 | Dec 27 2017 | 1377827 | Dec 27 2017 | 1377827 |
| EUTM | ROBLOX Logo (2006 color) | | Registered | 9, 16, 20, 21, 25, 28, 35, 36, 38, 41 | Mar 7 2016 | 15190028 | Aug 11 2016 | 15190028 |
| EUTM | ROBLOX Logo (2017 color) | | Registered | 9, 28, 41, 42 | Feb 24 2017 | 16405557 | Jul 26 2017 | 16405557 |
| EUTM | Roblox Premium Subscription Logo (1) | | Registered | 9, 41 | Jan 9 2020 | 18177875 | Jun 24 2020 | 18177875 |
| EUTM | Roblox Premium Subscription Logo (2) | | Registered | 9, 41 | Jan 9 2020 | 18177878 | Jun 24 2020 | 18177878 |
| EUTM | ROBUX | | Registered | 36, 41 | Mar 7 2016 | 15190036 | Aug 10 2016 | 15190036 |
| EUTM | Robux Logo (1) | | Registered | 9, 36, 41 | Jan 9 2020 | 18177881 | Jun 24 2020 | 18177881 |
| EUTM | Robux Logo (2) | | Registered | 9, 36, 41 | Jan 9 2020 | 18177882 | Jun 24 2020 | 18177882 |
| EUTM | SPEECHLY | | Registered | 9, 42 | Nov 17 2020 | 18338914 | Apr 16 2021 | 18338914 |
| EUTM | Tilted O Design (Color) | | Registered | 9, 28, 41 | Nov 2 2016 | 15992225 | Apr 18 2017 | 15992225 |
| Georgia | ROBLOX | | Registered | 9, 16, 18, 25, 28, 36, 38, 41 | Oct 24 2019 | 1054623 | Sep 18 2020 | M33129 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Guatemala | ROBLOX | Registered | 9 | Jul 31 2018 | 20187038 | Apr 24 2019 | 241718 |
| Guatemala | ROBLOX | Registered | 28 | Jul 31 2018 | 20187040 | Apr 10 2019 | 241469 |
| Guatemala | ROBLOX | Registered | 41 | Jul 31 2018 | 20187037 | Apr 24 2019 | 241722 |
| Guatemala | ROBLOX | Registered | 42 | Jul 31 2018 | 20187036 | Apr 10 2019 | 241470 |
| Honduras | ROBLOX | Registered | 9 | Aug 3 2018 | 20183418 | Jul 3 2019 | 151112 |
| Honduras | ROBLOX | Registered | 28 | Aug 3 2018 | 20183419 | Jul 3 2019 | 151111 |
| Honduras | ROBLOX | Registered | 41 | Aug 3 2018 | 20183420 | Jul 4 2019 | 26762 |
| Honduras | ROBLOX | Registered | 42 | Aug 3 2018 | 20183421 | Jul 4 2019 | 26758 |
| Hong Kong | AVATONE | Registered | 9, 41 | May 4 2020 | 305261869 | May 4 2020 | 305261869 |
| Hong Kong | Luo Bu (Pinyin for 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 9, 16, 25, 28, 36, 41, 42 | Jan 9 2020 | 305165343 | Jan 9 2020 | 305165343 |
| Hong Kong | LUO BU LE SI | Registered | 9, 41 | Jan 9 2020 | 305165325 | Jan 9 2020 | 305165325 |
| Hong Kong | RBX | Registered | 9, 36, 41 | Nov 20 2018 | 304740462 | Nov 20 2018 | 304740462 |
| Hong Kong | ROBLOX | Registered | 9, 28, 41 | Jul 18 2016 | 303841641 | Jul 18 2016 | 303841641 |
| Hong Kong | ROBLOX | Registered | 9, 16 | Oct 6 2017 | 304294170 | Oct 6 2017 | 304294170 |
| Hong Kong | ROBLOX Logo (2006 black/white) | Registered | 9, 28, 41 | Jul 18 2016 | 303841650 | Jul 18 2016 | 303841650 |
| Hong Kong | ROBLOX STUDIO | Registered | 9, 16, 18, 25, 28, 36, 41, 42 | Dec 17 2019 | 305144805 | Dec 17 2019 | 305144805 |
| Hong Kong | ROBUX | Registered | 9, 36, 41, 42 | Mar 9 2020 | 305212755 | Mar 9 2020 | 305212755 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Hong Kong | Tilted O Design  | Registered | 9, 28, 41 | Nov 18 2016 | 303968083 | Nov 18 2016 | 303968083 |
| Hong Kong | 罗宝 and 羅寶 (ROBUX Transliteration in Simplified & Traditional Chinese Characters, Series of 2) | Registered | 9, 36, 41, 42 | Mar 3 2020 | 305207256 | Mar 3 2020 | 305207256 |
| Hong Kong | 罗布乐思工坊 and 羅布樂思工坊 (ROBLOX STUDIO Transliteration in Simplified and Traditional Chinese Characters Series of 2) | Registered | 16, 18, 25, 28, 36, 41, 42 | Dec 17 2019 | 305144797 | Dec 17 2019 | 305144797 |
| Hong Kong | 羅布 and 罗布 (ROBLOX Nickname in Simplified and Traditional Chinese Series of 2) | Registered | 9, 16, 25, 28, 36, 41, 42 | Jan 9 2020 | 305165352 | Jan 9 2020 | 305165352 |
| Hong Kong | 羅布樂思 and 罗布乐思 (ROBLOX Transliteration in Traditional and Simplified Chinese Characters Series of 2) | Registered | 9, 16, 25, 28, 36, 41, 42 | Nov 14 2019 | 305112972 | Nov 14 2019 | 305112972 |
| Iceland | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Apr 12 2018 | 1337753 |
| Iceland | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Jul 17 2017 | 1377827 |
| India | AVATONE | Registered | 9 | Apr 29 2020 | 4493517 | Apr 30 2021 | 4493517 |
| India | AVATONE | Registered | 41 | Apr 29 2020 | 4493518 | Apr 30 2021 | 4493518 |
| India | ROBLOX | Registered | 9, 28, 41, 42 | Jul 19 2016 | 1337753 | Oct 23 2017 | 3538336 |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| India | ROBUX | Registered | 9 | Mar 11 2020 | 4468807 | Oct 26 2020 | 4468807 |
| India | ROBUX | Registered | 42 | Mar 11 2020 | 4468808 | Oct 26 2020 | 4468808 |
| India | ROBUX | Registered | 36 | Mar 11 2020 | 4468809 | Oct 26 2020 | 4468809 |
| India | ROBUX | Registered | 41 | Mar 11 2020 | 4468810 | Feb 3 2021 | 4468810 |
| India | Tilted O Design | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Oct 23 2017 | 3537497 |
| Indonesia | ROBLOX | Registered | 9 | Oct 6 2017 | DID2017050527 | Oct 6 2017 | IDM000715046 |
| Indonesia | ROBLOX | Registered | 14 | Oct 6 2017 | DID2017050528 | Oct 6 2017 | IDM000715029 |
| Indonesia | ROBLOX | Registered | 16 | Oct 6 2017 | DID2017050520 | Oct 6 2017 | IDM000718155 |
| Indonesia | ROBLOX | Registered | 18 | Oct 6 2017 | DID2017050508 | Oct 6 2017 | IDM000717842 |
| Indonesia | ROBLOX | Registered | 22 | Oct 6 2017 | DID2017050529 | Oct 6 2017 | IDM000717738 |
| Indonesia | ROBLOX | Registered | 25 | Oct 6 2017 | DID2017050521 | Oct 6 2017 | IDM000717571 |
| Indonesia | ROBLOX | Registered | 28 | Oct 6 2017 | DID2017050530 | Oct 6 2017 | IDM000724097 |
| Indonesia | ROBLOX | Registered | 41 | Oct 6 2017 | DID2017050531 | Oct 6 2017 | IDM000724039 |
| Israel | AVATONE | Registered | 9, 41 | Apr 30 2020 | 327261 | Apr 5 2021 | 327261 |
| Israel | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 297284 | Dec 4 2018 | 1337753 |
| Israel | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Sep 4 2018 | 1377827 |
| Israel | ROBUX | Registered | 9, 36, 41, 42 | Mar 11 2020 | 325898 | Apr 5 2021 | 325898 |
| Israel | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Japan | AVATONE | Registered | 9, 41 | Apr 30 2020 | 2020-047736 | May 10 2021 | 6386646 |
| Japan | BLOXY | Registered | 41 | Jul 23 2017 | 1375556 | Jul 4 2019 | 1375556 |
| Japan | BUILDERMAN | Registered | 9, 25, 28, 41, 42 | Apr 19 2022 | 202245406 | Feb 22 2023 | 6674304 |
| Japan | ROBLOX | Registered | 41 | Feb 1 2010 | 0067002010 | Jun 25 2010 | 5332820 |
| Japan | ROBLOX | Registered | 9, 28 | Jul 19 2016 | 1337753 | Jul 20 2017 | 1337753 |
| Japan | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Dec 27 2017 | 1377827 |
| Japan | ROBLOX Logo (2017 black/white) | Registered | 9, 28, 41, 42 | Sep 11 2017 | 2017120633 | Nov 2 2018 | 6094060 |
| Japan | ROBUX | Registered | 9, 36, 41, 42 | Mar 9 2020 | 2020-025384 | Jan 19 2021 | 6342465 |
| Japan | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Japan | Tilted O Design | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Nov 30 2017 | 1338332 |
| Japan | ロブロックス (ROBLOX in Japanese Katakana Characters) | Registered | 9, 16, 28, 36, 41, 42 | Oct 24 2022 | 2022121645 | Jan 5 2024 | 6767787 |
| Kazakhstan | ROBLOX | Registered | 9, 28, 41, 42 | Aug 1 2018 | 1337753 | Jul 11 2019 | 1337753 |
| Malaysia | ROBLOX | Registered | 9 | Aug 1 2017 | 2017064491 | May 30 2018 | 2017064491 |
| Malaysia | ROBLOX | Registered | 28 | Aug 1 2017 | 2017064498 | Jun 13 2019 | 2017064498 |
| Malaysia | ROBLOX | Registered | 41 | Aug 1 2017 | 2017064499 | Jun 4 2018 | 2017064499 |
| Malaysia | ROBLOX | Registered | 14 | Aug 1 2017 | 2017064492 | Aug 16 2018 | 2017064492 |
| Malaysia | ROBLOX | Registered | 16 | Aug 1 2017 | 2017064494 | Aug 3 2018 | 2017064494 |

| Malaysia | ROBLOX | Registered | 18 | Aug 1 2017 | 2017064495 | Aug 16 2018 | 2017064495 |
|---|---|---|---|---|---|---|---|
| Malaysia | ROBLOX | Registered | 22 | Aug 1 2017 | 2017064496 | Aug 28 2018 | 2017064496 |
| Malaysia | ROBLOX | Registered | 25 | Aug 1 2017 | 2017064497 | Jun 4 2018 | 2017064497 |
| Mexico | AVATONE | Registered | 9 | Jul 13 2020 | 2352706 | Nov 27 2020 | 2181049 |
| Mexico | AVATONE | Registered | 41 | Jul 13 2020 | 2352708 | Nov 27 2020 | 2181050 |
| Mexico | ROBLOX | Registered | 9 | Jul 19 2016 | 1337753 | Apr 6 2017 | 1337753 |
| Mexico | ROBLOX | Registered | 9 | Dec 27 2017 | 1377827 | May 29 2019 | 1377827 |
| Mexico | ROBLOX | Registered | 28 | Jul 19 2016 | 1337753 | Apr 6 2017 | 1337753 |
| Mexico | ROBLOX | Registered | 42 | Jul 19 2016 | 1337753 | Apr 6 2017 | 1337753 |
| Mexico | ROBLOX | Registered | 41 | Jul 19 2016 | 1337753 | Feb 6 2019 | 1337753 |
| Mexico | ROBLOX | Registered | 16 | Dec 27 2017 | 1377827 | Aug 30 2018 | 1377827 |
| Mexico | ROBUX | Registered | 9 | Mar 9 2020 | 2341620 | Sep 17 2020 | 2140583 |
| Mexico | ROBUX | Registered | 42 | Mar 9 2020 | 2341624 | Sep 17 2020 | 2140586 |
| Mexico | ROBUX | Registered | 36 | Mar 9 2020 | 2341622 | Sep 17 2020 | 2140584 |
| Mexico | ROBUX | Registered | 41 | Mar 9 2020 | 2341623 | Sep 17 2020 | 2140585 |
| Mexico | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Mexico | Tilted O Design | Registered | 9 | Nov 22 2016 | 1338332 | Aug 28 2018 | 1338332 |
| Mexico | Tilted O Design | Registered | 41 | Nov 22 2016 | 1338332 | Aug 28 2018 | 1338332 |

| Country | Mark | Status | Classes | Application Date | Application Number | Registration Date | Registration Number |
|---|---|---|---|---|---|---|---|
| New Zealand | BUILDER | Registered | 9, 42 | Jul 27 2023 | 1243122 | Jan 30 2024 | 1243122 |
| New Zealand | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Mar 23 2018 | 1337753 |
| New Zealand | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1081901 | Mar 23 2018 | 1377827 |
| New Zealand | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Nicaragua | ROBLOX | Registered | 9, 28, 41, 42 | Jul 27 2018 | 2018002360 | Apr 25 2019 | 2019126611LM |
| Norway | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Jun 8 2018 | 1337753 |
| Norway | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Nov 2 2018 | |
| Panama | ROBLOX | Registered | 9, 28, 41, 42 | Aug 3 2018 | 26774201 | Apr 2 2019 | 26774201 |
| Peru | ROBLOX | Registered | 9 | Jul 31 2017 | 0714588-2017 | Nov 29 2017 | 00258282 |
| Peru | ROBLOX | Registered | 28 | Jul 31 2017 | 0714591-2017 | Nov 17 2017 | 257857 |
| Peru | ROBLOX | Registered | 41 | Jul 31 2017 | 714592 | Dec 15 2017 | 104717 |
| Peru | ROBLOX | Registered | 14 | Jul 31 2017 | 0714586 2017 | Nov 29 2017 | 00258280 |
| Peru | ROBLOX | Registered | 16 | Jul 31 2017 | 0714587 2017 | Nov 29 2017 | 00258269 |
| Peru | ROBLOX | Registered | 18 | Jul 31 2017 | 0714585 2017 | Nov 29 2017 | 00258261 |
| Peru | ROBLOX | Registered | 22 | Jul 31 2017 | 0714590-2017 | Nov 29 2017 | 00258278 |
| Peru | ROBLOX | Registered | 25 | Jul 31 2017 | 0714589 2017 | Nov 29 2017 | 00258281 |
| Philippines | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Oct 24 2019 | 1337753 |
| Philippines | ROBLOX | Registered | 9, 16, 25 | Jul 17 2017 | 1377827 | Aug 19 2018 | 1377827 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Republic of Korea (South) | AVATONE | Registered | 9, 41 | Apr 29 2020 | 4020200072363 | Nov 17 2021 | 401800508 |
| Republic of Korea (South) | BLOXY | Registered | 41 | Jul 23 2017 | 1375556 | Jul 23 2017 | 1375556 |
| Republic of Korea (South) | BUILDERMAN | Registered | 9, 25, 28, 41, 42 | Apr 14 2022 | 4020220070125 | Nov 24 2023 | 402117732 |
| Republic of Korea (South) | ROBLOX | Registered | 41 | Feb 23 2010 | 4120104646 | Jul 6 2011 | 410212930 |
| Republic of Korea (South) | ROBLOX | Registered | 9, 28 | Jul 19 2016 | 1337753 | Jul 19 2016 | 1337753 |
| Republic of Korea (South) | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Dec 27 2017 | 1377827 |
| Republic of Korea (South) | ROBUX | Registered | 9, 36, 41, 42 | Mar 11 2020 | 402020040936 | Aug 5 2021 | 401760313 |
| Republic of Korea (South) | Tilted O Design  | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Nov 22 2016 | 1338332 |
| Russian Federation | ROBLOX | Registered | 9, 28, 41, 42 | Jul 19 2016 | 1337753 | Nov 17 2017 | 1337753 |
| Russian Federation | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Sep 18 2018 | 1377827 |
| Russian Federation | Tilted O Design  | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Nov 14 2017 | 1338332 |
| Saudi Arabia | ROBLOX | Registered | 9 | Oct 5 2017 | 117418 | Jan 17 2018 | 143900142 |
| Saudi Arabia | ROBLOX | Registered | 28 | Oct 5 2017 | 117428 | Dec 28 2017 | 143900438 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Saudi Arabia | ROBLOX | Registered | 41 | Oct 5 2017 | 117429 | Jan 17 2018 | 143900145 |
| Saudi Arabia | ROBLOX | Registered | 14 | Oct 5 2017 | 117419 | Jan 21 2018 | 1439001430 |
| Saudi Arabia | ROBLOX | Registered | 16 | Oct 5 2017 | 117420 | Jan 21 2018 | 1439001431 |
| Saudi Arabia | ROBLOX | Registered | 18 | Oct 5 2017 | 117421 | Jan 21 2018 | 1439001432 |
| Saudi Arabia | ROBLOX | Registered | 22 | Oct 5 2017 | 117422 | Jan 21 2018 | 1439001433 |
| Saudi Arabia | ROBLOX | Registered | 25 | Oct 5 2017 | 117423 | Jan 21 2018 | 1439001434 |
| Serbia | ROBLOX | Registered | 28 | Jul 27 2017 | 1337753 | Jul 27 2017 | 1337753 |
| Singapore | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 40201715399 | Nov 23 2017 | 1337753 |
| Singapore | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Jun 28 2018 | 1377827 |
| Singapore | ROBLOX STUDIO | Registered | 9, 16, 18, 25, 28, 36, 41, 42 | Dec 18 2019 | 40201927311S | Dec 18 2019 | 40201927311S |
| Singapore | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Singapore | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 9, 36, 41, 42 | Mar 3 2020 | 40202004672X | Mar 3 2020 | 40202004672X |
| Singapore | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 9, 16, 25, 28, 36, 41, 42 | Jan 9 2020 | 40202000519U | Jan 9 2020 | 40202000519U |
| Singapore | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9, 16, 25, 28, 36, 41, 42 | Nov 14 2019 | 40201924689R | Nov 14 2019 | 40201924689R |
| Singapore | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 9, 16, 18, 25, 28, 36, 41, 42 | Dec 18 2019 | 40201927312Q | Dec 18 2019 | 40201927312Q |

| Country | Mark | Status | Class | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| South Africa | ROBLOX | Registered | 28 | Oct 6 2017 | 201729123 | May 8 2023 | 201729123 |
| South Africa | ROBLOX | Registered | 14 | Oct 6 2017 | 201729125 | Apr 5 2023 | 201729125 |
| South Africa | ROBLOX | Registered | 16 | Oct 6 2017 | 201729126 | Apr 5 2023 | 201729126 |
| South Africa | ROBLOX | Registered | 18 | Oct 6 2017 | 201729127 | Apr 5 2023 | 201729127 |
| South Africa | ROBLOX | Registered | 22 | Oct 6 2017 | 201729128 | Apr 5 2023 | 201729128 |
| South Africa | ROBLOX | Registered | 25 | Oct 6 2017 | 201729129 | Apr 5 2023 | 201729129 |
| South Africa | ROBLOX | Registered | 9 | Oct 6 2017 | 201729122 | May 8 2023 | 201729122 |
| South Africa | ROBLOX | Registered | 41 | Oct 6 2017 | 201729124 | Apr 5 2023 | 201729124 |
| South Africa | ROBLOX | Registered | 42 | Jul 25 2018 | 201821347 | Jul 25 2018 | 201821347 |
| South Africa | SPEECHLY | Registered | 9 | May 7 2021 | 202113327 | Jun 10 2022 | 202113327 |
| South Africa | SPEECHLY | Registered | 42 | May 7 2021 | 202113328 | Jun 10 2022 | 202113328 |
| Switzerland | ROBLOX | Registered | 28 | Jul 27 2017 | 1337753 | Jul 27 2017 | 1337753 |
| Switzerland | ROBLOX | Registered | 9, 16 | Dec 27 2017 | 1377827 | Dec 20 2018 | 1377827 |
| Switzerland | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| Taiwan | AVATONE | Registered | 41 | Apr 29 2020 | 109027087 | Feb 1 2021 | 02119897 |
| Taiwan | RBX | Registered | 9, 36, 41 | Nov 21 2018 | 107075097 | Dec 1 2019 | 2027869 |
| Taiwan | ROBLOX | Registered | 9, 28, 38, 41, 42 | Jul 30 2018 | 107048921 | Aug 1 2019 | 02003322 |
| Taiwan | ROBLOX STUDIO | Registered | 9, 16, 18, 25, 28, 36, 41, 42 | Dec 18 2019 | 108083094 | Oct 16 2020 | 02096032 |

| Country | Trademark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| Taiwan | ROBUX | Registered | 9, 42 | Mar 9 2020 | 109013884 | May 1 2021 | 2139678 |
| Taiwan | 罗宝 (ROBUX Transliteration in Simplified Chinese Characters) | Registered | 9, 36, 41, 42 | Mar 6 2020 | 109013632 | Jan 16 2021 | 02117242 |
| Taiwan | 罗布 (ROBLOX Nickname in Simplified Chinese) | Registered | 9, 16, 25, 28, 36, 41, 42 | Jan 9 2020 | 109001657 | Oct 16 2020 | 02096054 |
| Taiwan | 罗布乐思 (ROBLOX Transliteration in Simplified Chinese Characters) | Registered | 9, 16, 25, 28, 36, 41, 42 | Nov 14 2019 | 108074973 | Jan 16 2021 | 02117190 |
| Taiwan | 罗布乐思工坊 (ROBLOX STUDIO Transliteration in Simplified Chinese Characters) | Registered | 9, 16, 18, 25, 28, 36, 41, 42 | Dec 18 2019 | 108083095 | Oct 16 2020 | 02096033 |
| Taiwan | 羅寶 (ROBUX Transliteration in Traditional Chinese Characters) | Pending | 9, 28, 36, 41, 42 | Mar 9 2020 | 109013883 | | |
| Thailand | ROBLOX Logo (2017 color) | Pending | 9 | Oct 2 2017 | 170134885 | | |
| Thailand | ROBLOX Logo (2017 color) | Registered | 28 | Oct 2 2017 | 170134891 | Oct 21 2019 | 191119285 |
| Thailand | ROBLOX Logo (2017 color) | Registered | 41 | Oct 2 2017 | 170134892 | Oct 21 2019 | 191119305 |
| Thailand | ROBLOX Logo (2017 color) | Pending | 14 | Oct 2 2017 | 170134886 | | |
| Thailand | ROBLOX Logo (2017 color) | Pending | 16 | Oct 2 2017 | 170134887 | | |
| Thailand | ROBLOX Logo (2017 color) | Pending | 18 | Oct 2 2017 | 170134888 | | |
| Thailand | ROBLOX Logo (2017 color) | Pending | 22 | Oct 2 2017 | 170134889 | | |
| Thailand | ROBLOX Logo (2017 color) | Registered | 25 | Oct 2 2017 | 170134890 | Oct 17 2019 | 191118959 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Trinidad & Tobago | RBLX | Registered | 9, 28, 36, 38, 41, 45 | Aug 14 2020 | 57081 | Aug 20 2021 | 57081 |
| Turkey | ROBLOX | Registered | 9, 28, 41, 42 | Jul 13 2017 | 1337753 | Dec 10 2018 | 1337753 |
| Turkey | ROBLOX | Registered | 9, 16, 25 | Jul 17 2017 | 1377827 | Nov 29 2018 | 1377827 |
| Ukraine | ROBLOX | Registered | 9, 28, 41, 42 | Aug 1 2018 | 1337753 | Aug 19 2019 | 1337753 |
| United Arab Emirates | ROBLOX | Registered | 9 | Aug 29 2016 | 259140 | Sep 25 2017 | 259140 |
| United Arab Emirates | ROBLOX | Registered | 28 | Aug 29 2016 | 259142 | Oct 24 2017 | 259142 |
| United Arab Emirates | ROBLOX | Registered | 41 | Aug 29 2016 | 259143 | Sep 25 2017 | 259143 |
| United Arab Emirates | ROBLOX | Registered | 9 | Oct 10 2017 | 280776 | May 9 2018 | 280776 |
| United Arab Emirates | ROBLOX | Registered | 16 | Oct 10 2017 | 280777 | May 9 2018 | 280777 |
| United Arab Emirates | ROBLOX Logo (2006 black/white) | Registered | 9 | Aug 29 2016 | 259144 | Sep 25 2017 | 259144 |
| United Arab Emirates | ROBLOX Logo (2006 black/white) | Registered | 28 | Aug 29 2016 | 259145 | Sep 25 2017 | |
| United Arab Emirates | ROBLOX Logo (2006 black/white) | Registered | 41 | Aug 29 2016 | 259146 | Sep 25 2017 | 259146 |
| United Arab Emirates | Tilted O Design | Registered | 9 | Nov 22 2016 | 263716 | Nov 23 2017 | 263716 |
| United Arab Emirates | Tilted O Design | Registered | 28 | Nov 22 2016 | 263717 | Nov 23 2017 | 263717 |
| United Arab Emirates | Tilted O Design | Registered | 41 | Nov 22 2016 | 263718 | Nov 23 2017 | 263718 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| United Kingdom | AVATONE | Registered | 9, 41 | Apr 29 2020 | UK0003485303 | Apr 29 2020 | UK0003485303 |
| United Kingdom | AVATONE | Registered | 9, 41 | Apr 29 2020 | UK00918232462 | Sep 29 2020 | UK00918232462 |
| United Kingdom | BLOXY | Registered | 41 | Jul 23 2017 | UK0801375556 | Apr 18 2018 | UK0801375556 |
| United Kingdom | BUILDER | Registered | 9, 42 | Jul 27 2023 | UK0003938918 | Oct 27 2023 | UK0003938918 |
| United Kingdom | BUILDERMAN | Registered | 9, 25, 28, 41, 42 | Apr 19 2022 | UK0003778684 | Jul 15 2022 | UK0003778684 |
| United Kingdom | POWERING IMAGINATION | Registered | 9, 35, 36, 38, 41 | Mar 7 2016 | UK0915189889 | Aug 17 2016 | UK0915189889 |
| United Kingdom | RBLX | Registered | 9, 28, 36, 38, 41, 42, 45 | Jan 21 2021 | UK0003582501 | Aug 20 2021 | UK0003582501 |
| United Kingdom | ROBLOX | Registered | 9, 38, 41 | Feb 2 2010 | UK0908854135 | Jul 13 2010 | UK0908854135 |
| United Kingdom | ROBLOX | Registered | 28, 41 | Jul 19 2016 | UK0801337753 | Sep 12 2017 | UK0801337753 |
| United Kingdom | ROBLOX | Registered | 9, 16 | Dec 27 2017 | UK081377827 | Dec 27 2017 | UK081377827 |
| United Kingdom | ROBLOX Logo (2006 color) | Registered | 9, 16, 20, 21, 25, 28, 35, 36, 38, 41 | Mar 7 2016 | UK00915190028 | Aug 11 2016 | UK00915190028 |
| United Kingdom | ROBLOX Logo (2017 color) | Registered | 9, 28, 41, 42 | Feb 24 2017 | UK0916405557 | Jul 26 2017 | UK0916405557 |
| United Kingdom | Roblox Premium Subscription Logo (1) | Registered | 9, 41 | Jan 9 2020 | UK00918177875 | Jun 24 2020 | UK00918177875 |
| United Kingdom | Roblox Premium Subscription Logo (2) | Registered | 9, 41 | Jan 9 2020 | UK00918177878 | Jun 24 2020 | UK00918177878 |
| United Kingdom | ROBUX | Registered | 9, 36, 41, 42 | Mar 10 2020 | UK0003473967 | Mar 10 2020 | UK0003473967 |
| United Kingdom | ROBUX | Registered | 36, 41 | Mar 7 2016 | UK0915190036 | Aug 10 2016 | UK0915190036 |

