IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLAYERAUCTIONS, INC.,<br><br>　　　　Defendant. | Case No.  25-cv-01139-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES OF COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND REPLY** |

On February 14, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of its Complaint and Motion for Preliminary Injunction, both filed February 4, 2025, and its Reply in Support of its Motion for Preliminary Injunction, filed February 27, 2025.

**IT IS SO ORDERED.**

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge