Frank D. Rorie Jr. (SBN 223543)
frank@rorielaw.com
Law Office of Frank D. Rorie Jr.
8335 Sunset Boulevard, Suite 303
West Hollywood, CA  90069
Tel: (323) 337-9054
Fax: (323) 656-7155

Attorney for Defendant
PlayerAuctions Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION, | CASE NO: 3:25-CV-01139-MMC |
| Plaintiff, | **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| PLAYERAUCTIONS, INC., | |
| Defendant. | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

# I.  INTRODUCTION

More than half of all daily Roblox users are minors under the age of 18, and approximately 40% are children under the age of 13 (as of December 31, 2024).[1]  This unique demographic has been a blessing and a curse for Plaintiff.  While it has contributed to massive annual revenues,[2] it has also exposed Plaintiff to growing criticism that Roblox has not done enough to protect children from a variety of predatory practices, including exploitive advertising and incessant microtransactions.  Many parents and even some foreign countries have completely blocked and/or restricted access to Roblox as a result of these concerns.

Children who spend money on an online video game (often using their parent's credit card) probably do not think much about the alienability of the virtual assets they are buying.  Teenagers and adults, on the other hand, typically expect that in exchange for investing their time, money, and effort into a game, they will have some say in how their virtual assets are managed.  Plaintiff allows users of all ages to transfer in game items and currency to one another within the confines of the Roblox platform itself (subject to a transaction fee or tax by Roblox).  But if a user attempts to buy, sell, or trade virtual assets outside the Roblox ecosystem using a secondary market (such as Defendant's platform), Roblox vehemently objects in part because, according to its Complaint and preliminary injunction motion, Roblox is losing out on fees and revenue that it would otherwise receive from those offline transactions.

Plaintiff's desire to steer all of its customers' purchasing and trading activity to its own platform (so that Plaintiff can collect taxes and fees from those transactions) is fundamentally anti-competitive and at odds with unfair competition and anti-steering laws.  It is also a restraint on trade in violation of California law.  Since 1999, Defendant has painstakingly built a business that allows video game players from around the world to buy, sell, and trade video game assets in safe and secure marketplaces on Defendant's website.  Each year, Defendant spends hundreds of thousands

---

[1] See Roblox 10-K filing for fiscal year ended December 2024 at p. 9; available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1315098/000131509825000033/rblx-20241231.htm.

[2] In 2024 alone, Roblox reported $3.6 billion in annual revenue from the sale of its virtual currency, in-game items, and player subscriptions.  Over the last three years (2022, 2023, and 2024), that revenue has topped $8.6 billion.  *Id.* at p. F-6.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1    of dollars on risk management and fraud-prevention measures to ensure that only legitimate trades

2    between real gameplayers are allowed.  Contrary to Plaintiff' assertions, Defendant has no interest

3    in allowing scammers to use its platform to conduct nefarious transactions.  In fact, Defendant has

4    gone to great lengths to curb such activity.

5         Defendant first launched its marketplace for Roblox video game assets in 2012.  Since then,

6    Plaintiff and Defendant have endeavored to coexist.  In that thirteen-year span, Plaintiff has

7    periodically sent Defendant take down requests when it believed that a particular Roblox offer

8    violated Plaintiff's intellectual property rights or was somehow illegal.  Defendant in turn would

9    remove offending posts in response to legitimate requests.  Recently, however, the dynamic

10   between Plaintiff and Defendant has fundamentally shifted.  After years of working with Defendant,

11   Plaintiff now wants to put Defendant out of business and to permanently eliminate Defendant's

12   marketplace for Roblox-related accounts and video game assets.

13        Plaintiff's reasons for this sudden and drastic shift, and the legal claims it is asserting to

14   effectuate its anticompetitive objectives, will be a significant part of discovery in this case.

15   Defendant respectfully requests that it be given a full and fair opportunity to investigate those

16   reasons and to assert all relevant defenses and potential counterclaims at its disposal.  In its

17   Complaint, Plaintiff has portrayed Defendant and its business model in an extremely unsavory and

18   negative manner.  But when all the dust settles, discovery is exchanged, and light is brought to bear

19   on the nature of Plaintiff's claims and its motivations for pursuing them, Defendant is confident that

20   this case will be decided on the merits with the benefit of full and complete record from both sides.

21

22

23

24

25

26

27

28

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

## II.  ANSWER TO COMPLAINT

Defendant PlayerAuctions, Inc. ("Defendant" or "PlayerAuctions") hereby answers the Complaint of Plaintiff Roblox Corporation, Inc. ("Plaintiff" or "Roblox") as follows:

### NATURE OF THIS ACTION

1.    Admitted in part; otherwise denied.  Defendant admits that this is an action brought by Roblox against PlayerAuctions for trademark infringement under federal and state law, intentional interference under state law, and unjust enrichment.  Defendant is without sufficient knowledge to respond to Plaintiff's remaining allegations concerning its platform and business operations and Defendant therefore denies those allegations at this time.

