1  Frank D. Rorie Jr. (SBN 223543)
   frank@rorielaw.com
2  Law Office of Frank D. Rorie Jr.
   8335 Sunset Boulevard, Suite 303
3  West Hollywood, CA  90069
4  Tel: (323) 337-9054
   Fax: (323) 656-7155
5
   Attorney for Defendant
6  Player Auctions Inc.
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11

12  ROBLOX CORPORATION,                )   CASE NO: 3:25-CV-01139-MMC
                                       )
13                      Plaintiff,     )   **STIPULATION FOR ENTRY OF**
                                       )   **PROTECTIVE ORDER**
14        vs.                          )
                                       )
15  PLAYERAUCTIONS, INC.,              )
                                       )
16                      Defendant.     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24
25
26
27
28

STIPULATION FOR ENTRY OF PROTECTIVE ORDER

WHEREAS, on September 17, 2024, plaintiff Roblox Corporation ("Plaintiff") and Defendant PlayerAuctions, Inc. ("Defendant") submitted a joint letter brief concerning the entry of a protective order governing discovery in this case [Dkt. No. 58]; and

WHEREAS, on September 30, 2024, Magistrate Judge Kim issued her ruling on the parties' letter brief [Dkt. No. 66]; and

WHEREAS, Plaintiff and Defendant subsequently negotiated terms for a protective order consistent with Magistrate Judge Kim's ruling attached hereto as Exhibit A [Dkt. No. 72-1]; and

WHEREAS, the protective order negotiated by the parties is based on the Northern District of California's Stipulated Protective Order for Standard Litigation with the following changes: (a) addition of a "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" category consistent with Magistrate Judge Kim's ruling, and (b) addition of section 7.4 specifying a procedure for addressing potential "OUTSIDE COUNSEL ONLY" documents consistent with Magistrate Judge Kim's ruling; and

WHEREAS, a redlined version of the parties' negotiated protective order is attached hereto as Exhibit B [Dkt. No. 72-2] so that the Court can review the proposed changes to the Stipulated Protective Order for Standard Litigation.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Defendant that:

(1) The document attached hereto as Exhibit A [Docket No. 72-1] shall be the protective order governing civil discovery in this case.

| | | |
|---|---|---|
| 1 | DATED: October 28, 2025 | PILLSBURY WINTHROP SHAW PITMANN LLP |

/s/ Patrick Hammon

Patrick Hammon
Attorney for Plaintiff Roblox Corporation

DATED: October 28, 2025        LAW OFFICE OF FRANK D. RORIE JR.

/s/ Frank Rorie

Frank D. Rorie Jr,
Attorney for Defendant PlayerAuctions, Inc.