1  Frank D. Rorie Jr. (SBN 223543)
   frank@rorielaw.com
2  Law Office of Frank D. Rorie Jr.
   8335 Sunset Boulevard, Suite 303
3  West Hollywood, CA  90069
4  Tel: (323) 337-9054
   Fax: (323) 656-7155
5
   Attorney for Defendant
6  Player Auctions Inc.

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ROBLOX CORPORATION,                )  CASE NO: 3:25-CV-01139-MMC
                                       )
13                       Plaintiff,    )  **[PROPOSED] ORDER RE ENTRY**
                                       )  **OF STIPULATED PROTECTIVE**
14       vs.                           )  **ORDER**
                                       )
15  PLAYERAUCTIONS, INC.,              )
                                       )
16                       Defendant.    )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24
25
26
27
28

———————————————————————————————————————
           ORDER RE ENTRY OF STIPULATED PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the parties' Stipulation For Entry of Protective Order [Docket No. 72] and good cause appearing therefore, the Court hereby orders that:

    (1) The Stipulated Protective Order filed as Docket No. 72-1 shall be the protective order governing discovery in this case.


PURSUANT TO STIPULATION IT SO ORDERED this __ day of October 2025.


_____

UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

1

_____

ORDER RE ENTRY OF STIPULATED PROTECTIVE ORDER