IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLAYERAUCTIONS, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-01139-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND CASE SCHEDULE; GRANTING IN PART PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |

　　　　Before the Court are the following two motions filed September 12, 2025, and September 20, 2025, respectively, by plaintiff Roblox Corporation ("Roblox"): (1) "Motion to Extend the Case Schedule," by which Roblox seeks to extend the case schedule by 120 days, and, alternatively, (2) "Motion for Administrative Relief," by which Roblox seeks to extend expert deadlines by 60 days.  Defendant PlayerAuctions, Inc. ("PlayerAuctions") has filed opposition, to which Roblox has replied.

　　　　At the outset, Roblox asserts good cause exists to extend the case schedule "because the Court's current schedule set[] the non-expert discovery cutoff and initial expert disclosures for September 30, 2025—the same date Defendant Player Auctions' response to the First Amended Complaint [was] due." (Doc. 56 at 3:1-3; see also id. at 6:16-18; Doc. 61 at 5:21-6:1-3.)  Roblox contends the then-pending discovery disputes (see Doc. 56 at 3:27-4:12), and the parties' inability to agree to a stipulation modifying deadlines (see Doc. 61 at 3:27-4:17) warrant granting the requested extensions.

Having read and considered the parties respective arguments, the Court first notes that Roblox's statement as to the non-expert discovery cutoff date is not accurate. The Court's schedule set non-expert discovery cutoff for February 3, 2026 (see Doc. 44 at 1),[1] a date consistent with the parties' Joint Case Management Statement, whereby both parties proposed a schedule in which they selected September 30, 2025, as the initial expert disclosure deadline and a subsequent date for the non-expert discovery cutoff.[2]

As to any implication that the Court chose to schedule for the same date the parties' initial expert disclosure deadline and PlayerAuctions' deadline to respond to the First Amended Complaint, the Court notes that both said deadlines were set at the joint request of the parties. (See Doc. 42 at 11:7-8; Doc. 50 at 2:15-17.)

With regard to any delays caused by discovery disputes, the Court declines to ascribe responsibility to either party. In particular, Roblox has not persuaded the Court that PlayerAuctions is at fault for the referenced delays or scheduling issues. As the trial date is a considerable distance in the future, however, the Court finds it appropriate to grant, with slight modification, Roblox's request for administrative relief.

Accordingly, Roblox's Motion to Extend the Case Schedule is hereby DENIED and Roblox's Motion for Administrative Relief is hereby GRANTED IN PART. Specifically, the deadline for expert designations is extended to November 28, 2025, the deadline for rebuttal expert designations is extended to December 12, 2025, and the deadline for non-expert discovery is extended to March 31, 2026.

**IT IS SO ORDERED.**

Dated: October 30, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] In its Reply, Roblox acknowledges the non-expert discovery cutoff is set for a date in February 2026. (See Doc. 70 at 14:21-22; see also id. at 16:18-19.)

[2] Roblox proposed December 19, 2025, and PlayerAuctions proposed February 3, 2026. (See Doc. 42 at 11:9-10.)