IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLAYERAUCTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-01139-MMC<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND REBUTTAL EXPERT REPORT DEADLINE** |

Before the Court is defendant PlayerAuctions, Inc.'s ("PlayerAuctions") "Motion for Administrative Relief to Extend Rebuttal Expert Report Deadline," filed December 9, 2025. On December 10, 2025, plaintiff Roblox Corporation ("Roblox") filed opposition thereto. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

Although the Court agrees with all of the reasons asserted by Roblox in opposition to the requested extension, the Court notes that the present schedule was prompted by Roblox's earlier-filed motion to extend the expert deadlines initially set (see Doc. No. 61), which motion, like the instant motion, was not persuasive on the grounds asserted for the relief requested (see Doc. No. 74).

Accordingly, in the interest of equal treatment, PlayerAuctions' motion is hereby GRANTED IN PART. Specifically, the deadline for expert designations is hereby EXTENDED to December 19, 2025.

**IT IS SO ORDERED.**

Dated: December 11, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge