IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBLOX CORPORATION,

    Plaintiff,

  v.

PLAYERAUCTIONS, INC.,

    Defendant.

Case No.  25-cv-01139-MMC

**ORDER DEFERRING RULING ON PLAINTIFF'S MOTION TO FILE UNDER SEAL**

  Before the Court is plaintiff Roblox Corporation's ("Roblox") "Motion to File Under Seal," filed February 28, 2026, whereby Roblox seeks to seal the entirety of two motions to exclude, as well as the entirety of two declarations in support of said motions along with all of the exhibits attached thereto.  Although the motion is brought pursuant to Rule 79-5 of the Civil Local Rules of this District, it has not been filed in accordance with the provisions thereof.

  First, Roblox does not make clear whether the motion is made solely on behalf of Roblox or whether any, or any portion of, the above-referenced documents has been designated confidential by defendant PlayerAuctions, Inc.  (See Mot. at 5:9-19 (asserting potential concerns of both parties)); see also Civil L.R. 79-5(f) (setting forth procedure where filing party seeks to seal material "designated confidential by another party").

Second, in seeking sealing of entire documents, Roblox has not shown why "merely redacting the truly sensitive information in a document" is not feasible.  See Civil L.R. 79-5(a); see also Civil L.R. 79-5(e) (providing "[m]otions to seal entire pleadings or briefs are strongly disfavored and will be granted only in extraordinary circumstances").

Moreover, none of the courtesy copies of the above-referenced filings were submitted in accordance with the Court's Standing Orders, which clearly provide: "Courtesy copies shall be filed in single-sided format."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

Accordingly, the Court will defer ruling on Roblox's Motion to File Under Seal and will afford Roblox an opportunity to supplement its motion for the purpose of addressing the above-noted deficiencies.  Any such supplemental material shall be filed no later than April 3, 2026.

**IT IS SO ORDERED.**

Dated: March 24, 2026

MAXINE M. CHESNEY
United States District Judge

---

[1] In the interests of the National Forests, the Court will not require those courtesy copies to be resubmitted.  All future courtesy copies must, however, conform to the Court's Standing Orders.