PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ALEXIS N. WANSAC (*pro hac vice*)
alexis.wansac@pillsburylaw.com
SARAH T. STEHLE (*pro hac vice*)
sarah.stehle@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:     650.233.4545

Attorneys for Plaintiff
ROBLOX CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYERAUCTIONS, INC.,<br><br>Defendant. | Case No. 3:25-CV-01139-MMC<br><br>IN PART AND DENYING IN PART<br>[~~PROPOSED~~] ORDER GRANTING ^ JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF ROBLOX CORPORATION'S MOTIONS TO EXCLUDE DEFENDANT'S REBUTTAL WITNESS ERNAN HARUVY<br><br>Judge:     Hon. Maxine M. Chesney |

# [~~PROPOSED~~] ORDER

Before the Court is Plaintiff Roblox Corporation's ("Roblox") and Defendant PlayerAuctions, Inc.'s ("PlayerAuctions") Joint Administrative Motion to Seal. A summary of the parties' respective positions about what should remain under seal is as follows:

| DOCUMENT | ROBLOX'S POSITION: PORTION TO BE SEALED | PLAYERAUCTIONS'S POSITION: PORTION TO BE SEALED |
|---|---|---|
| Plaintiff Roblox Corporation's Motion to Exclude Defendant's Rebuttal Witness Ernan Haruvy as to his Opinions Offered Against Plaintiff's Expert Witness Sarah Butler, or in the Alternative, to Exclude Opinions He Intends to Offer at Trial | None | None |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Butler | None | None |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Butler, Attachment A, Expert Report of Sarah Butler | None | Entire Document |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Butler, Attachment B, Rebuttal Report of Ernan Haruvy, PhD as to Expert Butler | None | Entire Document |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Butler, Attachment C, Deposition of Ernan | None | Entire Document |

| | | |
|---|---|---|
| Hauvy I (Feb 2, 2026) | | |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Butler, Attachment D, Deposition of Ernan Hauvy II (Feb 3, 2026) | Portions constituting PlayerAuctions's revenue-related information, derived from its confidential interrogatory responses.<br><br>Attached to Motion as **Exhibit 1**. | Entire Document |
| Plaintiff Roblox Corporation's Motion to Exclude Defendant's Rebuttal Witness Ernan Haruvy as to his Opinions Offered Against Plaintiff's Expert Witness Edward Castronova, or in the Alternative, to Exclude Opinions He Intends to Offer at Trial. | None | None |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Castronova | None | None |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Castronova, Attachment A, Expert Report of Dr. Edward Castronova | Portions, constituting confidential information.<br><br>Attached to Motion as **Exhibit 2**. | Entire Document |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Castronova, Attachment B, Rebuttal Report of Ernan Haruvy, PhD as to Expert Castronova | None | Entire Document |
| Hammon Decl. in | None | Entire Document |

PROP ORDER GRANTING JOINT MOTION TO SEAL MOTIONS TO EXCLUDE EXPERT HARUVY
Case No: 3:25-CV-01139-MMC

| | | |
|---|---|---|
| Support of Motion to Exclude Expert Haruvy as to Expert Castronova, Attachment C, Deposition of Ernan Hauvy I (Feb 2, 2026) | | |
| Hammon Decl. in Support of Motion to Exclude Expert Haruvy as to Expert Castronova, Attachment D, Deposition of Ernan Hauvy II (Feb 3, 2026) | Portions constituting PlayerAuctions's revenue-related information, derived from its confidential interrogatory responses.<br><br>Attached to Motion as **Exhibit 1**. | Entire Document |

The Court hereby determines that:

_____X_____ The Administrative Motion is **GRANTED** as to Roblox's position. The motions, declarations, and exhibits comprising ECF No. 86 will be made publicly available, save for the redactions identified by Roblox. Roblox shall file in the public record, within five days of this order, the redacted versions of the documents attached as Exhibit 1 and Exhibit 2 to the Administrative Motion.

_____ The Administrative Motion is ^DENIED **GRANTED** as to PlayerAuctions's position, ^PlayerAuctions ~~The motions~~ having failed to explain "why a less restrictive alternative to sealing [the entire documents] is not sufficient." ~~and declarations comprising ECF No. 86 will be made publicly available, though the exhibits will~~ See Civil L.R. 79-5(c)(1)(iii). ~~remain under seal.~~

It is **SO ORDERED** this 20 day of April, 2026.

The Honorable Maxine M. Chesney
United States District Judge

PROP ORDER GRANTING JOINT MOTION TO SEAL MOTIONS TO EXCLUDE EXPERT HARUVY
Case No: 3:25-CV-01139-MMC