| Country | Mark | Status | Classes | Date | Number | Date | Number |
|---|---|---|---|---|---|---|---|
| United Kingdom | Robux Logo (1)  | Registered | 9, 36, 41 | Jan 9 2020 | UK00918177881 | Jun 24 2020 | UK0918177881 |
| United Kingdom | Robux Logo (2)  | Registered | 9, 36, 41 | Jan 9 2020 | UK00918177882 | Jun 24 2020 | UK00918177882 |
| United Kingdom | Tilted O Design (Color)  | Registered | 9, 28, 41 | Nov 2 2016 | UK00915992225 | Apr 18 2017 | UK00915992225 |
| United States of America | BLOX PARTY | Pending | 35, 41 | Apr 29 2021 | 90682002 | | |
| United States of America | BLOXY | Registered | 41 | Feb 6 2017 | 87326100 | May 1 2018 | 5460112 |
| United States of America | BLOXY | Pending | 9, 25, 28, 38, 41, 42 | May 6 2024 | 98535389 | | |
| United States of America | BLOXY COLA | Registered | 9, 41 | Jul 17 2023 | 98088054 | May 7 2024 | 7380745 |
| United States of America | BUILDER | Pending | 9, 42 | Jul 17 2023 | 98088447 | | |
| United States of America | BUILDER FONT | Pending | | Feb 23 2024 | 1-13543917268 | | |
| United States of America | BUILDERMAN | Pending | 9, 25, 28, 41, 42 | Nov 30 2021 | 97149259 | | |
| United States of America | DESPACITO SPIDER | Pending | 28 | Nov 15 2021 | 97124805 | | |

| Country | Mark | Status | Classes | Application Date | Application No. | Registration Date | Registration No. |
|---|---|---|---|---|---|---|---|
| United States of America | G | Registered | 9, 42 | Nov 21 2017 | 87692799 | Jul 10 2018 | 5512143 |
| United States of America | GUILDED | Registered | 9, 42 | Nov 21 2017 | 87692801 | Oct 9 2018 | 5578624 |
| United States of America | POWERING IMAGINATION | Registered | 36, 38 | Nov 9 2015 | 86814049 | Aug 20 2019 | 5839946 |
| United States of America | POWERING IMAGINATION | Registered | 9, 35, 41 | Nov 9 2015 | 86982717 | Sep 19 2017 | 5292052 |
| United States of America | RBLX | Pending | 9, 28, 36, 38, 42, 45 | Nov 20 2020 | 90333989 | | |
| United States of America | ROBLOX | Registered | 9, 28, 41 | Mar 29 2004 | 78392717 | Aug 14 2007 | 3280422 |
| United States of America | ROBLOX | Registered | 9, 38, 41 | Jul 8 2016 | 87098255 | Mar 31 2020 | 6024416 |
| United States of America | ROBLOX | Registered | 9, 16, 25 | Apr 10 2017 | 87405607 | Nov 17 2020 | 6200694 |
| United States of America | ROBLOX Logo (2017 black/white) | Registered | 9, 28, 41 | Feb 23 2017 | 87977012 | May 8 2018 | 5466424 |
| United States of America | ROBLOX Logo (2017 black/white) | Registered | 42 | Feb 23 2017 | 87980539 | Jun 4 2019 | 5771263 |
| United States of America | Roblox Premium Subscription Logo (1) | Registered | 9, 41 | Oct 25 2019 | 88668827 | Dec 6 2022 | 6918702 |

| Country | Mark | Status | Classes | App. Date | App. No. | Reg. Date | Reg. No. |
|---|---|---|---|---|---|---|---|
| United States of America | Roblox Premium Subscription Logo (2) | Registered | 9 | Oct 25 2019 | 88668860 | Dec 6 2022 | 6918703 |
| United States of America | Roblox Studio Logo | Registered | 9, 41, 42 | Jul 26 2023 | 98103696 | May 7 2024 | 7380765 |
| United States of America | ROBUX | Registered | 36, 41 | Jun 26 2012 | 85662119 | May 5 2015 | 4731874 |
| United States of America | Robux Logo (2) | Registered | 9, 36, 41 | Oct 25 2019 | 88668900 | Dec 6 2022 | 6918704 |
| United States of America | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| United States of America | SPOKEN LANGUAGE UNDERSTANDING | Registered | 9, 42 | Nov 27 2020 | 90345846 | Feb 15 2022 | 6648160 |
| United States of America | THIS WORLD IS OURS FOR THE MAKING | Pending | 9, 16, 25, 28, 38, 41, 42 | Feb 10 2023 | 97790290 | | |
| United States of America | Tilted O Design | Registered | 28 | Oct 14 2016 | 87203534 | Jul 14 2020 | 6102343 |
| United States of America | Tilted O Design | Registered | 9, 41 | Oct 14 2016 | 87977745 | Jul 10 2018 | 5515648 |
| Uruguay | ROBLOX | Registered | 9, 14, 16, 18, 22, 25, 28, 41 | Jul 28 2017 | 486173 | Aug 22 2019 | 486173 |

| Vietnam | ROBLOX | Registered | 9, 28, 41, 42 | Jul 19 2016 | 1337753 | Mar 27 2018 | 1337753 |
|---|---|---|---|---|---|---|---|
| Vietnam | Tilted O Design  | Pending | 9, 28, 41 | Nov 22 2016 | 1338332 | | |
| WIPO | BLOXY | Registered | 41 | Jul 23 2017 | 1375556 | Jul 23 2017 | 1375556 |
| WIPO | ROBLOX | Registered | 9, 28, 41, 42 | Jul 19 2016 | 1337753 | Jul 19 2016 | 1337753 |
| WIPO | ROBLOX | Registered | 9, 14, 16, 18, 25, 26 | Jul 17 2017 | 1377827 | Jul 17 2017 | 1377827 |
| WIPO | SPEECHLY | Registered | 9, 42 | May 7 2021 | 1602148 | May 7 2021 | 1602148 |
| WIPO | Tilted O Design  | Registered | 9, 28, 41 | Nov 22 2016 | 1338332 | Nov 22 2016 | 1338332 |

# EXHIBIT C

Roblox Support  >  Parents, Safety, and Moderation  >  Legal Documents

Search our articles

Articles in this section ⌄

# Roblox Terms of Use

*Effective Date: January 6, 2025*
*Last Updated: January 6, 2025*

[Introduction](#)
[USER TERMS](#)
[CREATOR TERMS](#)
[Appendix A (China)](#)
[Appendix B (Japan)](#)
[Appendix C (European Union/European Economic Area and the United Kingdom)](#)
[Appendix D (Vietnam)](#)

## ▼ Introduction

### Welcome to the Roblox universe, where imagination and creativity rule!

Roblox Corporation and designated subsidiaries ("**Roblox**", "**we**," or "**us**") offers the Roblox website (www.roblox.com) and its related platform (collectively, "**Platform**") and various other features and services, including websites, applications, forums, content, functionality, products, and services (together with the Platform, "**Services**") to allow users ("**Users**," "**your**," or "**you**") to play, create, and connect.

By accepting these User Terms, you also agree to be bound by the following:

- Roblox Creator Terms, which apply to all Users who access the Services. They cover items such as the use of Roblox Studio, the offering of Experiences and Virtual Content (as defined below), and the use of music on the Services.
- Roblox **Privacy Policy**, which explains information that we collect about you, how we protect that information, and how that information may be used.
- Roblox **Community Standards**, which explains the conduct standards expected from Users, and outlines behavior prohibited on the Services.
- Content Labels, which provides information regarding the content maturity and content descriptors associated with Experiences.
- **For U.S. Users**, Roblox's Arbitration Agreement (Section 11), which outlines how disputes between you and Roblox will be resolved. Specifically, these Roblox Terms contain A BINDING, INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER. THIS MEANS THAT YOU GIVE UP THE RIGHT TO BRING AN ACTION IN COURT, INDIVIDUALLY OR AS PART OF A CLASS ACTION.

PLEASE READ THE ROBLOX TERMS CAREFULLY BEFORE BEGINNING TO USE THE SERVICES, AS THEY SET FORTH A LEGALLY BINDING AGREEMENT BETWEEN YOU AND ROBLOX. BY USING THE SERVICES, YOU AFFIRM THAT YOU HAVE REACHED THE LEGAL AGE OF MAJORITY IN YOUR JURISDICTION AND STATE OF RESIDENCE, AND UNDERSTAND, ACCEPT, AND AGREE TO BE BOUND AND ABIDE BY THE ROBLOX TERMS. IF YOU DO NOT AGREE TO THE ROBLOX TERMS, YOU MUST NOT USE THE SERVICES.

IF YOU ARE UNDER THE LEGAL AGE OF MAJORITY (A "**MINOR**") IN YOUR JURISDICTION OR STATE OF RESIDENCE, BEFORE USING THE SERVICES, YOUR PARENT OR LEGAL GUARDIAN MUST READ AND CONSENT TO THE ROBLOX TERMS. BY PERMITTING A MINOR TO USE THE SERVICES, A MINOR'S PARENT OR GUARDIAN BECOMES SUBJECT TO THE ROBLOX TERMS AND AGREES TO BE RESPONSIBLE FOR ALL OF THE MINOR'S ACTIVITIES ON THE SERVICES, INCLUDING THE PURCHASE OF ANY VIRTUAL CONTENT.

The Roblox Terms are subject to change. To the extent required by applicable law, Roblox will provide User with reasonable advance notice of any material updates or modifications by any reasonable means of notification, provided that non-material changes, feature updates, or modifications made for legal reasons (as determined by Roblox) will be deemed to be effective immediately and without notice. Changes shall be in effect as of the "Last Updated" date listed atop this page. Your continued use of the Services after the Last Updated date constitutes your acceptance and agreement to such changes.

The Roblox Terms consist of the following:

- **User Terms.** The User Terms apply to any person who accesses the Services.
- **Creator Terms.** The Creator Terms apply to all Users who access the Services. They cover items such as the use of Roblox Studio, the offering of Experiences and Virtual Content (as defined below), and the use of music on the Services.
- **Roblox Community Standards.** The Roblox Community Standards apply to all Users and outline the types of behavior that are acceptable and prohibited when using the Services.
- **Roblox Privacy & Cookie Policy.** The Roblox Privacy & Cookie Policy outlines information that Roblox collects during your use of the Services, how we protect that information, and how that information may be used.
- **Supplemental Provisions.**
  - **People's Republic of China.** These terms apply to a User's interaction with UGC created by Users and Developers located in China that use Luobu Studio and to a Creator's submission of UGC to the Luobulesi Game for distribution in the People's Republic of China.
  - **Japan.** These terms apply to Users located in Japan.
  - **Europe.** These terms apply to Users located in EU/EEA and the United Kingdom.
  - **Vietnam.** Part A of these terms applies to Users located in Vietnam. Part B of these terms governs the publication of Creator UGC in Vietnam and applies to all Creators, whether located inside or outside of Vietnam.

Plus certain other Additional Terms, which may be applicable depending on your use of the Services and may require separate consent. These include but are not limited to:

- **Advertising Standards.** The Advertising Standards apply to advertisers who place advertisements on Roblox and to Creators who allow third party advertisements in their Experiences.
- **Advertising Terms.** The Advertising Terms apply to advertisers who place advertisements on Roblox through the Roblox Ads Manager at ads.roblox.com.
- **AI-Based Tools Supplemental Terms and Disclaimer.** The AI-Based Tools Supplemental Terms and Disclaimer apply to any Creator who uses generative AI-based tools provided in Studio, which include, without limitation, the features accessible through Roblox Assistant. Among other things, the AI-Based Tools Supplemental Terms and Disclaimer delineate restrictions and acceptable uses applicable to the tools, and Creators are not permitted to use any such tools if they do not agree with these terms.
- **Biometric Privacy Notice.** The Biometric Privacy Notice applies to any User who uses additional features on Roblox that require the use of one's camera or the uploading of files that contain an individual's facial geometry (including age verification) and explains how Roblox collects, uses, shares, retains, and destroys your Biometric Data when you use the Services.

- **Creator Analytics Terms of Use.** The [Creator Analytics Terms](#) apply to any Creator who accesses Roblox's Creator Analytics feature.
- **DevEx Terms.** The [DevEx Terms](#) apply to any Creator who has applied and been accepted to the Developer Exchange Program ("DevEx Program").
- **Facial Animation Privacy Notice.** The [Facial Animation Privacy Notice](#) applies to any User who activates and enables tools on the Service, including Animation Capture-Face or Chat, that capture and animate facial movements and explains how Roblox collects, uses, shares, retains, and destroys the data collected when you use the Services.
- **Roblox Name and Logo Guidelines.** The [Roblox Name and Logo Guidelines](#) apply to any Creator or Brand Partner who advertises content created on Roblox on other platforms.
- **Talent Hub Consent.** The Talent Hub Consent applies to any Job Creator or Job Seeker who uses Talent Hub.

## ▼ USER TERMS

These User Terms, along with the additional Creator Terms, govern, among other things, what is called **User Generated Content** or "**UGC.**" UGC is content of any kind or nature, whether material, assets, or otherwise, that Users create, upload, submit, publish, display, generate, transmit, or otherwise make available on the Services. **ALL USERS ARE SUBJECT NOT ONLY TO THESE USER TERMS BUT ALSO TO THE ADDITIONAL CREATOR TERMS, WHICH ARE INCORPORATED HEREIN BY REFERENCE.**

### 1  ▼ Definitions.

Any capitalized words not defined herein are defined in the [Roblox Dictionary](#).

### 2  ▼ User Accounts; Access to Services.

a. **Creating an Account.** To access certain elements and functionality of the Services, you will need to create a Roblox account ("**Account**"). To create an Account, you will be asked to provide username, date of birth, and method of authenticating your Account, which may include a password and, depending on the resources accessed, you may also be asked to provide other information like a verified email address, verified phone number, or a government-issued photo identification. You agree that all information provided to Roblox will be true, accurate, and up to date. Roblox reserves the right to take steps to ensure that any information you provide to Roblox in connection with your Account is accurate.

b. **Securing an Account.** You are responsible for maintaining the confidentiality and security of any credentials used to access your Account (e.g., a username and password). You must not share or disclose such credentials to others (except for Guardians in the case of a Minor User).

c. **Account Responsibilities and Prohibitions.** You understand, acknowledge, and agree that you will be responsible for any actions taken in your Account and on the Services using your access credentials, whether or not such actions have been authorized by you. You may only access the Services through your own Account. Selling your Account or your access credentials to another User is strictly prohibited. Similarly, purchasing another User's Account or access credentials is strictly prohibited. However, transferring an Account in connection with the sale of the right to earn Robux from the sale of Virtual Content created by that Account, pursuant to a valid written agreement, is permitted. This exception does not permit the sale of Robux or Virtual Content outside the Services.

d. **Compromised Accounts.** If you have reason to believe your Account has been compromised, is not secure, or has been subject to unauthorized use, you must notify Roblox immediately by contacting [Roblox Support](#). If another User asks for your password or any personal information, you should report them immediately using the "[Report Abuse](#)" feature.

e. **Suspension or Termination of an Account.** If you violate these User Terms or any of the Roblox Terms, including the Roblox Community Standards, Roblox reserves the right, in its sole discretion, to terminate or suspend (i) your Account and (ii) your right to use and access the Roblox Services, including by suspending or terminating any alternate account(s) you create or have created. Account suspension or termination may also involve the suspension or termination of access to any content you have acquired on the Services, including without limitation Robux, Experience access, In-Experience Items, and Virtual Items. Roblox may also terminate your Account if Roblox determines, in its sole discretion, you are a repeat infringer, as contemplated by the Digital Millennium Copyright Act ("**DMCA**"). A Guardian of a Minor User may request that Roblox terminate their Account by contacting Roblox Support.

f. **Notification and Appeal.** If, pursuant to a violation of the Roblox Terms or in response to law enforcement or other legal request, Roblox (i) suspends or terminates your Account or access to the Services or (ii) removes Robux, UGC, or other content that you have on the Services, Roblox may notify you, and may provide you an opportunity to request a review of Roblox's decision ("**Appeal**"). To begin the Appeal process, contact Roblox Support. See here for more information on relevant Roblox policies and processes.

g. **Access to Services.** Roblox reserves the right, in its sole discretion, to change or suspend the Services (or any portion thereof) at any time and for any reason, including to comply with laws, to protect Users, or to protect Roblox's reputation, without notice to you unless required by law and without liability to Users.

## 3   ▼ Robux and Roblox Premium Membership

a. "**Robux**" is the official currency of the Roblox Services and can be used to acquire content such as Virtual Items (defined below) or access to interactive content called "**Experiences**" on the Services. **Robux are not a substitute for real currency, do not earn interest, and have no equivalent value in real currency.** Except as otherwise outlined in the DevEx Terms with respect to Creators who have applied and been accepted to the DevEx Program, Robux cannot be redeemed for any real currency, and Roblox is not obligated to exchange a User's Robux for anything else of value.

b. **Limited License to Use Robux.** Robux have no equivalent value in real currency. Except as expressly set forth in Section 4 of the Creator Terms or in any Applicable Terms made applicable to Robux depending on your use of the Services, your acquisition or purchase of Robux only entitles you to receive a limited, non-transferable, revocable license to use Robux (i) in connection with the Services, (ii) for your personal entertainment only, and (iii) in the ways permitted by Roblox under the applicable Roblox Terms, including any Applicable Terms. Your limited license to use Robux may end if (i) you violate the Roblox Terms, (ii) your Account is suspended or terminated, or (iii) these User Terms or the Services are terminated.

c. **Acquisition and Use of Robux.** Robux may be acquired on the Services in one of several ways. A User may acquire Robux (i) by purchasing or otherwise receiving Robux from Roblox; (ii) by purchasing a membership ("**Premium**" as more fully described in Section 3f below) that includes a certain stipend of Robux each month; (iii) by trading Virtual Items with other Users (as described in Section 4c below); or (iv) by other means that Roblox may introduce. Additionally, a Creator may earn Robux as described more fully in Section 4 of the Creator Terms.

You may not use, acquire, or distribute Robux or Virtual Content except through the Services and except as expressly allowed by Roblox under these Roblox Terms, including any Applicable Terms. Any attempt to do so constitutes a violation of the Roblox Terms, will render the transaction void, and may result in the immediate suspension or termination of your Account and your license to use Robux or Virtual Content. Roblox does not recognize or take responsibility for third-party services that allow Users to sell, transfer, purchase, or otherwise use Robux or Virtual Content, and any such use by a User is a violation of the Roblox Terms. However, transferring an Account in connection with the right to earn Robux from the sale of Virtual Content created by that Account, pursuant to a valid written agreement, is permitted. This exception does not permit the sale of Robux or Virtual Content outside the Services. **Only Users who have reached the age of majority in their jurisdiction or state of residence may purchase Robux or engage in other real-money transactions on the Services.**

d. **Robux Are Non-Refundable.** Except as required by law, all payments for Robux are **final and not refundable.**

e. **Robux Are Subject to Change.** Roblox, in its sole discretion, may implement changes to Robux at any time. This may include limiting the number of Robux a User may acquire or lowering the purchase price of Robux.

Except for the limited licenses granted to you under the Roblox Terms, Roblox has and retains all rights in and to Robux. This includes the right to modify, revoke, or terminate your license to use Robux without notice, payment, or liability to you. Roblox makes no guarantees or warranties regarding Robux or their availability or value.

f. **Premium.** Roblox Premium is a renewing subscription that provides Users with certain additional benefits on the Services (such as the ability to engage in a Trade or Resale, as those terms are defined in Section 4 below). When you purchase a subscription to Roblox Premium, you agree that your subscription service will automatically renew and that Roblox, through its payment provider, is authorized to charge your payment method accordingly until you cancel the subscription. Roblox will notify you of any price increase or change to the subscription terms (such notification may be via any reasonable means). You may cancel Roblox Premium at any time by following the instructions available here. If you cancel Roblox Premium, you can still enjoy the benefits for the period of time for which you have already paid. Roblox Premium subscriptions are non-refundable and non-transferable.

## 4    ▼ Virtual Content, UGC Subscriptions, and the Roblox Economy.

a. **Acquiring Virtual Content.** You may acquire "**Virtual Items**" (including without limitation clothing or digital items for your avatar), "**In-Experience Items**" (including without limitation game passes and special abilities) and other content (including without limitation Experience and private server access) offered by Roblox and/or Creators (collectively "**Virtual Content**") solely on the Services. The acquisition of Virtual Content on the Services is solely for your personal entertainment, and, except as otherwise stated in any Additional Terms, as applicable, it does not create any legally enforceable contract between (i) you and Roblox or (ii) you and any Creator. Virtual Content has no real world equivalent value, and you do not acquire any enforceable property rights in and to any Virtual Content based on any transaction on the Services.

When you spend Robux to acquire Virtual Content through Marketplace or In-Experience, the Robux are collected through the Services and immediately deducted from your Account balance. All such transfers are final and, unless otherwise permitted by Roblox through its policies or practices or as required by law, non-refundable and non-reversible.

b. UGC Subscriptions are automatically renewing subscriptions offered by a Creator to provide Users with certain additional benefits. UGC Subscriptions may be purchased using real currency (real world money) only. When you purchase a UGC Subscription, you agree that your subscription will automatically renew and that Roblox, through its payment provider, is authorized to charge your payment method accordingly until you cancel the UGC Subscription. You may cancel your UGC Subscription at any time in the Subscriptions settings page. If you cancel your UGC Subscription, you can still enjoy the benefits for the period of time for which you have already paid. All purchases of UGC Subscriptions are final and, unless otherwise permitted by Roblox through its policies or practices or as required by law, non-refundable and non-transferable.

c. **Selling Virtual Content and UGC Subscriptions.**

i. **For Users.** Roblox allows Users with a Roblox Premium subscription to resell certain Roblox-created Virtual Content on the Services ("Resale"). A User may engage in a Resale of such Virtual Content within Marketplace only. All Resales are final and cannot be reversed except as required by law. (See here for a more detailed explanation of how to resell Virtual Content.)

ii. **For Creators.** A Creator may design and sell Virtual Content and UGC Subscriptions pursuant to the terms as outlined in Section 4 of the Creator Terms and the UGC Subscription Terms of Use.

d. **Trading Virtual Content.** Roblox allows Users with a Roblox Premium subscription to trade certain Virtual Content on the Services ("Trade"). This Virtual Content can be Traded for other Virtual Content or for a combination of Robux and Virtual Content. When Users engage in a Trade on the Services that includes the exchange of Robux, Roblox is entitled to a fee.

However, if no Robux are exchanged as part of the Trade, Roblox will not receive any fee in connection with the transaction. (See here for a more detailed explanation of Roblox's Trading System and the associated fees.)

e. **Removal of Virtual Content.** Roblox has the right, in its sole discretion, to suspend the availability of, or remove from the Services and your Account, any content (including without limitation Experiences, Virtual Content, UGC Subscriptions, and UGC) without advance notice. Roblox shall not be liable to any User for any losses you may experience because of such suspension or removal, and Roblox is not required to refund any Robux or other funds that a User has spent on any removed or suspended content, except where legally required.

f. **Paid Access.** Paid Access experiences offered by a Creator require a one-time payment in Robux or local currency to access the experience ("Paid Access"). Paid Access experiences in Robux can only be purchased using Robux and Paid Access experiences in local currency can only be purchased using real currency. You can purchase a Paid Access experience on desktop in your local currency, or in USD if your local currency isn't available. You may request a refund for a Paid Access in local currency experience within 48 hours of purchase. Paid Access in Robux experiences are final and, unless otherwise permitted by Roblox through its policies or practices or as required by law, non-refundable and non-transferable.

   i. Limited License. By purchasing a Paid Access experience, you are granted a license to the Experiences consistent with these Terms. Roblox reserves the right to revoke your access at our sole discretion.

   ii. Pricing and Tax. When you purchase Robux, Roblox Premium Memberships, UGC Subscriptions, or Paid Access in local currency experiences from Roblox Corporation at Roblox.com, the price payable is the price indicated at the time of purchase, plus all applicable sales and/or use taxes, value added tax ("VAT") or goods and services tax ("GST") that Roblox assesses on your purchase (the "Purchase Price"). For U.S. and Canadian purchasers, applicable sales tax may be added on to the price displayed; for purchasers in other countries where Roblox is registered for VAT or GST, the Purchase Price will include applicable VAT or GST, at the rate applicable in the territory, unless otherwise indicated at the time of purchase.

g. **Roblox Commerce.** Experiences and other features on the Services may enable shopping for, purchasing, and/or obtaining items that exist outside of Roblox, including the ability to make payments to Commerce Providers in real currency (collectively "Commerce Provider Activation(s)"). Capitalized terms that are not defined in these terms are defined in the Roblox Dictionary.

   i. **Device, Age, and Region Restrictions.** To access a Commerce Provider Activation, you must be at least 13 years of age and live in the United States, and certain features of the Commerce Provider Activation may only be available to eligible users based on device type.

   ii. **Purchases from Commerce Providers.**

      1. If you choose to make a purchase in a Commerce Provider Activation (including by clicking on a "Buy" or "Shop" button, advertisement, "Learn more," or other links or purchase methods), you will be using and interacting with an application or website operated by a third-party retailer, e-commerce platform, marketplace, brand, developer, and/or its and their designees (collectively, the "Commerce Provider," and the application or website, the "Commerce Provider Website") to complete your purchase. If you choose to access, use, transact with, or otherwise interact with the Commerce Provider Website, you are directing the Commerce Provider to make applicable Third-Party Services available to you.