2.    Admitted in part; otherwise denied.  Defendant admits that it operates an online marketplace that third party sellers and third party buyers can use to buy, sell, and trade authentic Roblox user accounts, authentic Roblox currency (Robux), authentic Roblox in-game items, and power-leveling services.  Defendant further admits that it received the cease and desist letters that were attached as Exhibits F and G to the Complaint.  Defendant otherwise denies the allegations in paragraph 2.

3.    Admitted in part; otherwise denied.  Defendant admits that Plaintiff seeks injunctive relief and damages in connection with its Complaint.  Defendant otherwise denies the allegations in paragraph 3.

### THE PARTIES

4.    Admitted.  Defendant admits that Roblox is a Delaware corporation with its principal place of business in San Mateo, California.

5.    Admitted in part.  Defendant admits that it is a Delaware corporation.  Defendant further admits that it was founded in Los Angeles in 1999 and that its current U.S. based mailing address is in Los Angeles, California.

### JURISDICTION AND VENUE

6.    Admitted in part.  Defendant admits that this Court has subject matter jurisdiction over the federal trademark claims asserted in the Complaint.  Defendant further admits that Plaintiff

1    is asserting supplemental jurisdiction over its state law claims.

2        7.      Admitted in part; otherwise denied.  Defendant denies that venue is proper in this

3    District pursuant to 28 U.S.C. § 1400(a).  Defendant is without sufficient knowledge to respond to

4    Plaintiff's allegations that it was harmed in this District and therefore denies that allegation at this

5    time.  Defendant admits that its website is accessible to users within the District but that fact alone

6    is not sufficient to confer personal jurisdiction or venue under controlling law.

7        8.      Denied.  Defendant denies that its actions as alleged in the Complaint specifically

8    targeted or focused on the State of California.  Defendant is without sufficient knowledge to

9    respond to Plaintiff's remaining allegations concerning Plaintiff's alleged harm and operations and

10   therefore denies those allegations at this time.

11       9.      Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

12   allegations in paragraph 9 and therefore denies those allegations at this time.

13       10.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

14   allegations in paragraph 10 and therefore denies those allegations at this time.

15       11.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

16   allegations in paragraph 11 and therefore denies those allegations at this time.

17       12.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

18   allegations in paragraph 12 and therefore denies those allegations at this time.

19       13.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

20   allegations in paragraph 13 and therefore denies those allegations at this time.

21       14.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

22   allegations in paragraph 14 and therefore denies those allegations at this time.

23       15.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

24   allegations in paragraph 15 and therefore denies those allegations at this time.

25       16.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

26   allegations in paragraph 16 and therefore denies those allegations at this time.

27       17.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's

28   allegations in paragraph 17 and therefore denies those allegations at this time.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

18.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 18 and therefore denies those allegations at this time.

19.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 19 and therefore denies those allegations at this time.

20.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 20 and therefore denies those allegations at this time.

21.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 21 and therefore denies those allegations at this time.

22.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 22 and therefore denies those allegations at this time.

## THE ROBLOX MARKS

23.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 23 and therefore denies those allegations at this time.

24.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 24 and therefore denies those allegations at this time.

25.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 25 and therefore denies those allegations at this time.

26.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 25 and therefore denies those allegations at this time.

## THE ROBLOX TERMS

27.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 27 and therefore denies those allegations at this time.

28.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 28 and therefore denies those allegations at this time.

29.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 27 and therefore denies those allegations at this time.

30.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 30 and therefore denies those allegations at this time.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

31.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 32 and therefore denies those allegations at this time.

32.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 32 and therefore denies those allegations at this time.

33.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 33 and therefore denies those allegations at this time.

34.     Denied.  Defendant is without sufficient knowledge to respond to Plaintiff's allegations in paragraph 34 and therefore denies those allegations at this time.

**DEFENDANT'S BUSINESS AND UNAUTHORIZED CONDUCT**

35.     Admitted.  Defendant admits that it operates a website at the Internet domain name www.playerauctions.com.

36.     Admitted in part; otherwise denied.  Defendant admits that it describes itself as a "top selling gamer marketplace … that provides a secure player-to-player trading experience for buyers and sellers of online gaming products."  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 36 and therefore denies those allegations at this time.

37.     Admitted in part; otherwise denied.  Defendant admits that, using its website, third party sellers are able to post and sell authentic Roblox user accounts, Roblox virtual currency, Roblox in-game items, and Roblox power-leveling services.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 37 and therefore denies those allegations at this time.