      2. You are solely responsible for your dealings with the Commerce Provider. You understand that the terms and conditions of the Commerce Provider Website, including any terms of sale, rules, policies, and privacy notices required by the Commerce Provider as may be noted on the Commerce Provider Activation or Commerce Provider Website (the "Commerce Provider Terms") govern your transaction with the Commerce Provider and all of your activity on the Commerce Provider Website, including information collected and processed through the Commerce Provider Website. Roblox is not a party to any transactions through the Commerce Provider Website, as those are administered by the Commerce Provider. Any claim in connection with the Commerce Provider Website, including any applicable transactions, is governed by the Commerce Provider Terms, and to the fullest extent permitted under applicable law, Roblox is not responsible for such claims. You agree that you are solely responsible for your, or your Minor's (if applicable), conduct while using or accessing the Commerce Provider Website, and you must comply with the Commerce Provider Terms if you access or use the Commerce Provider Website. If there is any inconsistency or conflict

between these Commerce Terms and the Commerce Provider Terms, the Commerce Provider Terms shall prevail solely with respect to any activity or transactions you make on the Commerce Provider Website.

3. "Commerce Product(s)" means any goods, merchandise or other products and services offered through the Commerce Provider Website which are intended to be enjoyed outside of Roblox (e.g., clothing, tickets for live events, food delivery services, etc.). The Commerce Items offered through the Commerce Provider Website are subject to change, and may be modified, suspended, disabled, or discontinued in whole or in part, at any time. Roblox has no responsibility or liability to you for your transactions with the Commerce Provider, including any issues with the performance or quality of the Commerce Items, any orders placed, delivery issues, payment processing, or refund requests related to the Commerce Items. You understand and agree that the Commerce Provider is the party solely responsible for all aspects of any transaction, including the fulfillment of Commerce Items, made on the Commerce Provider Website.

iii. **Taxes.** Roblox provides a unique and immersive brand experience that enables users to explore and interact with the Commerce Provider's brand in a virtual experience. Roblox solely provides the experience for brand interaction(s).

Roblox does not operate as a marketplace or marketplace facilitator and is not involved in the execution of purchases, sales, or delivery of Commerce Products ("Commerce Provider Transactions"). All Commerce Provider Transactions related to the Commerce Products are conducted directly through the Commerce Provider Website. Roblox Corporation does not, directly or indirectly, handle, process, or accept payments; collect receipts; determine prices; or, in any way, oversee these Commerce Provider Transactions. Any returns, customer service, or related inquiries or issues with Commerce Products are directed to, and the responsibility of, the Commerce Provider.

Commerce Providers manage their individual Commerce Provider Websites and operate independently from Roblox. This independence includes, but is not limited to, the execution of sales (e.g., payment processing services, setting prices, taking orders, accepting or assisting with returns or exchanges), management of inventory, personalized branding, customer service, fulfillment and delivery of Commerce Products. All Commerce Provider Transactions are processed directly between the Commerce Provider and the user.

The Commerce Provider shall be solely responsible for the payment of all sales, use, VAT, GST and similar taxes ("Taxes") relating to the sale of Commerce Product(s) and Commerce Provider Transactions under these Commerce Terms.

iv. **Virtual Items.** Not all Commerce Provider Activations offer a digital twin or other digital item. If the Commerce Provider Activation states that a purchase made on the Commerce Provider Website also comes with a digital twin or other digital item, that digital twin/item is Virtual Content. You will only be granted entitlement to, or a means to redeem entitlement for, the applicable Virtual Content if the Commerce Provider confirms that your purchase through the Commerce Provider Website for the respective and eligible Commerce Item(s) advertised in the Commerce Provider Activation is completed successfully. Roblox reserves the right to refuse entitlement for or remove the applicable Virtual Content if your order through the Commerce Provider Website is canceled or reversed, for any activities not in compliance with the Commerce Provider Terms or these Commerce Terms, or as otherwise set forth in the Roblox Terms of Use. Virtual Content available through the Commerce Provider Activation is subject to change, and may be modified, suspended, disabled, or discontinued in whole or in part, at any time. Unless otherwise stated, a maximum of one (1) of each Virtual Content is granted. Purchasing multiple of the same eligible Commerce Item(s) will not result in multiple of the same Virtual Content.

v. **Commerce Provider Activations are Subject to Change.** We reserve the right, in our sole discretion, to modify, suspend, disable access to, or discontinue any Commerce Provider Activations, in whole or in part, at any time. We reserve the right to modify these terms at any time in Roblox's sole discretion.

vi. **Warranty Disclaimer.** TO THE MAXIMUM EXTENT PERMISSIBLE UNDER APPLICABLE LAW, WITH RESPECT TO ANY COMMERCE PROVIDER ACTIVATION, COMMERCE PROVIDER WEBSITE, AND ANY COMMERCE ITEMS MADE AVAILABLE FOR PURCHASE THROUGH A COMMERCE PROVIDER WEBSITE OR OBTAINED FROM A COMMERCE PROVIDER, YOU UNDERSTAND AND AGREE THAT ROBLOX EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES OF ANY KIND OR NATURE, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND SATISFACTORY QUALITY. YOU

UNDERSTAND AND AGREE THAT THE COMMERCE PROVIDER IS THE PARTY RESPONSIBLE FOR TRANSACTIONS FOR AND FULFILLMENT OF COMMERCE ITEMS PURCHASED ON THE COMMERCE PROVIDER WEBSITE OR MADE AVAILABLE BY THE COMMERCE PROVIDER, AND ROBLOX HAS NO INVOLVEMENT IN THE DESIGN, MANUFACTURE, PROVISION, OR DELIVERY OF SUCH COMMERCE ITEMS.

vii. **Limitation of Liability.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL ROBLOX BE LIABLE TO YOU FOR ANY LOSS, DAMAGE, OR INJURY OF ANY KIND, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, CONSEQUENTIAL, OR OTHER INTANGIBLE LOSSES ARISING OUT OF OR IN CONNECTION WITH ANY COMMERCE PROVIDER ACTIVATION, COMMERCE PROVIDER WEBSITE, COMMERCE ITEMS, OR THESE COMMERCE TERMS, WHETHER ARISING IN CONTRACT, TORT, STRICT LIABILITY, STATUTE OR ANY OTHER LEGAL OR EQUITABLE THEORY.

## 5 ▼ Payments and Refunds.

a. **General.** Only Users who have reached the age of majority in their jurisdiction or state of residence may engage in financial transactions on the Services, such as purchasing Robux or Roblox Premium, or UGC Subscriptions.

b. **User Responsibilities.** When purchasing Robux, Roblox Premium, or a UGC Subscription, you (or your Guardian, as applicable) represent and warrant that you have the right to use your selected payment method and that your payment method has enough credit available to complete the applicable transaction. You further agree that you have read and agree to be bound by any applicable Additional Terms and that any information you provide in connection with any financial transaction on the Services, including without limitation the provision of a selected payment method, shall be subject to the privacy policy as outlined by the applicable payment service provider for that financial transaction.

   i. If you believe someone has gained access to or used your Account, including your payment method, without permission, you must notify Roblox as soon as possible by contacting [Roblox Support](#). Roblox reserves the right to suspend any Account with unauthorized charges or to restrict an Account's ability to purchase Robux, engage in Trades, and/or purchase Virtual Content and UGC Subscriptions. (See Unauthorized Transactions below.)

c. **Unauthorized Transactions.** If you notice charges on your credit/debit card, PayPal, or Google Play account relating to the Services that you did not authorize, please contact Roblox Support immediately. Tell Roblox AT ONCE if you believe that a charge has been made without your permission. Our goal is to learn about and promptly address your concerns. If you dispute any charges directly with your payment processor, Roblox may be restricted in the assistance, including any refund, Roblox can provide due to prohibitions under the payment provider's dispute process. To protect Roblox and Users from fraud and other harm, Roblox reserves the right to suspend any Account with unauthorized charges or to restrict an Account's ability to purchase Robux, engage in Trades, and/or purchase Virtual Content. Roblox may provide you an opportunity to request a review of Roblox's decision. For more information on the Appeal process, please see Section 2 of the User Terms, above.

d. **Pricing and Tax.** When you purchase Robux, Roblox Premium Memberships, or UGC Subscription from Roblox Corporation at [Roblox.com](#), the price payable is the price indicated at the time of purchase, plus all applicable sales and/or use taxes, value added tax ("VAT") or goods and services tax ("GST") that Roblox assesses on your purchase (the "Purchase Price"). For U.S. and Canadian purchasers, applicable sales tax may be added on to the price displayed; for purchasers in other countries where Roblox is registered for VAT or GST, the Purchase Price will include applicable VAT or GST, at the rate applicable in the territory, unless otherwise indicated at the time of purchase.

## 6 ▼ Intellectual Property and UGC.

a. **Roblox IP.** The interfaces, graphics (including without limitation Roblox Classic Avatars and Modified Classic Avatars, as defined in Section 2 of the Creator Terms), trademarks, design, information, artwork, data, code, products, software, and all other elements of the Services, including the rights therein and any derivatives thereof, ("**Roblox Intellectual Property**" or

"**Roblox IP**") are protected by law and the Roblox Terms. All Roblox IP is the property of Roblox and Roblox's licensors. Roblox IP includes all UGC licensed to Roblox by Creators under the Creator Terms. Except as allowed in the Roblox Terms and any applicable Additional Terms, you may not use any Roblox IP contained in the Services unless you obtain separate permission in each instance from the owner. Roblox reserves all rights in/to the Roblox IP not granted in these Roblox Terms or elsewhere in Additional Terms.

b. **UGC**. The Services contain various forums, functionality, software, and other interactive features that allow you to create, upload, submit, publish, display, generate, transmit, or otherwise make available ("**Publish**") UGC on the Services. For more information on these features, please also read Section 2 of the Creator Terms.

Any UGC Published on the Services must comply with the Roblox Terms, including the Roblox **Community Standards**, and must not be illegal, fraudulent, deceptive, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties or objectionable, and must not consist of or contain software viruses, commercial solicitation, chain letters, mass mailings, or any form of "spam."

Except as otherwise described in Roblox's **Privacy Policy** or any applicable Additional Terms, (i) you agree any UGC that you Publish will be considered non-confidential and non-proprietary, and (ii) you grant Roblox a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to host, use, copy, reproduce, modify, adapt, publish, translate, run, create derivative works of, distribute, communicate to the public, and publicly perform or display including on a through-to-the-audience basis, such UGC and any related interaction data on the Services, throughout the world in any media for any business purpose in connection with operating, providing, publicizing, or improving the Services, including without limitation in connection with the training of machine learning and related models; however, Roblox will only share personal information that you provide in accordance with Roblox's Privacy Policy.

You represent and warrant that, at the time of Publishing UGC, (i) you own or otherwise control all the rights in/to the UGC; (i) the UGC is accurate and not fraudulent or deceptive; and (iii) the UGC does not violate these Terms, any applicable laws, or the rights of any third party, including intellectual property, privacy, and publicity, and will not cause injury to any person or entity. You understand that Roblox cannot guarantee that in certain situations, UGC that you Publish or make available on or through the Services will not be copied or used by other Users of the Services and discussed on and outside of the Services. If you do not have the right to submit UGC for such use, Publishing such may subject you to liability. Roblox takes no responsibility and assumes no liability for any UGC Published by you or any third party. Roblox has the right but not the obligation to monitor, modify, disable access to, or remove any UGC on its Services, and it may exercise these rights at any time, without notice or liability to you or any third party.

c. **In-Experience UGC.** Some Experiences allow for Users of that Experience to Publish UGC within the Experience. Users who separately Publish UGC within an Experience hereby grant both Roblox and the Creator of the applicable Experience a worldwide, perpetual, royalty free, and irrevocable right and non-exclusive license to use and exploit the UGC in any manner or media, including without limitation in connection with the training, development, and use of machine learning and related models, without any obligation, including any obligation to pay royalties or other compensation to any person or party. If such Users create a Modified Classic Avatar (as defined in Section 2 of the Creator Terms), the User hereby assigns all right, title, and interest in that Modified Classic Avatar to Roblox; Roblox in turn grants a non-exclusive license to both User and Creator to use and exploit that Modified Classic Avatar on the Services without any obligation (except those otherwise specified in these Roblox Terms), including any obligation to pay royalties or other compensation to any person.

d. **Copyright Infringement / Digital Millennium Copyright Act (DMCA).**

    i. **Notice.** We respect the intellectual property rights of others, and we ask you to do the same. If you are a copyright owner or an agent of a copyright owner and believe that any content on the Services infringes upon your copyrights, you may submit a notice pursuant to the DMCA by contacting our Copyright Agent by email at **copyright_agent@roblox.com** or mail at Legal, 3150 S. Delaware St., San Mateo, CA 94403. You may also contact us by phone at (888) 858-2569. If a copyright owner is under the age of 13, a DMCA notice must be submitted by a parent, Guardian, or other adult representative. Your notice must include the following information:

    - An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other right being infringed;

- A description of the copyright-protected work or other intellectual property right that you claim has been infringed;
- A description of the material that you claim is infringing and where it is located;
- Your address, telephone number, and email address;
- A statement by you that you have a good faith belief that the use of those materials is not authorized by the copyright owner, its agent, or the law; and
- A statement by you that the above information in your notice is accurate and that, under penalty of perjury, you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

You acknowledge that if you fail to comply with all of the requirements of this Section, your DMCA notice may not be valid. See 17 U.S.C. § 512(c)(3) for further details. We may send a copy of your DMCA notice, including any contact information you provide, to the individual responsible for the reported content.

ii. **Counter-Notice.** If your content was removed or disabled as a result of a DMCA notice, and you believe that your content is not infringing or that you have the proper authorization from the copyright owner, the copyright owner's agent, or pursuant to the law to Publish and use the material in your content, you may send a counter-notice to our Copyright Agent by email at copyright_agent@roblox.com or mail at Legal, 3150 S. Delaware St., San Mateo, CA 94403. Any counter-notice submitted on behalf of a User under the age of 13 must be submitted by a parent, Guardian, or other adult representative. When our Copyright Agent receives a counter-notice, we may send a copy of the counter-notice, including any contact information you provide, to the original complaining party informing that party that we may, in 10 business days, replace the removed content or stop disabling it. Unless the copyright owner files an action seeking a court order against the provider of the content, the removed content may be replaced or access to it restored, in our sole discretion, within 10 to 14 business days or more after our receipt of the counter-notice.

e. **Trademark Infringement.** If you are a trademark owner, or an agent of a trademark owner, and believe that any content on the Services infringes upon your registered trademark(s), please submit a trademark infringement notice to our Trademark Agent at trademark_agent@roblox.com or Legal, 3150 S. Delaware St., San Mateo, CA 94403. When you contact us, please provide the following information in your notice:

- An electronic or physical signature of the person authorized to act on behalf of the owner of the trademark;
- A description of the trademark right that you claim has been infringed, including the country in which the trademark is registered and the registration number, if applicable;
- A description of the content that you claim is infringing and where it is located;
- Your address, telephone number, and email address;
- A statement by you that you have a good faith belief that the use of such content is not authorized by the trademark owner, its agent, or the law; and
- A statement by you that the above information in your notice is accurate and that, under penalty of perjury, you are the trademark owner or authorized to act on the trademark owner's behalf.

Note that Roblox is not in a position to mediate disputes between Users and the holders of trademark rights. However, we take intellectual property rights seriously, and, upon receipt of a valid trademark infringement notice, we will investigate and may remove content that engages in trademark infringement. Note that for the purpose of a trademark infringement report you must be the owner of a registered trademark or their agent, pending trademark applications are not sufficient.

f. **Repeat Infringer Policy.** Roblox's intellectual property policy is to: (i) remove or disable access to content that Roblox knows to be infringing on the intellectual property rights of third parties or that has been identified in a valid DMCA notice submitted by a valid copyright owner or their agent; and, (ii) in appropriate circumstances, to suspend or terminate the Accounts of and block access to the Services by any User who repeatedly or egregiously infringes the copyrights or other intellectual property rights of third-parties.

g. **Feedback.** Any feedback, comments, or suggestions (collectively "Feedback") you may provide regarding or relating to the Services is entirely voluntary, you hereby grant us a perpetual, irrevocable, royalty free, fully paid, worldwide license to us to such Feedback and we will be free to use such Feedback as we see fit and without any obligation to you.

**7**  ▼ **Online Safety**

Roblox cares about the safety of its Users. If you see any content or materials on the Services that appears to recruit, entice, advertise, or solicit any person to perform a sexual, violent, or illegal act, please contact Roblox Support and select the "User Safety Concern" help category to immediately report the User and situation.

a. **Community Standards.** To keep its Users safe, Roblox has created certain Community Standards to outline how Users should behave on the Services and what conduct is and isn't allowed on the Services. These Community Standards, which are incorporated into these Terms, may be found here. Any violation of the Community Standards is considered a violation of the Roblox Terms and may result in Account suspension or termination.

b. **Parental Controls.** The Roblox Community is made up of Users of all ages. We work hard to promote a safe and fun environment for all. To help foster this community, we provide Users and their parents/guardians with numerous safety features and controls. More information about these features may be found here.

**8**  ▼ **License to and Restriction of Services.**

a. **License to the Services.** Subject to your compliance with these User Terms or any Roblox Terms, Roblox grants you a non-exclusive, limited, revocable, non-transferable license to use the Services on devices that you own or control for your personal, entertainment use, including and solely in connection with the Services, the right to download and use software that Roblox makes available for download as part of the Services, in object code form only.

b. **Restrictions of Use.** In addition to any other restrictions set forth in the Roblox Terms or any Additional Terms, Users may not (a) lease, lend, sell, redistribute, or sublicense any part of the Services; (b) copy, modify, distribute, publicly perform or display, reverse engineer, disassemble, modify, or create derivative works of the Services or related or implemented technology; (c) circumvent any technological measure designed to protect the Services or any technology associated with the Services; (d) reverse engineer, disassemble, decompile, decode, adapt, or otherwise attempt to derive or gain access to any Services' source code, in whole or in part (unless a portion of code contained within the Services is released as open source and the open source license governing such code expressly permits reverse engineering, copying or other modification); (e) use the Services to create malicious or abusive content (as determined by Roblox in its sole discretion) or any content that violates these Roblox Terms, Additional Terms, guidelines, or policies; or (f) use the Services (or any part thereof or any technology contained therein) in any manner that infringes, misappropriates, or otherwise violates any intellectual property right or other right of any person, or that violates any applicable laws.

**9**  ▼ **Third-Party Services.**

a. **Third-Party Services.** Some parts of the Services may include or make available content, tools, or other materials, including but not limited to Experiences, from third parties (people or companies other than Roblox) ("**Third-Party Services**"). Depending on a User's age, this could include links to other websites, features that let a User link their User Accounts to other accounts (like Facebook), or third-party buttons (e.g., "like" or "share"). As described in this Section 9, Roblox neither controls nor takes responsibility for any Third-Party Services, including, without limitation, how a third party may collect, use, or store User information. You understand that your use of the Services and, by extension, Third-Party Services, may subject you to fees, terms, and/or policies, such as a privacy policy, that are not controlled by Roblox. By your use of the Services and integrated Third-Party Services, you agree to pay any fees and to follow any terms, conditions, and policies presented by those Third-Party Services.

b. **Disclaimer.** You understand that by using the Services, you may come across Third-Party Services that (i) may be considered offensive, or objectionable; (ii) may or may not be identified as having explicit language; (iii) may contain links

or references to objectionable material; (iv) may contain infringing content; (v) may not function properly or as intended; may contain viruses, malware, or other harmful code; and/or (vi) may not be available in all countries or languages. You agree to use the Services at your own risk User acknowledges and agrees that Roblox is not responsible for examining or evaluating the content, accuracy, completeness, availability, timeliness, validity, copyright, compliance, legality, decency, quality or any other aspect of such Third-Party Services. Roblox does not warrant or endorse any Third-Party Services. You further agree that Roblox will not have any responsibility or liability to you in connection with such Third-Party Services, including any losses you may sustain as a result of using such Third-Party Services.

c. **Notices**.

    i. **Apple.** If a User is using the Roblox mobile application ("**App**") on an iOS device, User also acknowledges and agrees to the terms of this Section. The Roblox Terms are between User and Roblox only, not with Apple, and Apple is not responsible for the Services and the content of the Services. Apple has no obligation whatsoever to provide any maintenance and support service with respect to the Services. If the Services fail to meet the applicable warranty, User may notify Apple, and Apple will refund any applicable purchase price for the App to User. Apple has no other warranty obligation whatsoever with respect to the Services. Apple is not responsible for addressing any claims by User or any third party relating to the Services or User's use of the Services, including: (a) product liability claims; (b) any claim that the Services fail to meet any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement, and discharge of any third-party claim that the Services or User's use of the App infringe that third party's intellectual property rights. User agrees to comply with any applicable third-party terms when using the Services. Apple and Apple's subsidiaries are third-party beneficiaries of the Roblox Terms, and when User accepts the Roblox Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce the Roblox Terms against User as a third-party beneficiary. User hereby represents and warrants that (a) User is not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (b) User is not listed on any U.S. Government list of prohibited or restricted parties.

    ii. **Autodesk.** Roblox Studio contains Autodesk® FBX® code developed by Autodesk, Inc. Copyright 2016 Autodesk, Inc. All rights reserved. This code is provided "as is" and Autodesk, Inc. disclaims any and all warranties, whether express or implied, including the implied warranties of merchantability, fitness for a particular purpose or non-infringement of third-party rights. In no event will Autodesk, Inc. be liable for any direct, indirect, incidental, special, exemplary, or consequential damages (including obtaining substitute goods or services; loss of use, data, or profits; or business interruption) however caused and on any theory of liability, whether in contract, strict liability, or tort (including negligence or otherwise) arising in any way out of such code.

    iii. **PlayStation.** This Section applies to Users accessing the Services on a Sony PlayStation® device. Purchase and use of items are subject to the Network Terms of Service and User Agreement. This online service has been sublicensed to you by Sony Interactive Entertainment America. Any content purchased in an in-game store will be purchased from Sony Interactive Entertainment Network Europe Limited ("SIENE") and be subject to PlayStation™Network Terms of Service and User Agreement which is available on the PlayStation™Store. Please check usage rights for each purchase as these may differ from item to item. Unless otherwise shown, content available in any in-game store has the same age rating as the game. The Roblox Terms are between User and Roblox only, and not with any of Sony Computer Entertainment, Inc., Sony Computer Entertainment America LLC, and Sony Computer Entertainment Europe Ltd. (collectively, "SCE"). Roblox, and not SCE, is responsible for the Services. User is granted a limited license to use the Services only on a "System" (which includes PlayStation, PlayStation 2, PlayStation 3, PlayStation 4, PlayStation Portable (PSP), PlayStation Vita (PS Vita), and PlayStation Vita TV (PS Vita TV), including all iterations and server emulations of each) that User owns or controls or such other system to which the Services are delivered by the proprietary online network operated by SCE or its affiliates, accessible via the Systems and other devices. Each SCE Company is a third party beneficiary of the Roblox Terms.

10    ▼ Experience Rules + Dispute Resolution (Between Users and Creators or Between Creators).

If a User has an issue with any Creator UGC (including Experiences or other Virtual Content), Users should first contact the Creator of the UGC directly to resolve the issue.

a. **Experience Rule Violations.** Roblox permits Creators to create custom rules that govern Experiences and the actions of Users within ("Experience Rules"). Experience Rules are created, governed, and administered by the Experience Creator and not by Roblox. As such, violations of Experience Rules may only be reported to (and handled by) the Experience's Creator directly. They may not be reported through Roblox's Report Abuse system.

Experiences will have their own system for (i) monitoring User compliance with and (ii) moderating Users who violate the Experience Rules. Moderations may include a violative User being banned from accessing an Experience – temporarily or permanently – and may also include the loss of Virtual Content acquired in that Experience. All such moderations are conducted by the Creator on behalf of the Experience, and Roblox is not responsible for a Creator's actions in this respect.

b. **Dispute Resolution.** If a User has an issue with any Creator UGC (including Experiences, Experience Rules, or other Virtual Content), a User must first contact the Creator of the UGC directly to resolve the issue. See here for additional information about disputes between Creators and Users.

c. **Escalation to Roblox.** While Roblox is not responsible for the actions or moderations of a Creator based on the Experience Rules or the resolution of issues between Users and Creators or between Creators, Roblox wants to make sure that everyone enjoys the Services. Accordingly, Roblox has the right (but not the obligation) to intervene in issues between Users and Creators or between Creators to try to help resolve them. Before escalating any such issues to Roblox, Users should first make a real, genuine effort to work out a resolution with the Creator. If such attempt is unsuccessful, User may escalate the issue to Roblox's Customer Service team by completing the Roblox Support Form. If Roblox chooses to intervene or take action in any dispute between a User and Creator or between Creators, User and Creator agree that Roblox's decision (which may include deducting Robux from the Creator and crediting Robux to the User) is final, and Creator and User will accept that decision. Users and Creators agree to work with Roblox in a timely manner to resolve all such issues, and failure to do so shall be a violation of the Roblox Terms.