38.     Denied.  Defendant denies that it improperly uses Roblox's Marks to advertise and sell Roblox user accounts, virtual currency, in-game items, and power-leveling services.

39.     Admitted in part; otherwise denied.  Defendant admits that it maintains a YouTube channel that promotes Defendant's services generally, but on information and belief, that channel does not contain any specific reference to Roblox or any of its marks.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 39 and therefore denies those allegations at this time.

40.    Admitted in part; otherwise denied.  Defendant admits that it has an account on Reddit.com that promotes Defendant's services generally, but on information and belief, that channel does not contain any improper use of Roblox's alleged marks.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 39 and therefore denies those allegations at this time.

41.    Admitted in part; otherwise denied.  Defendant admits that it earns a percentage profit from transactions between buyers and sellers on its website.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 41 and therefore denies those allegations at this time.

42.    Admitted in part; otherwise denied.  Defendant admits that buyers and sellers can use real-world currency to facilitate their transactions on Defendant's website.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 42 and therefore denies those allegations at this time.

43.    Admitted in part; otherwise denied.  Defendant admits that its website contains a price-tracker for Robux related sales.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 43 and therefore denies those allegations at this time.

44.    Denied.  Defendant denies that its website prominently advertises unauthorized sales of Robux in violation any trademark laws.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 44 and therefore denies those allegations at this time.

45.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 45 and therefore denies those allegations at this time.  On information and belief, Defendant first published a marketplace for Roblox-related services back in 2012.

46.    Admitted in part; otherwise denied.  Defendant admits that Plaintiff sent the cease and desist letters attached as Exhibits E and F to the Complaint.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 46 and therefore denies those allegations at this time.

47.    Denied.  Defendant denies that it has engaged in any scheme with buyers or sellers on its website.  Defendant is without sufficient knowledge to respond to the remaining allegations in

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1  paragraph 47 and therefore denies those allegations at this time.

2      48.    Admitted in part; otherwise denied.  Defendant admits that its website allows users

3  to identify active sellers or Roblox-related products and services.  Defendant is without sufficient

4  knowledge to respond to the remaining allegations in paragraph 48 and therefore denes those

5  allegations at this time.

6      49.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

7  paragraph 49 and therefore denes those allegations at this time.

8      50.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

9  paragraph 50 and therefore denes those allegations at this time.

10      51.    Denied.  Defendant denies that it is a seller of Roblox-related goods and services on

11  its website.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 51

12  and therefore denes those allegations at this time.

13      52.    Denied.  Defendant's website does not falsely imply that the Roblox-related goods

14  and services for sale are endorsed or authorized by Roblox.  To the contrary, Defendant's website

15  contains a disclaimer expressly disavowing such an affiliation or connection.

16      53.    Denied.  Defendant denies that it has improperly used Roblox's trademarks on its

17  website or that relevant consumers are likely to be confused by any affiliation or connection

18  between Defendant and Roblox.

19      54.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

20  paragraph 54 and therefore denes those allegations at this time.

21      55.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

22  paragraph 55 and therefore denes those allegations at this time.

23      56.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

24  paragraph 56 and therefore denes those allegations at this time.

25      57.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

26  paragraph 57 and therefore denes those allegations at this time.

27      58.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

28  paragraph 58 and therefore denes those allegations at this time.

- 8 -

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

59.     Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 59 and therefore denes those allegations at this time.

60.     Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 60 and therefore denes those allegations at this time.

61.     Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 61 and therefore denes those allegations at this time.

62.     Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 62 and therefore denes those allegations at this time.

<div align="center">

**FIRST CAUSE OF ACTIION**

**FALSE DESIGNATION OF ORIGIN REGARDING THE MARKS**

**(15 U.S.C. §1125(A))**

</div>

63.     Defendant incorporates by reference its responses to the preceding paragraphs as set forth herein.

64.     Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 64 and therefore denies those allegations at this time.

65.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website constitutes improper infringement or false designation of origin or that such use would cause confusion amongst relevant consumers.

66.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website constitutes improper infringement or false designation of origin or that such use would cause confusion amongst relevant consumers.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 66 and therefore denies those allegations at this time.

67.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website constitutes improper infringement or false designation of origin or that such use would cause confusion amongst relevant consumers.

68.     Denied.  Defendant denies that it acted willfully or intentionally to harm Roblox. Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 68 and therefore denies those allegations at this time.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

69.    Denied.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 69 and therefore denies those allegations at this time.

## SECOND CAUSE OF ACTIION

## FEDERAL TRADEMARK DILUTION

### (15 U.S.C. §1125(C))

70.    Defendant incorporates by reference its responses to the preceding paragraphs as f set forth herein.

71.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 71 and therefore denes those allegations at this time.