## 11    ▼ Dispute Resolution (Between User and Roblox); Arbitration Agreement; Class Action Waiver.

Except as otherwise permitted in the Roblox Terms, you agree that any dispute, claim, or controversy you may have with Roblox arising under or relating in any way to the Roblox Terms or the Services ("**Dispute**") will be governed and resolved through the Mandatory Informal Dispute Resolution ("**MIDR**") process (as outlined below).

**FOR U.S. RESIDENTS ONLY:** If the MIDR process has been completed but the Dispute remains unresolved, you agree that such Dispute will be determined through binding arbitration (as outlined below) and not through litigation. This agreement applies regardless of the legal theories involved in the Dispute and regardless of whether the Dispute is with Roblox, its subsidiaries, affiliates or parent company, or any suppliers or service providers involved with the Services, or their officers, directors, employees, agents, or successors. **YOU ACKNOWLEDGE AND AGREE THAT YOU ARE GIVING UP THE RIGHT TO FILE A LAWSUIT IN COURT BEFORE A JUDGE OR JURY, INCLUDING IN A CLASS ACTION, FOR ANY DISPUTES SUBJECT TO THE ARBITRATION PROVISION BELOW.**

a. **Mandatory Informal Dispute Resolution.** We hope there's never a Dispute between us. but if there is, we both recognize and agree that good faith, informal efforts to resolve Disputes often result in prompt, low-cost, and mutually beneficial outcomes. Therefore, we each agree that—before either of us may commence an arbitration or assert any claim in court, except as set forth in Section 11.a.vi, below—we will engage in the following MIDR process:

  i. Notice. To initiate the MIDR process, the party with a Dispute must first give written notice to the other party.

    • **To notify Roblox,** you must send written notice to **Roblox Corporation, Legal Department, 3150 S. Delaware St., San Mateo, CA 94403** by certified U.S. Mail or by Federal Express (or international equivalent), providing: (a) the User's full name, Roblox username, and any email or billing address associated with the User's Roblox Account; (b) the name and contact information of the User's counsel, if User is represented by counsel; (c) a brief description of the User's Dispute

and the resolution requested; and (d) the ticket or case number provided by Roblox Support to track previous attempts to resolve the Dispute, if there is one.

- **To notify a User**, Roblox will send a written notice to the email address or billing address that you provided to Roblox (or, if none is provided, through the messaging system on the Roblox Service); that notice will include (a) the name and contact information of Roblox's counsel; and (b) a brief description of Roblox's Dispute and the resolution requested.

ii. Process. Both parties will then engage in the MIDR process. The MIDR process requires conferring in writing—or, if requested by either party, via teleconference or videoconference—in a good faith effort to informally resolve the Dispute. If either party is represented by counsel, that counsel may participate.

iii. Confidentiality. All offers, promises, conduct, and statements made in the course of the MIDR process by any party, its agents, employees, and attorneys are confidential and not admissible for any purpose in any subsequent proceeding, provided that evidence that is otherwise admissible or discoverable shall not be rendered inadmissible or non-discoverable as a result of its use in the MIDR process.

iv. Timing. The MIDR process shall occur within sixty (60) days of receipt of the written notice described in subsection i above, unless an extension is mutually agreed upon by the parties. However, if a party is seeking injunctive relief on an emergency basis (for example, a preliminary injunction or temporary restraining order), the MIDR process with respect to that relief shall occur within three (3) business days of receipt of the written notice described in subsection i above, unless an extension is mutually agreed upon by the parties. Any statute of limitations will be tolled while the parties engage in the informal dispute resolution process described in this section.

v. MIDR Is a Mandatory Prerequisite to Arbitration or Litigation. If, after participating in the MIDR process, we have been unable to resolve the Dispute, either party may commence an arbitration (or litigation, if the claim falls within an exception to the Arbitration Agreement (as defined below)). However, if we have not engaged in the MIDR process as set forth in this section, the Dispute may not be submitted to arbitration, nor may a claim be filed in court, until the MIDR process occurs. User and Roblox understand and agree that any Dispute that has not first been subject to MIDR:

- Shall not be accepted by the arbitration provider, and shall be deemed frivolous under Federal Rule of Civil Procedure 11(b); further, the arbitrator may allocate any arbitration fees and/or costs to any party that files a frivolous claim in violation of this Section 11.a; and
- Shall be subject to dismissal if asserted in court.

vi. Exceptions. If a Dispute involves a claim that asserts infringement of patent, copyright, trademark, or trade secret rights, the User and Roblox are not required to participate in the MIDR process set forth in this section.

b. **Arbitration Agreement. THE FOLLOWING APPLIES TO U.S. USERS ONLY.** If there is a Dispute between us, and we're unable to resolve it through the MIDR process described in subsection a. above, this subsection explains in detail the process for resolving that Dispute. **Please read this section carefully; it's important.**

i. ARBITRATION AGREEMENT AND CLASS ACTION WAIVER. EXCEPT AS OTHERWISE PROVIDED IN THE **ROBLOX TERMS**, **USER** AND **ROBLOX** AGREE THAT ANY DISPUTE THAT CANNOT BE RESOLVED THROUGH MIDR , WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION AS SET FORTH HEREIN, RATHER THAN IN COURT. USER AND ROBLOX THEREBY AGREE TO WAIVE ANY RIGHT TO A JURY TRIAL AND AGREE THAT **USER** AND **ROBLOX** MAY BRING CLAIMS AGAINST EACH OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR CLASS ARBITRATION.

This arbitration agreement and class action waiver ("**Arbitration Agreement**") applies to all Users who are United States residents and, except as provided below, to all Disputes—regardless of (a) the legal theories involved in the Dispute, (b) when the Dispute arose, and (c) whether the Dispute is with Roblox, with Roblox's subsidiaries, affiliates, or parent company, or with any suppliers or service providers involved with the Services (including any officers, directors, employees, agents, or successors).

ii. Federal Arbitration Act; Interpretation; and Enforcement. This Arbitration Agreement is governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) ("**FAA**"), including its procedural provisions, in all respects. This means that the FAA governs, among other things, the interpretation and enforcement of this Arbitration Agreement and all of its provisions, including, without limitation, the class action waiver. State arbitration laws do not govern in any respect. Further, User

and Roblox each agree that the Roblox Terms evidence a transaction involving interstate commerce and will be governed by and construed in accordance with federal law to the fullest extent possible.

iii. Arbitration Generally; Relief Available. There is no judge or jury in arbitration, and court review of an arbitration award is limited pursuant to the FAA. However, an arbitrator can award, on an individual basis, the same damages and relief as a court (including injunctive and declaratory relief and statutory damages) and must follow the Roblox Terms as a court would. For the avoidance of doubt, the arbitrator can award public injunctive relief if authorized by law and warranted by the individual claim(s).

iv. Arbitration Proceedings and Rules. Arbitrations will be administered by FedArb in accordance with FedArb's Expedited Arbitration Rules and (if applicable) Framework for Mass Arbitration Proceedings ADR-MDL, except as modified by the Roblox Terms. In particular, the Framework for Mass Arbitration Proceedings ADR-MDL shall apply if five or more demands for arbitration are filed that share common factual or legal issues, and if counsel for the parties submitting those demands are the same or coordinated. Users can find more information at www.fedarb.com or by calling 1-650-328-9500.

Unless required by law, or unless the parties mutually agree otherwise in writing, any arbitration hearing—including oral arguments—will be conducted through video conferencing. If the arbitration hearing is conducted in person, it will take place in San Mateo County, California, if that is a convenient location for the User, or the county or parish where the User resides.

At the conclusion of the arbitration, the arbitrator will issue a written decision explaining the findings and conclusions upon which the arbitrator's decision is based.

Unless applicable law provides otherwise, the arbitration proceeding and all records pertaining to it—including but not limited to any documents prepared or produced in connection with the arbitration proceeding, as well as the hearing, the decision, and the arbitration award—will be confidential and will not be disclosed to any third party, except as necessary to obtain court confirmation of the arbitration award.

v. Commencing an Arbitration. A party who has complied with the MIDR process described above and who wishes to start arbitration must submit a demand for arbitration and a copy of the User Terms to FedArb at https://fedarb.my.salesforce-sites.com/Roblox_DemandForm.

vi. Fees and Costs. If you commence an arbitration in accordance with the Roblox Terms and Arbitration Agreement, you will be required to pay the first $50 of FedArb's filing fee. Except as otherwise set forth in Section 11(a)(v) and this subsection, you will not be responsible for paying any other fees for the arbitration other than the filing fee; all other fees or expenses charged by FedArb will be paid by Roblox. Further, if FedArb determines that you are unable to pay any part of the filing fee, Roblox will pay that part too.

Users are otherwise responsible for their own costs and attorneys' fees; Roblox will not pay such costs or attorneys' fees unless ordered to do so by the arbitrator.

If the arbitrator finds that either the substance of the claim or the relief sought is frivolous or brought for an improper purpose, the parties agree that the arbitrator may order the losing party to reimburse the prevailing party for all arbitration fees—as well as reasonable attorneys' fees and costs. Further, in cases where a statute authorizes the award of attorneys' fees or costs to the prevailing party, the arbitrator may award attorneys' fees or costs pursuant to that statute.

The parties agree that FedArb has discretion to modify the amount or timing of any fees due under any applicable rules or fee schedules, and further agree not to oppose any modifications to the timing or amount of any fees due—provided that such modifications do not increase the fees to either party.

vii. Delegation; Interpretation. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all Disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of the Roblox Terms, including, but not limited to, any claim that all or any part

of the Roblox Terms is void or voidable; however, in the event of a Dispute about which particular version of the Roblox Terms you agreed to, a court will decide that specific question prior to the commencement of the arbitration. This Arbitration Agreement is intended to be broadly interpreted and will survive termination of the Roblox Terms.

viii. Severability. If any provision of this Arbitration Agreement is found unenforceable, that provision will be severed, and the balance of the Arbitration Agreement will remain in full force and effect. If a court decides that applicable law precludes enforcement of this Arbitration Agreement as to any particular claim, then that claim must be severed from the arbitration, while the remaining claims will still be resolved through binding arbitration.

ix. Opting Out. You may opt-out of the Arbitration Agreement entirely and litigate any Dispute with us by sending written notice to Roblox within 30 days of signing up for the Services for the first time. Thereafter, you may only opt-out of material changes to the Arbitration Agreement by sending written notice within 30 days after Roblox provides notice of those changes (unless a longer period is required by applicable law). In either case, to opt-out, a User must send a written notice entitled "Arbitration Opt-Out Notice" to Roblox Corporation, Legal Department, 3150 S. Delaware St., San Mateo, CA 94403 by certified U.S. Mail or by Federal Express (or international equivalent). To be valid, the opt-out notice must be sent to Roblox from the User who wants to opt-out (or that User's Guardian) and include (a) the User's full name, Roblox username, and email address, (b) a clear statement that the User wants to opt-out of the Arbitration Agreement, or wants to opt-out of a material change to the Arbitration Agreement, as applicable, and (c) the User's signature (or the signature of the User's Guardian, if the User is a Minor). If opting-out of a material change, the notice must also identify the particular material change to which the User wants to opt-out. An opt-out notice applies only to the Arbitration Agreement; all other parts of the Roblox Terms will still apply to the User and Roblox. Further, an opt-out notice does not revoke or otherwise affect any previous agreement to the Arbitration Agreement. By opting out of a material change to the Arbitration Agreement, you agree to arbitrate any Dispute in accordance with the language of the last version of the Arbitration Agreement that you accepted.

x. Exceptions. The Arbitration Agreement shall be subject to the following exceptions:

- Users and Roblox retain the right to participate in class-wide settlement of claims.
- The Arbitration Agreement does not apply to Users who are not residents of the United States, or to Users who (pursuant to subsection ix above) properly opt-out of the entire Arbitration Agreement within 30 days of signing up for the Services for the first time.
- If a Dispute is within the jurisdiction of small claims court, either the User or Roblox may (after engaging in the MIDR process) choose to take the Dispute to small claims court in the User's county of residence, or in the Superior Court of California, County of San Mateo.
- If a Dispute involves a claim that asserts infringement of patent, copyright, trademark, or trade secret rights, either User or Roblox may assert the claim in federal or state court, as set forth in Section 15.

c. **Timing for Raising Disputes.** USER AND ROBLOX AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ARISES OR IT IS PERMANENTLY BARRED.

## 12 ▼ Governing Law, Jurisdiction, and Venue.

a. Except as otherwise provided herein, the Roblox Terms are governed by the laws of the State of California without regard to conflict of law principles.

b. Except for small claims court actions, any Dispute that is not subject to the Arbitration Agreement as outlined in Section 11 above (including if the Arbitration Agreement is for any reason held to be unenforceable) may only be litigated in the federal or state courts of San Mateo County, California, and User and Roblox consent to jurisdiction in those courts for such purposes, except as otherwise provided by the European Union's General Data Protection Regulation.

## 13 ▼ Disclaimers; No Warranties.

a. **UGC Disclaimer.** Except as may be required by applicable law, Roblox is not liable for, nor is Roblox obligated to screen, approve, edit, or control any UGC that Users, Creators, or others Publish or otherwise make available on the Services. Roblox may, however, at any time, without notice, and without any obligation to User, remove, edit, block or suspend the availability of any UGC that Roblox thinks violates the Roblox Terms or is otherwise objectionable. User understands that when using the Services, User will see UGC from a variety of sources and understands that UGC could be inaccurate, offensive, or objectionable. User agrees to waive, and does waive, any legal or equitable right or remedy that User has or may have against Roblox regarding UGC. If notified by a User or content owner that UGC allegedly violates the Roblox Terms, Roblox may investigate and decide whether to remove or disable access to the UGC (which Roblox can do at any time, without notice).

b. **Content Labels.** The Services display to Users a content maturity label and certain other descriptors about Experiences. A description of those content maturity labels can be found here. The content maturity labels or descriptors for an Experience may be modified from time to time, such as based on additional information reported to Roblox or changes made to the Experience by a Creator. User is solely responsible for reviewing the content maturity labels and descriptors for an Experience to determine whether any such changes have been made. Roblox does not warrant the accuracy of the guidelines or descriptors. User acknowledges and agrees that Roblox is not responsible for the accuracy, completeness, validity, or quality of any content maturity labels or descriptors.

c. **As Is.** THE SERVICES AND ALL MATERIALS AND CONTENT AVAILABLE THROUGH THE SERVICES ARE PROVIDED "AS IS" AND ON AN "AS AVAILABLE" BASIS, WITHOUT WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ROBLOX AND ROBLOX'S OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS, AFFILIATES, INVESTORS, BUSINESS PARTNERS, SUBSIDIARIES AND AGENTS (TOGETHER, THE "**AFFILIATED PARTIES**") DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SERVICES AND ALL MATERIALS AND CONTENT AVAILABLE THROUGH THE SERVICES, INCLUDING: (A) ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, QUIET ENJOYMENT, OR NON-INFRINGEMENT; AND (B) ANY WARRANTY ARISING OUT OF COURSE OF DEALING, USAGE, OR TRADE. THE AFFILIATED PARTIES DO NOT WARRANT THAT THE SERVICES OR ANY PART OF THE SERVICES, OR ANY MATERIALS OR CONTENT OFFERED THROUGH THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY TRANSLATIONS OF CONTENT, WILL BE UNINTERRUPTED, SECURE, OR FREE OF ERRORS, VIRUSES, OR OTHER HARMFUL COMPONENTS, AND DO NOT WARRANT THAT ANY OF THOSE ISSUES WILL BE CORRECTED.

d. **No Responsibility.** NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY USER FROM ROBLOX OR ANY MATERIALS OR CONTENT AVAILABLE THROUGH THE SERVICES WILL CREATE ANY WARRANTY REGARDING ANY OF THE AFFILIATED PARTIES OR ROBLOX THAT IS NOT EXPRESSLY STATED IN THE ROBLOX TERMS. USER ASSUMES ALL RISK FOR ANY DAMAGE THAT MAY RESULT FROM USER'S USE OF OR ACCESS TO THE SERVICES, USER'S DEALING WITH ANY OTHER USERS ON THE SERVICES, AND ANY MATERIALS OR CONTENT AVAILABLE THROUGH THE SERVICES. THESE LIMITATIONS APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

## 14  ▼ Limitations of Liability.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL ROBLOX AND THE AFFILIATED PARTIES BE LIABLE TO USER FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS) ARISING OUT OF OR RELATING TO USER'S ACCESS TO OR USE OF, OR USER'S INABILITY TO ACCESS OR USE, THE SERVICES OR ANY MATERIALS OR CONTENT ON THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), STATUTE, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT ROBLOX HAS BEEN INFORMED OF THE POSSIBILITY OF DAMAGE.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, USER AGREES THAT THE AGGREGATE LIABILITY OF ROBLOX AND THE AFFILIATED PARTIES TO USER FOR ALL CLAIMS ARISING OUT OF OR RELATING TO THE USE OF OR ANY INABILITY TO USE ANY PART OF THE SERVICES OR OTHERWISE UNDER THE ROBLOX TERMS, WHETHER IN CONTRACT, TORT, OR OTHERWISE, IS LIMITED TO $1,000 USD (EXCEPT AS NOTED IN SECTION 11 ABOVE OR AS OTHERWISE SET FORTH IN THE CREATOR TERMS).

## 15   ▼ Indemnification.

You agree that you will be responsible for your use of the Services, and you further agree to defend and indemnify Roblox and the Affiliated Parties from and against every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with: (a) your access to, use of, or alleged use of the Services; (b) your violation of any part of the Roblox Terms, any representation, warranty, or agreement referenced in the Roblox Terms, or any applicable law or regulation; (c) your actual or alleged violation of any third-party right, including any intellectual property right, publicity or privacy right, property right, or confidentiality obligation; or (d) any Dispute or issue between you and any third party. Roblox reserves the right, at Roblox's own cost, to take on the exclusive defense and control of any matter subject to indemnification by you (without limiting your indemnification obligations with respect to that matter), and in that case, you agree to cooperate with Roblox's defense of that claim.

## 16   ▼ Notice to California Residents.

a. **Complaints.** If you are a California resident, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, CA 95834, or by phone at (800) 952-5210 in order to resolve complaints regarding the Services or to get more information regarding your use of the Services.

b. **Minors.** If you are a California resident under the age of 18, you may request that Roblox remove certain personal content that you have publicly posted to the Services, and Roblox will comply with such request to the extent permitted and/or required by law. Such content may include personal information but does not include (a) anonymized information or (b) UGC that you have uploaded to the Services (as you have received consideration for providing it). To make such a request, please contact Roblox Support. The request must include your username and a specific description of the content that you want removed so that Roblox can find it. Roblox will not accept requests via postal mail, phone, or fax and may not be able to respond if you provide incomplete information. A request does not guarantee that the information you posted will be completely removed, and there may be circumstances in which the law does not require or allow removal, even if you make such a request.

## 17   ▼ Miscellaneous Terms.

a. **General.** These User Terms, together with all Roblox Terms, make up the entire agreement between you and Roblox regarding the Services and your use thereof. You may not assign these Roblox Terms or any of your rights hereunder by operation of law or otherwise without Roblox's prior written consent. Roblox may assign the Roblox Terms at any time to anyone without notice or consent. This agreement is binding on and inures to the benefit of Roblox's and your respective successors and assigns. If any part of these Roblox Terms is held to be invalid or unenforceable, the unenforceable part will be given effect to the greatest extent possible (or, if it cannot legally be given any effect, will be severed from the Roblox Terms), and the remaining parts will remain in full force and effect. Nothing in the Roblox Terms will be deemed to confer any rights or benefits on a third party (other than Apple as noted in Section 9.c.).

b. **Termination; Survival.** In the event of termination of these User Terms or any Additional Terms, as applicable, the rights and duties of Roblox and User to each other will terminate except that any part of the Roblox Terms or Additional Terms, which by their nature should survive termination, will survive, including Sections 6, 8, 9, 10, 11, 13, 14 and 15.

c. **Waiver.** No waiver of any part of the Roblox Terms by either User or Roblox shall be deemed a continuing or further waiver of any such part or any other part of the Roblox Terms, and Roblox's or User's failure to assert any rights or part of the Roblox Terms shall not be deemed or otherwise constitute a waiver of such right or part.

d. **Interpretation.** The section headers in these Roblox Terms are for convenience and will not impact the interpretation of these Roblox Terms. In all cases where Roblox is allowed to make a decision under these Roblox Terms, that decision is completely up to Roblox, in its sole discretion. The Roblox Terms are subject to applicable law, meaning that they apply except to the extent otherwise prohibited or required by applicable law. Unless the context dictates otherwise, whenever the word "including," or similar is found in the Roblox Terms, it means "including, without limitation" and whenever the word "or," is found in the Roblox Terms, it means "and/or."

e. **Compliance with Laws.** When using the Services, you agree to comply with all applicable laws. User will not directly or indirectly export, re-export, or transfer the Services to prohibited countries or individuals (or allow either to use the Services). User hereby represents and warrants that (i) User is not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) User is not listed on any U.S. Government list of prohibited or restricted parties.

f. **Consent to Online Communications.** By using the Services, you agree to receive certain electronic communications from Roblox as described in the Privacy Policy, (which are incorporated by reference into these User Terms, and by your use of the Services, you acknowledge that you have read). You further agree that any notices, agreements, disclosures, or other messages that Roblox sends to you by electronic means shall satisfy any legal requirements that such communications be in writing. To the extent permitted by applicable law, you agree that any time you electronically transact, agree, or consent via the Services, it is intended to be an electronic signature which binds you as if you had signed on paper.

g. **Investigations; Cooperation with Law Enforcement.** Roblox reserves the right to investigate and prosecute any suspected or actual violations of these Terms. Roblox may disclose any information as necessary or appropriate to satisfy any law, regulation, legal process, or government request.

h. **Prevailing Language.** To the extent any of the Roblox Terms are made available in multiple languages, in case of any discrepancies or conflicts between the English version of the Terms and any other language version, the English version shall govern and prevail.

## 18   ▼ Contact Information.

The Services are offered by Roblox Corporation located at 3150 S. Delaware St., San Mateo, CA 94403. You can contact Roblox by sending any messages to that address, completing the Roblox Support Form, or by calling Roblox at (888) 858-2569. If you are a California resident, you may have the Roblox Terms e-mailed to you by sending a request, including your email address, to the address above.

## ▼ CREATOR TERMS

Creators are the heart of the Roblox community, and we created the following terms ("**Creator Terms**") to set forth the rules and guidelines for creating and Publishing UGC on the Services as well as the use of UGC or other Roblox IP or content on the Services. These Creator Terms apply to all Users of Roblox.

In addition to these Creator Terms, Creators must also abide by the User Terms, both in their capacity as a Creator and as a User of the Services, and any Additional Terms (such as Roblox's Advertising Standards, Biometric Policy, AI-Based Tools Supplemental Terms and Disclaimer and DevEx Terms), as may be applicable.

Please note that Supplemental Provisions apply to: (i) a User's interactions with UGC Published on the Services by creators that use Luobu Studio and to a Creator's submission of UGC to the Luobulesi Game for distribution in the People's Republic of China (See Appendix A); (ii) Users in Japan (See Appendix B); (iii) Users in the EU/EEA and the United Kingdom (collectively referred to as "Europe") (See Appendix C); and (iv) Users in Vietnam (See Appendix D).

1    ▼ **Definitions.**

Any capitalized words not defined herein take the meaning given to them in the User Terms or the [Roblox Dictionary](#).

2    ▼ **Intellectual Property.**

a. **Roblox Services; Ownership; License.**

    i. Roblox IP. Terms outlining the ownership of Roblox IP are set forth in Section 6.a. of the User Terms.

    ii. Roblox Studio. Roblox provides Creators with a free software tool ("**Studio**") that allows them to create, develop, modify, operate, and Publish Experiences and 3D Virtual Content (collectively encompassed by "UGC," as that term is originally defined in the User Terms) on the Services. Roblox owns and/or controls all rights in/to Studio and all elements contained therein. Subject to Creator's compliance with these Creator Terms, Roblox grants Creator a non-exclusive, limited, revocable, non-sublicensable, and non-transferable license to use Studio solely for the purpose of creating, developing, modifying, uploading, and Publishing Creator's UGC on the Services ("**Studio License**"). Creator may only use Studio in a way consistent with these Creator Terms.

    iii. Roblox Templates. "**Templates**" are made available by Roblox (generally via Studio) and serve as a starting point that Creators can use to more easily create UGC. Roblox owns or controls all rights in all Templates and all elements contained therein and makes Templates available to Creators pursuant to the Studio License. Creators may only use Templates in a way consistent with these Creator Terms. Using a Template does not give Creator any ownership rights in/to that Template.

    iv. Roblox Classic Avatars. Roblox has created, owns all intellectual property in, and makes available to Creators for use solely on the Services certain models, which include (a) avatars derived from a model constructed out of only 6 parts (known generally as "R6" avatars); (b) avatars derived from a model constructed out of only 15 parts (known generally as "R15" avatars); and (c) subject to subsection 2.b below, any derivatives thereof (to be determined in Roblox's sole discretion) that are based on or derived from the following body forms developed by Roblox, as may be revised by Roblox from time to time and as further described in the following links:

- Roblox Boy: [https://www.roblox.com/bundles/109/ROBLOX-Boy](https://www.roblox.com/bundles/109/ROBLOX-Boy);
- Roblox Girl: [https://www.roblox.com/bundles/108/ROBLOX-Girl](https://www.roblox.com/bundles/108/ROBLOX-Girl) and [https://www.roblox.com/bundles/282/ROBLOX-Girl](https://www.roblox.com/bundles/282/ROBLOX-Girl);
- Roblox Man: [https://www.roblox.com/bundles/238/Man](https://www.roblox.com/bundles/238/Man);
- Roblox Woman: [https://www.roblox.com/bundles/239/Woman](https://www.roblox.com/bundles/239/Woman);

(collectively, "**Classic Avatars**").