72.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website constitutes dilution by blurring or tarnishment or that such use would cause confusion amongst relevant consumers.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 72 and therefore denies those allegations at this time.

73.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website constitutes dilution by blurring or tarnishment or that such use would cause confusion amongst relevant consumers.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 73 and therefore denies those allegations at this time.

74.    Denied.  Defendant denies that it acted willfully or intentionally to harm Roblox.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 74 and therefore denies those allegations at this time.

75.    Denied.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 75 and therefore denies those allegations at this time.

## THIRD CAUSE OF ACTIION

## TRADEMARK COUNTERFEITING

### (15 U.S.C. §1116(D))

76.    Defendant incorporates by reference its responses to the preceding paragraphs as set forth herein.

77.    Denied.  Defendant denies that it has used counterfeit versions of Roblox's marks on

its website.  Defendant further denies that the Roblox related products and services that it offers for sale on its website and materially different from those offered by Roblox.

78.    Denied.  Defendant denies that it has used counterfeit versions of Roblox's marks on its website.  Defendant further denies that the Roblox related products and services that it offers for sale on its website and materially different from those offered by Roblox.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 78 and therefore denies those allegations at this time.

79.    Denied.  Defendant denies that it has used counterfeit versions of Roblox's marks on its website.  Defendant further denies that the Roblox related products and services that it offers for sale on its website and materially different from those offered by Roblox.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 79 and therefore denies those allegations at this time.

80.    Denied.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 80 and therefore denies those allegations at this time.

## FOURTH CAUSE OF ACTIION

## FEDERAL TRADEMARK INFRINGEMENT

### (15 U.S.C. §1114)

81.    Defendant incorporates by reference its responses to the preceding paragraphs as set forth herein.

82.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement.

83.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in paragraph 83 and therefore denies those allegations at this time.

84.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 84 and therefore denies those allegations at this time.

85.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

was improper or constitutes trademark infringement.

86.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 86 and therefore denies those allegations at this time.

87.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement or caused confusion amongst relevant consumers.

88.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement or caused confusion amongst relevant consumers.

89.     Denied.  Defendant denies that acted fraudulently, willfully, in bad faith, or with an intent to harm Roblox.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 89 and therefore denies those allegations at this time.

90.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement or caused confusion amongst relevant consumers.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 90 and therefore denies those allegations at this time.

91.     Denied.  Defendant denies that it has caused substantial and irreparable injury to Roblox.  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 90 and therefore denies those allegations at this time.

## FIFTH CAUSE OF ACTIION

## STATE COMMON LAW TRADEMARK INFRINGEMENT

92.     Defendant incorporates by reference its responses to the preceding paragraphs as f set forth herein.

93.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website was improper or constitutes trademark infringement.

94.     Denied.  Defendant denies that its use of the Roblox name on Defendant's website

1    was improper or constitutes trademark infringement or caused confusion amongst relevant

2    consumers.

3        95.    Denied.  Defendant denies that acted willfully or with an intent to harm Roblox.

4    Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 89

5    and therefore denies those allegations at this time.

6        96.    Denied.  Defendant denies that it has caused substantial and irreparable injury to

7    Roblox.

8        97.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

9    was improper or constitutes trademark infringement or caused confusion amongst relevant

10   consumers.  Defendant is without sufficient knowledge to respond to the remaining allegations in

11   paragraph 97 and therefore denies those allegations at this time.

12   <center>**SIXTH CAUSE OF ACTION**</center>

13   <center>**STATE COMMON LAW PASSIING OFF AND UNFAIR COMPETITION**</center>

14       98.    Defendant incorporates by reference its responses to the preceding paragraphs as set

15   forth herein.

16       99.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

17   paragraph 99 and therefore denies those allegations at this time.

18       100.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

19   was improper or constitutes passing off or caused confusion amongst relevant consumers.

20       101.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

21   was improper or constitutes passing off or caused confusion amongst relevant consumers.

22   Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 101

23   and therefore denies those allegations at this time.

24       102.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

25   was improper or constitutes passing off or caused confusion amongst relevant consumers.

26       103.    Denied.  Defendant is without sufficient knowledge to respond to the remaining

27   allegations in paragraph 103 and therefore denies those allegations at this time.

28   <center>**SEVENTH CAUSE OF ACTION**</center>

<center>- 13 -</center>
<center>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT</center>

1    **TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

2    104.    Defendant incorporates by reference its responses to the preceding paragraphs as set

3    forth herein.

4    105.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

5    paragraph 105 and therefore denies those allegations at this time.

6    106.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

7    paragraph 106 and therefore denies those allegations at this time.