Subject to the rights Creator grants to Roblox in subsection 2.b below, Roblox grants Creators (a) the right to use such Classic Avatars as avatars solely on the Services; (b) the right to alter, customize, and modify such Classic Avatars (each a "**Modified Classic Avatar**") solely for the purpose of using such Modified Classic Avatar on the Service or as otherwise permitted under these Creator Terms; and (c) the non-exclusive right to apply Creator's UGC to Classic Avatars and Modified Classic Avatars on the Services only.

Roblox further grants the Creator of each Modified Classic Avatar a limited, non-exclusive, revocable, non-transferable license to use such Modified Classic Avatar solely on the Services and as otherwise permitted under these Creator Terms. Roblox reserves all rights in Classic Avatars and Modified Classic Avatars not expressly granted herein, including the exclusive right to create derivative works incorporating Classic Avatars and Modified Classic Avatars.

Creators shall in no event use Classic Avatars or Modified Classic Avatars (including any portions thereof) in connection with any off-Services physical or digital merchandise, motion picture, television program, theatrical play, book, or other publication, in each case whether for giveaway or compensated access (including license or sale). Creator hereby represents and warrants not to make any such use of Classic Avatars or Modified Classic Avatars.

v. Builder Font Family. Roblox makes available, and owns all rights in, its Builder font family for creating, developing, modifying, uploading, and publishing UGC on the Services. Use of the Builder font is governed by and conditioned on compliance with the Builder font license. Creator may only use the Builder font in a way consistent with these Creator Terms.

vi. Other Roblox Content. Roblox, at its sole discretion, may create, develop, and make available on and through the Services other content ("**Other Roblox Content**"). Subject to Creator's compliance with these Creator Terms, Roblox grants Creator a non-exclusive, limited, revocable, non-transferable license to use such Other Roblox Content solely on the Services and in connection with Creator's UGC ("**Other Content License**"). Creator will not be entitled to any payment or compensation for Creator's use of Other Roblox Content (including any modifications or enhancements thereto).

vii. Roblox Trademarks. Creators are prohibited from using the name "Roblox," "Blox," and any name similar to Roblox (to be determined in Roblox's sole discretion), in the titles of any Experiences. Subject to the foregoing restriction and Creator's adherence to the Roblox Name and Logo Guidelines, Roblox hereby grants Creator a non-exclusive, personal, limited, revocable, non-transferable license to use Roblox trademarks, whether registered or unregistered, solely for use within Creator's Experience(s) on the Services, including in connection with the creation of Virtual Content ("**Roblox Trademark License**"). All goodwill arising from any use by Creator of any Roblox trademarks will inure solely to Roblox. Use by Creator of any Roblox trademarks outside of the Roblox Services (including a trademark that may be contained in the title of a Creator's Experience) is permitted only as set forth in the Roblox Name and Logo Guidelines.

**For Experiences Published Prior to June 22, 2022:** Notwithstanding the foregoing and subject to Creator's continued compliance with these Creator Terms, the Roblox Name and Logo Guidelines, and all other Roblox Terms, any Creators who Published Experiences on the Services prior to June 22, 2022 that contained "Roblox," "Blox," or similar names in their title may continue to keep such name(s). To each Creator of such Experience Roblox hereby extends the Roblox Trademark License to cover use in connection with the title of your Experience.

viii. Termination of License. Roblox reserves the right to terminate or modify the Studio License, Template License, Other Roblox Content License, and Roblox Trademark License at any time and for any reason.

b. **User-Generated Content (UGC).**

i. Ownership of UGC. Except for Modified Classic Avatars and subject to the rights and licenses Creator grants in these Creator Terms (and any applicable Additional Terms), as between Creator and Roblox or Creator and Users, Creator retains all copyrights that Creator may hold in any UGC that Creator has ever created or will create (whether alone or with others) and Publishes or makes available on the Services (excluding any non-UGC Roblox IP that may be contained therein).

ii. Roblox License to UGC. In consideration for the use of the Services and Creator's potential to earn Robux, Creator grants Roblox a perpetual, worldwide, non-exclusive, royalty-free right and license (with the right to sublicense to any person or entity, including without limitation other Users and Creators) to host, store, transfer, translate, run, localize, publish, publicly display, publicly perform (including by means of digital audio transmissions and on a through-to-the-audience basis), reproduce (including in timed synchronization to visual images), modify, adapt, create derivative works of, enhance, distribute, and use for any business purpose related to the Services (including in connection with operating, providing, publicizing, or improving the Services or Roblox, including without limitation, in connection with the training, development, and use of machine learning and related models) any UGC and any interaction data on the Services, including inputs and outputs within Studio, relating to creating and modifying such UGC, in whole or in part (including any incorporated or associated trademarks and underlying source code and scripts), that Creator Publishes or makes available on or through the Services.

Notwithstanding the above, Creator also grants to Roblox the exclusive, worldwide, irrevocable, perpetual, fully paid, sublicensable right to apply Creator's UGC to a Classic Avatar or Modified Classic Avatar, whether on or off the Services; provided, however, that Roblox's off-Services right specifically excludes the right to apply (a) shirts, pants, or T-Shirts designed by a Creator (excluding any Roblox IP that may be contained therein); (b) trademarks owned or controlled by a

Creator; or (iii) copyrighted material owned or controlled by a Creator that has been published outside of the Services prior to the time that it was Published by Creator on the Services.

Subject to the rights and licenses granted herein, to the extent that a Creator has or obtains any right, title or interest in any Modified Classic Avatar, Creator hereby irrevocably assigns to Roblox all such right, title and interest. This assignment includes all intellectual property rights and other proprietary rights therein, including rights in any licenses that such Creator may have granted. It also includes rights in any Modified Classic Avatar developed under prior versions of these Roblox Terms. Notwithstanding the foregoing, Roblox may, in its sole discretion, permit a Creator who has customized a Classic Avatar or Modified Classic Avatar so that it no longer appears similar to a Classic Avatar or Modified Classic Avatar (or any derivatives thereof, all as determined by Roblox in its sole discretion) to receive all right, title and interest in such customized Classic Avatar or Modified Classic Avatar, subject to Creator granting Roblox the perpetual, worldwide, non-exclusive, royalty-free right and license discussed in this Section.

Creator also agrees to make its UGC available in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of the Services or Roblox as permitted herein, even if Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws (all the foregoing paragraphs in this section collectively, the "**UGC License**").

Roblox's right to market and advertise the Services or Roblox using Creator's UGC (excluding Modified Classic Avatars) ("**Ancillary Use**") will not include using such UGC in marketing and advertising that is focused solely on promoting Creator's UGC (as reasonably determined by Roblox) as part of the Services without Creator's approval, but Roblox can generally reference, as determined by Roblox in its sole discretion, Creator's UGC with other UGC or material (and without Creator's approval) to promote, market or advertise the Services or Roblox. Roblox may also use Creator's UGC for non-commercial and educational uses to promote the Services (and Roblox will reasonably determine whether a use is non-commercial or educational). Other than the potential to earn Robux, Roblox is not required to give Creator any attribution or compensation for any reason nor is Roblox required to use the license Creator grants in this Section or exploit any of the rights granted herein.

Creator retains the right to delete or update any or all content within an Experience at any time and at Creator's discretion (and Creator will delete or update such content if required by law), provided that regardless of any such update or deletion having occurred, and regardless of any termination of these Creator Terms or termination or suspension of Creator's Account: (i) except where no longer possible due to the deletion of an Experience, Virtual Content created by Creator which was validly purchased or otherwise validly obtained by a User may continue to be accessed and used by such User indefinitely (or, in the case of UGC Subscriptions, for the duration of the purchased subscription period) in accordance with and subject to the terms and policies of the Services; and, (ii) Roblox's right to use any UGC or other content that is already in use by Roblox pursuant to a license or otherwise in accordance with these Roblox Terms or already in use by Roblox as part of an Ancillary Use shall continue in perpetuity.

In addition to Roblox's right to grant sublicenses for Creator's UGC, Creator, when Publishing certain UGC onto the Service, may be asked if Creator would like to share such UGC directly with other Users. Creator is not required to do so, but if Creator does agree to grant this right, then other Users may use Creator's UGC to create their own Experiences and other UGC on the Services without any further obligation to Creator.

Where Creator's Virtual Content is sold or otherwise provided to a User, Creator agrees that, pursuant to the rights granted to Roblox herein and regardless of whether the Virtual Content was sold or provided by Creator to the User, Roblox may allow the User to continue to access and use such Virtual Content indefinitely (in accordance with and subject to the Roblox Terms) even if the Virtual Content is no longer otherwise accessible on the Services.

Roblox's rights under this UGC License shall expressly survive if Creator's Account is terminated due to Creator's breach or violation of these Creator Terms or any of the Roblox Terms.

iii. Through-to-the-Audience Rights. The rights Creator grants in these Creator Terms are provided on a through-to-the-audience basis, meaning the owners or operators of third-party services won't have separate liability to Creator or

anyone else for UGC that Creator has made available on the Services or used on Third-Party Services via Roblox's Services.

iv. Authorization to Publish UGC to Services. Creator must not Publish or otherwise make any UGC available on the Services if Creator is not the owner of or is not fully authorized to grant rights in all parts of that UGC. Without limiting Creator's obligations under Section 9 of these Creator Terms (and all other obligations set forth in the Roblox Terms), Creator agrees to pay all amounts owed to any person as a result of Creator Publishing or making UGC available on the Services.

v. Suspension of UGC Availability. Roblox may, in its sole discretion, suspend availability of or delete any UGC or other content on the Services at any time and for any period of time, including in perpetuity, without notice if such UGC or other content violates any laws or intellectual property rights or principles or any guidelines or policies associated with the Services or if Roblox determines in its sole discretion that such UGC does or may cause harm to Users, the Services, or to Roblox's reputation. Roblox is and shall be under no obligation of any kind to Creator for suspending any UGC in accordance with this Section.

vi. Limitations on Use of UGC. Notwithstanding Creator's ownership of UGC (other than Modified Classic Avatars and the right to apply Virtual Content and other UGC to Classic Avatars and Modified Classic Avatars) as set forth above and without limiting any other limitations set forth herein, Creator shall in no event use Creator's UGC (in any medium or format, including on or off the Services): (a) in a manner that is offensive, defamatory, sexually explicit, or otherwise objectionable (in each case, as determined by Roblox in its sole discretion); (b) in connection with false, defamatory, libelous or slanderous statements concerning Roblox; or (c) in a manner that is intended or reasonably likely to suggest or imply that Creator is affiliated with Roblox or that Roblox endorses Creator or its use of the applicable UGC.

vii. Infringement and DMCA. Roblox fosters creativity and respects the intellectual property rights of others, including Creators. Any copyright owner or an agent of a copyright or trademark owner (including other Creators who are owners or agents of a copyright or trademark owner) who believes that any content on the Services (including UGC) infringes upon its copyrights or trademarks may submit a notification pursuant to the reporting process outlined in Section 6.d. of the User Terms. As referred to throughout the Roblox Terms, Roblox, in appropriate circumstances, may terminate the Accounts of Users (or Creators) who Roblox determines, in its sole discretion, are repeat infringers as contemplated by the DMCA.

## 3   ▼ Communities.

a. **Definitions.**

i. Community. For purposes of the Roblox Terms, a "**Community**" exists where Creators have joined together for the purpose of releasing an Experience or other Virtual Content through the Services. For corporate accounts, the company (or other legal entity) named on the account is considered a Community.

ii. Owner. Each Community must select an "**Owner**," who shall be the individual or entity that controls the email address used to register the Community on the Services, to act on behalf of the Community. The Owner, in its sole discretion, may choose to transfer ownership of the Community at any time to a new owner; provided, however, that only one individual or entity may be the Owner of a Community at a time. If an Owner's account is terminated pursuant to these Creator Terms, the Roblox Terms, or other applicable Additional Terms, Roblox may, in its sole discretion, designate another Owner of the Community; provided, however, that nothing will obligate Roblox to do so if Roblox, in its sole discretion, determines to terminate a Community.

b. **Rights and Authority.** By participating in a Community, each Creator grants the Owner (as such Owner may change over time) the sole and exclusive authority to act on their behalf to (i) authorize Roblox's use of any UGC created by the Community as set forth in these Creator Terms or pursuant to any other agreement entered into between the Owner and Roblox; and (ii) receive payment for any activities undertaken or UGC sold by the Community on or through the Services. Community members hereby waive any claims they may have against Roblox for any payments made to an Owner by Roblox on behalf of the Community, and Community members agree to seek recovery of any such payments solely from the Community Owner. The authority granted to a Community's Owner may be modified by separate agreement amongst

Community members. Except as may be provided at law, any duty of accounting between a Community Owner and Community members will arise solely pursuant to a written agreement among the Community, and Roblox will not be bound by any such agreement.

4    ▼ **Roblox Creator Economics.**

a. **Robux**.

    i. License to Robux. Creator's license to use Robux in connection with the Services is set forth in Section 3 of the User Terms .

    ii. Earning Robux. Roblox allows Creators to earn Robux (" Earned Robux") by selling or monetizing certain UGC (including Virtual Content and access to Experiences) they create on the Services. Earned Robux only include Robux you have earned in complete compliance with the Roblox Terms of Use, which include the Roblox Community Standards, through the Services from the direct sale or other monetization (e.g., EBP) of Virtual Content or other UGC that you create (either alone or with a Community) on the Services or Robux awarded by Roblox in designated promotional campaigns. This includes, but is not limited to, Robux earned from:

    1. Earnings from your listings in Marketplace or Creator Store,

    2. Engagement Based Payouts,

    3. In-experience purchases of virtual products,

    4. Ad revenue in the Publisher program, and

    5. Affiliate sales fees

Robux acquired in ways other than monetization of compliant Virtual Content you created (such as Robux obtained from a membership plan or referral bonus, a purchase of Robux or gift card, or trading/selling virtual goods that you did not create) are not considered Earned Robux. This includes, but is not limited to, Robux obtained from:

    1. A gift card redemption or direct Robux purchase

    2. A monthly Robux grant as part of Premium membership

    3. Trading or resale of virtual products

    4. Passes sold for template experiences with no legitimate user visits

    5. Violative content that was moderated

The determination of whether Robux are Earned Robux resides solely in Roblox's discretion.

For more information on monetizing UGC, please read the Developer Guides here.

b. **Selling UGC**. Roblox allows Creators to sell (i) access to Experiences; (ii) Virtual Content and (iii) other UGC they create on the Services, subject to the following:

    i. Robux Allocation Roles: There are three roles involved in the sale of all UGC (except 2D Virtual Items (also known as "**Classic Clothing**")) on the Services. Each role may be entitled to a share of the Robux generated from an applicable sale ("**Robux Allocation**"):

      • Creator: The Creator is the User or Community that created the UGC being sold.

      • Seller/Distributor: The Distributor is (i) the Creator (if the item is sold in an Experience the Creator also created); (ii) another Creator on the Services (if the item is sold in an Experience the Creator did not create); or (iii) Roblox (if the item is sold in Marketplace).

      • Platform: The Platform is always Roblox.

The above Robux Allocation does not apply to the sale of Classic Clothing, which consists of pants, shirts, and T-shirts. For any Classic Clothing sold in Marketplace, the Robux Allocation is split between the Creator and the Platform.

ii. Changes to Robux Allocation. Roblox may, at any time upon notice to Creator (via any reasonable means), (a) change the Robux Allocation and/or (b) introduce features allowing certain elements of the Robux Allocation to be customized by those involved in a given sale.

iii. Creator Responsibility for Sales on Services. Creator acknowledges that Roblox may on Creator's behalf, display and host Experiences, Virtual Content, or other UGC created by Creator to be enjoyed by other Users on the Services. When a Creator receives Robux in connection with the sale of UGC to a User through the Services, the transaction is between the Creator and the User; Roblox only facilitates by providing the Services. If, in connection with a Dispute, Roblox returns Robux or real money to a User (or another Creator) for any UGC for which a Creator received Robux, Roblox reserves the right to deduct or withhold an equivalent amount of Robux from such Creator.

iv. Random Virtual Items. Depending on User location, Creator may choose to provide Experiences that permit Users to acquire "random" Virtual Items (either with Robux or otherwise) (each, a "**Random Virtual Item**"). If a Creator provides the opportunity for a User to receive a Random Virtual Item, Creator must let Users know all odds of acquiring each type of Random Virtual Item available before a User engages in the transaction to acquire a Random Virtual Item.

By way of example only, if a Creator's Experience allows a User to acquire a virtual marble that the User can then throw into a fountain to receive a Random Virtual Item, the Creator must disclose the odds of the User receiving each type of Random Virtual Item before the User throws the marble into the fountain.

c. **Developer Exchange Program.** Roblox allows certain Creators who satisfy specific criteria and accept the terms and conditions set forth in the DevEx Program published here ("DevEx Terms") to participate in the Developer Exchange Program ("**DevEx Program**"). While any Creator can use the Services to learn to code, create experiences or items to enjoy with their friends, and even earn some Robux, only successful Creators will be able to meet the high requirements (described in the DevEx Terms) to earn money through DevEx. Reaching this level of success typically requires a lot of time, effort, skill, and strategy. Even then, there is no guarantee of earning money. Subject to certain requirements, policies and limitations that Roblox establishes in its sole discretion, Creators participating in the DevEx Program may exchange Earned Robux for a payment of real money in an amount determined by Roblox, in its sole discretion (the exchange rate and the general requirements, policies, and limitations of the **DevEx Terms**.

d. **EBP or Premium Payouts.** EBP or Premium Payouts is a program by which certain eligible Creators can generate additional Earned Robux based on how engaging their Experience is. The EBP or Premium Payouts program may be modified or terminated by Roblox at any time, in its sole discretion, and with no obligation to any Creators because of such termination or modification. More detailed information on the EBP Program may be found here.

e. **Disclaimer.** Developing Experiences or UGC that Users will enjoy or spend time in is difficult and can take a lot of time. Roblox makes no promises that a Creator's Experience or UGC will be successful in developing a large audience or that the time, effort, and expense that a Creator spends developing, advertising, or operating an Experience will be financially successful.

## 5    ▼ Music on Roblox.

a. **Licensed Music.** Roblox may choose to make sound recordings and the musical works contained therein as well as sound effects ("**Licensed Music**") available for Creator to use in Creator's Experiences or other UGC. Creator's use of the Licensed Music is subject to the following:

i. License. Roblox grants Creator (i) a non-exclusive, personal, limited, revocable, non-transferable license only to synchronize Licensed Music into an Experience or other UGC ("**UGC With Licensed Music**"), solely by and through the Services and only during the period when Roblox makes such Licensed Music available; and (ii) the right to play, listen, and interact with UGC With Licensed Music, but only on the Services and only during the period when Roblox makes such Licensed Music available. Creator is not required to provide attribution for Licensed Music used by Creator in any Experience or other UGC, but Creator may do so at Creator's discretion. For example, if Roblox identifies the owner of Licensed Music as APM Music, Creator can message that the Licensed Music is provided "Courtesy of APM Music."

ii. Revocation (Loss) of License. As Licensed Music is licensed by Roblox from third parties, Creator's rights to use Licensed Music is revocable at any time and for any or no reason, in Roblox's sole discretion, without any liability to Creator. If Roblox revokes Creator's right to use Licensed Music (for any reason), Creator agrees to immediately (a) remove such Licensed Music from Creator's Experience or other UGC and (b) cease all use of such Licensed Music on the Services. Roblox will try to provide Creator with advance notice before revoking any usage rights to Licensed Music, but Roblox reserves the right to do so with no advance notice. Roblox further reserves the right to remove any Experience or other UGC With Licensed Music from the Services at any time, in its sole discretion, and without any liability to Creator. Additionally, Roblox can revoke Creator's rights to all or part of the Licensed Music (with or without notice) without any liability to Creator, (w) if Roblox determines that Creator's use of such Licensed Music may violate any Roblox Terms, guidelines, or policies; (x) if Roblox otherwise determines that such Licensed Music may harm the Services or Roblox's reputation; (y) if Roblox is required to remove such Licensed Music use from the Services by the copyright owner or administrator thereof, or (z) if the Licensed Music is no longer available for distribution on the Service.

iii. 250 Track Limit. Notwithstanding the foregoing, Creator may not use Licensed Music to create a streaming service or music library within an Experience or other UGC, nor may Creator charge Users to listen to a specific track of the Licensed Music. Creator has the right to place, play, and have played up to 250 distinct tracks of Licensed Music at any one time in a single Experience or other UGC With Licensed Music. Creator can replace existing tracks of Licensed Music in an Experience or other UGC with new tracks at any time, provided that at any one time there are no more than 250 tracks in such Experience or UGC With Licensed Music.

iv. Synchronization of the Licensed Music. Creator may synchronize the Licensed Music into an Experience. Without limiting the foregoing, Creator may use a portion of a track of Licensed Music or sample portions of Licensed Music.

v. Use on the Services. Creator may only use Licensed Music on the Services. Creator agrees that it will not export, extract, download, or provide a way for anyone else to export, extract, or download the Licensed Music for use anywhere outside of the Services.

b. **Music Written/Owned by Creator.** The following applies to musical works written or otherwise owned by a Creator (and/or others with whom Creator has collaborated on such musical work) ("**Musical Works**") that a Creator Publishes (or attempts to Publish) for use on the Services.

i. Creator as Sole Composer. If Creator is a sole composer and/or writer of a Musical Work that Creator Publishes on the Services and Creator is affiliated with a performing rights organization ("**PRO**") that represents the Musical Work, then Creator must notify Creator's PRO in writing of the royalty-free license that Creator grants to Roblox through these Creator Terms. Creator is responsible for complying with Creator's PRO's reporting obligations.

ii. Creator as Non-Sole Composer. If Creator is not the sole composer and/or writer of a Musical Work that Creator Publishes on the Services, and Creator (and/or co-composers or co-writers) is affiliated with PRO that represents the Musical Work, Creator is responsible for ensuring that all co-composers and/or co-writers also notify their respective PROs in writing and Creator must have written proof of co-composers' and/or co-writers' approval to Publish and use the Musical Work on the Services.

iii. Assignment to Music Publisher. If Creator has assigned Creator's rights in/to a Musical Work to a music publisher, then Creator must obtain that music publisher's written consent or cooperation to grant the royalty-free licenses outlined in these Creator Terms.

iv. Record Label. If Creator is a recording artist under contract with a record label, then Creator is responsible for making sure that Creator's use of the Services complies with the obligations that Creator has to Creator's record label. Remember, just because Creator wrote a Musical Work or performed a sound recording does not mean Creator has the right to let Roblox use it.

v. Sound Recordings. If Creator owns the rights in and to a sound recording but is not authorized to license the sound recording or the underlying Musical Work(s) embodied in those sound recordings, then Creator must not upload or otherwise make those sound recordings available on the Services.

vi. Representations & Warranties. If Creator uploads, synchronizes, or otherwise uses a sound recording and/or Musical Work, Creator represents and warrants that (a) Creator possesses all necessary rights needed to upload, synchronize, and otherwise use the sound recording(s) and/or the Musical Work(s) on the Services; (b) Creator fully owns and administers the worldwide rights in/to the sound recording(s) and/or the Musical Work(s) uploaded on the Services; and

(c) that such sound recording(s) and/or Musical Work(s) are completely original and that the Publishing, distribution, and use of such sound recording(s) and/or Musical Work(s) on the Services will not infringe upon the rights of any third party, including but not limited to trademark, copyright, or any other intellectual property rights (including, without limitation, a PRO, a record label, a music publisher, or a union or guild).

vii. Clearances; Payments. Creator is solely responsible for any necessary clearances and payments of any nature that may arise in connection with the use and synchronization of their original sound recording(s) and/or Musical Work(s) on the Services, including, without limitation, any and all distribution rights, mechanical rights, public performance rights, synchronization rights, and/or any other rights that may be claimed by a third party. Creator is also solely responsible for any union new use or re-use fees pursuant to the rules and regulations of any applicable union and/or guild agreements in connection with the Publishing, upload, distribution, synchronization, and other use of the sound recording(s) and/or Musical Works(s) on the Services.

## 6   ▼  Restrictions on Use.

In addition to any other restrictions set forth in the User Terms (including in Section 8.b. of the User Terms) or any Roblox Terms, Creator will not take any action in violation of these Creator Terms, including as set forth in this Section.

Creators may create Experience Rules. Experience Rules are optional and enacted and enforced at the discretion of the Experience's Creator. Experience Rules may augment but may never conflict with Roblox Terms of Use, Roblox Community Standards, or any other Roblox Terms. Experience Rules (and any consequences for violating them) must be clearly and conspicuously posted within an Experience. See here for additional information about Experience Rules.

If we find an Experience in which a significant portion of Users are egregiously violating the Roblox Terms, Roblox reserves the right, in its sole discretion, to moderate the Experience if the Creator does not take reasonable actions to limit the violative behavior. If Roblox determines, in its sole discretion, that a Creator has violated the Roblox Terms in their application and/or administration of their Experience Rules, Roblox reserves the right, in its sole discretion, to moderate the Creator.

Roblox wants all Creators to develop their own ideas. Unless Creator has express written permission or a written license from the content creator to do so, Creator must not copy or make any modification to someone else's item, content, or UGC and Publish it as Creator's own content. Roblox reserves the right to take any action against Creator for any improper copying of content, including the suspension or termination of a Creator's Account.