8    107.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

9    was improper or constitutes trademark infringement, trademark dilution, trademark counterfeiting,

10   false designation of origin, or unfair competition.

11   108.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

12   paragraph 108 and therefore denies those allegations at this time.

13   109.    Denied.  Defendant denies that its actions as alleged were undertaken with willful

14   and malicious intent.

15   110.    Denied.  Defendant denies that Roblox has suffered and will continue to suffer

16   irreparable harm.  Defendant is without sufficient knowledge to respond to the remaining

17   allegations in paragraph 110 and therefore denies those allegations at this time.

18                          **EIGHTH CAUSE OF ACTION**

19            **TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS**

20   111.    Defendant incorporates by reference its responses to the preceding paragraphs as set

21   forth herein.

22   112.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

23   paragraph 112 and therefore denies those allegations at this time.

24   113.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

25   paragraph 113 and therefore denies those allegations at this time.

26   114.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

27   paragraph 114 and therefore denies those allegations at this time.

28   115.    Denied.  Defendant denies that Roblox has suffered and will continue to suffer

1  irreparable harm.  Defendant is without sufficient knowledge to respond to the remaining

2  allegations in paragraph 115 and therefore denies those allegations at this time.

**NINTH CAUSE OF ACTION**

**UNJUST ENRICHMENT**

5      116.    Defendant incorporates by reference its responses to the preceding paragraphs as f

6  set forth herein.

7      117.    Denied.  Defendant denies that it unjustly received benefits at the expense of Roblox.

8      118.    Denied.  Defendant denies that it unjustly received benefits at the expense of Roblox.

9  Defendant is without sufficient knowledge to respond to the allegations in paragraph 118 and

10  therefore denies those allegations at this time.

11     119.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

12  paragraph 119 and therefore denies those allegations at this time.

**TENTH CAUSE OF ACTION**

**INJUNCTIVE RELIEF**

15     120.    Defendant incorporates by reference its responses to the preceding paragraphs as set

16  forth herein.

17     121.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

18  was improper or constitutes a violation of federal or state trademark law.  Defendant is without

19  sufficient knowledge to respond to the remaining allegations in paragraph 121 and therefore denies

20  those allegations at this time.

21     122.    Denied.  Defendant denies that its use of the Roblox name on Defendant's website

22  was improper or constitutes a violation of federal or state trademark law.  Defendant further denies

23  that Roblox has suffered substantial and irreparable injury.  Defendant is without sufficient

24  knowledge to respond to the remaining allegations in paragraph 122 and therefore denies those

25  allegations at this time.

26     123.    Denied.  Defendant denies that Roblox has suffered substantial and irreparable

27  injury.  Defendant is without sufficient knowledge to respond to the remaining allegations in

28  paragraph 123 and therefore denies those allegations at this time.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1      124.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

2  paragraph 124 and therefore denies those allegations at this time.

3      125.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

4  paragraph 125 and therefore denies those allegations at this time.

5      126.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

6  paragraph 126 and therefore denies those allegations at this time.

7      127.    Denied.  Defendant denies that Roblox is likely to succeed on the merits of each of

8  its claims.

9      128.    Denied.  Defendant is without sufficient knowledge to respond to the allegations in

10  paragraph 128 and therefore denies those allegations at this time.

**PRAYER FOR RELIEF**

12      129.    Denied.  Defendant denies that Roblox is entitled to the relief requested in its prayer.

13  Defendant is without sufficient knowledge to respond to the remaining allegations in paragraph 129

14  and therefore denies those allegations at this time.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1

2                        **III.  DEMAND FOR JURY TRIAL**

3          Defendant hereby requests a jury on all issues, causes of action, and defenses that are

4    triable by jury.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

# IV.  DEFENSES

Defendant hereby asserts the following defenses (affirmative and non-affirmative) to Plaintiff's Complaint.

## FIRST DEFENSE

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted for at least the following reasons.

Plaintiff's federal trademark infringement and false designation of origin claim will fail, among other reasons, because a reasonably prudent consumer is not likely to be confused by the source, origin, or affiliation of any Roblox-related service on Defendant's website.  On information and belief, Defendant's consumers are adults (over the age of 18) who understand that buying, selling, and/or trading of Roblox-related video game accounts, items, and currency on Defendant's website is not an activity that is sponsored by or endorsed by Roblox.  In fact, Defendant expressly disclaims any affiliation with Roblox on every offer listing on its website for a Roblox related service.  Moreover, Defendant's use of the Roblox name to identify authentic Roblox-related video game accounts, items, and currency on Defendant's website is protected activity under the nominative fair use doctrine.  Discovery and investigation is ongoing and continuing.