## 7   ▼  Disputes.

a. **Between Creators and Roblox.** Disputes between Creators and Roblox shall be handled according to Section 11 of the User Terms.

b. **Between Creators and Users or Between Creators.**

i. Issues with UGC. Creators are responsible for handling all issues, including User complaints, relating to their Experiences (including violations of Experience Rules), Virtual Content, and other UGC Published on the Services in a quick and professional manner.

ii. Return of Robux. If a Creator has acquired Earned Robux in connection with an Experience, Virtual Content, or other UGC, and, pursuant to a User complaint regarding that Experience Virtual Content, or other UGC, Roblox returns Robux to a User, Roblox has the right to deduct or withhold an equivalent amount of Earned Robux from such Creator.

iii. Disputes With Creators or Users. If a Creator has a dispute with another Creator or a User, prior to commencing any litigation, Creator must first engage in a mediation with a recognized mediator or mediation service to try and amicably resolve the dispute. Such mediation requirement does not apply to disputes related to intellectual property takedown reports submitted under Section 6 of the User Terms. Roblox reserves the right, in its sole discretion, to resolve any

dispute between Creators or between Creators and Users. Such resolution may result in suspension of Creator's Account and/or any other action permitted by law, including but not limited to the recovery of civil or criminal penalties.

iv. Escalation to Roblox. Notwithstanding the terms set forth in this Section, Users can escalate to Roblox disputes with Creators, as further described in Section 10.c. of the User Terms. If Roblox chooses to act in any dispute between a User and Creator (or between Creators), User and Creator each agree that (i) Roblox's decision (which may include deducting Robux from the Creator and crediting Robux to the User) shall be final, and (ii) each will accept the final decision. Creator further agrees to work with Roblox in a timely manner to resolve all such issues, and acknowledges that failure to do so shall be a violation of these Creator Terms.

## 8 ▼ Representations & Warranties.

Creator is responsible for Creator's UGC, and represents and warrants that: (a) Creator is the creator and owner of, or has the necessary rights and permissions to grant Roblox the rights and license in Section 2.b.ii; (b) Creator's UGC and the use of Creator's UGC as described in these Creator Terms does not and will not: (i) infringe, violate, or misappropriate any third-party right; (ii) slander, defame, libel, or invade the right of privacy, publicity, or other property rights of any other person; (iii) require Roblox to get licenses from, pay compensation, or provide attribution to any third parties; (iv) result in a breach of contract between Creator and a third party; or (v) cause Roblox to violate any law or regulation; and (c) Creator will comply with all applicable laws, rules, and regulations and the Roblox Terms (including without limitation these Creator Terms) in Creator's use of the Services.

## 9 ▼ Indemnification.

Creator agrees to be responsible for Creator's use of the Services and to defend and indemnify Roblox and the Affiliated Parties from and against every claim, liability, damage, loss, and expense, including reasonable attorneys' fees and costs, arising out of or in any way connected with: (a) Creator's access to, use of, or alleged use of the Services; (b) Creator's violation of (i) any part of the Roblox Terms, including these Creator Terms, (ii) any representation, warranty, or agreement referenced in these Creator Terms, or (iii) any applicable law or regulation; (c) Creator's violation of any third-party right, including any intellectual property, publicity, privacy, or property right, or confidentiality obligation; or (d) any Dispute or issue between Creator and any third party. Roblox reserves the right, at Roblox's own cost, to take on the exclusive defense and control of any matter subject to indemnification by Creator (without limiting Creator's indemnification obligations with respect to that matter), and in that case, Creator agrees to cooperate with Roblox's defense of that claim.

## 10 ▼ Limitation of Liability.

IN NO EVENT WILL THE **AFFILIATED PARTIES** BE LIABLE TO CREATOR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, OR ANY OTHER INTANGIBLE LOSS), WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), STATUTE, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT ROBLOX HAS BEEN INFORMED OF THE POSSIBILITY OF DAMAGE.
THE AGGREGATE LIABILITY OF THE AFFILIATED PARTIES TO CREATOR FOR ALL CLAIMS (INCLUDING WARRANTY CLAIMS) OR CAUSES OF ACTION IS LIMITED TO (i) THE TOTAL AMOUNT PAID OR PAYABLE BY Roblox TO CREATOR UNDER THIS AGREEMENT FOR THE TWELVE-MONTH PERIOD PRECEDING THE TIME WITHIN WHICH CREATOR NOTIFIES ROBLOX OF A CLAIM, OR (ii) TO THE EXTENT THAT ROBLOX HAS NOT PAID CREATOR ANYTHING IN THE TWELVE-MONTH PERIOD PRECEDING THE TIME WITHIN WHICH CREATOR NOTIFIES ROBLOX OF A CLAIM, $1000 USD.

## 11  ▼ Privacy.

a. **Your Data.** Data that you as a Creator provide to Roblox through the Services is subject to the Roblox [Privacy Policy](), incorporated by reference herein. Additionally, depending on which tools or software you use on the Services to create Experiences or UGC, you may be subject to Additional Terms, including without limitation the Roblox [Biometric Privacy Notice]() and the Roblox [Facial Animation Privacy Notice]().

b. **Experience Data.** For each Experience created by a Creator, and subject to the provisions of the Roblox [Privacy Policy](), Creator and Roblox shall both have the right to use data related to or obtained in connection with that Experience for their respective legitimate business purposes to support the Experience and for business analytics, such as: (i) for the improvement and development of the Experience; (ii) to comply with applicable laws (including law enforcement requests); (iii) to ensure the security of the Experience; and, (iv) to prevent fraud or mitigate risk. Creator agrees that, except as expressly set forth in these Creator Terms, Creator will not use or disclose any User data to any third party.

c. **User Personal Information.** If and to the extent a Creator receives any User personal information ("**User PII**"), Creator will not use User PII (i) to provide services to any third party; (ii) to build, help build, track or supplement any segments, profiles, or similar records on any individual User, device, or browser across the Services or any third party websites or platforms; (iii) to associate the behavior of any individual device or browser with any segment, profile, or similar record, or supplement any such record based on data of Users; (iv) to associate any data of Users with any other personal information of the User; or (v) for any unauthorized purpose in violation of any applicable law, including applicable privacy laws, or for any unauthorized purpose. Additionally, Creator shall be prohibited from selling, disclosing, sharing, renting, leasing, syndicating, modifying, reverse engineering, decompiling, lending, or otherwise altering any User PII.

d. **California Consumer Privacy Act.** Creator shall not knowingly sell any "**personal information**" (as that term is defined by the California Consumer Privacy Act of 2018, as amended) belonging to a User, and both Roblox and Creator have taken and will continue to take all reasonable measures to protect such personal information under their control or in their possession from unauthorized access by third parties.

## 12  ▼ Miscellaneous.

a. **Content Labels.** The Services display a content maturity label and certain other descriptors about an Experience, as described in the [Content Labels](), which are incorporated herein by reference. Creator represents and warrants that it will provide accurate, complete, and up-to-date information in any Maturity and Compliance Questionnaire it submits to Roblox. Roblox reserves the right to modify content labels and descriptors from time to time in its sole discretion. Roblox does not warrant the accuracy of the guidelines or descriptors. Creator acknowledges and agrees that Roblox is not responsible for the accuracy, completeness, validity, or quality of any content maturity labels or descriptors. Creator further acknowledges that it is not entitled to any particular rating. Nothing herein, or in the [Content Labels](), is intended to control or dictate the content of Creator's Experience, for which Creator is solely responsible.

b. **As Is.** The Services are provided "AS IS" and Section 13 of the User Terms is incorporated herein by reference.

c. **Survival.** Any part of these Creator Terms which by their nature should survive termination, will survive, including Sections 2b, 6, 7, 8, 9, 10, 11, and 12a.

# ▼ Appendix A (China)

## 1  ▼ PURCHASE OF CHINA UGC

1. **China UGC.** From time to time, content (including Experiences, Virtual Items and In-Experience Items) created by creators ("China Creators") that use Luobu Studio in the People's Republic of China (excluding, for the purposes of these Roblox Terms, the Hong Kong and Macau Special Administrative Regions and Taiwan, "PRC") may be available for purchase by User on the Services ("China UGC"). Such China UGC will be specifically identified on the Platform. China UGC is published on the Platform and Services by Roblox rather than the China Creators themselves. As a result, when User purchases or acquires China UGC, some aspects are different from when User purchases other UGC. Additionally, although Roblox shall be deemed to be the "Creator" in respect of all China UGC (and Roblox provides the Virtual Items), Roblox has made special contractual arrangements such that if User has any problems or concerns regarding the purchase of any China UGC, User should first contact the applicable China Creator to attempt in good faith to resolve the issue. If User is not able to resolve any such complaints or issues with the China Creator, then User may escalate to Roblox Support. User agrees that if Roblox takes action to resolve any complaints or issues that Roblox's decision is final and User agrees to abide by that decision.

## 2   ▼ CREATOR UGC ON THE LUOBULESI GAME

1. **Option to distribute Creator's China UGC on the Luobulesi Game.** From time to time, Creator may be given the opportunity to make Creator's Experiences and Virtual Content available to players ("China Players") of the version of the Platform and Services published and operated in the PRC ("Luobulesi Game") by Shenzhen Tencent Computer Systems Company Limited (the "China Publisher"). Publishing Creator's Experiences and Virtual Content on the Luobulesi Game will be completely at Creator's option, and Creator has no obligation to do so. Experiences and Virtual Content that Creator chooses to make available to China Players ("Creator's China UGC") will be subject to review in accordance with the Review of Creator's China UGC subsection below. To the extent made available in the Luobulesi Game, Creator's China UGC will be deemed published by the China Publisher. If a China Player purchases Creator's China UGC, Creator may be eligible to earn Robux from Roblox in accordance with the Earning Robux for Creator's China UGC subsection below. However, the purchase of Creator's China UGC by a China Player will not establish any form of contractual relationship between Creator and that China Player. Rather, Creator's China UGC will be sub-licensed to the China Player by the China Publisher. Sections 2(b) and 4 of the Creator Terms shall not apply to Creator's China UGC to the extent that they are inconsistent with the subsections License of Creator's China UGC and Earning Robux for Creator's China UGC.

2. **Requirements for distributing Creator's China UGC on the Luobulesi Game.** In order to make Creator's China UGC available to China Players on the Luobulesi Game, Creator must have registered a real-name verified account with the China Publisher (as required by PRC laws and regulations) and have accepted the Terms of UGC Submission to Luobulesi Game ("**China Game UGC Submission Terms**").

3. **Submission of Creator's China UGC.** Creator may use the Services to submit Creator's China UGC to the China Publisher for possible inclusion in the Luobulesi Game in accordance with the China Game UGC Submission Terms. All submissions of Creator's China UGC for such inclusion are subject to Roblox's, its licensees and the China Publisher's (together, "**Reviewing Entities**") review process, the China UGC Requirements, and policies set out on the forums operated by the Reviewing Entities for Creators.

4. **License of Creator's China UGC.** Creator retains all copyrights that Creator may hold in Creator's China UGC. Creator hereby grants and agrees to grant to Roblox a perpetual, irrevocable, worldwide, non-exclusive, royalty-free transferable license, with a power to sub-license through multiple levels to any person or entity (including, but not limited to, to the China Publisher), in respect of Creator's China UGC, in whole or in part to:

   a. **License of Creator's China UGC.** Creator retains all copyrights that Creator may hold in Creator's China UGC. Creator hereby grants and agrees to grant to Roblox a perpetual, irrevocable, worldwide, non-exclusive, royalty-free transferable license, with a power to sub-license through multiple levels to any person or entity (including, but not limited to, to the China Publisher), in respect of Creator's China UGC, in whole or in part to:

   b. use Creator's China UGC and associated username to publicize or market the Services or Luobulesi Game, any UGC, and tangible items related to the Services or Luobulesi Game in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of the Services or Roblox or the Luobulesi Game, even if

Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws. Roblox's right to market and advertise the Services or Roblox using Creator's China UGC will not include using Creator's China UGC in marketing and advertising that is focused solely on promoting Creator's China UGC (as reasonably determined by Roblox) as part of the Services without Creator's approval, but Roblox can generally reference, as determined by Roblox, Creator's China UGC with other UGC or material (and without Creator's approval) to promote, market or advertise the Services, the Luobulesi Game or Roblox. Roblox may also use Creator's China UGC for non-commercial and educational uses to promote the Services or the Luobulesi Game (and Roblox will reasonably determine whether a use is non-commercial or educational).

5. **Through-to-the Audience Rights.** All of the rights Creator grants in these Roblox Terms are provided on a through-to-the-audience basis, meaning that Roblox, its licensees, the China Publisher, and owners or operators of third party services will not have any separate liability to Creator or any other third party for UGC that Creator makes available on such third party services via the Service or the Luobulesi Game.

6. **UGC Requirements.** In addition to Creator's compliance with these Roblox Terms, including, without limitation, Sections 5 and 8 of the Creator Terms, each item of Creator's China UGC that Creator submits must comply with PRC laws and regulations and the China UGC Submission Checklist document (the "**China UGC Requirements**").

7. **Review of Creator's China UGC.** Any Reviewing Entity may review, filter and modify UGC as it sees fit before the China Publisher determines whether to distribute Creator's China UGC to any China Player for publication on the Luobulesi Game in its sole discretion. The Reviewing Entity's review and the China Publisher's determination with regard to publication shall be final.

8. **No obligation to distribute Creator's China UGC.** For the avoidance of doubt, neither Roblox nor its licensees have any obligation to permit distribution by China Publisher of any of Creator's China UGC on the Luobulesi Game, and the China Publisher has no obligation to publish any of Creator's China UGC on the Luobulesi Game.

9. **Re-filtering of Creator's China UGC.** In the event of any change in applicable laws, regulations, China UGC Requirements, rules, policies, or for any other reason, the Reviewing Entities shall have the absolute discretion to (a) modify or filter published Creator's China UGC on the Luobulesi Game; and/or (b) suspend or terminate the distribution and publication of any of Creator's China UGC on the Luobulesi Game, in whole or in part, at any time. Any Reviewing Entity may contact Creator in connection with any action taken in accordance with this Section, and Creator may be given an opportunity to remedy or amend Creator's China UGC and to resubmit it for publication.

10. **Earning Robux for Creator's China UGC.** Creator may earn Robux from Roblox in connection with the purchase of Creator's China UGC by China Players on the Luobulesi Game. These Robux shall be calculated in accordance with the DevEx Terms.

11. **Group China UGC.** The Owner of a Group also has authority to elect whether or not to accept the opportunity to make UGC created by the Group available on the Luobulesi Game for purchase by China Players in accordance with these Roblox Terms, and Section 3 of the Creator Terms shall continue to apply. For avoidance of doubt, Robux earned by Group UGC shall be generated in accordance with the DevEx Terms.

## ▼ Appendix B (Japan)

### 1.  ▼ Assignment and Assumption

Effective as of March 31, 2021 (the "Effective Date"), all of the rights, duties, interests, claims, and obligations of Roblox Corporation as an issuer of Robux (whether arising prior to or after the Effective Date) in connection with users in Japan are agreed to be transferred and assigned to, and assumed by, Roblox Godo Kaisha ("Roblox Japan"). By using the Services, User consents and approves the said transfer and assignment. On or after the Effective Date, Roblox Japan should be deemed as the issuer of Robux to Users in Japan.

## 2    ▼ Characteristics of Robux

In Japan, Robux can only be used for purchasing the Services which Roblox provides on the Platform. In relation to any of the Virtual Items, Experiences, and other things created by Creators (each, a "Creator Item"), User may use Robux to purchase Roblox services to make a Creator Item available on the Platform, provided that the Creator will be solely responsible for the Creator Item. The Roblox Terms, including, but not limited to, Section 4b of the Creator Terms, shall be interpreted to reflect the aforesaid principle.

## 3    ▼ "Earned" Robux and DevEx Program

If a Creator is allowed to participate in the DevEx Program and earn Robux under the DevEx Program, then the Creator may exchange Earned Robux for real currency as provided in Section 4c of the Creator Terms. It should be noted that Earned Robux are different from Robux as issued by Roblox Japan in terms of the fact that Section 4c of the Creator Terms only apply to Earned Robux.

## 4    ▼ Receiving Payments through the Services

Notwithstanding anything to the contrary as provided in the Roblox Terms, including, but not limited to, Sections 4a and 4b of the Creator Terms, payments by the User for a Creator Item shall be made to Roblox in consideration of Roblox's services to make the Creator Item available to the User on the Platform, provided that the Creator assumes any and all responsibilities for the Creator Item, as though Roblox is acting solely as a facilitator by providing the Creator and the User with the Services. Roblox will make payments to the Creator, in accordance with Section 4 of the Creator Terms and any "share of the Robux" allocated to Roblox shall be interpreted to constitute Roblox's commission from those payments for providing the Services, certain aspects of customer service, moderation, and other services.

## 5    ▼ Jurisdiction

If you are an individual (excluding one who accepts the Roblox Terms as a business or for business purposes), Section 12b of the User Terms will not apply insofar as it is considered to prejudice your interests unilaterally in violation of Article 10 of the Consumer Contract Act.

## 6    ▼ Limitation of Liability

If you are an individual (excluding one who accepts the Roblox Terms as a business or for business purposes), the phrase "to the maximum extent permitted by applicable law" as provided in Section 13b, 13c and Section 14 of the User Terms shall be interpreted to mean "unless we are held liable due to our intentional act or gross negligence."

## 7    ▼ Priority

If there is any inconsistency or conflict between the Roblox Terms and the supplemental provisions, the supplemental provisions shall prevail.

3     ▼ Pricing and Tax

When you purchase Robux, Roblox Premium Memberships, and Paid Access in local currency experiences on Roblox.com, Roblox Japan is the merchant of record. The price payable is the price indicated at the time of purchase, and includes applicable Japanese Consumption Tax that Roblox Japan assesses on your purchase, unless otherwise indicated at the time of purchase.

# ▼ Appendix C (EUROPEAN UNION/EUROPEAN ECONOMIC AREA AND THE UNITED KINGDOM)

1     ▼ Priority

If there is any inconsistency or conflict between the Roblox Terms and the supplemental provisions, the supplemental provisions shall prevail.

2     ▼ Legal Agreement

A. Notwithstanding anything to the contrary in the Roblox Terms, User's agreement to the Roblox Terms is signified by registering on the Platform.
B. User can register to the Platform by providing their date of birth, choosing a user name and a password and clicking on "Sign Up." User can modify registration information via Account Settings at any time. User can access and download the Roblox Terms here.
C. Unless otherwise agreed upon, User can terminate the agreements concluded with Roblox regarding the use of the Services any time. The effective date of the termination depends on the selected Services.

3     ▼ Purchase of Robux and virtual items

User may have the ability to purchase Virtual Content in the Services using Robux. User can purchase Robux against the displayed price within the Services. When User selects one of the available amounts of Robux, User will be asked to complete the purchase within User's Account and to select one of the available payment methods. Currently, Roblox offers payment via debit / credit card, PayPal, gift cards (for Roblox's browser app), Google Play, iTunes, Amazon (for Roblox' mobile apps), as well as in-app purchases for Roblox's Xbox One app. In Roblox's reasonable discretion, Roblox may amend the available payment methods from time to time. The purchase contract will be concluded at the moment where User clicks on the "Pay Now" button (or other similarly designated purchase button) and the transaction is successfully completed. As a deviation from the Roblox Terms, in particular from Section 4 (a) of the User Terms and Section 4 of the Creator Terms, there will be a contractual relationship between Creators and Roblox. There will not be a direct contractual relation between Creators and Users. If you acquire Virtual Content and other things against payment of Robux, such acquisitions shall always be concluded between you and Roblox, and Creators shall always act on behalf of Roblox.

4    ▼  **Absolute right in Robux**

As a deviation from Section 3(e) of the User Terms, and except in connection with User's violation of a Roblox guideline or policy or User's breach of any of the Roblox Terms, Roblox may exercise Roblox' absolute right in Robux in Roblox's reasonable discretion only with effect for the future (i.e. no effect on Robux User already validly holds) and without effect to any notice, refund, compensation or liability Roblox may have to User under this Appendix C or binding applicable law. The remaining provisions of Section 3(e) of the User Terms shall remain unaffected.

5    ▼  **DevEx**

As a deviation from Section 4(c) of the Creator Terms, User may redeem Earned Robux for real currency based upon an exchange rate determined by Roblox and as potentially amended from time to time based upon requirements, procedures, and limitations established by Roblox in Roblox's reasonable discretion with effect for the future (e.g. to compensate for inflationary fluctuations). The current exchange rate and the general requirements, policies, and limitations of the DevEx Program are published [here](here).

6    ▼  **User's statutory rights and refundability of payments**

A. If the Services do not function properly or are not as described or not in conformity with User's agreement with Roblox, you may have additional statutory rights and remedies.
B. Nothing in the Roblox Terms shall limit any statutory rights to refunds Users may have under applicable law.

7    ▼  **Limitation of liability**

Sections 13(b)-(c) and 14 of the User Terms and Section 10 of the Creator Terms do not apply. In addition, the limitations of liability as set out in 2(g), 3(c) and (e), 4(d), 6(b), 9(b)-(c), 13(a) of the User Terms and 5(a)(ii) of the Creator Terms shall not apply. Instead, Roblox shall be liable for damages exclusively according to this clause.
A. Roblox's liability is unlimited for damages arising out of death, injury to body or health based on a breach conducted by a legal representative or designated agent of Roblox, as well as for damages that arise from the lack of a guaranteed characteristic or in case of fraudulent intent.
B. Roblox's liability is unlimited for damages caused by Roblox, a legal representative of Roblox, or designated agent of Roblox by intent or gross negligence.
C. In case of a slight negligent breach of a contractual core duty Roblox shall, except in the cases set out in this Section 7A, B and D of this Appendix C, only be liable to the amount of the typically foreseeable damage. Contractual core duties abstractly are such duties whose accomplishment enables proper fulfilment of the contract in the first place and whose fulfilment a contractual party regularly may rely on.
D. Liability pursuant to mandatory applicable law remains unaffected.
E. The limitation period for claims for damages shall be one (1) year, except in case of Section 7A, B and D of this Appendix C where the statutory statute of limitations shall apply.

### ▼ Governing Law, Jurisdiction and Venue

A. As a deviation from Section 12 of the User Terms, to the extent that the mandatory law of User's place of residence is more favorable than California law, the law of User's place of residence shall apply.

B. To the extent that an agreement between Roblox and the User is considered a consumer contract in the meaning of Art. 17 Regulation EU 1215/2012, the choice of jurisdiction and venue pursuant to Section 12 of the User Terms shall not apply.

## 9   ▼ Resolution / Arbitration of Disputes

A. If User is a consumer (i.e. an individual who, in contracting with Roblox, is acting for purposes which are outside User's trade, business, craft or profession), Section 11(b) and (c) of the User Terms shall not apply and Section 10 and 11(a) of the User Terms and 7(b) of the Creator Terms shall not exclude or limit any party's recourse to the courts.

B. Roblox is neither required nor willing to participate in any alternative dispute resolutions schemes with a consumer arbitration panel. Rather, Roblox strives to resolve any conflicts as set out in Section 10 of the User Terms. However, please note that the European Commission has set up an Online Dispute Resolution platform http://ec.europa.eu/consumers/odr/ that provides information about alternative dispute resolution in the European Union that may be of interest. This section is without prejudice to the right, where applicable, of EU users to engage certified out-of-court dispute settlement bodies in accordance with Article 21 of the Digital Services Act. For more information, please see https://en.help.roblox.com/hc/en-us/articles/13061336948244-EU-Digital-Services-Act.

## 10   ▼ Notice to California Residents

Section 16 of the User Terms does not apply.

## 11   ▼ Survival

In addition to the Sections listed in Section 17(b) of the Roblox Terms Section 7 of this Appendix C shall survive termination.

## 12   ▼ Consent to Electronic Communications

Section 17(f) of the User Terms does not apply. If Roblox has received User's email address in the context of the sale of a product or a service, Roblox may use it for direct marketing of Roblox's own similar products or services provided that Roblox has clearly and distinctly given User the opportunity to object, free of charge and in an easy manner, to such use of User's email address upon their collection and on the occasion of each message in case User has not initially refused such use.

## 13   ▼ Right of withdrawal

If User is a consumer (i.e. an individual who, in contracting with Roblox, is acting for purposes which are outside User's trade, business, craft or profession), User may revoke all concluded contracts under the following conditions

A. Information concerning the exercise of the right of withdrawal

1. **Right of withdrawal.** Subject to Section 13D, below, User has the right to withdraw from this contract within 14 days without giving any reason. The withdrawal period will expire after 14 days from the day of the conclusion of this contract. To exercise the right of withdrawal, User must inform Roblox (Roblox Corporation, Customer Support, 3150 S. Delaware St., San Mateo, CA 94403, or (888) 858-2569) of User's decision to withdraw from this contract by an unequivocal statement (e.g. a letter sent by post). User may use the below-referenced model withdrawal form, but it is not obligatory. You can also electronically fill in and submit the model withdrawal form or any other unequivocal statement on our website through our [Customer Support Form]. If you use this option, we will communicate to you an acknowledgement of receipt of such a withdrawal on a durable medium (e.g. by letter) without delay.

   To meet the withdrawal deadline, it is sufficient for User to send User's communication concerning User's exercise of the right of withdrawal before the withdrawal period has expired.

2. **Effects of withdrawal.** If User withdraws from this contract, Roblox shall reimburse to User all payments received from User, including the costs of delivery (with the exception of the supplementary costs resulting from User's choice of a type of delivery other than the least expensive type of standard delivery offered by Roblox), without undue delay and in any event not later than 14 days from the day on which Roblox is informed about User's decision to withdraw from this contract. Roblox will carry out such reimbursement using the same means of payment as User used for the initial transaction, unless User has expressly agreed otherwise; in any event, User will not incur any fees as a result of such reimbursement.

   If you requested to begin the performance of services during the withdrawal period, you shall pay us an amount which is in proportion to what has been provided until you have communicated with us your withdrawal from this contract, in comparison with the full coverage of the contract.

B. Model withdrawal form

(complete and return this form only if you wish to withdraw from the contract)

To Roblox Corporation, Customer Support, 3150 S. Delaware St., San Mateo, CA 94403.

- I/We(*) hereby give notice that I/We(*) withdraw from my/our(*) contract of sale of the following goods (*)/for the provision of the following service(*),
- Ordered on(*)/received on(*)
- Name of consumer(s)
- Address of consumer(s)

- Signature of consumer(s) (only if this form is notified on paper)
- Date

‾‾‾‾
(*) Delete as appropriate.

C. **Exceptions from the right of withdrawal.** The right to withdrawal may not exist in respect of distance or off-premise contracts for the supply of goods made to User's specifications or clearly personalized.

D. **Expiry of the right of withdrawal.** Please note that the right of withdrawal expires, in the cases of:

1. service contracts after the service has been fully performed but, if the contract places the User under an obligation to pay, only if the performance has begun with User's prior express consent and acknowledgement that User will lose their right of withdrawal once the contract has been fully performed by Roblox.