Plaintiff's federal counterfeiting claim will fail, among other reasons, because every Roblox-related account, item, or currency that is offered for sale on Defendant's website is an authentic Roblox-related video game account, item, or currency.  Defendant does not manufacture or create any non-authentic Roblox-related accounts, items, or currency.  Nor does Defendant knowingly allow any non-authentic Roblox-related accounts, items, or currency to be bought, sold, or traded using its website.  Discovery and investigation is ongoing and continuing.

Plaintiff's federal trademark dilution claim will fail, among other reasons, because Plaintiff has not alleged facts sufficient to prove dilution by tarnishment or blurring.  Plaintiff's Complaint does not allege that Defendant is using Plaintiff's mark in an unsavory, offensive, or outrageous manner.  Plaintiff's mark is also not sufficiently famous to qualify as an everyday, household name subject to dilution by blurring.  Discovery and investigation is ongoing and

1  continuing.

2        Plaintiff's intentional interference with contract claim will fail, among other reasons,

3  because Defendant is not actively inducing Plaintiff's customers to breach their terms of service

4  with Plaintiff, nor is Defendant acting in way that would intentionally disrupt the contract

5  relationship between Plaintiff and its customers.  Among other things, Defendant is not offering

6  "cheat codes" that would substantially interfere with Plaintiff's terms of service, nor is Defendant

7  launching "automated bots" that disrupt the game play experience on Roblox.  To the contrary,

8  Defendant offers a safe and secure marketplace for the purchase and sale of authentic Roblox-

9  related video game accounts, items, and currency.  On information and belief, many of Defendant's

10  customers for Roblox-related services come to Defendant's website not because of any active

11  inducement by Defendant, but because they previously had a positive experience on Defendant's

12  website for buying, selling and/or trading a video game asset in another game and they wish to

13  pursue a similar transaction for a Roblox-related account, item, or currency.  In addition, the vast

14  majority of Plaintiff's customers are under the age of 18 and do not have the legal capacity to

15  consent to Plaintiff's terms of service.  Plaintiff's efforts to enforce contracts with minors under the

16  age of 18 is unconscionable and should not be allowed.  Discovery and investigation is ongoing and

17  continuing.

18

19  **SECOND DEFENSE**

20  **(Laches)**

21        Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.  On information

22  and belief, Plaintiff has been aware of Defendant's website including its Roblox marketplace since

23  at least 2017 when Plaintiff sent a take-down demand to Defendant's then website service provider.

24  Prior to this take down letter, Defendant had been openly operating its marketplace for Roblox-

25  related items since at least 2012.  On information and belief, Plaintiff officially launched its Roblox

26  video game service in or about 2006.  Consequently, for almost half the time that Roblox has been

27  in existence (approximately nineteen years), Defendant has openly operated a marketplace for

28  authentic Roblox-related video game accounts, items, and currency.  During this nine-plus year

1  period, Defendant has invested significant sums of time, money, and energy into its business,

2  including the design, infrastructure, and security of its Roblox marketplace.  After nearly ten years

3  of operation and investment, it would be unfair and prejudicial to Defendant to forever destroy its

4  Roblox marketplace based on specious federal trademark claims and infirm intentional interference

5  causes of action.  Discovery and investigation is ongoing and continuing.

6

7  **THIRD DEFENSE**

8  **(Statute of Limitations)**

9       Plaintiff's claims are barred, in whole or in part, by the two year statute of limitations set

10  forth in California Code of Civil Procedure section 339(1).  On information and belief, Plaintiff has

11  been aware of Defendant's website including its Roblox marketplace since at least 2017 when

12  Plaintiff sent a take-down demand to Defendant's then website service provider.  Prior to this take

13  down letter, Defendant had been openly operating its marketplace for Roblox-related items since at

14  least 2012.  On information and belief, Plaintiff officially launched its Roblox video game service in

15  or about 2006.  Consequently, for almost half the time that Roblox has been in existence

16  (approximately nineteen years), Defendant has openly operated a marketplace for authentic Roblox-

17  related video game accounts, items, and currency.  During this nine-plus year period, Defendant has

18  invested significant sums of time, money, and energy into its business, including the design,

19  infrastructure, and security of its Roblox marketplace.  After nearly ten years of operation and

20  investment, it would be unfair and prejudicial to Defendant to forever destroy its Roblox

21  marketplace based on specious federal trademark claims and infirm intentional interference causes

22  of action.  Discovery and investigation is ongoing and continuing.

23

24  **FOURTH DEFENSE**

25  **(Nominative Fair Use)**

26       Plaintiff's federal and state trademark claims are barred, in whole or in part, by the doctrine

27  of nominative fair use.  On information and belief, Defendant uses the Roblox name on its website

28  to identify authentic Roblox-related accounts, items, and currency that are available for sale.