2. contracts for the supply of digital content which is not supplied on a tangible medium if the performance has begun and, if the contract places User under an obligation to pay, where, (i) User has provided prior express consent to begin the performance during the right of withdrawal period; (ii) User has provided acknowledgement that User thereby loses User's right of withdrawal; and (iii) Roblox has provided User with confirmation of the contract, which also states User's consent to Roblox commencing performance of the contract before the expiry of the withdrawal period and confirmation of acknowledgement about the expiry of the right of withdrawal.

14     ▼  Copyright

Nothing in the Roblox Terms especially as regards Section 2(b) of the Creator Terms shall affect mandatory rights to remuneration for the use of copyrightable material .
Roblox reserves the right to text and data mining of the Platform and the Services and any kind of other provided content.

15     ▼  Compatible Devices

The User can find information about the compatible devices available to use the Services here.

16     ▼  EU Dissemination of Terrorist Content Online Regulation

Roblox has appointed DP-Dock COR Services GmbH in Germany as representative and point of contact according to Regulation (EU) 2021/784 of the European Parliament and of the Council of 29 April 2021 on addressing the dissemination of terrorist content online (Terrorist Online Content Regulation), which can be contacted here.

17     ▼  Repeated Misuse

In addition to Section 2(g) of the User Terms, Roblox may refuse to process (i) appeals or (ii) illegal content notices submitted by Users or non-Users that repeatedly or egregiously misuse Roblox's appeal system or illegal content notice form. Examples of such misuse include frequently providing unsubstantiated notices or appeals, or abusive use of the appeals or notice system including submitting a high volume of appeals or notices without any information. Such refusals may take into consideration e.g. User's historic use of the appeal system or illegal content notice form and the severity of the misuse. Refusal durations may vary depending on the degree of the violation. Roblox may also suspend or terminate the accounts of Users who repeatedly publish illegal content. Such suspensions and terminations may take into consideration e.g. User's historic content violations and the severity of the misuse. Suspension durations may vary depending on the degree of the violation. Roblox will notify you in advance of a suspension or termination, unless it is not appropriate for us to do so, and if you disagree with such action, you have the opportunity to appeal.

18     ▼  Recommendations and Ranking of Virtual Content

Depending on the Roblox feature (e.g. features like the Marketplace versus Experience Search), Roblox uses different factors in order to provide Users and Creators the most relevant search results and recommendations. The category of factors and relative importance applied to each of them varies depending on the applicable search or recommendation feature. Furthermore, for some features, Roblox provides Users and Creators the option to modify the order of results or recommendations that are presented, which can be found in close proximity to the search or recommendation feature. See here for more information about how recommendations and ranking work on Roblox.

19

▼ **Notification and Appeal**

In addition to Section 2(f) of the User Terms, whenever Roblox restricts access to Virtual Content, Roblox notifies User of such decisions and provides User with an opportunity to appeal. In addition to considering the violation at hand when applying making such decisions, Roblox also considers User's historical use of Roblox and whether User has repeatedly violated Roblox policies. Continued violations of certain policies may result in a stricter consequence (i.e., a warning, followed by a timeout, followed by a suspension, etc.). E.U. Users may appeal such decisions for up to 6 months after Roblox's initial decision. When reviewing an appeal request, Roblox holistically considers the severity of the violation, User's reason for appealing, and User's behavior on the platform. Please note, in some circumstances, appeals may not be readily applicable — for example, a time-lapsed consequence such as a 20-minute timeout where the suspension has already been lifted. Where provided for by local laws, User may have the right to bring a claim for breach of contract against Roblox if Roblox restricts access to your Virtual Content, or suspends or terminates your account, in breach of the Roblox Terms and these supplemental provisions.

## 20   ▼ Residents of France

If after completing the Mandatory Informal Dispute Resolution process described in Section 11.a of the User Terms, a dispute remains, residents of France may refer the matter free of charge to the following mediator: IEAM (Institut d'Expertise, d'Arbitrage et de Médiation), 31bis-33 rue Daru 75008 Paris, https://www.ieam.eu/demande-de-mediation.

# ▼ Appendix D (Vietnam)

The supplemental provisions in this Part A apply to Users and Creators located in Vietnam. If there is any inconsistency or conflict between the Roblox Terms and these supplemental provisions, these supplemental provisions shall prevail.

## A   ▼ PART A – USERS IN VIETNAM

1. **Vietnam Player Terms** Users in Vietnam are required to use the Roblox-VNG application and its associated services ("**Roblox Vietnam**"). Roblox Vietnam is published and operated in Vietnam by Minh Phuong Thinh Communication Company Limited (the "**Vietnam Publisher**") under separate terms and conditions that apply to the use of Roblox Vietnam in place of the Roblox User Terms. In order to ensure the safety of all Users, your activities on Roblox Vietnam must comply with the Community Standards.

2. **Creators In Vietnam** Creators in Vietnam may use Roblox Studio and associated Services to create Experiences and Virtual Content. Roblox Studio and associated Services are provided by Roblox Corporation. If you are a Creator in Vietnam, your use of Roblox Studio and associated Services and any Experiences and Virtual Content that you make available using them is governed by the Roblox Creator Terms (as amended by Part B of these supplemental provisions with respect to publication on Roblox VNG).

   Your use of certain Creator-related Services offered by Roblox will also be subject to additional terms applicable to those Services, such as, but not limited to, the Developer Exchange Terms of Use and Creator Store Terms.

## B   ▼ PART B – PUBLICATION OF CREATOR'S UGC VIA ROBLOX VIETNAM

The supplemental provisions in this Part B apply to the publication and distribution of Creator's UGC via Roblox Vietnam. They apply to all Creators whether located inside or outside of Vietnam. If there is any inconsistency or conflict between the

Roblox Creator Terms and these supplemental provisions, these supplemental provisions shall prevail.

1. **Publication.** In order to comply with local regulations, Roblox Vietnam and associated UGC is published and operated in Vietnam by the Vietnam Publisher. You acknowledge and agree that your Creator's UGC may be made available to users of Roblox Vietnam ("**Vietnam Users**") by the Vietnam Publisher as a sub-licensee of Roblox under Section 2(b)ii of the Roblox Creator Terms.

2. **Purchases.** In order to comply with local regulations, Vietnam Players cannot purchase UGC directly from a Creator. Instead they must purchase from the Vietnam Publisher. If a Vietnam Player purchases Creator's UGC from the Vietnam Publisher, the purchase (whether for Robux or without charge) of Creator's UGC by a Vietnam Player will not establish any form of contractual relationship between Creator and that Vietnam Player. Rather, Creator's UGC will be sub-licensed to the Vietnam Player by the Vietnam Publisher. For the purposes of calculating Creator's eligibility to receive an Earned Robux and the relevant Robux Allocation under Section 4(b) of the Roblox Creator Terms, such a purchase transaction shall be treated in the same way as would apply to a direct sale from Creator to the player outside Vietnam. Sections 2(b) and 4 of the Roblox Creator Terms are deemed modified accordingly with respect to the publication, distribution or purchase of Creator's UGC under Roblox Vietnam to the extent that they are inconsistent with these supplemental provisions.

3. **License to Use Creator's UGC to Market Roblox Vietnam.** Creator retains all copyrights that Creator may hold in Creator's UGC. Creator hereby grants and agrees to grant to Roblox a perpetual, irrevocable, non-exclusive, royalty-free transferable license, with a power to sub-license through multiple levels to any person or entity (including, but not limited to, to the Vietnam Publisher), to use, in whole or in part, Creator's UGC and associated username in any media or channel of distribution now known or hereafter developed in connection with the publicity and marketing of Roblox Vietnam or the Services, even if Creator has exercised a right to be forgotten under the GDPR or equivalent right under other privacy laws. The right to market and advertise Roblox Vietnam or the Services using Creator's UGC will not include using Creator's UGC in marketing and advertising that is focused solely on promoting Creator's UGC (as reasonably determined by Roblox) as part of the Services without Creator's approval, but Roblox can generally reference, as determined by Roblox, Creator's UGC with other UGC or material (and without Creator's approval) to promote, market or advertise the Roblox Vietnam or the Services. Roblox may also use Creator's UGC for non-commercial and educational uses to promote Roblox Vietnam or the Services (and Roblox will reasonably determine whether a use is non-commercial or educational).

4. **Review of Creator's UGC.** For the avoidance of doubt, Roblox does not have any obligation to permit distribution by Vietnam Publisher of any of Creator's UGC on Roblox Vietnam, and the Vietnam Publisher has no obligation to publish any of Creator's UGC on Roblox Vietnam. The suitability of Experiences and Virtual Content for publication in Vietnam may be subject to review (whether prior to publication or at any time thereafter) by Roblox, the Vietnam Publisher and/or local regulatory authorities. Roblox and the Vietnam Publisher shall have the absolute discretion to filter, suspend or terminate the distribution and publication of any of Creator's UGC on Roblox Vietnam, in whole or in part, at any time and for any reason. Roblox and the Vietnam Publisher's determination with regard to such action shall be final. At its sole discretion, Roblox may contact Creator in connection with any action taken in accordance with this Section, and Creator may be given an opportunity to remedy or amend Creator's UGC and to resubmit it for publication on Roblox Vietnam.

*Effective Date: January 6, 2025*

*Last Updated: January 6, 2025*

📎 DE - Nutzungsbedingungen von Roblox 20250106.pdf

1 MB · Download

📎 EN - Roblox Terms of Use 20250106.pdf

1 MB · Download

📎 ES - Términos de uso de Roblox 20250106.pdf

1 MB · Download

📎 FR - Conditions d'utilisation de Roblox 20250106.pdf

1 MB · Download

📎 ID - Roblox Ketentuan Penggunaan 20250106.pdf

1 MB · Download

📄 IT - Condizioni di utilizzo di Roblox 20250106.pdf

1 MB · Download

📄 JA - Roblox利用規約 20250106.pdf

2 MB · Download

📄 KO - Roblox 이용 약관 20250106.pdf

2 MB · Download

📄 PT-BR - Termos de Uso da Roblox 20250106.pdf

1 MB · Download

📄 ZH-CN - Roblox使用条款 20250106.pdf

2 MB · Download

📄 ZH-TW - Roblox 使用條款 20250106.pdf

2 MB · Download

📄 PL - Warunki korzystania z Roblox 20250106.pdf

2 MB · Download

📄 TH - ข้อกำหนดการใช้งานของ Roblox 20250106.pdf

2 MB · Download

📄 TR - Roblox Kullanım Koşulları 20250106.pdf

2 MB · Download

📄 VI - Điều khoản Sử dụng của Roblox 20250106.pdf

2 MB · Download

📄 NL - Roblox-gebruiksvoorwaarden 20250106.pdf

1 MB · Download

Need more help? Contact support here.

Return to top ⌃

**Recently viewed articles**

Roblox Community Standards

Roblox Name and Logo - Community Usage Guidelines

**Related articles**

Roblox Privacy and Cookie Policy

Roblox Community Standards

Content Maturity Labels

Roblox Accessibility Statement

Where are my Robux?

Roblox Support          Privacy Policy          Accessibility Statement          Terms of Use          English (US) ⌄

# EXHIBIT D

Roblox Support   >   Parents, Safety, and Moderation   >   Legal Documents

Search our articles

| Articles in this section | ⌄ |
|---|---|

# Roblox Community Standards

Roblox's mission is to connect a billion people with optimism and civility. Every day, tens of millions of people around the world have fun with friends as they explore millions of immersive digital experiences. All of these experiences are built by the Roblox community, made up of millions of creators. We believe in building a safe, civil, and diverse community—one that inspires and fosters creativity and positive relationships between people around the world.

We've created these Community Standards to help ensure that everyone feels safe and welcome in our shared adventure. These Standards apply to all of your actions on Roblox and with other Robloxians, both online and at real-world events hosted by Roblox. For Restricted experiences, please see Roblox's Restricted Policy Standards.

We ask that you respect our Standards and each other at all times — and understand that violating them may result in enforcement action against your account(s) and content. For some behavior that violates these Standards, such as behavior that poses a real-world risk to others, we reserve the right to contact or cooperate with the relevant authorities in order to keep everyone safe.

We're always learning, so as our community evolves and our platform grows, these Standards may change too. When they do, we'll let you know here. If you see something that you think violates the Community Standards, or otherwise makes you feel unsafe, please let us know by using the Report Abuse feature. For more information about the legal terms that govern your use of Roblox, head over to our Terms of Use.

We appreciate your cooperation with these Standards and commitment to keeping Roblox safe and civil.

## ▼ Safety

> We want our community to be a place where people can connect with optimism and civility, regardless of their identity or beliefs. To ensure Roblox is a place where everyone feels comfortable being themselves, the following is not allowed:

### ▼ Child Exploitation

Roblox has a zero-tolerance policy for the exploitation of minors, including:

- Any predatory behavior, including attempting to befriend a minor in order to manipulate and exploit them (i.e., grooming)
- Sexualizing minors in any way

- Engaging in sexual conversation with or soliciting sexual material from minors
- Sharing, requesting, or discussing child sexual exploitation material
- Sexual extortion of children
- Child sex trafficking
- Coercion and enticement of a minor to engage in illegal sexual activity

## ▼ Terrorism and Violent Extremism

Roblox has a zero tolerance policy for content or behavior that incites, condones, supports, glorifies, or promotes any terrorist or extremist organization or individual (foreign or domestic), and their ideology, or actions, including:

- Depictions of or support for terrorist or extremist attacks
- Depictions of or support for the leaders or representatives of terrorist or extremist organizations
- Sharing the slogans, images, flags, manifestos, or icons of terrorist or extremist organizations, either in whole or in readily identifiable part
- References to the ideologies, messages, or strategies of terrorist and extremist organizations
- Expressing support, condoning, or glorifying terrorist extremist ideologies or actions
- Recruiting membership for a terrorist or extremist organization, or encouraging others to leave Roblox to find such information
- Fundraising for terrorist or extremist organizations, people, or supporting groups
- Expressing support, condoning, or glorifying mass shootings and other acts of domestic terrorism or violent extremism

## ▼ Threats, Bullying, and Harassment

Threatening others with real-world or online harm, inciting violence against people or property, bullying, stalking, trolling, harassment, intimidation, extortion, and blackmail are not permitted on Roblox. We also do not allow any content that depicts, glorifies, or promotes such behavior, including:

- Threatening physical or sexual assault or violence
- Threatening to harm someone in real life
- Revealing or threatening to reveal others' personal information
- Threatening to take over another's Roblox account or to file false abuse reports against another user
- Singling out a user or group for ridicule or abuse, either publicly or privately
- Sexual harassment
- Impersonating individuals, groups, or entities, in ways that may damage their reputation or cause others to harm them, either online or in real life

## ▼ Suicide, Self Injury, and Harmful Behavior

At Roblox, we take our users' well-being very seriously. We're here to help provide resources for those struggling with mental health, and we reserve the right to communicate with authorities regarding credible threats of self-harm. We do not allow content or behavior that depicts, glorifies, or encourages suicide, self-injury, or real-world activities that may create an extreme risk of physical harm including:

- Describing methods for suicide or self-harm
- Content that glorifies, supports, or depicts instances or methods of suicide or self-harm
- Dangerous physical challenges or stunts in the real world

If you or a loved one are having thoughts of suicide or self-harm, there is help available. Reach out to a suicide prevention hotline like the one found here. For additional global resources, here is a good place to start.

▼ **Discrimination, Slurs, and Hate Speech**

Roblox honors and welcomes users of all ages, backgrounds, and identities. We do not allow content or behavior that supports, glorifies, or promotes hate groups, their ideologies, or actions. You also may not discriminate, mock, or promote hatred against individuals or groups, or encourage others to do so directly or indirectly, on the basis of their:

- Age
- Race, perceived race, or ethnicity
- National origin
- Sexual orientation
- Gender, gender identity, or gender expression
- Religion or religious affiliation or beliefs
- Disability status including diseases, bodily conditions, disfigurement, mobility issues, and mental impairment
- Veteran status
- Caste
- Familial status

▼ **Harmful Off-Platform Speech or Behavior**

Robloxians treat everyone with respect, both on and off of Roblox. If credibly reported to us, we may take action against users who, among other things:

- Are associated with organized crime, terrorist or extremist organizations, or hate groups
- Harass, bully, discriminate, or harm others outside of Roblox
- Share others' personal information off-platform, including making false reports to authorities
- Have been convicted of certain egregious crimes, engage in certain illegal activities, or encourage others to do so

# ▼ Civility

Civility is at the core of the Roblox community. To promote our civil environment, Roblox prohibits certain types of content, including:

▼ **Real-World Sensitive Events**

Roblox prohibits content that recreates specific real-world sensitive events; mocks the victims of such events; supports, glorifies, or promotes the perpetrators or outcome of such events; or capitalizes on these events for commercial purposes, including content about:

- Acts of mass violence against people or property
- Specific, real-world natural disaster events and catastrophic accidents
- Human or civil rights violations
- Sensational crimes and their perpetrators
- Inflammatory content related to real-world border, territorial, or jurisdictional relationships

▼ **Violent Content and Gore**

Although some experiences on Roblox may include weapons and violence, we do not allow content that contains extreme violence or serious physical or psychological abuse, including:

- Animal abuse and torture

- Realistic or real-world depictions of extreme gore, graphic violence, or death

For Restricted experiences, please see [Roblox's Restricted Content Policy Standards](#).

## ▼ Romantic and Sexual Content

Roblox is a safe space for meeting online friends, chatting, and collaborating on creative projects, but we prohibit content that depicts sexual activity or seeks real world romantic relationships, including:

- Romantic or flirtatious gestures or communication between users in a romantic context
- Pursuing or soliciting romantic relationships online
- Engaging in unwanted flirtatious behavior
- Engaging in sexually explicit conversations or soliciting sexual material from other Robloxians
- Content that depicts, strongly suggests, or explicitly describes sexual acts
- Nudity
- Sexually suggestive assets or bundles

For more information about creating assets or bundles that comply with these policies, including required use of modesty layers, please review the guidelines [here](#).

For Restricted experiences, please see [Roblox's Restricted Content Policy Standards](#).

## ▼ Illegal and Regulated Goods and Activities

We do not allow users to discuss or engage in real world illegal activities or encourage others to do so on or off Roblox. We also prohibit the discussion, depiction, or promotion of some illegal and regulated goods or activities. This includes:

- Controlled substances such as pharmaceutical products and recreational drugs, as well as alcohol, tobacco, vaping, and their associated paraphernalia
- Dietary supplements and enhancers such as weight loss pills and steroids
- Depictions of intoxicated behavior associated with consuming alcohol or drugs
- Purveyors of illegal and regulated substances
- Bomb/explosive and weapon-making instructions or schematics in the real world
- Realistic modern firearms outside of in-experience items
- On-platform contests, games of chance, or competitions where Robux or anything else of value is offered as a prize
- Sweepstakes-style games

Except where prohibited by local law or regulation, we allow unplayable gambling content, such as references to gambling and related imagery. However, we prohibit both simulated and actual gambling activities on the platform. No real money, Robux, or in-experience items of value may be exchanged in connection with any gambling activities.

If you or someone you know is struggling with substance abuse, help is available. You can start [here](#).

For Restricted experiences, please see [Roblox's Restricted Content Policy Standards](#).

## ▼ Profanity

To keep Roblox safe and civil for everyone, we do not allow swearing in any language text, images, or uploaded audio, including:

- Using misspellings, special characters, or other methods to evade detection of profanity
- Quoting or using audio containing profane lyrics

For Restricted experiences, please see [Roblox's Restricted Content Policy Standards](#).

## ▼ Political Figures and Entities

We value friendly debate about social and political issues and topics that matter to the Roblox community. To maintain Roblox's civil environment, we prohibit the discussion or depiction of content pertaining to political figures and entities, including:

- Political figures in their official capacity, including:
  - Current or recent real-world government officials
  - Candidates who are currently running for or recently ran for public office and their slogans, campaign material, rallies, or events
- Political entities, including:
  - Political parties, including official party-affiliated organizations
  - Specific races for elected office
  - Desecration of political symbols, such as flag burning

Note: Fundraising for political figures and entities as defined above is prohibited by the Community Standard governing Roblox Economy. Advertising for political figures and entities as defined above is prohibited by our Advertising Standards.

# ▼ Integrity

We want Robloxians to trust each other to play fairly and honestly, and to respect one another's creativity and hard work. To encourage this, Roblox requires its users to follow their local laws and prohibits or limits:

## ▼ Cheating and Scams

We do not permit users to deploy or discuss deceptive schemes or methods of cheating on our platform, including:

- Using exploits to gain an unfair advantage anywhere on the platform
- Sharing exploits with others or encouraging others to cheat
- Selling items with misleading or inaccurate descriptions
- Misrepresenting your real or virtual world identity in an effort to mislead others
- Attempting to access another user's account without their authorization
- Posting misleading links for the purpose of gaining unauthorized access to others' accounts or information, either on Roblox or elsewhere (i.e., phishing)

## ▼ Spam

Roblox prohibits disrupting or misleading others on the platform. This includes:

- Deceptive, sensational, or otherwise misleading content or metadata used to inappropriately drive discoverability or engagement
- Repetitive messaging to other users or uploads to Roblox systems
- Creating experiences solely to direct users off Roblox

## ▼ Intellectual Property Violations

We expect you to respect the intellectual property rights of others, and will remove infringing content upon receiving a valid copyright or trademark takedown request from a rights holder. Examples of intellectual property infringement may

include:

- Using another developer's code to create your experience without their permission
- Using another artist's media in your experience without their permission
- Using a brand's logo or designs for the content you create without their permission

For information on how to use Roblox's name and logo, please see our Community Usage Guidelines.

Copyright and registered trademark takedown requests can be filed here. Roblox may proactively delete or archive assets if we suspect that the content may be infringing on someone's intellectual property rights.

You can learn more about intellectual property reporting on Roblox here.

## ▼ Advertising

### ▼ *Independent Advertisement Publishing*

Instead of using Roblox Immersive Ads, developers may independently publish advertising content in their experience(s). In these cases, the developer of the experience must directly upload and control delivery of the advertising content and remains responsible for such content. When independently publishing advertisements, developers must follow the rules outlined below, as well as all Roblox rules (including the Terms of Use, Advertising Standards, and all other Community Standards) and applicable laws and regulations. If your advertising content violates these rules, we may take action including removing the content, suspending the experience or suspending the account.

- Developers must maintain full control of independent advertisement publishing. If a developer shows independent ads in their experience, that experience may not make programmatic calls to third-party advertising services.
- Developers may not share personally identifiable user engagement information with advertisers and must comply with the Creator Analytics Terms of Use and Roblox Terms of Use in their treatment of all user information.
- Developers are prohibited from showing advertising content to users under the age of 13. To accomplish this, developers must use Roblox tools such as the AreAdsAllowed boolean in PolicyService API to replace, hide, or block access to advertising content to any users who are disallowed from seeing ads.
  Note: Applying a 13+ Experience Guideline does not hide ad content from users under the age of 13. All ad content must be hidden using the PolicyService API.
- Developers must clearly and prominently disclose to users when content is an advertisement using simple and understandable language. Reference to the name of an advertiser alone is insufficient. Examples of acceptable disclosure language include "ad," "paid," or "sponsored." The disclosure should be in or near the advertising content and be presented in a way that is likely to be noticed and understood by users.
- Developers may not mislead users into thinking that they are engaging with Roblox served Ads.
- Developers may not reuse or repurpose Roblox Immersive Ad content.
- Advertisements cannot falsely represent the content being advertised to encourage user engagement (e.g., offer free Robux).

For more information on how to independently advertise, please see our Creator guidance here.

### ▼ *Prohibited Advertising Practices and Content*

All advertisements on Roblox must adhere to Roblox's Advertising Standards. Creator guidance for complying with the Advertising Standards can be found here.

## ▼ Roblox Economy

Roblox maintains the Robux system for everyone's benefit and enjoyment. To keep it fair for everyone, some activity in the Roblox Economy is prohibited, including:

- Using third-party services to buy, sell, trade, or give away Robux. This does not apply to Roblox gift cards.
- Engaging in off-platform, secondary market transactions for account access or virtual content from experiences or Marketplace. This does not apply to account holders selling or transferring the rights to the account's creations as part of a verifiable agreement.
- Using the group payout system in a fraudulent or misleading manner; including offering payment in Robux for acting as a model for assets, joining groups, referring members, or role-playing in experiences.
- Circumventing Roblox payment systems or fees, including by providing users indirect benefits for purchasing content or packages in other Roblox properties or systems.

### ▼ *Promotional Offers*

Developers may not use off-platform services or products to sell on-platform items (including exclusive features or other in-experience enhancements) for money or Robux, either directly or as a bundle, unless expressly authorized by or in partnership with Roblox. Find more details on acceptable promo codes here.

### ▼ *Soliciting Donations*

We also do not allow our community to solicit donations for a charitable cause on Roblox, including:

- In-experience prompts for users to donate Robux toward a crowdfunding campaign
- Claiming that a transaction is associated with a fundraiser
- Stating to users that some amount of sales proceeds will be directed toward a cause

Note: Developers may implement in-experience Robux transactions for users to express appreciation of the experience or generously reward a creator (e.g. a "tip jar" feature) as long as it is clear to the user that they receive nothing in return for their payment.

### ▼ *Paid Random Items*

Paid random item generators include those purchased with Robux directly or via in-experience currencies that are purchased with Robux.

- If paid random items are available in your experience, users may not trade or sell the resulting assets for Robux, real currency, or anything else of value on Roblox.
- Creators must use the applicable PolicyService API to ensure paid random items are only accessible by eligible users.
- The odds of receiving each possible resulting item must be accurately disclosed to the eligible user before the moment of purchase.

## ▼ Security

For our community to thrive, everyone must feel digitally safe as well as physically safe. We can achieve this by respecting each other's personal information and Roblox's safety systems, and by keeping Roblox accounts secure. This section describes how players and creators should treat others' information and protect their own and others' digital security.