Defendant's use of the Roblox name on its website is protected activity because Defendant cannot reasonably refer to the fact that offers Roblox-related services without using the name Roblox. Defendant is not using more of the Roblox name than is necessary to identify the fact that it has Roblox-related accounts, items, and currency available on its website.  And Defendant is not suggesting that its services are sponsored by or endorsed by Roblox.  In fact, Defendant expressly disclaims any affiliation with Roblox on every relevant offer listing page.  Discovery and investigation is ongoing and continuing.

**FIFTH DEFENSE**

**(First Sale Doctrine)**

Plaintiff's federal and state trademark claims are barred, in whole or in part, by the first sale doctrine.  On information and belief, the Roblox-related accounts, items, and currency that are offered for sale on Defendant's website are authentic Roblox video game assets.  On information and belief, title to those assets passed or should have passed to Plaintiff's customers when Plaintiff charged them a fee for using or playing the Roblox game.  Plaintiff's customers therefore have a right to resell the accounts, in-game items, and currency they have purchased from Roblox on Defendant's secondary-market website under the first sale doctrine.  Discovery and investigation is ongoing and continuing.

**SIXTH DEFENSE**

**(Prohibition Against Extraterritorial Jurisdiction)**

Plaintiff's federal and state trademark claims are barred, in whole or in part, by the applicable prohibition against extraterritorial jurisdiction.  Under the recent U.S. Supreme Court decision in *Abitron Austria GMBH v. Hectronic International, Inc.*, 600 U.S. 412 (2023), federal trademark claims cannot be based on infringing conduct that occurs outside the United States. Similarly, Plaintiff's state trademark claims cannot be based on infringing conduct that occurs outside the State of California.  On information and belief, Defendant's marketplace for Roblox-related accounts, items, and currency are available to Defendant's customers around the world.  To

1  the extent Plaintiff seeks to use its federal and state trademark claims to enjoin or seek damages for

2  conduct that occurs outside the United States or the State of California (where the buying, selling,

3  and trading video game assets may be legally permitted under a sovereign state's jurisdiction),

4  Plaintiff's claims should be barred by the prohibition against extraterritorial jurisdiction.  Discovery

5  and investigation is ongoing and continuing.

6

7                              **SEVENTH DEFENSE**

8                              **(Antitrust Violations)**

9          Plaintiff's claims are barred, in whole or in part, by the antitrust laws of the United States

10  and antitrust laws of the State of California.  On information and belief, Plaintiff's federal and state

11  trademark claims seek to impose an unfair restraint on trade and unfair monopoly in connection

12  with sale and purchase of Roblox-related related accounts, in-game items, and currency.  On further

13  information and belief, Plaintiff allows consumers who pay Roblox a tax and/or fee to buy, sell, and

14  trade in-game items and currency within the Roblox game itself.  However, Plaintiff prohibits

15  consumers who do not pay Roblox a tax and/or fee from buying, selling, or trading in-game items

16  and currency on secondary markets such as Defendant's website.  Discovery and investigation is

17  ongoing and continuing.

18

19                              **EIGHTH DEFENSE**

20                  **(California Business & Professions Code Section 16660)**

21          Plaintiff's claims are barred, in whole or in part, by California Business & Professions Code

22  Section 16600.  On information and belief, Plaintiff's federal and state trademark claims seek to

23  impose an unfair restraint on trade in connection with sale and purchase of Roblox-related related

24  accounts, in-game items, and currency.  On further information and belief, Plaintiff allows

25  consumers who pay Roblox a tax and/or fee to buy, sell, and trade in-game items and currency

26  within the Roblox game itself.  However, Plaintiff prohibits consumers who do not pay Roblox a

27  tax and/or fee from buying, selling, or trading in-game items and currency on secondary markets

28  such as Defendant's website.  Discovery and investigation is ongoing and continuing.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1

2                       **NINTH DEFENSE**

3                     **(Unfair Competition)**

4          Plaintiff's claims are barred, in whole or in part, by California Business and Professions

5   Code section 17200 et seq. and California common law that prohibits unfair competition.  On

6   information and belief, Plaintiff allows consumers who pay Roblox a tax and/or fee to buy, sell, and

7   trade in-game items and currency within the Roblox game itself.  However, Plaintiff prohibits

8   consumers who do not pay Roblox a tax and/or fee from buying, selling, or trading in-game items

9   and currency on secondary markets such as Defendant's website.  Discovery and investigation is

10  ongoing and continuing.