For information about how Roblox handles your personal information, please visit the Privacy Policy. For more information on how to keep your account secure - including how to enable additional security features such as two-

step verification - visit our help page [here](here).

To help maintain a safe metaverse, Roblox does not permit:

## ▼ Sharing Personal Information

To maintain privacy and safety, users may be prohibited from sharing or requesting personal information on Roblox depending on their age, including:

- Email address
- Passwords or access tokens
- Home address or physical location
- Financial information including credit cards and bank account details
- Medical information
- Telephone number
- Internet Identifiers such as usernames and handles not linked to Roblox
- Sensitive credentials such as social security number
- Visual and audio media of themselves or other non-public figures
- Full legal names except as permitted in Customizable Friend Requests, Usernames or Display Names for eligible users

## ▼ Directing Users Off-Platform

When using Roblox, you may not link to, share, or display URLs of any external websites or services, except for: YouTube, Facebook, Discord, X (formerly Twitter), Guilded, and Twitch. Links to any of those approved sites must be wrapped in the [applicable PolicyService API](applicable PolicyService API) or listed in the Social Networks and Social Links settings of your profile or experience description page. Links (including those to approved sites) that appear in locations where the API cannot be deployed - such as text chat or embedded in media - are prohibited unless expressly authorized by or in partnership with Roblox. Any other efforts to direct users off of Roblox to an external website or service are prohibited, including:

- Sharing any links, QR codes, or barcodes
- Efforts to evade detection of links, including but not limited to: partial links, filter-bypassing, or masked links that misdirect users
- Encouraging others to visit unpermitted external links

Note: For their privacy and safety, we prohibit users under age 13 from viewing or sharing links, regardless of API usage

DevForum and Talent Hub are treated separately and may have other links to external websites and services approved for use that are not permissible on the Roblox platform.

## ▼ Misusing Roblox Systems

Roblox maintains many systems to keep our users safe and secure, and we prohibit attempts to bypass these systems, gain unauthorized access to Roblox or to others' Roblox accounts or information, or to otherwise violate our platform security requirements, including by:

### ▼ *Evading Safety and Security Systems*

- Attempting to get prohibited content around our safety systems, including by hiding violative elements of assets
- Creating or using an account to avoid enforcement action taken against another account
- Using VPNs to mask your location in order to gain unauthorized access to Roblox, including to a specific feature or account

- Offering access to your Roblox account or soliciting access to another's Roblox account for the purpose of evading enforcement action or safety systems
- Failing to use required PolicyService APIs and TextChatService APIs to declare features in your experience that are covered by Roblox policy, such as text chat

### ▼ *Disruptive Content and Behavior*

- Using bots that are programmed to run disruptive tasks
- Uploading content that contains obfuscated code or hidden scripts that mislead end users or create disruptive experiences for them
- Injecting background noise into underlying audio that makes the intended audio unintelligible
- Injecting excessive loudness, screaming, or harsh noises that disrupts others' experience, either in uploaded audio or through chat with voice
- Falsely reporting other users or experiences or encouraging others to do so
- Invading or flooding experiences or groups in an effort to disrupt the experience or its reputation

For more information about creating bundles that comply with these policies, including requirements for clothing and accessories, please review the guidelines here.

For more information about how to safely offer text chat in your experience, please see here.

*Last Updated: October 30, 2024*

## ▼ Change Log

| Announcement Date | Change Summary |
|---|---|
| November 21, 2024 | - Updated the following Community Standard<br>    ◦ Discrimination, Slurs, and Hate Speech<br>    ◦ Removed repeat language<br><br>Effective November 21, 2024 |
| November 18, 2024 | Replaced mentions of 17+ Experiences Policy with the new Restricted Content Policy |
| October 30, 2024 | Updated the following Community Standards:<br><br>- Romantic and Sexual Content<br>    ◦ Clarified that any sexually suggestive assets or bundles are prohibited<br><br>Effective October 30, 2024<br><br>- Misusing Roblox Systems<br>    ◦ Added note about required use of TextChatService APIs<br><br>Effective April 30, 2025 |

| | |
|---|---|
| October 3, 2024 | Updated the following Community Standards:<br><br>- Child Endangerment<br>  - Changed name to "Child Exploitation"<br>- Directing Users Off-Platform<br>  - Clarified that QR codes, or barcodes are not allowed<br>  - Added note that DevForum and Talent Hub are treated differently<br>  - Added that some URLs are allowed if authorized by or in partnership with Roblox<br>- Illegal and Regulated Goods and Activities<br>  - Clarified contests to include games of chance and competitions<br>  - Updated gambling language and removed mention of favorable odds<br>- Political Content<br>  - Changed name to "Political Figures and Entities"<br>  - Moved bullet about inflammatory content related to real world border, territorial, or jurisdictional relationships to Real-World Sensitive Events<br>  - Reorganized prohibited content into two categories: political figures and political entities<br>- Real-World Sensitive Events<br>  - Added catastrophic accidents and sensational crimes<br>  - Moved bullet about inflammatory content related to real world border, territorial, or jurisdictional relationships from Political Figures and Entities<br>- Roblox Economy<br>  - Added a prohibition against offering indirect benefits across Roblox payment systems or properties<br><br>Effective October 3, 2024 |
| August 5, 2024 | Added "Customizable Friend Requests" as permitted to use real names for eligible users under the Sharing PII policy |
| July 15, 2024 | Added "Guilded" and "GitHub" to the list of allowed external websites or services under the Directing Users Off-Platform policy.<br><br>Added additional examples under Child Endangerment.<br><br>Effective July 15, 2024 |
| April 1, 2024 | Updated the following Community Standards:<br><br>- Sharing Personal Information<br>  - Included age clarification<br>  - Updated language for Usernames and Display Names<br>  - Updated examples of prohibited content<br>- Directing Users Off-Platform<br>  - Updated name of Twitter to X (formerly Twitter) |

| | |
|---|---|
| | Effective April 1, 2024 |
| March 18, 2024 | Clarified requirements for Trademark infringement claims and included action Roblox may take for IP violating content.<br><br>Effective March 18, 2024 |
| December 5, 2023 | Added a link to the detailed 17+ Policy Standards to the Profanity policy.<br><br>Added a Strong Language section to allow Verified 17+ creators to create 17+ experiences containing vulgar or obscene language and allow it in user communications. |
| October 3, 2023 | Added a link to the detailed 17+ Policy Standards to the Violent Content and Gore, Romantic and Sexual Content, and Illegal and Regulated Goods and Activities policies.<br><br>Updated the section for Misusing Roblox Systems to clarify rules on creating or using an account to evade enforcement actions.<br><br>Updated the section for Illegal and Regulated Goods and Activities with clarified language around alcohol and controlled substances.<br><br>Added clarifying language to Threats, Bullying, and Harassment.<br><br>Effective October 3, 2023 |
| August 16, 2023 | Updated the following Community Standards<br><br>• Romantic and Sexual Content<br>  ○ Added link to Avatar Bodies feature requirements for modesty layers<br>  ○ Clarified language around prohibiting sexually suggestive avatar bodies in addition to clothing items<br>• Misusing Roblox Systems<br>  ○ Added link to Avatar Bodies feature requirements for clothing and accessories<br><br>Effective August 16, 2023 |
| August 1, 2023 | Updated the section for Sharing Personal Information, including:<br><br>• Clarified language for unique identifiers<br>• Added examples of prohibited content<br><br>Effective August 1, 2023 |
| June 20, 2023 | Added a reference and link in the introduction of the Community Standards to detailed 17+ Policy Standards. |

Added detail for prohibited types of simulated gambling in Illegal & Regulated Goods & Activities.

Clarified language for prohibited types of account and content access, including limited exceptions, in:

- Roblox Economy
- Misusing Roblox Systems

Clarified language for Spam to be applicable across all content and data types on Roblox.

Effective June 20, 2023

| March 15, 2023 | Restructuring and consolidating categories of Community Standards from 30 categories to 20 categories, including: |

Restructuring and consolidating categories of Community Standards from 30 categories to 20 categories, including:

- Combining violations in Threats, Bullying & Harassment, Abuse of Employees, Extortion & Blackmail, and Impersonation under "Threats, Bullying, and Harassment"
- Combining violations in Suicide & Self Harm, Dangerous Activities, and Suicide Lifeline resources under "Suicide, Self Injury, and Harmful Behavior"
- Combining violations in Illegal Activity under "Harmful Off-Platform Speech and Behavior"
- Renaming Real-World Tragic Events as "Real-World Sensitive Events"
- Combining violations in Romance and Dating with Sexual Content under "Romantic and Sexual Content"
- Combining violations in Contests & Sweepstakes and Illegal & Regulated Goods about gambling, supplements and substance abuse under "Illegal and Regulated Goods and Activities"
- Combining violations in Cheating & Exploits, Scams, Misrepresentation, some of Unauthorized Access under "Cheating and Scams"
- Combining violations regarding paid randomized items under "Roblox Economy"
- Combining violations in Unauthorized Access and Disruptive Audio under "Misusing Roblox Systems"

Effective March 15, 2023


Updating the Advertising section for Independent Advertisement Publishing to add the following requirements:

- Using the Roblox AreAdsAllowed field of the PolicyService API to programmatically prohibit ad content in experiences from exposure to users under the age of 13
- Complying with Prohibited Advertising Content introduced in the new Advertising Standards
- Adding more specific requirements around disclosing advertising content, including prohibiting developers from mimicking Roblox Immersive Ads, or

repurposing Roblox Immersive Ad content

Effective June 15, 2023

These policies are effective for advertising served through the Roblox ad system on March 15, 2023.

Need more help? Contact support here.

Return to top ^

**Recently viewed articles**

Roblox Terms of Use

Roblox Name and Logo - Community Usage Guidelines

**Related articles**

Roblox Terms of Use

Roblox Privacy and Cookie Policy

Restricted Content Policy

Content Maturity Labels

Roblox Dictionary

# EXHIBIT E

Roblox Support  >  Parents, Safety, and Moderation  >  Legal Documents

Search our articles

Articles in this section                                                    

# Roblox Name and Logo - Community Usage Guidelines

**Welcome to Roblox's Name and Logo - Community Usage Guidelines, where you can find brand guidelines and downloadable assets to use when promoting your Experience.**

## Brand Guidelines and Assets

Roblox provides the "Now on Roblox" badge seen below so that everyone can clearly and visually explain that their Experience is on Roblox. Creators (including brand partners) can use the "Now on Roblox" badge for all digital promotions off of the Roblox platform as long as they abide by the **usage guidelines**. However, we require prior approval to use the badge in any offline promotions (i.e., billboards, signs, TV, print). You can submit a request for use in offline promotions **HERE**.

Before downloading and using the "Now on Roblox" badge, please review our terms below and the complete usage guidelines around sizing, color, treatment, etc. Besides our official badge, we do **not permit** the general use of our logo in any creative or copy. Roblox reserves the right to take appropriate action against any improper use of our marks.

**>>> Download vector files of the badge here.**

>>> Download the guidelines on how to use the badge here.



## Marks that are prohibited for use

1. **The Roblox Logo and Roblox Tilt** are not permitted for general use on any creative materials or copy (unless it's part of the Official Badge). Logo use is strictly limited to select partners and the **Roblox Stars Influencer Program**. We do not grant unsolicited requests to use our logos.



2. **The name "Roblox" and any name similar to Roblox including "Blox"** (and Roblox will determine what is similar) are not permitted in titles of any Experience created on or after June 22, 2022 (titles of Experiences containing Roblox or a name similar to Roblox that were published on the platform before such date are not affected by this prohibition). For example, titles such as "Roblox World" or "Bloxtun Express" would be prohibited.

3. **The use of the Roblox name (and any name similar to Roblox), badge, logo, and other trademarks including "Classic Roblox Avatars" (R6 and R15 Avatars as defined in our Terms of Use)** is not permitted on physical products or commercial content and may not be tied to the development, distribution or sale of any products or services (including, but not limited to, physical products, packaging, retail displays, services, NFTs, film, TV, books, stage shows or amusement parks) without a Roblox licensing agreement.

**Exceptions are made for educational use: (please submit book covers for approval FORM)**

- **Education and Research:** We will allow the use of the Roblox name and trademark for approved "education and research" publications specifically for schools, colleges, universities, and libraries engaged in non-profit instruction and research for education. Please review **TOU**.
- **Books about how to code or program on Roblox** are not allowed to use the Roblox logo but may use Roblox name in the title as long as it is not the first word and the cover is labeled UNOFFICIAL. Please review **TOU**.

## Helpful Do's and Don'ts

**DO's**

- Follow our usage guidelines when using the "Now on Roblox" badge. Non-commercial digital uses that follow the guidelines do not require Roblox approval.
- Communicate that you made an experience on Roblox by saying "Now on Roblox" in simple text discussing your experience.
- Seek Roblox-written approval for offline marketing uses of the badge, or commercial uses by submitting assets through this **FORM**.
- Do seek approvals for press releases that mention our name by submitting via this **FORM**.
- Do mention Roblox as outlined above when creating an educational book on how to code or create experiences on Roblox.

**DON'Ts**

- Imply official Roblox partnership or endorsement.
- Use the Roblox logo; only the "Now on Roblox" badge can be used.
- Use the Roblox name, logos, badge, or "Classic Roblox Avatars" in commercial uses including physical products , packaging, retail displays, NFTs, film, TV, books, stage shows or amusement parks without authorization and a licensing agreement from Roblox. Please note that we do not grant unsolicited requests for commercial use.
- Do not use "Roblox," "Blox," or any name similar to Roblox as the name of your Experience - with the exception of Experiences published prior to June 22, 2022.

## Helpful Resources:

- **Developer Forum** to learn how to build experiences on Roblox
- **Terms of Use** - Detailed uses and legal requirements

 

📎 RBLX_Badge_Logos.ai
    300 KB · Download

📎 English Roblox Badge Guidelines.pdf
    3 MB · Download

Need more help? Contact support here.

Return to top ^

**Recently viewed articles**

Roblox Community Standards

Roblox Terms of Use

**Related articles**

Roblox Privacy and Cookie Policy

Roblox Terms of Use

Roblox Community Standards

Developer Exchange Terms of Use

Roblox Biometric Privacy Notice

Roblox Support     Privacy Policy     Accessibility Statement     Terms of Use     English (US) ⌄

# EXHIBIT F



Pillsbury Winthrop Shaw Pittman LLP
West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Patrick Hammon
tel: +1.650.233.4038
patrick.hammon@pillsburylaw.com

20 May 2024

<u>**Via E-Mail and First-Class Mail**</u>

Sarah Styslinger
PlayerAuctions, Inc.
11301 W. Olympic Blvd., Ste. 337
Los Angeles, California, 90064
------------------------------------------
+1.346.719.0994
legal@playerauctions.com

> **Re:    Demand for PlayerAuctions, Inc. to Cease and Desist Tortious Interference with Roblox, Use of Trademarks, and Trade Name**

To whom it may concern:

Please be advised that my law firm represents Roblox Corporation ("Roblox"). We write on behalf of Roblox concerning PlayerAuctions, Inc.'s ("PlayerAuctions") violations of various federal laws and regulations related to Roblox's federally registered trademarks and concerning your tortious interference with Roblox's contracts.

It has come to Roblox's attention that PlayerAuctions has created a third-party service advertising the sale of Robux and Roblox virtual content, in violation of, among other things, Roblox's Terms of Use. These actions amount to wrongful conduct by PlayerAuctions including, but not limited to, (i) tortious interference with Roblox's business relationships and activities; and (ii) trademark infringement and false designation, including under the United States Trademark Act 15 U.S.C. § 1051 *et seq*.

As you are aware, Roblox is a well-known, well-regarded, and well-established publicly traded company. Since its inception, Roblox has become one of the leading online gaming platforms, offering users millions of experiences and limitless play possibilities. Core to its platform is the exchange of in-game currency, Robux.

To protect its reputation and goodwill with creators, users, partners, and shareholders, Roblox holds numerous trademarks worldwide (some of which have become



incontestable), including, but not limited to, the following (collectively referred to as the "Roblox Trademarks"):

- ROBLOX, U.S. Trademark Registration No. 3280422
- ROBLOX, U.S. Trademark Registration No. 6024416
- ROBLOX, U.S. Trademark Registration No. 6200694
- ROBUX, U.S. Trademark Registration No. 4731874

Roblox has invested significant time and resources into developing its brands. Roblox's use of the above marks in commerce predates yours by many years. The Roblox Trademarks are widely recognized throughout the United States and abroad as identifiers of Roblox and its platform. The Roblox Trademarks have become renowned among our users, creators, partners, and shareholders and therefore represents a highly valuable source of goodwill belonging exclusively to Roblox. As you must appreciate, Roblox takes its trademarks very seriously and has invested heavily in assuring that they remain exclusively associated with Roblox's products and services and not those of others.

It has recently come to our attention that you advertise the third-party, unauthorized sales of Robux. This unauthorized activity is not only likely to confuse consumers by implying or insinuating that PlayerAuctions has been sponsored by, affiliated with, approved by and/or authorized by Roblox, but it is **designed** to do just that. This is reflected in your usage of the Roblox Trademarks; and Roblox's trade names, each of which are used, marketed, and promoted heavily online by you.  This, on its own, is unlawful as it amounts to, among other things, trademark infringement.

Roblox's Terms of Use also prohibit the use, acquisition, distribution, sale of any of its virtual content, including Robux, outside the Roblox platform and services. (*See, e.g.*, Terms of Use, §§ 2(c), 3(c), Roblox Community Standards.) And yet that is precisely what you are doing and/or facilitating. As a result, not only are you violating Roblox's Terms of Use, but you are also inducing other Roblox users to violate these same provisions of those Terms, tortiously interfering with Roblox's business relationships and activity.[1]

In light of the foregoing, Roblox therefore demands that PlayerAuctions immediately:

1) Cease and desist from all sales, giveaways, advertisement, and/or other third-party non-sanctioned[2] use of Robux and Roblox virtual content;

---

[1]    This, despite your own User Agreement, §§ 3.7, 5.4, 5.5, 5.8, which purportedly prohibits violations of Third Party Rights, yet facilitates and induces unsanctioned sales of Robux and Roblox virtual content.

[2]    For the avoidance of any and all doubt: the third-party advertising of, sales of, giveaways of Robux or Roblox virtual content on your site are not and have never been sanctioned by Roblox.

# pillsbury

2) Cease and desist from any use of any marks that are identical to or confusingly similar to the Roblox Trademarks, whether through online websites, online social media accounts, printed materials, clothes, or in any other form, including but not limited to use of the website domain https://www.playerauctions.com/;

3) Cease and desist from making any false or misleading statement that suggests PlayerAuctions offers services that are the same, similar or equivalent to Roblox's products and services, or any other false or misleading description or representation of fact that suggests or implies to consumers that you are the same as or affiliated with Roblox.

If we do not hear from PlayerAuctions by May 31, 2024, we are prepared to take immediate legal action to enforce Roblox's rights under the law, including **but not limited to**, seeking a temporary restraining order and preliminary injunctive relief and recovery of attorneys' fees and costs. Nothing contained in this letter is intended as or should be construed as a waiver of any rights, claims, and/or defenses Roblox may have in this matter, all of which are expressly reserved.

We look forward to receiving your response.

Best Regards,

/s/ Patrick Hammon
Patrick Hammon

Enclosure, **Attachment A**, Screenshot Examples of Violative Behavior

Cc:    Lacey Bangle, Head of Litigation for Roblox
       Alexis Wansac, Pillsbury Winthrop Shaw Pittman

# ATTACHMENT A

## SCREENSHOTS OF VIOLATIVE BEHAVIOR

Note that these are selected examples only of the type of violative behavior. This is not the full list.

# LEADING MARKETPLACE FOR GAMERS

Trade securely with gamers throughout the world.

**Start Trading**

3,360,000+ registered traders
200+ active game marketplaces
100% payment fraud protection
Ratings-and-reviews system

Competitive pricing
Comprehensive dispute resolution
Price comparisons
Store customization

## TOP SELLING GAMER MARKETPLACES

PlayerAuctions is a platform that provides a secure player-to-player trading experience for buyers and sellers of online gaming products. We provide a system for secure transactions – you do the rest. We have marketplaces for 250+ games and leading titles, including the following:

| OSRS Gold | Fortnite Accounts | FC 24 Coins | WoW Gold | WoW Cata Gold | Diablo IV Gold |
|---|---|---|---|---|---|
| RuneScape Gold | Valorant Accounts | PoE Currency | FFXIV Gil | Roblox Robux | Lost Ark Gold |



Home > ROBUX > ROBLOX ROBUX

# Buy Robux at Cheap Prices - Discount on Robux Deals

Among the many sophisticated game-building worlds out there, Roblox boasts more than 150 million users worldwide for its multiplayer game. With the game delivering all sorts of variety including competition, creativity, and socialization, it's easy to see why some players invest a lot of time into Robux and why they buy Robux. Note: Please check offer details for information about the in-game TAX coverage.

**ROBLOX ROBUX Rating** 4.8
Based on the total ratings of 4442 orders in the past year.
★★★★★

| | | | | |
|---|---|---|---|---|
| **ROBUX** 39 | **Items** 7126 | **Accounts** 1822 | **Power leveling** 353 | **Game Tools** |

26 offers found
Reset ⊗

| SERVER | RATING ⬍ | DELIVERY ⬍ | 8K ROBUX | PRICE ⬍ |
|---|---|---|---|---|
| Select Server | | | | |
| **FEATURED** Tax Covered / Offer Details ⚲ | **TitanBoosting** Lvl 4 — Total orders: 14,687 Member since: 2021 4.9 ★★★★★ (379) | 24h 24 Hours | − 8 K + $7.071 / K ROBUX | $56.57 BUY NOW |
| Tax Covered / Offer Details ⚲ | **elzamikawy** Lvl 2 — Total orders: 1,010 Member since: 2019 4.8 ★★★★★ (325) | 20h 20 Minutes | − 8 K + $6.039 / K ROBUX | **BEST DEAL** $48.31 BUY NOW |
| Tax Covered / Offer Details ⚲ | **namtang1299** Lvl 4 — Total orders: 807 Member since: 2023 4.8 ★★★★★ (83) | 24h 24 Hours | − 8 K + $6.040 / K ROBUX | $48.32 BUY NOW |
| Tax Covered / Offer Details ⚲ | **benkitty666** 👑 Lvl 5 — Total orders: 60,367 Member since: 2021 5.0 ★★★★★ (12) | 20h 20 Minutes | − 8 K + $6.049 / K ROBUX | $48.39 BUY NOW |
| Tax Covered / Offer Details ⚲ | **Dark105** Total orders: 1,614 Member since: 2023 | 12h 12 Hours | − 8 K + $6.080 / K ROBUX | $48.64 BUY NOW |

# EXHIBIT G



Pillsbury Winthrop Shaw Pittman LLP
West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Patrick Hammon
tel: +1.650.233.4038
patrick.hammon@pillsburylaw.com

November 22, 2024

**Via Email and Certified Mail, Return Receipt Requested**

Sarah Styslinger, Esq.
PlayerAuctions, Inc.
11301 W.  Olympic Blvd., Suite 337
Los Angeles, California 90064
legal@playerauctions.com

> **Re:    Cease and Desist Regarding Unauthorized Sale of Roblox Virtual Goods and Currency**

Dear Ms. Styslinger,

I represent Roblox Corporation ("Roblox"), and I am following up on previous correspondence regarding PlayerAuctions' continued unauthorized sale of Roblox's virtual goods and currency (Robux) on your platform.  Despite the clear admonitions set forth in my office's prior cease and desist letter, it appears that PlayerAuctions has not taken any steps to stop its unlawful activities, and that Roblox's intellectual property continues to be misused.

As outlined in our previous letter, PlayerAuctions is engaging in conduct that violates multiple federal laws, including, but not limited to, the Lanham Act, 15 U.S.C.  § 1051 *et seq*., copyright infringement laws, as well as tortious interference with Roblox's contractual relationships with its users.  Your platform's facilitation of these unauthorized sales harms Roblox's business model and disrupts its virtual economy.

Roblox is committed to protecting its platform and intellectual property.  Should PlayerAuctions continue these unauthorized activities, Roblox will promptly pursue all appropriate remedies, including through the filing of the enclosed complaint, which seeks both damages and injunctive relief in federal court.

**The enclosed draft complaint outlines the following legal claims and violations:**

1. **Copyright Infringement** (17 U.S.C.  § 501)
2. **Contributory Copyright Infringement**

3. **Vicarious Copyright Infringement**
4. **False Designation of Origin** (15 U.S.C. § 1125(a))
5. **Federal Trademark Dilution** (15 U.S.C. § 1125(c))
6. **Trademark Counterfeiting** (15 U.S.C. § 1116(d))
7. **State Common Law Trademark Infringement**
8. **State Common Law Passing Off and Unfair Competition**
9. **Tortious Interference with Prospective Economic Advantage**
10. **Intentional Interference with Contractual Relations**
11. **Civil Conspiracy**
12. **Injunctive Relief**

Roblox takes these violations seriously. Roblox's right to control the use of its trademarks and intellectual property is well-established. We urge PlayerAuctions to take immediate action by ceasing all unauthorized use of Roblox's virtual goods and trademarks and to refrain from any future infringing activities.

**To avoid further escalation, Roblox demands that PlayerAuctions immediately:**

1. Cease and desist from the sale and advertisement of any Roblox virtual goods and virtual currency (Robux).
2. Cease the use of any copyrights, trademarks, and/or trade names that are identical or confusingly similar to those belonging to Roblox.
3. Cease and desist from misleading consumers about any affiliation or endorsement from Roblox.

Please be advised that if by close of business (5pm PST) on December 2, 2024, we do not receive a response from PlayerAuctions agreeing to comply with Roblox's demands, and which demonstrates that PlayerAuctions has actually taken steps to do so, Roblox will proceed with filing the enclosed complaint.

We encourage PlayerAuctions to take this opportunity to bring its activities into compliance with Roblox's rights in such a way that complies with both United States and California law.

Best Regards,


*/s/ Patrick Hammon*
Patrick Hammon

Enclosure

Cc:     Lacey Bangle, Head of Litigation for Roblox
        Alexis Wansac, Pillsbury Winthrop Shaw Pittman