11

12                      **TENTH DEFENSE**

13                     **(Unclean Hands)**

14         Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.  On

15  information and belief, Plaintiff is not fully complying with California Business and Professions

16  Code section 17500.6, which requires Plaintiff to make certain disclosures to its customers if in-

17  game items and currency that are purchased through the Roblox platform are sold pursuant to a

18  license agreement.  Discovery and investigation is ongoing and continuing.

19

20                     **ELEVENTH DEFENSE**

21       **(Privilege/Justification to Protect Economic Interest)**

22         Plaintiff's tortious interference claims are barred, in whole or in part, because Defendant

23  acted in good faith and with a legitimate business purpose in allowing authentic Roblox related

24  accounts, in-game items, and currency to be bought, sold, and traded using Defendant's website.

25  Discovery and investigation is ongoing and continuing.

26

27                     **TWELFTH DEFENSE**

28       **(Lack of Pendant and/or Supplemental Jurisdiction)**

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1    Plaintiff's state law are barred, in whole or in part, because they are not so intertwined with
2    Plaintiff's federal trademark claims that the Court should exercise pendant or supplemental
3    jurisdiction over them.  Plaintiff and Defendant are both incorporated in the State of Delaware, so
4    there is no diversity jurisdiction in this case.  Subject matter jurisdiction only exists if Plaintiff can
5    pursue a valid federal claim and the Court agrees to exercise pendant or supplemental jurisdiction
6    over the remaining state law claims.  Discovery and investigation is ongoing and continuing.
7
8                            **THIRTEENTH DEFENSE**
9                          **(Improper Venue Allegations)**
10    Plaintiff's claims are barred, in whole or in part, because it has not properly alleged venue in
11    the Northern District of California.  Plaintiff alleges in part that venue is proper based on 28 U.S.C.
12    1400(a), but that statute is inapplicable because Plaintiff is not asserting a claim for copyright or
13    patent infringement.  In addition, Plaintiff threatened to sue Defendant in the Central District of
14    California in the cease and desist letters that preceded Plaintiff's Complaint, and Plaintiff even sent
15    Defendant a draft complaint to that effect.  However, Plaintiff filed its Complaint in the Northern
16    District of California without expressly alleging any sales by Defendant to customers in the
17    Northern District.  Discovery and investigation is ongoing and continuing.
18
19                            **FOURTEENTH DEFENSE**
20                            **(Waiver/Estoppel)**
21    Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and estoppel.
22    On information and belief, Plaintiff has been aware of Defendant's website including its Roblox
23    marketplace since at least 2017 when Plaintiff sent a take-down demand to Defendant's then
24    website service provider.  Prior to this take down letter, Defendant had been openly operating its
25    marketplace for Roblox-related items since at least 2012.  On information and belief, Plaintiff
26    officially launched its Roblox video game service in or about 2006.  Consequently, for almost half
27    the time that Roblox has been in existence (approximately nineteen years), Defendant has openly
28    operated a marketplace for authentic Roblox-related video game accounts, items, and currency.

During this nine-plus year period, Defendant has invested significant sums of time, money, and energy into its business, including the design, infrastructure, and security of its Roblox marketplace. After nearly ten years of operation and investment, it would be unfair and prejudicial to Defendant to forever destroy its Roblox marketplace based on specious federal trademark claims and infirm intentional interference causes of action.  Discovery and investigation is ongoing and continuing.

### FIFTEENTH DEFENSE

### (Failure to Mitigate Damages)

Plaintiff's claims are barred, in whole or in part, by a failure to mitigate damages if any.  On information and belief, Plaintiff has been aware of Defendant's website including its Roblox marketplace since at least 2017 when Plaintiff sent a take-down demand to Defendant's then website service provider.  Prior to this take down letter, Defendant had been openly operating its marketplace for Roblox-related items since at least 2012.  On information and belief, Plaintiff officially launched its Roblox video game service in or about 2006.  Consequently, for almost half the time that Roblox has been in existence (approximately nineteen years), Defendant has openly operated a marketplace for authentic Roblox-related video game accounts, items, and currency. During this nine-plus year period, Defendant has invested significant sums of time, money, and energy into its business, including the design, infrastructure, and security of its Roblox marketplace. After nearly ten years of operation and investment, it would be unfair and prejudicial to Defendant to forever destroy its Roblox marketplace based on specious federal trademark claims and infirm intentional interference causes of action.  Discovery and investigation is ongoing and continuing.

### RESERVATION OF DEFENSES

Defendant hereby reserves any and all further defenses that may be asserted against the claims in Plaintiff's Complaint.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

DATED:  March 31, 2025                  LAW OFFICE OF FRANK D. RORIE JR.


                                                /s/ Frank D. Rorie Jr.
                                        _____
                                                Frank D. Rorie Jr.
                                              Attorney for Defendant
                                               PlayerAuctions, Inc.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT