# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ROBLOX CORPORATION              )
                                )
          Plaintiff,            )
                                )
v.                              )   Case No. 3:25-CV-01139-MMC
                                )
PLAYERAUCTIONS, INC.,           )
                                )
          Defendant.            )

DEPOSITION OF PROFESSOR ERNAN HARUVY, PhD
(AS TO EDWARD CASTRONOVA, PhD)

Taken on behalf of the Plaintiff

DATE TAKEN:     February 3, 2026

TIME:           7:02 a.m. PT to 1:54 p.m. PT

PLACE:          Remote via Zoom/StenoConnect

Examination of the witness stenographically taken
before:

Katherine Lenti
Certified Shorthand Reporter
Steno Agency
Concierge@steno.com
(888) 707-8366

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 2

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
PILLSBURY WINTHROP SHAW PITTMAN LLP
2400 Hanover Street
Palo Alto, CA 94304-1115
650-233-4500
Sarah.stehle@pillsburylaw.com
    BY: SARAH T. STEHLE, ESQ.

ON BEHALF OF THE DEPONENT:

Law Office of Frank D. Rorie, Jr.
8335 Sunset Boulevard, Suite 303
West Hollywood, California 90069
323-337-9054
Frank@rorielaw.com

    BY:  MR. FRANK D. RORIE, JR., ESQ.


ALSO PRESENT:

Edward Castronova, PhD


VIDEOGRAPHERS:

Keith Major &
Patricia Tscharskyj

Page 3

I N D E X

WITNESS:                                         PAGE:

  PROFESSOR ERNAN HARUVY, PhD

    DIRECT EXAMINATION BY MS. STEHLE              6

*****

E X H I B I T S

NO.                                              PAGE:

 Exhibit No. 1 - Haruvy report                    24

 Exhibit No. 2 - Reliance Materials               28

 Exhibit No. 3 - PlayerAuctions Roblox listing    86

 Exhibit No. 4 - Castronova report               111

 Exhibit No. 5 - Roblox Marketplace screenshot   131

 Exhibit No. 6 - Banking and Video Games in      153
                 Virtual Worlds

 Exhibit No. 7 - Castronova 2006 article         154

 Exhibit No. 8 - Roblox 10K                      158

 Exhibit No. 9 - Westlaw article                 173

 Exhibit No. 10 - Internet Auctions publication  215

*****

Page 4

THE VIDEOGRAPHER:  We are on the record.  The time is 7:02 a.m. Pacific time.  My name is Keith Major.  I'm a notary public contracted by Steno.  I am not financially interested in this action, nor am I a relative or employee of any of the attorneys or any of the parties.

Today is February 3rd, 2026.  This deposition is taken remotely via Zoom.  The name of the case is Roblox Corporation versus PlayerAuctions, Inc. filed in the United States District Court, Northern District of California, San Francisco Division.  Case number 3:25-CV-01139-MMC.

This is the video recorded deposition of Dr. Ernan Haruvy, PhD, Volume 1.

The attorney taking this deposition is Sarah Stehle.  Would all present please identify themselves beginning with the deponent.

MR. RORIE:  Ernan Haruvy is appearing as the witness.  Frank Rorie is appearing as counsel for PlayerAuctions and the witness.

MS. STEHLE:  Sarah Stehle for Plaintiff Roblox Corporation.

MR. RORIE:  Also on the line is Dr. Castronova.

THE VIDEOGRAPHER:  We're ready to proceed.  The court reporter today is Katie Lenti with Steno.

Page 5

Would the reporter do her read-on and swear in the witness.

THE COURT REPORTER:  Good morning.  My name is Katie Lenti and I'm the court reporter appearing on behalf of Steno.  I'm currently located in Chicago, Illinois.

The attorneys appearing on this deposition acknowledge that I'm not physically present in the deposition room and that I'll administer the oath to the witness remotely.

Parties and their counsel further agree that while I am a licensed court reporter, the witness may be in a state where I am not licensed and the parties stipulate that this deposition may be taken before me.

If any party does have an objection to this manner of reporting or anything as stated above, please state so now.

(No response.)

THE COURT REPORTER:  Okay.  Hearing none, we can proceed.

Professor Haruvy, if you could please raise your right hand.

(Witness sworn.)

THE COURT REPORTER:  Thank you.  We can get started.

Page 6

PROFESSOR ERNAN HARUVY, PhD, called as a witness, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. STEHLE:

Q.    Good morning, Dr. Haruvy.  Good to see you again.  My name is Sarah Stehle.  I represent Roblox Corporation in this matter.  The rules for today's deposition will be the same as yesterday's and I will quickly go over them briefly.

So today, again, I will ask you a series of questions about the opinions that you have provided in this case.  You understand you're here today to give sworn testimony under oath the same as in court, correct?

A.    I do.

Q.    And you understand that this oath requires honesty, correct?

A.    Yes.

Q.    And that you could be subject to a criminal charge of perjury if you're dishonest, correct?

A.    Correct.

Q.    Is there any reason why you can't give complete and truthful testimony today?

A.    There is not.

Page 7

Q.    Are you on any medications or substances that impede your ability to remember?

A.    I am not.

Q.    If you don't understand any question, will you please let me know so I can rephrase it?

A.    I will.

Q.    If you answer a question, I'll assume you understood; is that fair?

A.    That is fair.

Q.    Please, as yesterday, answer verbally.  No head nods or gestures.  Okay?

A.    Okay.

Q.    I will try my best not to interrupt your answers and I ask that you let me finish the question before you answer, fair?

A.    That's fair.

Q.    If there's an objection, unless your counsel instructs you not to answer, you understand that you can still answer the question; correct?

A.    Correct.

Q.    We'll take breaks as needed.  If you need one, just let me know.  I would just ask that we wait until after a question is completed.  Okay?

A.    Okay.

Q.    And you understand that you'll have an

Page 8

opportunity to review the transcript and propose changes, correct?

A.    Correct.

Q.    And if you make any substantive changes, that I may ask you about them later, correct?

A.    Correct.

Q.    Will you understand if I refer to the defendant, PlayerAuctions, Inc., in this case as PlayerAuctions or Defendant, throughout today's deposition?

A.    I understand.

Q.    And will you understand if I use the term Roblox or Plaintiff to refer to Roblox Corporation in this action?

A.    I understand.

Q.    If I use the term RMT, you will understand that I'm referring to real money trading, right?

A.    I understand.

Q.    There may be other acronyms that I would use throughout the day, but please let me know if I use any that you're unfamiliar with.  Okay?

A.    Understood.

Q.    We went through your academic qualifications a bit yesterday, so I don't think that we need to rehash those today, but I want to make sure that

Page 9

I understand a few things.

Could you outline what you are an expert in for purposes of your rebuttal to Dr. Castronova's report?

A.    Yes.  For the purposes of today's rebuttal, I'm an expert on two-sided market economics, on welfare economics, and I'm an expert on platform economics.  And I have some expertise, substantial expertise in virtual world economics.  I've published extensively on it.  So, I'm testifying today as an economist with those sets of expertise.

Q.    Do you stay up to date on the literature in that field?

A.    I publish in those fields regularly.

Q.    Have you done an expert report in this field before, specifically in the virtual world context?

A.    No, this is my first time.

Q.    And your primary academic training is in economics and marketing, correct?

A.    I have various academic trainings throughout my life, but for purpose of today, those are the relevant ones.

Q.    Fair.  And your research focuses on consumer behavior, auctions, and marketplaces for purposes of today's deposition; correct?

A.    That's fair for today, yeah.

Page 10

Q.    Your work does not primarily focus on measuring platform-wide economic harm, right?

MR. RORIE:  Vague.

THE WITNESS:  I think my -- it's fair to say that my work in general does not ever offer legal conclusions or goes into the legal domain, my academic work.  I'm testifying today as an expert in a litigation case, but my academic work stays away from issues of economic harm for litigation purposes.

BY MS. STEHLE:

Q.    Does your academic work focus on measuring platform-wide economic harm for non-litigation purposes?

MR. RORIE:  Same objections.

THE WITNESS:  I think my work, much like Dr. Castronova's work, does measure welfare.  That's our metric.  We're economists, so we measure welfare, we characterize welfare, we look at welfare loss.

Neither I nor him look at damages or economic harm to a company in our academic works.  It's not the nature of our academic work.

BY MS. STEHLE:

Q.    Would it be fair to say that your work does not primarily focus on damages modeling then?

MR. RORIE:  Vague.

THE WITNESS:  I have done damages modeling in

Page 11

the context of litigation.  My academic work does not do that.

I have clarified that my academic work does not intend to offer legal conclusions.  Neither my testimony today, by the way.  I don't offer legal conclusions.

BY MS. STEHLE:

Q.    You are not trained as a computer scientist, right?

A.    I don't have a degree in computer science.  I've been trained occasionally in coding, if that's what you're asking.

Q.    You are not trained in platform security engineering, right?

A.    I am not a platform security engineer, no.

Q.    And you do not have a degree in software engineering?

A.    I do not have a degree in software engineering.

Q.    Or in game design?

A.    I do not have a degree specifically in game design, no.

Q.    Have you ever built a video game?

A.    I have published articles where I had to create an internally -- internally complete virtual world.

Page 12

So I have constructed things, especially on the Second Life engine.  I construct games.  I'm a game theorist.  I construct simple economic games.  I've done virtual worlds a number of times as part of experiments, either developing it from the grounds up or develop a special contained environment.  That's the extent of it.

I don't design games for sale.  I'm an academic professor.  I design games for experiments and for studies.

Q.    And how would you define "game" as you're using the term?

A.    It's a great question.  There are multiple definitions of the word game.  I'm a game theorist.  So when I talk about a game, it's a multiplayer strategic interaction, something that you would not recognize as a game.

It's more of a strategic set where you make decisions considering the other person's decisions.  I also have designed actual games within a virtual world environment.  They're still games for the purpose of study.

So, for example, a paper I published in Games and Economic Behavior with Kevin McCabe and Sherry Li looks at public goods games, which is the equivalent of looking at how people are contributing to a public good.

Page 13

But they're in a virtual world.

They're running around in something that looks pretty 3D, and they're flying and doing weird things.  It was self-contained from the grounds up.  So it's a virtual world all the way from the grounds up.

Q.    Have you built a video game platform?

A.    I think what you're -- if you're asking me if I've built a video game platform where players buy this game and -- I'm not a commercial -- I'm not in the commercial business.  I'm a professor.  Everything I build is for the purpose of study.

So video game platform -- basically, the question is vague.  I don't -- I'm objecting to the question.  I'm telling you that -- if you're asking me if I built a video game platform for the purpose of commercial entertainment, I have not.  I'm not in that business.  It's not my -- my trade.

Q.    For purposes of your research, how would you describe what you've built as a game or a game platform or something else?

A.    I build games --

MR. RORIE:  Asked and answered.

THE WITNESS:  I build games for the purpose of studying strategic interactions or for studying behavior.  In a very narrow sense, I isolate my factors

Page 14

and my -- my -- the purpose of the study of my hypothesis. And then I design the environment such that the very narrow question that I'm asking can be isolated between, say, control and treatment or within, you know, within the -- from period to period or analyzing the -- of analyzed communication in players to see how that affects behavior. So I study very narrow aspects.

Whereas a video game developer is not trying to study things, it's trying to create enjoyment and to earn money. I have not done that. It's not what I do.

Q. As part of what you have built for your research, have you been responsible for moderating any kind of user-generated content as part of a game?

MR. RORIE: Vague as to moderate.

THE WITNESS: My environments are controlled environments. Every part of the interaction is moderated. That's the whole point of a controlled experiment. If the experiment is not controlled, then that's not what I do.

So I moderate the communication, I moderate the interaction, I moderate every aspect of the experiment so that it is controlled. I give freedom only on certain -- up to a certain point so that I can study the thing that I'm studying.

BY MS. STEHLE:

Page 15

Q. Could you explain the importance of moderation?

A. In what context?

Q. As you were -- as you were just describing the moderation that you do as part of your work, why is that important?

A. The moderation I do as part of my work is just for the controlled environment to be able to isolate the factors that I'm studying specifically as opposed to random noise.

Q. Have you ever designed a trust and safety system for a game or an online platform?

A. I think we've already established that I don't design games outside of my -- outside of academic purposes. So that line of questioning, again, I can make parallels between what I do, but those are going to be very weak parallels. I am not a game developer, I am a game theorist.

Q. To the extent that you build games as part of your research, is there a trust and safety element to any of those games?

A. There is a controlled, I wouldn't say it's a trust and safety element.

Q. Could you describe a type of game that you would build for one of your experiments?

Page 16

MR. RORIE: Asked and answered.

THE WITNESS: Yes, I can describe it again. This is a paper, Games and Economic Behavior. It's on my vitae. It's with Kevin McCabe and Sherry Li, and it is a public goods game. People walk around a virtual environment and they stand on little pods that can turn green or red. And they have a wide environment in which to run around and different kinds of pods. They can jump, fly, walk around, talk to people. There's rooms where they can meet and socialize.

That's the extent of that game of design. Others -- can talk about all of them.

BY MS. STEHLE:

Q. Okay. Have you published any peer-reviewed articles that analyze Roblox's platform economics?

A. Not specifically, I have not, no.

Q. Have you published any peer-reviewed articles that specifically analyze Robux as a virtual currency?

A. Not specifically, I have not.

Q. Have you conducted any kind of Roblox-specific studies outside of this litigation?

A. No.

Q. Have you published any peer-reviewed

Page 17

articles that discuss PlayerAuctions in any way?

A. No.

Q. You have published peer-reviewed articles on third-party auction sites, right?

A. Yes.

Q. Have you published any peer-reviewed articles on a virtual real money trading site?

A. Yes. I think I have a recent one from 2025 on blockchain trading and Ethereum on Gods Unchained. Well, occasionally I do publish. I have a recent publication. It's part of what I do.

Q. You mentioned yesterday that you had submitted another paper. What is the topic of that paper?

A. I submitted three papers yesterday. The first -- let's see, one of them is, I think that's probably the one I mentioned because it just happened in the morning before the deposition.

It was a math kangaroo. So this was in the context of whether I've ever surveyed teenagers. That was your question. And I answered that I had submitted the paper that morning where I surveyed teenagers.

This was about math kangaroo. It's about increasing math proficiency in teenagers and with a focus on some disadvantaged teenagers in disadvantaged

Page 18

communities and how to improve math scores. And I've conducted some experiments in that and surveyed the teenagers and their parents. That was the context in which I answered it.

Q.    And then you also submitted two additional papers yesterday?

A.    Yeah. Well, my co-authors did. I was in the deposition with you. There was a paper we submitted yesterday about -- about -- it was also an experiment on investment with sustainable components.

So the idea was to increase sustainability investment, make the world a better place through investment, especially micro-investment. So people that wouldn't normally invest because they don't have access to investment, give them access, and we did a number of manipulations to -- to study that.

And we had another experiment that we submitted yesterday or the day before on surcharges in two-sided marketplaces. The idea that people can give you a contract and then on top of it, put a surcharge and see what the reaction is and how that affects equilibrium pricing in -- in different market environments. That was submitted to Management Science.

Q.    We'll talk a little bit more as we go through today, of course, about the scope of your

Page 19

opinions, but I want to make sure that I understand first, are all of the opinions that you are offering in this case as it relates to Dr. Castronova's report set forth in your rebuttal report?

A.    I'm a little confused by the question. I have opinions about the report that will come out in this deposition. I will refer you to the extent that I can to the report.

They should be contained in the report. And if there are clarifications, you will ask and I will answer. The general reliance for my opinions is contained in my report. So, that's the best answer I can give.

Q.    So I would ordinarily ask if all of the opinions that you intend to offer in this case are set forth in your report, but I understand it's a little bit complicated because you wrote the report rebutting Ms. Butler's report and Dr. Castronova's.

So I was trying to clarify in the question I asked first, just to confirm, that any opinion that you intend to offer in this litigation is within the rebuttal report that you drafted. There's nothing outside the rebuttal reports is what I'm asking.

A.    Right. So, let me clarify that. The answer to that would have been yes for yesterday's

Page 20

deposition because we were talking about a very self-contained report that I was rebutting. The report had a methodology, had numbers, and it had the conclusion.

So to the extent that those numbers did not support the conclusion or that the methodology was insufficient or not adhering to best practices, that was fully contained in my report. So the deposition was just additional clarification.

Today is different. Today, we have a general conceptual model that essentially points to a paper, a 2006 paper by Professor Castronova that is a fairly detailed paper and has a model.

And the paper -- the opinion today is a conceptual model by Professor Castronova that generally just points in that direction and offers, you know, what he calls, you know, I think he calls it vectors of damages or something to that effect.

So it's -- there's a lot more conceptual background. And so, what I will give you today, hopefully, if you ask those questions, is clarifications on the economic theory behind each of those allegations and point out any kind of inconsistencies or holes or insufficiencies in the theory.

But it's going to be a lot more, you know,

Page 21

academic discourse, which I assume is why Professor Castronova is on the call.

So it's going to be a little different. Because the opinions that I offer, the reliance is on my expertise, on my years of training and publications, much like Professor Castronova offered. So this is just a lot deeper reliance. It's a lot more, you know, evolved.

So the summary of the opinions, of course, is in my report, just like the summary of Mr. Castronova's opinion is in his report. But there's a whole literature that he relies on, and I assume we will be opening up that literature.

Q.    So are you saying that you intend to offer opinions that are outside the scope of what is in your report?

A.    Only if you ask me to. I have no intention of offering additional -- I'm not coming here to offer you additional opinions.

But if you ask me a question about an article or an assertion, I will tell you the background to the extent that you allow me to.

Q.    Just so we're clear on the scope of your opinions, as described in your report, you are not offering an opinion as to a damages calculation in this

Page 22

case; right?

A.    No, neither did Mr. Castronova.  He was very adamant that he's not offering a damage calculation, and this is a rebuttal.  So, I will not offer anything in this rebuttal that's outside of his scope.

Q.    Okay.  And you did not attempt to quantify lost Robux revenue as part of your rebuttal, correct?

A.    Same answer.  That was not within Dr. Castronova's scope.  I will not go into anything outside of his scope.

Q.    You did not attempt to quantify enforcement costs, right?

A.    The same answer.  Same answer.  That was absolutely not within his scope.  He did not quantify enforcement costs, and I will not go into anything outside of his scope because this is a rebuttal.

Q.    Okay.  And you did not attempt to quantify player churn, correct?

A.    Same answer.

Q.    And last one, you did not attempt to quantify game quality degradation, correct?

A.    It's the same answer.  The original report I'm rebutting has no quantification of any of these or anything else for that matter.

Page 23

Q.    When were you first retained related to Dr. Castronova's report?

A.    Same time that I was retained for the other, which is on or about December 10th.

Q.    Who retained you?

A.    Mr. Frank Rorie.  He's on this call.

Q.    And to confirm, you were retained to prepare both reports at about the same time?

A.    That is correct.

Q.    Do you recall if there were one or two engagement letters?

A.    I believe there's only one engagement letter.

Q.    For both reports?

A.    That's my belief.  I could be wrong, but that's my recollection.

Q.    Do you recall who signed those engagement letters or that single engagement letter?  My apologies.

A.    I assume it was Mr. Rorie.

Q.    How much time approximately did you spend preparing the rebuttal report to Dr. Castronova's report?

A.    Approximately 10 to 12 hours.

Q.    And like yesterday's rebuttal report, you were also paid an hourly rate for the preparation of

Page 24

this report, right?

A.    An hourly rate was paid to the Forensics Group for my hours, yes.

Q.    And you tracked how many hours you spent working on the rebuttal reports?

A.    I spent 38 hours total on both reports, including preparation, review, and all, et cetera.  This is current to today.

Q.    I'm going to introduce Exhibit 1 to our rebuttal report.

(Exhibit No. 1 was marked for identification.)

BY MS. STEHLE:

Q.    Like yesterday, feel free to review on your end.  Do you recognize Exhibit 1?

A.    I do.

Q.    Is Exhibit 1 a complete copy of your original rebuttal expert report, in this case submitted on December 19, 2025?

MR. RORIE:  If you need to scroll through and confirm, you can.

THE WITNESS:  Not all the way.  There's an Appendix B or another appendix that will give the summary of the reliance material that was attached.  But this a complete -- appears to be a complete, exact copy

Page 25

of what I submitted, other than that reliance material appendix.

BY MS. STEHLE:

Q.    Understood.  And you signed this rebuttal report, correct?

A.    I did.

Q.    If I scroll down to page 39, which includes the signature on the bottom left.

A.    Right.

Q.    And to confirm, you signed this report on December 19, 2025, as indicated on page 39?

A.    That is correct.

Q.    Are there any errors in your report that you have identified since December 19, 2025?

A.    Yes.  I found a typo of one of the references just in the first name -- or one of the names, an R instead of a T.  I can point that out if you want.

Q.    Do you know offhand which paragraph it's in?

A.    It's like one of the first one -- I can -- let me just scroll up.  Yeah.  If you look at footnote 1 on page 7, it's correctly citing Tingelhoff et al., but the paragraph says Ringelhoff.  It happens.

Q.    Are there any other errors or typos that

Page 26

you've identified in the report?

A. No.

Q. Exhibit 1, your rebuttal report contains the bases and reasons for all of the opinions that you offer in your rebuttal, correct?

A. Which paragraph?

Q. Your report as a whole includes all of the bases and reasons for the opinions that you offer within it, right?

MR. RORIE: Vague as to all.

THE WITNESS: It includes a summary of the topics that -- or the deficiencies that I find in terms of getting from model to conclusions.

BY MS. STEHLE:

Q. Are there any bases or reasons for opinions in your report that are missing?

A. Not specifically, not as I come before you today. I don't have additional points to bring up. But, again, my -- the report here is based on a paper that is not part of -- that is not fully -- it's actually an exhibit to the Castronova report.

That paper has all kinds of aspects that we may discuss, but I don't have for you today any additional insights that I have to share, that I come prepared to share.

Page 27

Q. Did anyone assist you in preparing Exhibit 1?

A. No.

Q. So you drafted all of this rebuttal report by yourself, correct?

A. That is correct.

Q. And everything within this rebuttal report at Exhibit 1 is your opinion, correct?

A. A hundred percent, yes.

Q. What technological tools did you use to draft your rebuttal report? Was this in Word as well?

A. Microsoft Word.

Q. And did you use any artificial intelligence tools in preparing the report?

A. I did not.

Q. Can you approximate about how many hours you spent reviewing materials before you drafted this rebuttal report to Dr. Castronova's report?

A. Approximately eight hours, but some of it could be overlapped with the review of the materials that I did for the other report, because a lot of the review was the First Amended Complaints and replies to First Amended Complaints. So there's overlap in the review time that I've had.

Q. Okay. In the support materials considered

Page 28

that you provided in Appendix C, the page count for those sources combined with the page count of sources reviewed for Ms. Butler's report, without overlap, looks to be about 1,300 pages of review materials. Does that sound approximately right in terms of how many pages of materials you reviewed?

A. Would you mind putting it as an exhibit?

Q. Certainly. Introducing as Exhibit 2, we have the -- present now.

(Exhibit No. 2 was marked for identification.)

BY MS. STEHLE:

Q. These are the reliance materials that you provided for your rebuttal to Dr. Castronova's report. Do you recognize this document?

A. I do, I do. Okay. So could you now ask the question now that we have it? I need the question again.

Q. Sure. And I can provide a different exhibit if more helpful, but we counted up the page numbers of all of the documents that were reviewed that are listed here in this Appendix C and looked at the documents that you had listed in your reliance materials for Ms. Butler's report.

And when we added up all of the pages together

Page 29

without any overlap, since there are many sources that are in both, that ended up with about 1,300 pages of review materials. And I wanted to confirm that that sounds about right in terms of the number of pages that you reviewed.

A. I have no reason to dispute it. I did not count the number of pages. That sounds like a lot of counting, and I did not do that. But I trust that you did, and I have no reason to dispute that number.

Q. Okay. And the review of these sources is what took place in the eight hours approximately that you were just describing?

A. Yes.

Q. Approximately how many hours did you spend drafting a first draft of your rebuttal to Dr. Castronova's report?

A. About 10 to 12 hours. I did not -- I had eight days here. I did not have multiple. The additional drafts, if I had to the extent I had them, would have been formatting, making sure that everything is in font 12 and has the right margins. There would not have been a lot of revisions here. This one.

Q. I did want to ask you, I'm going to put Exhibit 1 on the screen, just about the formatting of this report.

Page 30

It looks like this is slightly different. The font is a little bit larger, and the page numbering is different from the rebuttal to Ms. Butler's report. I'm just curious why there's a difference in formatting between the two.

A.    It was not intended. Like I said, both of these things were revised, and the main revisions that I had for both of these reports pertain to font size and margins and structure and so on. And, you know, I may have revised one too much or paid more attention to formatting on one of them.

I recall spending some time on formatting. I don't recall why one got more attention, and I don't even remember which one got more attention. So I wouldn't know.

Q.    Fair enough. Since submitting your rebuttal report to Dr. Castronova's report, how many additional hours have you spent on this matter?

A.    Since submitting the report, I just read my report just in preparing for this. Maybe spent another hour reading my report and Mr. Castronova's report and reviewing the 2006 article again. That's the extent of my preparation.

Q.    Did you --

A.    I think -- I think you -- I mean, just to

Page 31

clarify, I think you had put an implicit question mark on my ability to read, you know, 1,300 pages in eight hours. That would be a very weak day for me in terms of my reading workload.

I am editor in a number of journals. I have to not just read these kind of pages, but also write very detailed editorial and referee reports. This is what I do. It's a job. It's something that I do. It goes with it. I just read very fast and internalize a lot of information and then write about it.

Q.    Were you reading for and writing articles during the eight-day window between December 10th, 2025?

A.    Absolutely not.

Q.    Did you review anything other than, as it sounded like you stated, your report, Dr. Castronova's report and the 2006 article to prepare for today's deposition?

A.    Not to my recollection, no. I looked at my report, his report, and the 2006 article. That's it.

Q.    Did you have any preparation sessions with Mr. Rorie or anyone else before today's deposition?

A.    I had a brief session with Mr. Rorie for, I believe, less than one hour in the last week sometime. I don't recall the exact date.

Q.    Did anyone other than Mr. Rorie attend

Page 32

that session?

A.    No.

Q.    Did you create any notes or talking points to prepare for today's deposition?

A.    No.

Q.    Are you relying on any notes or outlines or other written materials to answer any questions today?

A.    I'm not.

MR. RORIE: Oh, is everyone okay? Oh, I'm sorry. We were just waiting. It went quiet.

MS. STEHLE: Yes, I'm presenting Exhibit 2 again.

BY MS. STEHLE:

Q.    And, Dr. Haruvy, you had already stated that you recognized this document, correct?

A.    Yes.

Q.    And you prepared this document, correct?

A.    Yes.

Q.    And you approved this document, correct?

A.    I prepared it and therefore, by extension, approved it.

Q.    This document identifies the materials you reviewed and relied upon informing the opinions in this rebuttal report, correct?

Page 33

A.    That's correct.

Q.    For the materials listed here in Appendix C, do you recall which materials you were provided by Counsel versus found on your own?

I see here in Section 1 that it says that all the documents in this section were provided by Counsel, but could you walk me through Sections 2 and Sections 3?

A.    Right. Section 2 are articles. These -- let's see. All of these, I found myself with the exception of the 10K form. That was referred to in Mr. Castronova's report, and I just followed it.

And I don't remember if I found the link myself or got it from his report, but the link shows you where it is. Considerable amount of time on that one, on the 10K. And, again, the source of it, most likely from Professor Castronova, but couldn't tell you for sure.

And then -- let's see. Yeah, that's it.

Q.    For the documents provided by Counsel, did you request all of these documents?

A.    No. Those -- I mean, that's just basic, that was given to me immediately following retention. This is the First Amended Complaints, the Response to First Amendment Complaint, Response to Interrogatories, Amended Response.

The first four are just, that's just what you

Page 34

provide when you retain somebody. The deposition of Sarah Styslinger, I requested at some point. It became something that I needed.

And the report of -- expert report of Ms. Butler was just reviewed because I was doing a report on it. And I found it useful to include some pictures from that report in this report.

Q. Are there any documents that you considered in writing your report that are not listed in Appendix C?

A. Of course. It goes without saying that everything that's cited in Mr. Castronova's report is considered, because the same as all his exhibits, calculations, assumptions, I relied or considered relying on all of them. I'm familiar with some of them.

So it's fair use for you to ask me questions about anything that's in his report. And it's -- I think it's also fair for me to answer based on those things.

Q. Did you consider anything outside of what is listed here in Appendix C or cited to within Dr. Castronova's report?

A. No, not beyond my training, which is only 30 years of stuff. So it's a few more pages, but I do -- I will be opining on welfare economics, two-sided

Page 35

market economics, and virtual world economics, platform economics.

So a few more pages to the 1,300 that I read, but I will definitely be opining based on those. And to the extent that you will ask me to, I will cite the textbooks as needed.

Q. In addition to documents you reviewed, did you speak with any people in connection with forming your opinions in this case?

A. I did not.

Q. You did not speak to anyone?

A. I spoke to Mr. Rorie, and that is the extent of it.

Q. Okay. But no one other than Mr. Rorie?

A. Not about this case, no.

Q. In forming your opinions, did you speak with anyone regarding PlayerAuctions' sale of Robux?

A. Sale of Robux, of the currency? Yes, I spoke to Mr. Rorie about that. Yes.

Q. Did you speak with anyone about the fraud perpetrated through PlayerAuctions?

MR. RORIE: Hold on. So, Doctor, in terms of what we discussed -- oh wait, that's fine. You can answer.

Sorry, I withdraw.

Page 36

THE WITNESS: Could you repeat the last question? There was an interruption.

MR. RORIE: Yeah, I apologize.

MS. STEHLE: No worries.

BY MS. STEHLE:

Q. Did you speak with anyone regarding fraud perpetrated through PlayerAuctions?

A. I think that's an allegation that is in the complaint. There is a -- and I'm just confused if the question is asking this as a definitive declaration that PlayerAuctions committed fraud, or if I investigated them. Just maybe you can clarify the question.

Q. Yes. With -- in forming your opinions, as expressed in this report, did you speak with anyone regarding fraud happening on the PlayerAuctions platform?

MR. RORIE: Vague as to fraud happening.

THE WITNESS: There is no -- there is nothing in the report that I'm rebutting that points to any action by PlayerAuctions specifically as fraud.

The discussion of fraud in Professor Castronova's report talks about three dimensions, account takeovers and account farming.

Those are the three dimensions of fraud that

Page 37

Dr. Castronova discusses. Okay? And these are the ones that he links to RMT, but he does not offer any finger pointing to PlayerAuctions as engaging in those. He talks in general about those.

I have not seen any accusation in the complaint or otherwise, because the Castronova report or in the complaint, the PlayerAuctions engages in chargebacks, facilitates chargebacks, does account takeovers, facilitate account takeovers, does account farming or facilitate account farming.

So there was nothing for me to rebut in those connections. I can talk to you about fraud in general as, you know, from economic theory, which is the extent of the Castronova report, but I will not be offering additional opinions outside the scope.

And therefore, I did not have conversations that are outside my scope.

BY MS. STEHLE:

Q. Okay. One thing you just mentioned was account takeovers. Did you speak with anyone regarding account takeovers associated with PlayerAuctions transactions?

A. I did not see anything in the Professor Castronova report that says that PlayerAuctions engage in account takeovers, any empirical evidence or even

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 38

accusations to that effect. So I am not, that would be outside the scope of what I'm doing.

Q. Similarly, did you speak with anyone regarding chargebacks or payment fraud linked to PlayerAuctions?

A. Same answer. If there isn't an accusation in the Castronova report, that would be outside my scope.

Q. Did you speak with anyone regarding revenue derived by PlayerAuctions from the sale of Roblox-related goods?

A. Yes. Specifically, I asked about -- I asked Mr. Rorie, I think he provided some basic answers. I did not rely on those answers. I did not find it particularly pertinent to my scope, but I did ask.

Q. Did you speak with anyone regarding the fees retained by PlayerAuctions for Roblox-related transactions?

A. No.

Q. Did you speak with anyone about the volume of Roblox-related transactions on PlayerAuctions?

A. Yes.

Q. Did you speak with anyone about the number of users involved in PlayerAuctions transactions?

A. Yes, but that would have been for the

Page 39

purpose of yesterday's deposition, not for the purpose of this report today. I'm not relying on that, using it in any way in this report. That goes to the previous questions that you asked.

I spoke primarily for the purpose of yesterday's report. I do not find -- I'm not relying on any of these numbers in today's report or deposition.

Q. Okay. Did you talk to anyone about the number of Roblox users involved in PlayerAuctions transactions?

A. The number of Roblox users --

Q. Involved in transactions on PlayerAuctions?

A. Again, to clarify, I considered it -- I asked the question about the overall volume of Roblox items on PlayerAuctions and, you know, the general proportion. That was more relevant for a different report.

There is not -- since there's no quantification of any kind in Castronova's report regarding PlayerAuctions specifically, or even Roblox beyond some references to Roblox publicly, public facing, and some internal comments and memos, it's completely outside the scope of today.

Any numbers -- if there is no quantification in

Page 40

today's report that I'm rebutting, it's a conceptual report, there would not be any quantification involved in my rebuttal because that would be outside the scope of a rebuttal.

To offer affirmative evidence in a rebuttal that is not the scope of the paper rebutted would be wrong.

Q. Did you speak to anyone about the number of Roblox developers whose items appear on PlayerAuctions' website?

A. Not specifically, no.

Q. Did you talk to anyone about whether Roblox developers receive any portion of PlayerAuctions transaction revenue?

A. I'm citing it in my report, it's about 26 percent.

Q. Okay. So you did speak to someone about that?

A. No. I collected that information myself, I did the computation, I did the number crunching, and I reported it in my report.

Q. And this is --

A. Based on sources cited in the report.

Q. And this is whether Roblox developers are receiving any portion of PlayerAuctions transaction revenue?

Page 41

A. Of PlayerAuctions? No, of items sold on Roblox, not on PlayerAuctions. No. The Roblox developers receive -- apologies, I may have misheard the question.

Roblox developers receive a portion of Roblox revenues. I have no data about how they monetize their creation on PlayerAuctions.

Q. Did you talk to anyone about whether Roblox incurs enforcement or moderation costs related to PlayerAuctions?

A. No.

Q. Did you talk to anyone about whether Roblox users complain to Roblox about PlayerAuctions-related issues?

MR. RORIE: Vague as to complain.

THE WITNESS: I had asked Mr. Rorie if any complaint data had been submitted in connection with this case.

BY MS. STEHLE:

Q. Did you rely on any complaint data in this rebuttal report?

A. No, that would be outside the scope of that rebuttal report. There is no complaint data presented here in the original report.

Q. Did you talk to anyone about whether

Page 42

PlayerAuctions transactions increase Roblox's trust and safety workload?

A.    Just repeat that, that was a long question.

Q.    Did you talk with anyone about whether PlayerAuctions transactions increase Roblox's trust and safety workload?

A.    No.

Q.    Did you speak with anyone about whether PlayerAuctions transactions impact Roblox's platform revenue, whether positively or negatively?

A.    I did not speak to anyone about that. Just to clarify --

MR. RORIE:  Outside the scope.

THE WITNESS:  Again, clarify, I spoke to absolutely nobody except Mr. Rorie about anything related to this case, and I asked very basic questions to Mr. Rorie only about what is the data that was provided by both sides in relation to this case.

I would not have stepped outside the scope and do independent collection of data for the purpose of this rebuttal because no data was offered in the original report.

BY MS. STEHLE:

Q.    So other than for Mr. Rorie, did you

Page 43

receive any other oral explanations that influenced your understanding of the PlayerAuctions platform or the Roblox platform?

A.    Not -- Not that is not cited in my reliance material.  Everything that I received and considered in connection to those platforms is in this reliance material.

Q.    Okay.  What was your understanding of the purpose of your rebuttal report in this case?

A.    So this is a conceptual model that's offered by Professor Castronova.  So to explain my scope, I have to first explain his scope, which he's very clear about.  He begins his explanation of scope, I think, somewhere on page seven of his report by saying, I've been retained to do three things.

The first one of them is to propose an economic model of damages.  He did not compute damages or consider any, and he is very clear on that.  In several places, very adamant that he did not compute nor was he tasked with computing damages, but he has been assigned with proposing an economic model of damages, very specifically based on his 2006 model, which he published.

So that was part of the scope.  And the rest, the next two points were basically to identify a vector

Page 44

of damages and describe categories of damages, where he basically talks about three categories of damages and also vectors of damages, enforcement costs, revenue diversion, and quality degradation.

So my scope -- because he relies on his work, but more generally, he cites, I think, 75 papers or so. More generally, he relies on the two-sided market economics, welfare economics, and platform economics, which he cites, and those are my areas of expertise.

So in paragraph 8 to 12 of my report, I basically give my background and explain my scope as, you know, opining on those areas to some -- basically, I am the, you know, kind of quality check on his assertion, just, you know, in terms of those theories. So, that's the first scope.

First part of my scope, evaluating the economic propositions to the extent that he's making propositions or relying on assumptions, I am going to evaluate them in my report.

I think I start by questioning whether Roblox is a platform or a game, and that makes a huge difference, and we can get into his economic model, which he offered for a game in the 2006 paper that he relies on, and why that wouldn't apply to platform.  So I start -- spend some serious time on that.

Page 45

Then he makes some generalities about how RMT and secondary markets reduce welfare.  I, of course, rebut those.  I offer a number of, you know, rebuttals on why that is not the case, and we can get into that. And it's not that it's not -- you know, I'm not offering any legal conclusions, that it's not the case here. He's talking generalities, and I'm going to refute those generalities.

In many cases, if we get into it, I will cite him for that, refuting those generalities, because he's a large volume of publications.

We have some secondary markets generalities.  He also makes asserted generalities about RMT's hurting enjoyment, which is a generality that is easy to refute. Again, he has a large body of work that would refute that as well.  So I enter there.

I'm going to question whether the economic model is appropriate here, or even a valid model, the complete model specification here.  I'm going to say no.  That's what I say in my report.  It's just not a complete, specified model.

And then, in general, whether his claims support anything about PlayerAuctions inflicting economic harm. We started with a long line of questioning about whether I've done quantification of that.  I have not, but

Page 46

neither is he, and I'm going to point that out.

And then, assessment of economic logic, assumptions, and legal sufficiency. That's the general scope. All of this is offered in my report. So paragraphs, I think, 8 to 13.

Q. In your rebuttal to Dr. Castronova's report, did you consider how frequently players who are banned for RMT complain about PlayerAuctions specifically?

A. No. No such quantification was offered. Therefore, it would have been outside of my report, outside of the scope of my report.

Q. Were you given any instructions or guidelines when preparing your rebuttal report?

A. I'm sure we discussed the scope. I would have told the attorney, if they asked me to do anything outside of rebuttal, that I don't -- that's not how rebuttal works.

I don't believe that I was asked to do anything outside the scope, but a rebuttal stays to the scope of the paper that's rebutted.

And so I would not offer affirmative data, you know, mining and data conclusion that would have been outside of the Castronova scope, because that would not be right.

Page 47

Q. How did you determine the issues or findings that you would address in your rebuttal?

A. I looked at the scope that is defined very clearly and succinctly and perfectly, you know, detailed by Professor Castronova in his report. He looks at his scope, and that narrows my scope, because I do not offer additional scope to what he defines. So I start with his scope, and then I match it to my expertise.

So I offered my expertise as two-sided market economics, welfare economics, platform economics. To the extent that the scope overlaps with mine, I will offer an opinion, only to the extent that he's, you know, if the model either is insufficient or over-generalized in my expertise.

Q. Did you review Dr. Castronova's report cover to cover?

A. I did.

Q. Did you review all of the citations in Dr. Castronova's report?

A. Do you mean did I read all the citations in Dr. Castronova's report? I'm confused with the question. I looked at them. I don't know that I read all of them cover to cover. In fact, I know I did not.

Q. Did you review or skim, at least, all of the citations in Dr. Castronova's report?

Page 48

A. I certainly skimmed them, yes. Skimmed not the actual papers, but skimmed his list.

Q. Were you familiar with at least some of the sources that Dr. Castronova cited in his report?

A. Yes. Especially I'm familiar with his body of work. I've cited him extensively throughout my career. I know his body of work. I'm not sure if he knows me, but I certainly know his works.

Q. Do you recall when you first read Dr. Castronova's report cover to cover?

A. It would have been on or about December 10th.

Q. Presenting Exhibit 1, your rebuttal report to Dr. Castronova's report. And I'm going to scroll down to paragraph 9. I'll give you just a moment to review that paragraph.

A. Okay.

Q. So in this paragraph, you mentioned that you were asked to draw on your own peer-reviewed research on virtual economies and digital asset markets, including your work on blockchain-based virtual item trading in games, your assessments. Do you cite to that work in your rebuttal report?

A. I do not, but I draw on that experience and that knowledge that establishes my overall

Page 49

background. I do not cite all the papers that I've read, you know, throughout my career or published. I published over a hundred papers at least.

I rely on my expertise in all of those research projects. I do not cite unless there's something specific that I am relying on at that sentence.

Q. Why did you frame Roblox as a platform rather than a game company in your rebuttal report?

A. There are two reasons for that. There are two aspects to that. One is what Roblox actually does. Roblox does not develop games. It does not develop experience either.

It is a marketplace and it's more than a marketplace. It provides a marketplace to facilitate the meeting of users or, you know, gamers or community members with, it calls it the gaming community, gaming and entertainment community, with developers' products.

But it's more than that. It's also a platform. It allows people to roam around and to have a general presence on its overall platform.

Now, Roblox refers to itself as platform. The 10K that I said that I read cover to cover and he cited as reliance material by Professor Castronova refers to Roblox as a platform over 1,500 times. I believe it was 1,600 something, you can count.

Page 50

It calls itself a platform, a user-generated UGC platform, a metaverse platform, an ecosystem, platforms that enable developers to create experience. It refers to it as a platform, which it is.

It uses the word game. I counted it, I think, in the 10K about 82 times. I may be wrong. It would have been 80-something, but never in the context of presenting itself as a game.

The word game only appears as it caters to the gaming community. It looks at -- it's inspired by the gaming and entertainment community, and so on.

So, it uses the word gaming. It uses the word experiences to describe itself, but only in terms of experiences created by independent developers, never itself creating experience.

It describes (audio interference) that way, and that is a relevant distinction because the model that is offered would not apply to that, and I can explain why.

THE COURT REPORTER: I'm sorry. Can I just interrupt you real quick? It cut out just for one second. "It describes it as a"? Sorry.

THE WITNESS: Platform.

THE COURT REPORTER: Okay. Sorry. Thank you.
BY MS. STEHLE:

Q. How did you calculate the number of times

Page 51

that the word "game" appeared in the 10K?

A. I took the 10K, and I did select all, and then I did control-C, and then I did control-V into Word processor, and then I did a count of the number of times that the word "platform" and the word "game" appeared. That's how I did it.

Q. Did you manually count every mention of the word game?

A. No, I did not. I did some sort of count -- search and count.

Q. How would you define a game company?
MR. RORIE: Vague.
THE WITNESS: That's a great question. I can tell you how I define a game developer.

A game company, you'd have to refer me to a particular paragraph where I'm using the word game company, so I can talk about that paragraph. Then we can go from there maybe, or I can just tell you in general what a game is and what a game developer is.
BY MS. STEHLE:

Q. I think I'm just at a general level looking for how you would distinguish between a game company versus a game developer.

A. Right. So a game developer -- well, how I distinguish the two? Well, game developers on Roblox

Page 52

are individuals. These individuals could have a company presence, but they're individual users that come to Roblox as developers.

Roblox does not employ those individuals. It has some system of reward, but they're not working for Roblox. They're completely independent.

A company could have an arm that's developing games. So, for example, in his 2006 paper, Professor Castronova talks about Sony Online Entertainment. Sony is not a game company. Sony is a giant company that makes lots of things. Even their online entertainment is -- does a lot of things.

But in that context, they are the game developer. Their game, EverQuest, is a game that is in-house developed by their team that's employed by them and is managed by them.

So, to that extent, they are the game development company. They develop the game.

Q. So a game developer could be an individual, like you might find on Roblox, or it could be a company, right?

A. It could be an individual or also a company. It could be all kinds of things. But Roblox, in this context, is not the game developer, nor do they -- not the experience developer.

Page 53

I think they don't like the word "game". They like the word "experience". They're not the experience developer either. They're not the developer. They are very adamant about that. They're -- they're very clear, specific, and repetitively insistent on them not being the developers.

Q. To confirm on the scope of your report, you were not asked to opine on what the correct policy outcome should be here, right?

A. I was not asked to draw legal conclusions, nor would I do it if I was asked to.

Q. But your rebuttal is limited to critiquing Dr. Castronova's report and not to opine on policy outcomes, correct?

A. It's not an affirmative report. It does not offer any opinions that are outside the scope of the original report.

Q. And so it does not include opinions about the correct policy outcome, right?

A. I don't believe I've made recommendations on policy in my report.

Q. We could go back to the discussion about the kinds of experiments that you design. When you design the various games that come up in your work, do you provide any rules to the players?

Page 54

A.    Of course.

Q.    Do you include or write any code that is intended to limit the player's behavior?

A.    Yes.

Q.    If players in the games that you design break the rules or figure out ways to evade the limitations that are set up, what do you do?

A.    I don't think it's possible within my games to do that. If somebody was able to break the rules in my game, then I would go back and discard all the data and redo the game because the data would then be invalid. I -- I'm a researcher. I can't have contaminated data. My conclusions would not hold if my data was contaminated.

Q.    So you would have to redo the experiment?

A.    That's right.

Q.    Okay. How are the experiments that you run as part of your work funded?

A.    It varies. I have -- now that I'm at McGill, I have SSHRC funding, some internal funding, just different funding sources. Never any conflict of interest. My experiments are for science. They're funded by science, taxpayers, or internal sources.

Q.    Do you get grant funding?

A.    Yes.

Page 55

Q.    Would you agree that in economics, harm doesn't just mean disagreement with business practices?

MR. RORIE:  Vague.

THE WITNESS:  I actually don't understand the question. Harm doesn't mean disagreement? I don't know what that means.

BY MS. STEHLE:

Q.    Okay. Let's back up a little bit. What is harm in the field of economics?

A.    Harm could be a number of things, but normally, if Professor Castronova and I had a debate about harm, we would be concentrating on a metric of welfare, which is how, you know, he discusses harm in his articles.

Welfare is a very well-defined metric that is the sum of consumer welfare and producer welfare. We sometimes break it down, but we normally define harm as what's called a deadweight loss, which is the -- the difference between the efficient outcome, which is the most optimal outcome for society, and some realized outcome due to some sort of market friction, market failure, and so on, or taxes, or any other reason.

Q.    How is economic harm measured? What are various ways you could measure economic harm?

A.    So economic harm, at least -- you can

Page 56

measure harm in a lot of different ways, but the way that Professor Castronova and I speak of harm, I can explain what that is.

That is the, you know, the area between the, essentially the supply curve and the demand curve that is lost when a certain interference moves you away from an efficient outcome to a less efficient outcome.

Q.    So if I'm hearing you right, changes in demand are relevant to that analysis?

A.    Changes in demand are relevant to that analysis. It's not changes in demand, it's consumer changes and consumer surplus. All right?

So consumer surplus is the area between what consumers are willing to pay and what consumers are actually paying. So it's not the change in demand.

So if you are willing to pay -- if you go to Starbucks and you're really thirsty and you want a cup of coffee and it's cold outside, and you'd be willing to pay $10 for a cup of coffee, but they only charge you $2, then you have a surplus of $8, you individually.

Consumer surplus is the sum of all the people, how much they're willing to pay and what they actually pay.

Q.    In your field, is it possible to infer economic harm even if precise quantification is

Page 57

difficult or incomplete?

A.    I'm trying to understand the question. Are you asking to do a -- if it's possible to do a damages model?

Q.    No. So I'm asking if it's possible to determine that there is some degree of economic harm, even if that harm has not been precisely quantified.

A.    It's possible to draw hypotheses about harm without -- before quantifying them, and those hypotheses may be based on some underlying economic theory that leads you to those hypotheses.

Then we have to look at whether that economic theory actually maps those hypotheses or whether the connection is true and holds or not. It's definitely possible to draw hypotheses before measuring quantification.

But a damages model or a harm model is very -- has to be precise or has to be quantified. It's not a generic assertion. That would -- that's not how we do a damages model.

So now I'm kind of going back and forth between economics and litigation here because I don't publish on damages models, but I do them.

In a damage model, I wouldn't just, you know, draw a hand wave. I would give you a number. That

Page 58

number has to be based on an underlying economic model.

You definitely have to do an economic model, and it's possible to do one before you actually compute the number, but eventually you'd have to test it.

The economic model has to be such that when you do measure the damages, you could put those numbers into the model. So drawing a model where you could not put numbers in it when numbers come in would make it not a valid model.

Q. What do economists do if direct measurements are not available?

A. In what context?

Q. If you cannot directly measure, like if you don't have data to do a quantification of economic harm, not necessarily in a litigation context, but if you're trying to measure economic harm, what are some options if you don't have direct measurements or complete data available?

A. In academia?

Q. Yes. Yeah, like specifically within the field of --

A. Half of our field is theorists. These are people that make theories, and the theories have to be mathematically plausible, internally consistent, well-defined axioms, solvable, et cetera. But they --

Page 59

they're not tasked with data, they're empirical economists that rely on these theories and collect data and estimate their connotations.

So in economics, we don't have to go -- our research can be very compartmentalized, and it does not have to follow to a legal conclusion. In fact, it never does. So we are able to write theories without data or do data -- without data, with some theory.

Q. Is the next step, after having your economic theory, that you draw inferences that stem from that theory?

MR. RORIE: Vague.

THE WITNESS: We draw inferences, but the inferences can be propositions. So we can say, under such assumptions, the equilibrium shifts in this way or that way, and to us, that's very interesting, because it gives us some sort of policy implications, for example.

So even if there was no data, if we -- if our assumptions are tight, and the model shows that under such and such conditions, the equilibrium shifts in a favorable way, it allows us to draw some policy inferences, even with very minimal data.

BY MS. STEHLE:

Q. Are you aware of any economic empirical studies that rely on complete data?

Page 60

MR. RORIE: Vague.

THE WITNESS: Half of the works I do rely on as complete data as I can gather. I'm not sure what the question is.

BY MS. STEHLE:

Q. And what do you mean by as complete data as you can gather?

A. So, for example, the paper I had on the blockchain trading of game tokens, of game items, I had some data from OpenSea, and I got as complete data as I was able to scrape or obtain, matched it with player profiles.

I'm sure there's missing data that I would have liked to have and didn't, but we get as much data as we can, and then we empirically estimate the model with the data. We are empiricists, so data is important.

Q. Can damages exist, even if they have not been completely quantified?

A. Yeah. The world exists outside of what we do as academics or as expert witnesses. The world will continue to exist. The world has damages in it.

Q. Okay. Would you agree that economic analysis often asks whether conduct is likely to produce certain effects, rather than whether effects have been proven?

Page 61

A. We certainly try to characterize, to have theories that tell us when inefficiencies happen. So a lot of the discussions in Professor Castronova's report talks about efficiency, inefficiency, market failures. That is driven by theory.

We have theories that explain to us what is efficiency, what is inefficiency, what is a market failure. We need those theories to be able to put data in anything.

MS. STEHLE: Thank you.

Could we go off the record, please?

THE VIDEOGRAPHER: The time is 8:30. We're off the record.

(Recess.)

THE VIDEOGRAPHER: The time is 8:41. We're on the record.

BY MS. STEHLE:

Q. Dr. Haruvy, can we talk a little bit about substitution, which you discuss in your rebuttal report?

A. Sure. Let's put that report back up.

Q. Yep. I'm going to present Exhibit 1, your report, and feel free to review as long as you would like. I'm going to scroll to page 13, and I'm looking at paragraphs 30 through 33.

A. Give me a few seconds.

Page 62

Q.    Take your time.

A.    I -- I got enough to where I can answer if you speak to it later.  I got through 30 and 31.  I think we can continue, and then if you go through more, we can go back.

Q.    Perfect.  Could you explain in general economic terms what substitution is?

A.    Substitution in economic terms or substitution as it pertains to this paragraph?

Q.    Let's start with substitution in economic terms generally.

A.    Okay.  In economic terms, two goods are substitutes if when you increase the price of one of those goods, demand for the other one goes up, and vice versa.

Q.    Can substitution happen even if the products are not identical?

A.    That's correct.

Q.    Does substitution require that every consumer switch?

A.    No.  I just defined substitution for you.  When products are identical, we call them commodities.  They're not -- the word substitution doesn't apply there.

Substitution applies to products that are not

Page 63

identical.  The products that are not identical are either completely orthogonal, or they're substitutes, or they're complements.

Q.    Is there such a thing as partial substitution?

A.    Substitution is on a scale.  There's a different cross-price elasticity.  Partial doesn't make sense in terms of substitution.  There's just different cross-price elasticities.

Q.    Okay.  If there are lower levels of substitution on that scale, could that still reduce a company's revenue even if the overall consumption of a certain category remains constant?

MR. RORIE:  Incomplete hypothetical.

THE WITNESS:  They were confounding a lot of things.  I mean, you may need to narrow down the question.  If you're asking me about what can happen in general to a company's revenue, it's too broad a question for me to answer.  It's just way too general.  Maybe you can narrow down the question a little bit.

BY MS. STEHLE:

Q.    Does -- strike that.

Could substitution relate at all to a company's overall revenue?

A.    Substitution always relates to revenue.

Page 64

But, again, the reason I said it's general is it's substitution within a company's own products.

If that happens, we call that cannibalization, or it's substitution between two companies' products.  Or is it substitution -- in this case, it's substitution of none of the company's products, or it's substitution between experiences that are technically of independent products by independent developers that are hosted on the platform.

So, again, it's a little broad.

Q.    In platform markets, can substitution occur across on-platform versus off-platform channels?

A.    As a generality, substitution can occur within platform, between platforms.  It can occur in all kinds of manners.

Q.    Okay.  And it could also happen in -- across authorized versus unauthorized channels, right?

A.    It can.

Q.    Could you explain a little bit more substitution as you're using that term throughout these paragraphs 30 and 31?  And feel free to continue if you would like, but starting with those paragraphs.

A.    Right.  So 30 and 31 are very different.  The word -- in the paragraph 30, substitution just means that suppose that you had an experience.  And let's just

Page 65

agree when I say "experience," feel free to translate in your mind as "game".  Okay?  I'm just trying to use the terminology that Roblox likes.

Okay.  There are some subtlety differences that are not really that important, I think, to this discussion.

So suppose you have an experience, and that experience, let's say, looks a lot like EverQuest, which is the example that's used in Castronova's 2006.

Okay.  And just to be clear, in EverQuest, which is the 2006 paper, the sort of the inspiration for that, not just inspiration, but general background, there's gold, which is the in-game, the in-experience or in-game or in virtual world currency.  But gold cannot be purchased, at least within the game, it cannot be purchased for money.  There is no -- gold can only be earned through fighting monsters and stuff.  Okay?

Suppose that there was an experience like that.  I'm not aware of that experience.  The top Roblox experiences are all -- and I can go through them, I unfortunately spent way too much time on each one of them, and spent too much money on all of them, too.  But that's not how Roblox experiences are.

But Roblox has many experiences, and I have not experienced all of them.  It's very possible that

Page 66

there's an experience somewhere that works like EverQuest, or like, not EverQuest, but that doesn't have trading. Doubtful, but possible.

Suppose there was an experience like that, and that experience was harmed, because all of a sudden, somebody could trade something that the experience was not meaning to offer for trading. Suppose the enjoyment was harmed.

Again, I'm not aware of such experiences. The blockbusters certainly don't work like that. But suppose enjoyment for that experience was harmed, and players left.

Well, they have thousands of experiences. They'd go somewhere else. Somebody would take them. That's substitution.

The players are not going to leave Roblox. They're not. Not for that one experience. The impact would have to be uniform. For Roblox to suffer harm, the impact would have to be uniform across experience, or generalizable across experiences. A certain experience being harmed would not cause direct harm to Roblox, but would rather cause harm to that experience.

Q. What if it is one of the more popular experiences on Roblox, versus one of the less popular experiences on Roblox? Would those two situations be

Page 67

different?

A. There would still be substitution. So that substitution would still need to be accounted for. But like I said, I can go through the most popular experiences, the top 10. I've spent enough time on them to be able to go into detail.

Yeah, those -- the typical Roblox experience has the equivalent of an RMT that is used. The typical Roblox experience would have -- you can buy items. That's generally how revenue is gathered by the developer.

They're selling items, typically, but not always, for -- with in-experience currency that's different from Robux. So they would be with in-experience currency. Steal a Brainrot, which is one of their top experiences, is not like that. It's -- you go in and anything you click on will deduct Robux from your account. So I stay away from that.

But most of them have in-game or in-experience currency. Everything is for sale. That's the way that Roblox works. It doesn't have to be. It's not the rules that you have to, but it's just how revenues are derived. So the top experiences are for sale.

And we can get into that if you have follow-up questions on the difference in what Roblox does. Roblox

Page 68

basically has RMT in almost all of its experience. It's just that it's a Robux-facilitated RMT.

If you want to buy an item, you first have to go to your local drugstore, buy a Robux card, or do it online via Robux. You can buy them online with dollars. Then you use the Robux to buy the in-game currency, and then you buy the item.

So it's very hard to imagine that -- that harm would have to be imagined. But like I said, I'm willing to acknowledge that there's got to be or could be experience that could be harmed. The only assertion that I made is there's substitution. People are not automatically going to leave that experience and then leave Roblox.

Q. What are you basing your assertion that users will not leave Roblox on?

A. So Roblox is a platform. People are generally heavily invested in the platform. They have spent a substantial amount of money on the platform, customizing their avatars.

Roblox has a marketplace, which Dr. Castronova speaks quite in detail about. He also talks about the Roblox Premium, which is like an elevated trading platform where you can do it with traders, where different individuals can sell items to one another.

Page 69

Those items are almost exclusively avatar-related. All right?

So they're not -- you know, if you want to buy a game item to improve your performance, like an ice fruit or a fire fruit and -- for Blox Fruit, you'd have to do that inside the experience. But people are heavily invested in terms of Roblox on their avatar, on their socialization, on their -- it's a virtual world.

They have connections, they have friends, they meet them during lunch in their elementary school and talk about it. They exchange beads and stuff for little pets. They are very invested in this platform.

It's not automatic that they're going to get out when they are dissatisfied with a particular game or experience, rather.

Q. Are you basing that assertion that users will not leave Roblox on any data that you could point me to?

A. No. I'm basing it on the fact that -- on the fact that I just cited, which is people are -- the Roblox marketplace and the Roblox Premium marketplace are getting people inertia. They're designed to create a platform inertia or platform stickiness to increase switching costs for the platform.

I'm just letting you know from economic theory,

PROFESSOR ERNAN HARUVY, PHD                              JOB NO. 2303727
FEBRUARY 03, 2026

Page 70

and you can confirm that during the break with Professor Castronova, we have a concept called switching cost. It's one of our most important concepts. The platform has its own built in switching costs.

People have a switching cost to move to another platform. There are no, really, a lot of alternative platforms to Roblox that cater to people of that age. They have invested a massive amount of their time and money in the platform. There's going to be stickiness to the platform. An experience is not automatically translating to harm to Roblox.

Again, everything can be measured. In my mind, everything is an empirical question. So I'm not going to give you absolutes and definitely no legal conclusions or quantifications about harm. I'm just explaining the economic theory.

Q. We could turn to virtual currencies like Robux, for example. Could you explain in economic terms what role a platform issued virtual currency plays within a platform ecosystem?

A. Are you asking it for a generality or for Roblox.

Q. Yes. Let's start just generally, what role do platform issued currencies play within a platform -- any platform ecosystem?

Page 71

A. That's very difficult to generalize. Also, you know, we have kind of a confound that's already built into the Castronova report between a platform and a game. And it would be very difficult to make generalizations here.

I can tell you what role a currency does in a game and then we can go from there. Would you like that? Would that work for you?

Q. (Non-verbal response).

A. Okay, cool. So within a game, we can start with EverQuest, but a lot of games have something similar.

A currency allows you to essentially progress in the game. A currency allows you -- a game currency allows you to buy items, to improve your game performance -- not always, though. There are plenty of games where you have a currency and it doesn't allow you to improve your performance.

Examples, maybe Fortnite or even Pokemon. You have -- you have currencies and those currencies oftentimes give you just better looks, like avatars improvement. A lot of games like that.

It allows them to monetize the player engagement and player loyalty without affecting gameplay. So it really much -- very much depends on the game, but a

Page 72

currency could improve game performance, improve game progression. It doesn't have to.

A currency could allow players to customize their avatars, and a currency may or may not be a way for the game to monetize its engagement, but not always.

In the case of EverQuest, which is the example used in 2006 paper by Castronova, which is the basis of the model here, Sony Online Entertainment absolutely -- well, at least initially and eventually did not monetize this, did not use the gold to monetize player engagement.

Their revenue model was strictly from selling of -- sales of the game and from subscription. And that's how it's shown in his model, as number of subscriptions.

So if they're not monetizing the currency, if they're not using it as a revenue model, you know, then the RMT becomes an issue. It's interfering with the revenue model.

So there -- those are just three examples. I'm sure there are hundreds more, but those are the three big ones.

Q. And is it your opinion that you cannot acquire EverQuest gold through fiat currency?

A. It's not designed such -- it is not designed that way. No. You can do it, it would be off

Page 73

-- off-game.

I mean, you could do it in some kind of a channel, but it would interfere with the intent of the game, because Sony Online does not have -- does not have a way to do that within the game to purchase that gold.

Now, they did -- and that's part of the 2006 paper. They had a very nice experiment where they said, you know what? If people really want to trade gold, people want to buy gold with fiat currency, let them. But not everybody does. So let's do two versions of the game, one where you can and one where you can't. Okay?

That was an experiment that they did. That's kind of self-selected the people that wanted it into one version versus the other. So that's something that they can do, and they did.

Q. So is it your opinion that you cannot acquire EverQuest gold through fiat currency now, after that experiment you described happened?

A. Not within the game. Not within -- not within the game.

And so now moving to Roblox. Roblox has, for most experiences, they have their own currency within experience currency. You can earn that currency within the experience by mining it sometimes, by doing various things. But you can also buy that currency almost

Page 74

always.

That is -- I cannot speak for every experience, but all the ones that I have seen, you can buy that in-experience currency with Robux.

And so there's just, in Robux you get -- you cannot earn in-game Robux, you get Robux by going to the store online or offline and buying them.

So that is essentially RMT, it's a mediated RMT. So the role of the Robux on Roblox is to essentially monetize, or it has a different role. The Robux are essentially facilitating RMT.

So the argument here, the dispute here, as I understand it, is not whether RMT is going to be a problem for Roblox, but whether all RMT should be mediated through Robux or not.

And that's why this report, one of the reasons the report is problematic, right? Because the report is attacking RMT. And I can rebut every one of those attacks, but the very premise that RMT is a problem is going to be a problem when the whole -- or the large basis of the foundation of the platform is that same RMT.

And my citation for that would be Castronova, 2006, where he says that firm-sanctioned trading means that players are okay with RMT. He uses the word "noxious".

Page 75

Players who self-select into platforms that have RMT will not find RMT noxious. Roblox is an RMT site. It's just a facilitated RMT through Robux.

Q. Would the analysis presented in your report change if you could acquire EverQuest currency via fiat currency?

A. I think that experiment was done. They certainly had two versions of their game, and they did that experiment.

But the analysis of my report, my report doesn't offer an independent alternative model. My report simply looks at the model that Professor Castronova offers that was built for that situation that we're just talking about and seeing whether there's any way to apply it to a platform.

Q. Okay. So there is -- would be no change to the analysis presented in your report whether you could or could not acquire EverQuest currency via fiat currency, right? No change?

A. My report does not talk about EverQuest. My report talks about whether a model that was offered by Professor Castronova in 2006, that is offered in his scope statement, I've been retained to do three things.

And one of them is to offer an economic model of damages, a proposed one, that's based on the 2006 model,

Page 76

whether that statement is valid, at least with that task is valid, whether that 2006 model could apply possibly with some modifications or some alterations to the situation that we're talking about. That's my scope.

EverQuest, if you want me to talk about EverQuest, I'm happy to. I like EverQuest. Ask the questions and I will talk about it as much as you'd like, but it's not the scope of my report.

Q. I think we can get back to some of the basics when it comes to virtual currency. Would you agree that virtual currency functions as a unit of a count on a platform?

A. It could.

Q. Okay. Could it also function as a medium of exchange on a platform?

A. It could.

Q. And could it function as a mechanism for establishing price levels?

A. I'm pausing. It's a little bit more involved question. I think what -- and please forgive me if I try to change your question. I'm not -- I'm just trying to interpret it.

I think the reference there is to the ability of the platform to control its exchange rate and whether that is relevant to the experience, to the quality of

Page 77

the experience. Is that what the question is?

Q. Yes, but a little more general. I'm just asking if you are a platform that has a virtual currency, the platform can use virtual currency as a mechanism for establishing price levels on the platform, right?

A. Sometimes. It depends on the platform. It depends on the situation.

So, like I said, Roblox has a marketplace where it sells items directly for Robux. And because those items have -- Robux has a dollar value, right? You can buy a certain number of Robux for a dollar. That exchange rate is determined by -- by Roblox solely.

Q. Would you --

A. The fact that Roblox -- the fact that Roblox owns its currency, Robux, and that Roblox decides on the price of its items on the marketplace, Roblox essentially is then -- has full control of the exchange rate.

It basically determines the price of its items in dollars by having -- but it could have just priced them in dollars to begin with.

So where this is more relevant is in like Second Life, where they had Linden dollars and they had a floating exchange rate for Linden dollars, but they kind

Page 78

of control that exchange rate to make sure that it doesn't go out of whack, just to make sure that the game experience is not interrupted.

That's an example of a platform trying to just avoid any kind of spikes or uncontrollable price spikes that would be interfering with the game experience.

These days, platforms are migrating a lot towards blockchain, where the price is completely market determined. But exchange rate control can be something that's offered by a platform. And beyond that, I don't really -- I mean, I can give examples, but in generalities, I can't.

It's just, there's so many different platforms all having their currency, all having their little issues with their currencies. I can't generalize.

Q. Would fewer people buy Robux or the value listed on the Roblox platform if they could go get Robux somewhere else cheaper?

MR. RORIE: Incomplete hypothetical.

THE WITNESS: It's hard to answer that question. It's not a trick question, I understand.

But first of all, it's not my understanding that PlayerAuctions offers Robux currency currently on its website. I don't remember how long they have not offered it. I'm not aware that they offered it for less.

Page 79

It is possible that people who have accumulated a lot of Robux, for example, suppose that my children's friends have a birthday and I'm too busy to buy them a present, so I stop by the drugstore and I just get a bunch of Robux cards, which is exactly what I do. And I give it to them and they don't really care for Roblox, and so they sell it at a discount to their friends.

Yeah, if I could buy Robux at a discount, sounds like a great idea. But remember, the Robux are not manufactured by those children. The Robux were bought at the full price from Roblox.

So your question there is problematic because if somebody was manufacturing Robux and selling them for cheaper than Roblox is selling Robux, that seems like a terrible thing, regardless of damages and whatnot. I mean, it's just not good.

But if I bought at full price my hard-earned cash and I went to the drugstore and I paid full price to Roblox for whatever they asked for that Robux, because they do, and I gave it to somebody and they don't want it and they want to sell it, you know, what harm?

You know, the discussion of harm there to Roblox seems beside the point. They're entitled to sell their Roblox because I bought it at the full price and it's a

Page 80

secondary market and they should. Now, whether they're entitled to sell it in PlayerAuctions, PlayerAuctions is not selling those. So, again, it's a moot point and certainly not one in the scope of the Castronova report.

BY MS. STEHLE:

Q. But in that situation you described, Roblox still loses a sale, right?

A. Why? I paid full price for the Robux. Roblox is the only entity that makes Robux. Nobody can make Robux that's not Roblox. Roblox did not lose the sale.

In fact, I imagine that most of the cards that I buy for -- and this is how they do accounting too, when Roblox receives that money that I pay at the store for their Robux card, they don't account it in their 10K as income, they account it as deferred revenue.

And some of it they know there's what's called slippage. You can, you know -- S-L-I-P-P-A-G-E, slippage. That means that a lot of those cards that I buy for my friend's friends or that they buy for my children -- for me -- sorry, for my children's friends and vice versa, where my children get, we don't use those cards. They're slippage.

So that's excess revenue that Roblox is getting that is never going to be translated into anything.

Page 81

It's never going to be used.

But when those cards are sold on a secondary market, I suppose it's reducing slippage for Roblox. It could. So if a big chunk of Roblox income is coming from slippage, slippage meaning I bought something, I intended to use it, but I never did, and a secondary market reduces slippage, then Roblox is going to have less profit because the cards that they sold are now being used. Does that make sense?

So the profit will decrease because they intended for the cards to be bought as a birthday present and to never be used. And now the child sold it to somebody who's then using it. Roblox now has to pay the developers for their share of that use.

So their profit will be reduced by that slippage. And the slippage is, in my opinion, is not a particularly ethical way of deriving income. But it's possible that their slippage would be reduced if a child is able to sell their unused card.

Q. Noted. But my question was not about slippage. So I'm going to --

A. Okay. So please repeat the question.

Q. You, as the initial buyer, may be purchasing Robux. If you sell those Robux outside the Roblox platform while you, as the initial purchaser, did

Page 82

pay money to Roblox, whoever you're selling to in this scenario is not doing that, right?  They're paying money to you, the seller?

A.    Right.  The same as when I sell my used car.  Toyota doesn't get the money.  I get the money for the used car, but I paid full price for it from Toyota.

Q.    So if that buyer wanted to buy Robux and the options were you versus Roblox and they choose you, Roblox has lost a sale, right?

A.    But that is precisely what slippage is.  Roblox has reduced slippage.  That is -- you can -- you can't say this is not a question about slippage because I bought that card for full price and I am not using that card for which I paid full price.  And so now I'm giving it -- I could give it as a gift to somebody without charging anything and now they use it.  Roblox still uses the sale.

Now instead I'm charging a dollar for a hundred dollar card that I bought.  Yeah, Roblox loses the sale, but this is slippage.  This is money that supposedly I paid to be using that card.  It's my card.

Q.    Are all Robux sales made via gift card?

A.    No, Roblox sells directly online.  You can buy Robux online with a credit card.  You don't have to buy a gift card.

Page 83

Q.    So those --

A.    But when you're buying it online, it goes right into your Roblox account.  So slippage there is far less of a concern because if you have a Roblox account and you have Robux in it, they'll be gone very instantly.  You just go to the first experience, click on a few things and there is no -- there will be no more Robux in your account.

Okay?  So slippage is not -- no, it's something else.  I'm not excited about that concept either, but it's not called slippage.  Slippage is when I buy a card and I give it to somebody and they never use it because there's no secondary market and they don't feel like using it.

Q.    Is it your understanding that any Robux sales on PlayerAuctions have been the sales of cards?

A.    It is my understanding that all items sold on PlayerAuctions are authentic Roblox items.  Therefore, all Robux that had been sold, and I make it very clear, Robux are not sold on PlayerAuctions.  They're not, but they used to be.

And it's my understanding that all Robux sales on PlayerAuctions were authentic Robux items, which means they were produced by Roblox and sold for the full price by Roblox.  Roblox obtained the full price of

Page 84

whatever exchange rate it is that they wanted to have inflated, deflated, whatever their imagination is.  They can set their exchange rate at what they want to, and it was sold for that full exchange rate.

Then if somebody wants to have a secondary market, that means that those fully priced at the full exchange rate Robux are now sold because somebody is not using them.  They want somebody else to have them, but they paid full price for them.

Q.    So --

A.    I don't know that these are all cards.  I don't have the data.  It's just my understanding is every single item on PlayerAuctions is authentic Roblox item, so Roblox item.

Q.    Sure.  So you're right that PlayerAuctions website currently does not sell Robux.  PlayerAuctions has taken down Roblox items and verticals on its website and put them back up, but it currently does not sell Robux.

But is it your position that any Robux sales that took place on the PlayerAuctions platform or could theoretically take place in the future are the result of somebody lawfully obtaining Robux on the Roblox platform and then selling it on a secondary market in every instance?

Page 85

A.    It is my understanding, and this is based on of course the position of PlayerAuctions, that all items on PlayerAuctions are authentic items.  That's an absolute statement.  That is not driven by data.

All I did is I'm going on that statement and I went of course to the site; I looked around at the items; look at the seller, you know, ratings; look at, you know, seller feedback.  I found no evidence of any items that were not authentic.

That doesn't mean that there aren't any, but it means I found no evidence of such.  I've seen no allegation by Mr. Castronova or anywhere by anyone else that there are inauthentic items.  He talks about fraud and we already went through what categories of fraud he referred to.

I can repeat them if you want.  He's very, very specific about the categories of fraud.  He never alleges that PlayerAuctions engages in those types of fraud.  He just gives you categories of fraud.

So I took the statement from PlayerAuctions that all items on their side are authentic Roblox items.  I did some due diligence, at least looking around, to make sure that I'd seen no evidence otherwise.

I am not responding to any evidence by either the complaint or by Mr. Castronova that there is

Page 86

evidence to the contrary. So under that assumption, that it seems like a decent assumption to make, that all Roblox items are authentic, to the extent that Robux sales in a secondary market are going to somehow interfere with Roblox profit, it's going to be only due to slippage, which is you sold an item with the intent that somebody is not going to use it.

And that's the only possibility that I see in the case of Robux. But there's a lot of items we can go into them too. But for Robux, it's going to be just slippage.

Q. When you did your due diligence looking around PlayerAuctions' website, did you see any Robux being sold on the website?

A. Absolutely not.

Q. Did you search PlayerAuctions for Robux?

A. I did.

Q. I'm going to introduce as Exhibit 3, this page that our team pulled from the PlayerAuctions website this weekend.

(Exhibit No. 3 was marked for identification.)

BY MS. STEHLE:

Q. Please feel free to look as long as you would like.

Page 87

So I will represent to you that this is not the only listing for Robux that we have seen over the past year or so on the PlayerAuctions website, including after the Robux vertical was taken down.

Does it change your opinion at all knowing that Robux are being sold on the PlayerAuctions platform?

MR. RORIE: Objection. Lacks foundation, calls for speculation, and move to strike the preface of the question.

MS. STEHLE: What preface are you looking to strike, Mr. Rorie?

MR. RORIE: Just the wind up to your question about all the foundation you tried to lay. Obviously you're not testifying here.

MS. STEHLE: Noted.

THE WITNESS: Yes. So as I said, I did look for Robux on the site. I absolutely did. I found no Robux on the site. I am seeing this exhibit as part of a deposition.

I have no reason to dispute that exhibit. But my testimony stands, I searched for Robux on the Roblox on the -- sorry, the PlayerAuctions site, found zero instances.

You're showing now an exhibit that seems to be current. It seems to be expiring on the 21st of

Page 88

February. It says, "VIP class Roblox, 50 Robux, tax not covered, cheapest price, fastest delivery, limited stock, act fast before sold out."

So I'm looking at your exhibit. This is not something that I found when I looked for Robux. So it doesn't change my opinion. I'm seeing the exhibit for what it is. I don't have any reason to doubt you, and I don't have any further statements on that. It's an exhibit, and I'm seeing it.

BY MS. STEHLE:

Q. So my understanding of your rebuttal report is that it, at least in part, relies on the fact that Robux are not being sold on the PlayerAuctions platform.

So I want to confirm whether now having learned that Robux are being at least put up for sale on the PlayerAuctions platform, if that changes your analysis at all.

MR. RORIE: Same objections.

THE WITNESS: No. We just spent a large amount of time discussing whether Robux sales should have a secondary market. We explained, you know, what are the implications of a secondary market for Robux as long as they are genuine.

I have -- looking at your exhibit, I have no

Page 89

reason to change my opinion on whether these are genuine items. If you are showing me an exhibit that says that these are not genuine items that somebody manufactured Robux, then I would look at that exhibit.

But barring that, these seem like genuine Robux. They're sold at a 1 percent discount over -- which is a savings of $6, is what it says over -- for a $300 purchase. Seems like a secondary -- a genuine secondary marketplace.

Now, the position of PlayerAuctions is that they do not allow Robux currently. If this is an authentic exhibit, and I have no reason to dispute that, then this one -- I'm sure they'll take care of it when they find it.

But it doesn't change the fact that when I searched for Robux, I found none, which, you know, when I looked at their previous data, they did sell Robux, and it was a big, it was a popular item. Now I could find none, so it means that at least they're screening for it.

If this is an authentic exhibit, then this one passed through, and it'll probably be taken down for all I know. But I don't have any knowledge beyond that, and it doesn't any of the facts that we just talked about.

BY MS. STEHLE:

PROFESSOR ERNAN HARUVY, PHD                                         JOB NO. 2303727
FEBRUARY 03, 2026

Page 90

Q.    Is there any way to tell from looking at this listing here if it was legitimately obtained or fraudulently obtained?

A.    I cannot --

MR. RORIE:  Calls for speculation.

THE WITNESS:  I cannot -- obviously, I'm seeing this exhibit for the first time.  I have no way of, you know, clicking on anything and checking.

So, no, you're showing me a static picture.  I can't click on it.  I suppose the one way to find out is to push "Buy now" and see what happens.  But I have not seen any evidence of -- I did cite in my other report the dispute data.

I've never seen an example of somebody saying that they purchased Robux and they were not real Robux.  So -- and I'm not aware that you can manufacture Robux in some way.

What you can do is represent something as Robux, and then the person will pay $300, and they're not Robux.  But that has -- I've not seen any evidence or claim or allegation or anything in the data that I've looked at or any other issues that suggest that.

So that is the basis of me stating that these are most likely authentic.  But you're giving me a static -- I can't click on anything.  I can't.  This

Page 91

seller has a 4.9, has 5,415 reviews of nearly perfect score on the stars.

So it is -- from a static picture, I got a seller here with 5,500 sales and happy customers, so I think probably authentic.

BY MS. STEHLE:

Q.    And could you walk me through, when you did your searches on the PlayerAuctions website, how you looked to see if PlayerAuctions was hosting listings for Robux sales?

A.    I went to a site called Google, www.google.com, and then I searched Robux PlayerAuctions, and I couldn't find any.  Then I did start an account on PlayerAuctions.  I went to their search.  I went to their search box and typed Robux.  I couldn't find any.

I found I went to the actual Robux -- they have a Roblox market or a Roblox-dedicated site for offering, page for offering.  No, I saw nothing there.  I saw lots of other experiences.

It was fairly consistent with what -- what Ms. Butler showed.  I then put the exhibit of Ms. Butler, which was a pretty long exhibit, as part of my report.  There were no Robux there either.  So that's my due diligence on this one.  Yeah.

Page 92

Q.    Okay.  I'm going to return to Exhibit 1, your rebuttal report, if you'll give me just a moment.  And I'm going to scroll to page 23 to 24, looking at paragraph 57.

A.    Yes, I've read 57.  There's a question?

Q.    The first sentence of paragraph 57 reads, "Castronova's exchange rate undercutting theory does not apply to PlayerAuctions," correct?

A.    Yes, it says that.

Q.    Okay.  Can you explain what you mean by that statement?

A.    Professor Castronova made a -- a statement that the exchange rate of Robux for dollars could be harmed by actions of PlayerAuctions.  That theory would not -- first of all, if that theory, we already discussed that that theory would not apply regardless of PlayerAuctions for with any kind of secondary market, any amount of secondary market, with the exception, it wouldn't affect exchange rates as long as Roblox is the only party that can make Robux.

The exchange rate of Robux to dollars is determined by Roblox, because Roblox is the one that makes Robux.  It sells them for whatever amount.  So it's the only way to buy them is from Roblox.  You can buy them on a secondary market, but the price had

Page 93

already been paid.  So that's first.

But, here, we're talking about a hypothetical, where somehow all kinds of other things might be happening, and PlayerAuctions comes in and has a vibrant market for -- for Robux, and somehow is interfering with the exchange rate.

When PlayerAuctions does not sell Robux, that argument is completely moot.  Now, if -- if you find a particular transaction and show me an exhibit, and granted, you didn't say that was the only transaction, you made it very clear.

If you find a few transactions of Robux on PlayerAuctions, because they don't catch it in time, that still does not interfere.  And in a 2006 Castronova paper that we are relying on, he makes it very explicit in non-ambiguous terms.  Low-level transactions of any amount do not cause harm.

So even if you find some slippage, slippage now used differently, some transactions slipping in of Robux, when PlayerAuctions has a policy of no Robux, that will not have by itself harm, that will not have an impact on the exchange rate.

Now if PlayerAuctions comes in and is the number one place to obtain Robux, you know, it might be an issue, even then, very doubtful if it's authentic Robux

Page 94

items, but one or two transactions are not going to make a dent in the exchange rate of -- of Roblox, and certainly not for authentic Roblox items.

Q.    How many listings would make a dent?

A.    It would have -- to make a dent, it would have to be a substantial, and by that I mean significant, non-zero percentage of Robux sales would have to go through PlayerAuctions specifically, rather than secondary markets.

Q.    Okay. Would more than 10 listings on the PlayerAuctions website potentially make a dent?

MR. RORIE:  Asked and answered.

THE WITNESS:  No.  No, they would not.

BY MS. STEHLE:

Q.    Okay.  What about more than 50?

MR. RORIE:  Incomplete hypothetical.

THE WITNESS:  It's completely outside the scope of what I'm supposed to do.  And again, we went through -- through a long discussion of what a secondary market does.  So we went through an issue of generality of secondary markets, how they affect exchange rate, and now we're talking specifically about PlayerAuctions.

So the secondary markets, if you get to a situation where all Robux or a large percentage of Robux, say double-digit percentage of Robux are sold on

Page 95

secondary market, and a large percentage of that is attributed to PlayerAuctions, we can start revisiting that.  But Robux are primarily bought from Roblox, and all Robux, at least authentic Robux, are generated, or at least first sold, through Roblox.

And so a secondary market for something that has been paid for at full price, you know, is -- the model for that, for how that affects exchange rate, is a problem.  Right?  This is very different.

So when Professor Castronova makes that argument, and he does speak in generalities, but he talks about loss of control for currency, he talks about currencies that are free-floating, that have a free-floating exchange rate, or at least a partially free-floating exchange rate, right?

So there is an exchange rate.  People are buying, you know, are buying currencies that are, you know, let's say on the blockchain or whatnot, and a company loses the ability to monitor, to control its exchange rate, because their exchange rate is free-floating.

Here, all the currency is bought first from Roblox.  We're talking about a secondary market here, not about a free-floating exchange rate market.

BY MS. STEHLE:

Page 96

Q.    Would you agree that even $1 shifted away from Roblox would represent a $1 loss in Roblox's revenue?

A.    No, we just discussed that.  No.  Because it's a secondary market.  It's not a substitution of a card that Roblox sold, or money or Robux that Roblox sold.  It's just a resale of that same amount.

So, in fact, I'm going to offer you an opposite, and very strongly supported opposite assertion.  It might very well increase the sale.

If I-- when I go to buy a car, what is the number one question that I look for when I Google, or when I ask the dealer, what is the resale value of that car?  A car that has a higher resale value is the car that my wife will approve me buying.  All right?  Otherwise, I will get yelled at.

So when a product has a secondary market, that product is more attractive.  When you allow people to have a secondary market for a Robux card, I am now able to go to a birthday party and give them the card and say, hey, if you don't like it, no problem.  You know, you can get your full money's worth for it, or at least most of it, back and buy something else that you want. Right?

So it's -- it allows me to buy more Roblox cards

Page 97

for birthdays, and I'm a big consumer of Roblox cards, okay?  Just for the record.  So I love them.  I buy all kinds of cards.  It saves me a lot of time.  Having a secondary market, or having a way to exchange them.

Now, my secondary market is not that the people that I give the card to then go to PlayerAuctions.  They do not.  What they do is they take the card and they re-gift it.  But that is a form of secondary market.

Every time that my friends take my Roblox card, put it in an envelope, put a "Happy Birthday Joe," and re-gift it, it's a secondary market, right?  They -- Joe now received the card that I've already paid for, and Joe is not going to buy a Roblox card.  Re-gifting is a secondary market, too, and that increases the sale of Roblox, not decreasing it.

Every time my card is re-gifted, Roblox sells more cards because of their ability to re-gift that card.

Q.    Do you have any data supporting the numbers of Roblox users or anyone making Robux purchases, buying a card versus buying Robux on the Roblox platform directly?

A.    No, it was way outside the scope of my assignment.  Dr. Castronova offers absolutely no data of any kind.  He makes it very clear, and I would not offer

PROFESSOR ERNAN HARUVY, PHD                                          JOB NO. 2303727
FEBRUARY 03, 2026

Page 98

affirmative.

The assertions I'm making to you now are based on economic theory or basic -- you know, basic economics, and they're in direct response to your questions. They're not offering affirmative opinions. They're offering what I hope are responsive answers to your direct questions.

Q. To go back to your car example, when you buy a car and are considering the resale value, are you entering any kind of terms of use as to that car with whoever the car seller is?

A. I sign a (audio interference) -- is that what you're asking?

Q. Could you repeat your response, Dr. Haruvy? I'm sorry, it cut out.

A. When I purchase a car, there is a contract of sale. It has some terms in it. What they are, I cannot speak to without reviewing that contract that I sign each time, but it's a contract. It has terms by definition.

Q. Do car purchase contracts typically include any provisions about reselling the car, and how or if that can be done?

A. I don't believe so. I would have to check, but I would be very surprised if they did.

Page 99

Q. So the car sale is a little bit different than a sale of Robux, correct?

A. The car sale is -- every sale of every item is different. I gave the example of a car sale to explain what a secondary market does to sales, because the question that I was answering to is every time that I sell my car for one dollar less in the secondary market, Roblox loses that dollar.

I said this is not at all, this does not follow, and I gave the secondary market as a response. When I said, when there's a vibrant secondary market for an item, it may very well increase the sale of that item, because it makes that sale less risky, the purchase less risky for the purchaser.

Risk is one of the most important considerations when you buy an item, and reducing risk by having a secondary market is an important demand shifter, because we keep talking about demand shifting. But it was directly responsive to your question about a one dollar loss to Roblox.

Q. Understood. We can move away from the car example, but more generally speaking, there is a difference if you make a purchase and there's no contract for that purchase, or if you made a purchase and there is a contract, but the contract doesn't talk

Page 100

about resaleability at all, or if you make a purchase and the contract specifically says you may not resell this. Those are all different situations, right?

MR. RORIE: Calls for legal conclusion and analysis.

THE WITNESS: Yeah. Every item, every contract has its own terms of agreement, terms of service. Yeah. I wasn't comparing contracts, I was simply stating the implication that a secondary market does not, in general, or even -- you know, typically, or in general, or by construction, reduces the sales or revenue of the primary seller.

BY MS. STEHLE:

Q. Let's return to this paragraph 57 here, and we can get back to the terms a little bit later. But I want to ask about the last question -- or apologies, the last sentence in paragraph 57.

And this sentence says, "A platform cannot suffer exchange rate undercutting where the currency itself is not sold and the PlayerAuctions marketplace is not currently a venue for retail Robux transactions."

Did I read that correctly?

A. You read that perfectly, yes.

Q. And you are aware that PlayerAuctions did sell Robux directly up until about February of 2025,

Page 101

correct?

A. I'm aware that it sold Robux at some point, that it was a venue for Robux. Yes.

Q. Okay. Just to confirm, we can scroll down on page 24, footnote 9, that confirms that Robux was a "product category on PlayerAuctions until February 2025."

Did I read that correctly?

A. Yes, you did.

Q. How did you learn that information?

A. I asked. I asked. I just asked.

Q. Who did you ask?

A. I asked Mr. Rorie.

Q. In your reading of Dr. Castronova's report, what portion of it suggested to you that his damages analysis began during or after February 2025?

A. Dr. Castronova does not offer a damage analysis. He's being very adamant that he's not offering that. He makes it very, very clear.

So I do not agree with your question. He does not offer damages analysis. He absolutely does not.

He offers -- he proposes a model that could be a foundation for a damage model by somebody else, probably not himself, but he offers a model. He points to his 2006 model and offers it as foundational, as a tool that

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 102

somebody could use. Then he explains it and gives some background.

There is no damage model or damage assessment, rather, in the Castronova report, and he's being very, very clear about that.

Q. Okay. Is there any indication in Dr. Castronova's report that the information that he's considering in terms of harm to Roblox starts at or around February 2025 and no earlier?

A. I think it's the same answer. You know, he describes categories of damage and he gives you a background in general that's not PlayerAuctions-specific about categories of damage. And that's about it.

He does not offer a damage model here -- or sorry, a damage assessment before February 2025, after February 2025, before any year or any after any year. He does not have a scope of years because he does not offer that assessment.

Q. Does that affect your criticism in paragraph 57?

A. No.

Q. If Dr. Castronova's report relies on harm to Roblox that occurred before February 2025, when PlayerAuctions took down the Robux vertical on its website, that does not affect your analysis in

Page 103

paragraph 57?

A. I just made -- you know, I explained to you that he does not offer damages assessment of PlayerAuctions to Roblox. He does not. So my -- he offers a general discussion of damages in non-economic theory and offers his 2006 model.

So you're asking me if I'm refuting his damage assessment, which he does not offer. And I'm saying, no, it's not -- he's not offering it and I'm not offering it and it doesn't change it.

My statement is when somebody -- the statement in that paragraph was, if a site is not a venue for Robux, that discussion is not -- you know, that discussion is moot.

That doesn't mean that I'm saying if a site was offering Robux as a venue, that there would be damages. We went through that already. I don't think so, but not in this context. It wouldn't. We already went through that, but that statement does not change.

That statement is not in reference to a damage assessment model that Mr. Castronova offers because he offers none.

Q. Okay. In the middle of that paragraph, you say, "However, he elsewhere acknowledges that PlayerAuctions does not sell Robux. That concession is

Page 104

fatal to the exchange rate argument as applied here."

Did I read that correctly?

A. Yes.

Q. So while PlayerAuctions took down the Robux vertical, as we looked at in the exhibit previously, there are at least some Robux for sale, at least one listing that we've presented so far on the PlayerAuctions platform; right?

A. You showed me --

MR. RORIE: Asked and answered.

THE WITNESS: You showed me an exhibit that you said was -- and I have no reason to dispute it -- of one offer of Robux, yes. And if -- you know, if Professor Castronova was going to offer a damages model for that listing and any other listing that you find, then I can look at it, but so far he has not. And so I am not rebutting anything that he offered.

And I'd be happy to look at the damages assessment for those listings that you found and for any other previous listing, if you show them to me, I will look at them.

Q. Okay. To the extent that PlayerAuctions does sell Robux on its website, assuming that it is selling Robux, what else undercuts the exchange rate argument?

Page 105

MR. RORIE: Assumes facts, outside scope, calls for speculation, incomplete hypothetical.

THE WITNESS: So I'm going to repeat the assertion that this is outside the scope, but it's not outside of my expertise. So I can help you if you want to understand general economic theory.

So just letting you -- do you want to know general economic theory of what affects exchange rate?

BY MS. STEHLE:

Q. So let me try and frame the question a little bit better. As I read paragraph 57 here in your report --

A. Yes.

Q. -- it looks like your argument is that Dr. Castronova's exchange rate undercutting theory does not apply to PlayerAuctions because PlayerAuctions doesn't sell Robux. Is that accurate?

A. No. It does not apply. No.

So my argument was simply restating what -- what Mr. Castronova already acknowledged, which is that there are no Robux being sold currently. And, you know, if there were -- if there were Robux before, that one could make an argument for why one thinks that that past behavior had an impact.

For that to happen -- and I'm following very

directly the 2006 paper.  For that to happen, you would first have to characterize that sort of sales on PlayerAuctions as -- as not low-level, as saying that a large portion of Robux is diverting, he's talking about diversion of revenue.

So a large portion of Robux sales are going to PlayerAuctions specifically.  And you would have to show that those Robux sales are somehow primary sales rather than secondary sales.  And you would have to show that there is an active exchange market that's being managed by -- or at least an active exchange market where the exchange rate is somehow floating somewhere.  There's an alternative, like a black market with exchange rates for how much a Roblox -- Robux is selling in the black market.  There would be an alternative market for it.

Here, you showed me one exhibit where, you know, it looks like somebody's selling a Robux that they've bought before for $6 less on a $300 purchase.  That is not an evidence of an exchange market interference.

So there would have to be -- you know, conceivably somebody could have a damaged model, but if they did, it wasn't offered here.  No such thing was offered here.  So there's nothing that I am responding to.

In his diversion of revenue argument, you know,

he has some numbers.  And one would have to say that some numbers that he offered between 2021 and 2025, he would have to offer an empirical analysis if it was doing a damage model that, first of all, that that amount is substantial in terms of overall Robux sales and show that those sales were impacting actual exchange rate.

And since Robux is selling its own currency at its own exchange rate, and there is no alternative exchange rate, that would be very hard to do.  But again, it's an empirical question.  Everything is.

So if he was going to offer something analysis, I would be happy to look at it.  He does not.  He just throws around some thoughts.  And I gave a report -- a rebuttal to that.

Q.    Is there some minimum dollar value that you have to hit in lost revenue before it's considered to be harm?

MR. RORIE:  Asked and answered.

THE WITNESS:  I think there's an assumption that you've made before that we went through the Toyota example again, that a revenue of Robux sales on the secondary market or PlayerAuctions specifically is dollar lost to Roblox.  And that is not -- that is an argument that I objected.

And there's a separate argument, and we're confounding that of exchange rate interference.  So there are two very separate arguments that are economically distinct.

One -- again, the first argument was that if PlayerAuctions sold a certain amount of Robux, that this is damages to Roblox because these are sales that were diverted, that Roblox would have sold this.  And I think the number was ███████████

And I think that one assertion that you made was that that's lost revenue.  And it's implied also in Castronova, although he doesn't say it straight out.  One could read it that way.

The paragraph that he talks about is one about diversion of revenue.  And so this ███████ ███████████ revenue that could have been done by Roblox, but wasn't.  But is it really?  It's not -- these are sales that were done already by Roblox.  So it's not that Roblox could have sold this.  Roblox did sell this money.  Right?  They sold it.  It was sold for the full price.

So that is a problem.  But the second one that is a separate argument that he makes is one of exchange rate interference, which is, in my mind, a more serious accusation.

Exchange rate interference is very different from the loss -- from revenue diversion.  Exchange rate interference means that somehow the quality of experience is -- that there is some exchange rate that's fundamental to the quality of the experience.  And that exchange rate is being tampered with, with essentially another market that is determining exchange rate.  And that is unproven.  That is done -- that is just an assertion that's done in a vacuum.  Right?

So the only place where he has numbers are the ███████████████████████████ Roblox. That number does not establish or even connects to any exchange rate interference in any way, shape, or form. There's no accusation.  There's no statement.  There's nothing.  And there's a separate argument about exchange rate, which is elsewhere.

Sorry.  Yeah.  So there's an argument of exchange rate, which is done elsewhere.  It's not connecting to ███████████████████

And then there is the argument of revenue diversion of how much revenue PlayerAuctions -- sorry, how much revenue Roblox would earn if they sold it.  And that is just not, that's not how it works, how secondary markets work.

BY MS. STEHLE:

Page 110

Q.    I don't want to harp on paragraph 57 too much, but one line that we haven't spent much time with is in the middle that references Professor Castronova's report and says that he acknowledges that PlayerAuctions does not sell Robux.

I don't see a citation for that particular sentence and was wondering if you could point me to where Dr. Castronova says that if I were to introduce his original report?

A.    Oh, I would have to search through it. I recalled it. I would have to comb through it. I don't -- I don't have a citation, like you said. So I don't -- I can't point to you right now to his exact sentence.

Q.    Does your opinion change in this paragraph if Dr. Castronova's report does not say that?

A.    I'm almost certain that it did. If you want to give me some time to look for it, I can. But I believe that he was very specific about -- he's generally very careful about how he writes. I think he was very specific about the time period that he was talking about.

He offered the years that he's referring to for the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ but it's just he writes carefully. So if you want me to take a minute

Page 111

and if you want to -- so you would first have to put the Castronova report as an exhibit and then give me 10 seconds to go through it.

Q.    Sure.

A.    Okay, cool. Maybe more than 10 seconds, but it wouldn't be long.

Q.    You can certainly take as much time as you need. Let me introduce Dr. Castronova's report as Exhibit 4.

(Exhibit No. 4 was marked for identification.)

BY MS. STEHLE:

Q.    I'll present this on the screen, take as much time as you would like.

A.    Right. So it's right there where he offers the ▮▮▮▮▮▮▮▮▮▮▮. So that would be on -- on the diversion of revenue paragraph. What page is it? Page 33 of his report.

And then he talks about a certain period of certain revenue from the 2021 to 2025, and he refers to in a footnote to PlayerAuctions' Amended Response, where -- I mean, he offers the period of time that he was talking about.

To me, that is an acknowledgement. I don't know -- oh, wait. I mean, he offers the responses, the

Page 112

amended responses, his evidence. And I -- my recollection is that they do mention -- yeah, I'm reading it to say that he's looked at the data and he understands what period he's talking about.

It may be that I stand corrected and he is not aware that the Roblox are no longer sold. When I read this, I read this to mean that he understands the period of time that he's looking at when he's collecting that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, he's given dates. But obviously, that figure does not go beyond those dates. So it wasn't my understanding that he's aware of what dates he's looking at. If he's not, then I stand corrected.

Q.    So Dr. Castronova is looking at a period of time, most of which is before PlayerAuctions took down the Robux vertical on its website, right?

A.    That's right. He's referring to specific current statements and responses. And so it was my understanding that he knows where those numbers are. It seems that he does. But if he's not -- I can't read his mind. My reading of it is that he does.

He's citing footnote 69 and 70, sources that acknowledge it. But if you're telling me that he didn't know that, then I will take your word for it.

Q.    No. I just want to make sure that we're

Page 113

reading the same things in the report. I agree that these are the numbers that Dr. Castronova looked at. And this comes from, as cited in his report, the Amended Responses to Interrogatories that Roblox received from PlayerAuctions.

But I did not see in Dr. Castronova's report a mention of PlayerAuctions taking down the Robux vertical --

A.    I understand.

Q.    -- referenced in your rebuttal. So I wanted to make sure, to figure out if that was a misstatement or if we were missing it in our review of Dr. Castronova's report.

A.    No, I think we're on the same page. I -- I think we're referring to the same paragraph. I read it a certain way.

But, again, if you want to clarify that he was not aware, then I'll take your assertion without disputing it.

Q.    I think my question is not about Dr. Castronova's awareness necessarily, but whether a statement about PlayerAuctions taking down Robux sales does actually appear in his report.

A.    I'm not seeing it on this one. This is the closest -- this is the most relevant paragraph.

Page 114

It's looking like he's acknowledging the dates that he's using. And he's referring to -- to sources that are clear that the site was taken down, that the functionality was taken down.

To me, that's an acknowledgement, and I think it's -- that's the best response I can give you.

MS. STEHLE: Could we go off the record, please.

THE VIDEOGRAPHER: The time is 10:06. We are off the record.

(Recess.)

THE VIDEOGRAPHER: Okay. We are back on the record. The time is 10:43 p.m. [sic] Pacific time -- a.m. Pacific time.

BY MS. STEHLE:

Q. Welcome back, Dr. Haruvy. I'm going to represent Exhibit 1, your report. And I'm going to move to page 12 of your report, looking at paragraph 29.

Okay. So in this paragraph, you state that Dr. Castronova, in his report, is making a category error; correct?

A. Correct, that's what it says.

Q. Okay. I'm going to go back to some of the discussion we started earlier on the definition of "game," and see if we can confirm what definition of game you are using throughout your rebuttal report.

Page 115

Could you define "game" as you use it in your report?

A. Yes. "Game," as I use it, or as Professor Castronova uses it in his articles, I'm using it in almost perfectly interchangeably with "experience," as defined by Roblox.

A game is the actual experience, is the actual setting where players come in and work within a developed environment towards some sort of means -- or sorry, some sort of ends, or targets, or experiences. It's a pretty broad category.

But the reason that I'm defining it here as separate from a platform is each game has its own developer that collects, that designs the game, that actually works on it, that creates it, that incurs the cost of creation, that designs this, that has the creative control of it, the coding developer, developers, or company.

And the players are interacting in that game as a self-contained unit. That is, that game need not rely or interact with other experiences or games, that it is its own entity.

So that is the -- that is a little bit critical because a game has its own set of distinct experiences, uses, possibly currencies, items, and so on.

Page 116

Q. Would you agree that one general definition of a game could be as simple as an entertainment experience?

A. No.

Q. Why not?

A. Because a movie is an entertainment experience and it's not a game.

Q. Sure. So I'm not saying -- and I can clarify the ask here -- that all entertainment experiences are games. But would you agree that games are entertainment experiences?

A. They can be. I think in the context of Roblox, it's fair to say. You know, I have other definitions of games that we talked about earlier.

I think when Roblox discusses its experiences, and when it uses the word "game" in its 10K, it uses it in the context of gaming. And it normally, or in many cases, when it says gaming, it also lumps in entertainment.

So I think it's not -- I'm not objecting to Roblox defining itself in the way that it does. It seems coherent to me.

Q. Would you agree that Dr. Castronova's analysis applies to any entertainment experience that includes the sale of virtual items?

Page 117

A. No.

Q. Why not?

A. Because he refers specifically to his 2006 model. In that model, he looks at -- he has a very well-defined construct there, which is the number of subscriptions, which is the -- right? He does a demand and supply analysis. He has a very well-defined unit, the number of subscriptions.

That particular experience that he's evaluating is a game. The game's revenue come primarily from subscriptions, although the game also has sales of the game. But I think it's a fair abstraction.

And those subscriptions have a certain willingness to pay. So that revenue model applies. I mean, I could -- if I was referring that paper, I have -- I would have some things to say, but that would be outside of the scope of today.

I'm not fighting with that model. I'm just saying that that model is not applicable here, because the unit of analysis is not defined, whereas there it was definitely defined.

And, you know, we can get to some problems that I have with that paper, or maybe I can do it someday separately with Professor Castronova, but it's not -- you know, the key thing is that paper apply here,

Page 118

because the main point of this report is to say there exists a model in some paper that could be applied possibly with some modification.

And I'm saying no, it cannot, because here you have multiple experiences. So you have to, first of all, define the unit, what it is that is demanded, what is the price of it, what is the unit of analysis. There are multiple games here.

If you're arguing that -- and the items that are being sold, there are two sets of items. This is why it was important, this whole discussion, argument, questioning that we had about Roblox was very critical, because Roblox is very different from the other items, because most of the items that are being sold currently, with the exception of -- of, you know, the couple of items that you were alluding to that slipped through, the items that are being sold on PlayerAuctions are in-game items, right?

There are things like Adopt Me pets, there are things like various gadgets in Steal a Brainrot, there are things like fruits in -- that gives you different powers in Blox Fruits.

So those pertain to games. When you sell, when you trade those items, if you want to make an argument about any sort of utility, enjoyment, and so on, that

Page 119

enjoyment would be of the actual experience itself. And that -- that's why it's problematic.

Now you have to aggregate those to somehow translate what the revenue of the experience, what is the producer surplus of the experience to the producer surplus of Roblox. But here's the catch, Roblox and the producer are almost zero-sum. That is, when the producer -- right. This is the argument that you and I had a little bit earlier, argument or discussion that we had, where you said a dollar lost. Is a dollar sold of Roblox on the market a dollar lost to Roblox? I disagreed with that, but there was a fair question.

And now you can ask the same question is, is a dollar gained by a producer, the producer here being the game developer, a dollar gained or dollar lost to Roblox?

When Roblox look at the surplus of the producer, it accounts for it on its 10K as a cost. Roblox does not look at itself and the producer as aligned as the same unit. It looks at them as opposite. A dollar that it pays to producer is a dollar lost to itself.

So now when you're looking at producer surplus, you have to be very careful. The platform here and the producer are at odds, they are opposite. All right? So you cannot lump them in some sort of an abstract and say

Page 120

producer surplus is some sort of aggregation of Roblox and its producer. It's quite opposite.

Q.    Can you point me to where you discussed this in your rebuttal report?

A.    I cannot. You asked me a question about my definition of a game as opposed to a platform. I gave you an answer that was my best to be responsive to you.

Q.    Okay.

A.    But we did say -- we did say that I have, unlike the previous deposition, here, we're talking about economic theory.

The essence of the report is there exists a paper, 2006 paper, that has this model. The report itself does not go through all the nuances of that model and of that paper. It just says that it exists.

So when you ask me a question on definitions for that paper, I have to give you a background and sometimes it will not be something that's in a paragraph. It's just directly responsive to your question.

Q.    Are all items on the Roblox platform experience-specific?

A.    No.

MR. RORIE:  Vague as to items.

Page 121

THE WITNESS:  No, not at all. Most of the items on the Roblox marketplace are not experience-specific. They are avatar-specific. They are enhancements to the look and feel of the avatar or the --

So the one thing that does cross over from experience to experience, if one wants to, is the avatar himself. That one will cross over and the enhancement of the avatars, the animation of the avatar, are great sources of pride for the kids who play them, like -- and then it gives them immense pleasure. And those things are sold on the Roblox marketplace and on Roblox Premium.

Roblox Premium now has additional items and allows traders or developers to also offer items. Those items, for the most part, are not experience-specific.

But the items that are sold in PlayerAuctions are, for the most part, experience-specific. And this is important because I think the discussion in Castronova gave an example, I think, of a fedora. And that would not be experience-specific, right?

That -- a fedora is something that's an avatar-specific that would cross experience. That would be sold by, for the most part, by -- by Roblox. Or even if a developer offered it, it would be sold on the Roblox marketplace. Whereas the items that are sold in

Page 122

the experiences are more, you know, are not typically sold on the Roblox marketplace, but they are sold on the PlayerAuctions.

BY MS. STEHLE:

Q.    When you say that for the most part items sold on PlayerAuctions are experience-specific, what is that based on?

A.    It's based on the exhibit that I have that represents your expert Ms. Butler's assertion of what kind of items are typically sold, as she refers to on Roblox.

She represented it as such, and I am offering that as your representation of what items are sold in PlayerAuctions.  I have no reason to dispute it.  I'm not disagreeing with her.  I just offered it in this report, a screenshot from her report.

Q.    Is that the only thing that you're basing that assertion on?

A.    No, it's the only thing I'm offering in my report to illustrate it.

Q.    Okay.  What else are you relying on for that assertion?

A.    My experience with the Roblox platform.  But I offered you -- I prefer to not use my experience, because I'm not a representative sample, nor am I at

Page 123

arm's length.

So I offer your expert testimony, your expert's testimony, as an illustration of what kind of items are typically offered.  It wasn't just a few instances.  It was fairly long.  It was pages of examples.

Q.    Okay.  But just to confirm, your experience and the exhibit that you attached of Ms. Butler's stimuli are what you're relying on to say that most of the items sold on PlayerAuctions are experience-specific, right?

A.    Let me then paraphrase my statement.  Most of the items, if not all of the items, and I think it's all of the items on the large sample of items by Ms. Butler are experience-specific.

And the items that I saw when I did my own investigation of PlayerAuctions were also experience-specific.

I cannot say that all, 100 percent of all items ever sold on PlayerAuctions are experience-specific, because I don't know.  So I give you what I know.

I found it -- I mean, I could have printed more pages, but it seemed like I gave quite a few pages in that report, and it seemed redundant to offer more pages.  So I gave as many as I could to illustrate that argument.

Page 124

Q.    But you did not quantify in your report what percentage, for example, of the items on PlayerAuctions website are experience-specific versus not experience-specific, correct?

A.    I did not, but the implication is that they're almost all experience-specific, and I'm clarifying now that that is my understanding from that set of evidence.  And, again, I cannot go back years and tell you what was then the case.

We already covered Robux.  Robux -- there was a number offered by Mr. Castronova of ███████████ ████████████ are not experience-specific.  Robux are platform-specific.  So that's the qualification to that assertion.  So at a snapshot in time, that's what it was.

Q.    Am I correct that paragraph 59, starting on page 24 of your rebuttal report, discusses Appendix B, the screenshots from Ms. Butler's survey?

A.    Yes.

Q.    Just to confirm, the screenshots in Appendix B were not created by you, correct?

A.    I mean, they were copy and pasted by me, but no, they were not created by me.

Q.    And Appendix B represents just a subset of listings on PlayerAuctions?

Page 125

A.    It's just -- it's a copy and paste from the Butler report.  It's like a perfect copy and paste.  I did not alter it in any way, except it has the page numbers, I think, of my report in them.  But I did not touch her exhibit to the best of my ability.  I did not alter it.  It is what it is.

Q.    Right.  But there's nothing in your report or in Ms. Butler's report stating that this is a comprehensive or exhaustive listing of what is available on PlayerAuctions' website, right?

A.    Of course not.  And it's also not -- it's a -- you know, her report is representing that this is a typical stimulus.  If not, then that would be a problem with her report.  I did not question her report on that.  But that report does represent her testimony as to what is a typical stimulus.  And more than that, it is a problem.

Now I see, I'm looking at that exhibit.  It's not modified, but it may be cut off a side of it.  It's showing the items themselves, but not the seller ratings.  So it's showing the seller ratings in some way.  I did not modify that thing, but it does look a little odd.

Q.    No worries.  And I didn't think that you modified the stimuli, to be clear.  But let's return

Page 126

back to Dr. Castronova. Are you aware of if Dr. Castronova relied on this exhibit at all in his analysis?

A. I would be pretty surprised if he did. And I'm reasonably sure that if he did, he would have put it in his analysis. He would have, in my opinion, would have supplied it as reliance material.

So since he didn't, I can assume that he did not rely on it.

Q. So Dr. Castronova, to your knowledge, did not analyze the specific listings in this exhibit, right?

A. As best as I know, unless you tell me otherwise.

Q. So the citation to this particular exhibit is not responsive to specific analysis performed by Dr. Castronova, right?

MR. RORIE: Calls for legal -- sorry. Calls for a legal conclusion.

THE WITNESS: It is specific to analysis by Castronova because it's directly -- it's directly pertaining to paragraph 59 that you just showed earlier, that was a direct responsive to analysis done by Mr. Castronova.

So, you know, I'm saying that the items in issue

Page 127

are not Roblox marketplace items. Dr. Castronova was talking about items that are under the control of Roblox. Roblox has control over the pricing on its marketplace.

And the argument was that there's an interference with that pricing because now there's a secondary market, which is repricing these items. It doesn't appear so. And that's what paragraph 59 says, that that argument is just not supported.

And then I'm offering the Appendix B, which is -- it's not just Ms. Butler's representation. I mean, this Appendix B is very important because Ms. Butler also made a comment or an opinion about what is a non-infringing activity.

So that exhibit was scrutinized and is representing, to some extent, your position because it's making legal -- that exhibit is a legal statement about what is infringing and non-infringing action.

So it's a careful exhibit. It's not some random set of items. It is an exhaustive and it's long. It's a snapshot of what she saw when she went on that day. It's not a representation of what happens two years ago, three years ago, three months ago. It's what she saw when she went.

Just like I said, I did not alter her exhibit.

Page 128

I think she made a similar statement that she was not really making alteration. This is a screenshot and it was what she represented as a representation of the kind of items that are offered.

And, again, this is not a "gotcha" kind of evidence. I independently went and looked around and I did not see anything that was disproving or that was inconsistent with what she was providing in that exhibit.

BY MS. STEHLE:

Q. Did you assess with any kind of more formal methodology whether the listings that you saw in your view of the PlayerAuctions platform differed materially from those here in Appendix B?

A. I think at any snapshot in time that you go to PlayerAuctions, you will find whatever is trending at that time, whatever are the most popular attractions. They do fluctuate from day to day, but the popular things that are traded are experience items.

It's going to be very difficult conceptually to see why somebody would have a secondary market for a Roblox marketplace item. It's not in the nature of what the secondary markets are.

I've seen not just in PlayerAuctions, but I've also looked around the various competitors like

Page 129

El Dorado, The Game Boost, which is part of Discord. It does not -- they don't really offer marketplace items.

Roblox is pretty secure in its marketplace and what it offers. I have not really seen anywhere marketplace items that are being sold in secondary markets. It's these items.

Q. Did you assess when you were looking at the PlayerAuctions platform whether what's listed here in Appendix B materially differed from what you were looking at in your independent review of the platform?

A. I don't know what you mean by materially different. I just -- you may need to explain that to me. I know the words, I just don't know what you mean.

Q. Did you do any kind of formal assessment comparing what is here in Appendix B versus what you were seeing in your review when you looked at the PlayerAuctions website and what was available for sale?

MR. RORIE: Asked and answered.

THE WITNESS: No, it would have been outside the scope and I did not see any -- anything anomalous in what she was presenting that would have given me any point of disagreement with her.

I don't generally spend time doing things without a purpose. There would have been no point to do that formal analysis since I don't disagree with her.

Page 130

BY MS. STEHLE:

Q. Okay. Did you see any items on PlayerAuctions' website that were created by Roblox as opposed to third-party developers?

A. I did not see those items. If you tell me that there might be, I did not see them. No, not at all. You showed me an example of Robux. Robux is created by Roblox. It's not created by an independent developer.

So you showed an exception, but I did not dispute that. I just said it was not a general venue for it and it's not something that PlayerAuctions currently supports, but that would be an example of something that's not experience-created.

Q. Are you aware that some of the items outside of Roblox sold on PlayerAuctions are created by Roblox and not created by third-party developers?

A. It is possible. I did not make any assumption about that.

Q. Would that change your analysis at all?

A. I think it would -- if Mr. Castronova wants to limit his report to marketplace items and restrict his opinion to marketplace items, then that paragraph where he talks about marketplace items would then be a representative example for his report.

Page 131

Is that a qualification? Is that what you're asking for? He made an example of marketplace items. I said, those are not the items that I'm seeing and you're asking me now if I saw some items that are like the items that you talked about, would that change my opinion?

I would then let that example stand for those items, but that would really restrict the scope of his report. If he's making that restriction, I could then talk about that.

Q. I'm going to introduce Exhibit 5.

(Exhibit No. 5 was marked for identification.)

BY MS. STEHLE:

Q. This is a screenshot of a Roblox item captured from the official Roblox marketplace. Does that look accurate?

A. It looks -- yeah, I understand that exhibit. Yeah. I know what I'm seeing.

MR. RORIE: Just for the record, Blackstone Nation. Go ahead.

THE WITNESS: Is there a question?

BY MS. STEHLE:

Q. Yeah. I just wanted to start with this and then I'm going to return back to your report

Page 132

shortly. We move back to Exhibit 1. We'll scroll down back to Appendix B where we were previously. Did you review this portion here on page 139 of Appendix B?

A. Yes.

Q. Do you see the graphic in the top right corner of page 139 with the pixelated cat that says, "Roblox items"?

A. Yes.

Q. Then do you see the text at the top of the page that says, "Roblox cheap limiteds that don't skimp on the quality"?

A. Yes.

Q. Do you know what a Roblox Limited is?

A. Yes.

Q. Could you describe what that is, please?

A. My understanding is Roblox Limited items are sold in the premium version of Roblox. They're just restricted items that Roblox makes a little bit more pricey by making them a little bit more scarce.

Q. Do you see on line 4 of the first paragraph where it says, "Luckily, there are affordable options for under 100 Robux that don't skimp on style or functionality"?

A. Uh-huh. Yes, I see it.

Q. And you understand that Robux is the

Page 133

currency Roblox both issues and uses within the platform, right?

A. I do.

Q. And Robux is not experience-specific currency, correct?

A. Say that again. What is not experience-specific?

Q. Robux.

A. Robux or Roblox?

Q. Robux.

A. Robux -- Robux is a currency that's used on Roblox and can be converted to experience-specific currencies or buy stuff on the Roblox marketplace on Roblox Premium as well.

Q. I'm going to move back a little bit in your report to this Exhibit 2, here, comparing Steam versus Roblox; is that correct?

A. Sorry, Exhibit --

Q. 2 on page 41.

A. Okay, yeah. Steam versus Roblox, yes.

Q. And you created this exhibit, correct?

A. I did, yes.

Q. Can you explain why you created this exhibit?

A. Yes, just a second.

Page 134

Right.  So I wanted to kind of explain what is the difference between a platform and a marketplace. So -- but let me actually just refer to the paragraph that has that exhibit so I can -- because it should explain it.  It's Paragraph 51, right?  Can we go to Paragraph 51?

Q.    Absolutely.

A.    Okay.

Q.    Is this the paragraph you were looking for?

A.    Yes.  What I was trying to explain in 50 and 51 is that there are independent developers in Roblox that -- where the monetization, the content is completely user-generated and creators are depending on a different types of revenue model.

Whereas the creators are continuing to monetize the -- to monetize experience in a continuous way, where a Steam creator or developer can sell on Steam, but then that's it.  There's no additional monetization by the creator.

And that is important because a secondary market on Steam does not give -- once the developer has sold a game on Steam, that revenue stream is over.  Whereas on Roblox, the revenue stream is continuing.

It's very important for the creator to have

Page 135

continuing engagement.  It's very important for the creator to have bargaining power with Roblox to be able to essentially have sources for monetizing his game.

Roblox decides to pay, I think it was, I said 26 percent to developers.  Developers -- Roblox is a monopoly, it's a monopoly for those developers.  The developers don't have an outside way of extracting revenues.

Having a secondary market can give developers additional engagement, additional monetization sources and so on.  So that was the sort of the contrast between Steam and Roblox.

Steam is a retailer of games, even though there are multiple game developers, they don't have revenue streams that are continuing, that are ongoing within the platform.  Once they sell the game, it's over.

That's the purpose of that, is to sort of explain the dynamic between Roblox and its developers and to illustrate that it's not going in the same direction, that Roblox and its developers are not necessarily aligned in terms of their interests.

Q.    Is a player who buys a game on Steam able to resell it?

A.    A game on Steam, I don't think so, but I don't know.

Page 136

Q.    Can you point me to what you relied on to create this chart in Exhibit 2 on page 41?

A.    Let me see.  That looks like a general knowledge.  I apologize for not having a source for it. It was intended as a contrast to explain that Roblox has its own relationship with developers and that it's not a development company.  It doesn't have development of games.  It could be better sourced.

Q.    Would you consider some of the experiences that are available on the Roblox platform to fit the common understanding of "game"?

A.    I think that Roblox would have an issue with it.  I think they're pretty adamant about that definition.  They're very careful and they like their branding, so I wouldn't want to argue with that.

As far as conversation between you and I, I'm okay with using them interchangeably.  For the purpose of applying the Castronova model between an experience and a game, I don't think the nuanced differences that Roblox values are that critical.  I would be willing to concede that a game analysis and experience analysis would look very similar.

Q.    So, here, in the fourth row down in the Roblox column of Exhibit 2 --

A.    Yes.

Page 137

Q.    -- you state that Roblox develops no games, correct?

A.    That's what I said, yes.

Q.    Okay.  And, to clarify, when you say games here, you're referring to Roblox experiences, right?

A.    That's correct.

Q.    Are you familiar with the Roblox experience called Classic Crossroads?

A.    I'm not familiar with that experience. I'm ashamed to say I'm familiar with many of their experiences.  I've never heard of Classic Crossroads, no.

Q.    Are you familiar with the Roblox experience called Classic Chaos Canyon?

A.    Classic Chaos Canyon?  I'm not recalling being in that experience, no.

Q.    What about Classic Glass Houses?

A.    I'm pretty much not familiar with anything that starts with those -- the Classics, maybe -- I'm not aware of Classic Glass Houses, no.

Q.    Are you aware that all of these experiences are, in fact, developed by Roblox?

A.    I -- I mean, if you assert so, I have no reason to dispute that.  So that would -- that would put a dent in that Roblox develops no games, but the

Page 138

qualification is that at least those Roblox experiences that are best sellers and that are shown on that exhibit are not Roblox-developed.

If you tell me that Roblox has developed some experience, it has numerous experiences, I will take your word for it.

Q. Does that change your analysis at all?

A. Not unless you tell me that the major revenue source for them is their -- those classic Roblox-developed experiences, then it would be different.

Yeah. Roblox developed experiences would be, if they are to the extent that they're Roblox-developed experiences are a major source of revenue for Roblox, and if Roblox asserts harm to those experiences, that specific harm to those experiences would be harm to Roblox.

In that case, Roblox and its own internally developed experiences to which it pays no money, because it's -- by internally developed experience, I mean that they are -- they're not compensated as developer experiences, they are -- they go straight to Roblox. They're not a cost, they're a revenue.

Q. What would you define as a major source of revenue?

Page 139

A. Any substantial amount of revenue, let's say, high single digits, double digits, or so on. That would be something that puts a dent.

But not only that, you would have to say that there's also trade on PlayerAuctions of these so-called Roblox-developed experiences. So that would be a second element to their harm.

I did not see Classic Glass Houses, I did not see the Classic Chaos Canyon on the PlayerAuctions. If you tell me that that's a big chunk of the trade on PlayerAuctions and also a big revenue source for Roblox, then it changes my analysis or my rebuttal.

Q. If we scroll up to page 40 here, in Exhibit 1 to your rebuttal report, to Dr. Castronova's report --

A. Okay.

Q. Can you explain how you tabulated the number of times that these terms were used in Dr. Castronova's report?

A. Yes. I first found the page number by using control-F on his report, and then I wrote down this page number. And then I counted how many page numbers are in that column, and I put it in the first column. That's it.

Q. You understand that users of

Page 140

PlayerAuctions are engaging in what is commonly referred to as real money trading, or RMT; correct?

A. Just repeat the question. I'm just trying to understand what the question is.

Q. You understand that users of PlayerAuctions are engaging in what is commonly referred to as real money trading, or RMT; correct?

A. That is correct.

Q. In your words, what is RMT?

A. Real money trading, or RMT, refers to purchases of game items with either fiat money or with game currency that is directly exchanged for fiat money, that has a direct value in fiat money. Those are real money trading.

Q. Would you agree that RMT is commonly described in the gaming industry as a gray market activity?

MR. RORIE: Lacks foundation.

THE WITNESS: I think it depends on the game. I think it depends very much on the rule of the game, as Professor Castronova makes very clear in his 2006 paper.

It depends on the game and on the firm that is putting that game out. What he said in his article was that firm-sanctioned trading means that players are okay with RMT and that RMTs -- he didn't say that, but that

Page 141

wouldn't -- it would follow that RMT is no longer a gray market activity.

To be clear, in Roblox, as soon as you walk into one experience, with the caveat that I've never been to Chaos Classic and to Glass Classic, and I have no idea what they do. But the experiences that I have been to, which is all the ones that are listed in that Butler report, those experiences, all items there that are involved -- items and characters that are involved, every one of them can be bought for money.

I think that Professor Castronova makes a distinction, or at least implies a distinction, between buying them for dollars at PlayerAuctions and buying them for Roblox that are bought for dollars on -- sorry -- buying them for internal game currency that is bought for Robux that are bought by dollars.

There's a distinction there, but the distinction is simply a mediation distinction. There is no distinction as to what actually occurs in terms of real money trading. Both of them would be characterized the same way.

And that the evidence for that, or at least the support for that, comes from the 2006 article that is the basis of this, where Sony Online Entertainment allowed for real money trading on one version of its

Page 142

EverQuest game, and by real money trading it wasn't that people could buy the items directly, but rather that people could buy gold directly through, of course, the same way that you buy a Robux, through the website, through the company, and then use the gold to buy stuff. That was called real money trading, and that was very similar to what's happening on Roblox.

So I think, again, the issue of disagreement possibly between me and Professor Castronova, although I can't speak for him, but the issue of disagreement, at least between the reports and maybe between the sides here, is whether there's a fundamental material difference in terms of enjoyment of players on whether the real money trading is done on PlayerAuctions or is done or is mediated through Roblox. That seems to be the material disagreement.

BY MS. STEHLE:

Q.    So I want to make sure that we're operating with the same definition, or at least that I understand your definition of RMT.

A.    Yes.

Q.    Do you agree that RMT is understood to be unauthorized off-platform trading?

A.    I do not agree with that. No, that is not an agreement that I have.

Page 143

Q.    So is it your opinion that when Roblox makes a sale to a Roblox user, that qualifies as RMT?

A.    It is my opinion that when a game -- when the advancement in the game or performance in the game has items that are affecting gameplay rather than just cosmetics, and those items are offered for sale for a currency that is directly convertible to a fiat currency, then that has, for all practical purposes, the same impact on, or the same material impact on enjoyment as if you could just skip that intermediation by the item directly for dollars.

So fundamentally, from a theoretical perspective, from an economic theory perspective, there is no fundamental reason to assume that intermediating -- or mediating, rather, the dollar purchase of an item by first going to an exchange to Robux and then exchanging it again to an in-game currency and then buy the item, as long as those have defined exchange rates, is improving welfare, improving consumer satisfaction relative to just buying the item direct.

It's -- again, from a theory -- from a theory point, unless there is some sort of something, something else, there shouldn't be a material difference.

Now, the second that you put gray market in

Page 144

there, in that definition, and ask me, is it my understanding, gray market? Gray market and black market have a certain connotation to them that there is something -- something that's inappropriate that's done.

In the case of the 2006 article, since the game itself absolutely did not have any way of obtaining gold in some sort of a game, in-game or in-platform or in-company conversion, introducing real money trading, whether it was sanctioned by Sony, which it was, whether it was through the company or outside, interfered with gameplay because it changed the rules.

And that is the source of that 2006 analysis, which is the basis of the model that we're discussing right now. It's not the basis of it, it is that model.

MR. RORIE:  Hey, Sarah, I think you might be on mute.

MS. STEHLE:  Thank you very much, Mr. Rorie.

BY MS. STEHLE:

Q.    Just to make sure that we're at least operating from the same definition of RMT and that I understand what definition you're using throughout your report, are you saying that RMT -- that both of the following examples that I'm about to give would qualify as RMT?

Example one, a PlayerAuctions user makes a

Page 145

purchase on the PlayerAuctions platform; Example two, a Roblox user uses Robux within the Roblox platform to purchase an item. In your definition of RMT, do both of those examples count?

A.    Just to make sure that we don't have confusion about what I'm saying, let me just back up just a tiny bit.

I'll define to you real money trading for the record. Real money trading means very precisely exchange of in-game items, currency, or accounts for real world money.

That is neutral, that has no connection to legality or authorization. Gray markets, black markets, or any other color markets. RMT can be in white markets, which is in gray markets, or in black markets.

I hope that's very clear. And I don't know that Mr. Castronova has a disagreement with that. If he did, that disagreement would be incorrect because it's a very well-defined term.

Now in Roblox, Roblox has terms of agreement or terms of service that are part of this dispute that we are in the middle of. And Roblox asserts that those secondary markets are not within its terms of agreements.

So in that case, there is, at least for Roblox

Page 146

definition, a distinction between those. So I just wanted to clarify that distinction because if Roblox asserts that these are not terms of agreement, then there is now a little bit of a dispute and a large dispute.

And now we're getting into coloring markets with different shades, but it has nothing to do with the definition of RMT. Now please re-ask the question so I can be super responsive.

Q.    Does your definition of RMT depend on whether the trading happens within the game boundaries or outside of the game boundaries, or is it agnostic to where the trading takes place?

A.    The definition of RMT was already stated. It is agnostic to where the trading takes place. The harm or the distortion of user welfare that is the essence of the Castronova analysis very much depends on where the RMT takes place. It is critical to his analysis.

Q.    Where are you getting your definition of RMT from?

A.    It's a standard definition of RMT. This is our real money trading. It's just a trading and you can -- it's not something that I would normally cite. You can look it up if you want during the break. It's

Page 147

not a controversial definition. It's a standard term of art.

Q.    According to whom?

A.    According to me, and I can look it up during the break if you need a particular reference. I don't -- I mean, unless you want me to spend some few minutes looking it up and giving you a reference, I could, but right now I'm restricting myself to your exhibits.

Q.    Do you have any examples maybe of a game platform or developer referring to transactions like microtransactions as RMT?

A.    Yeah. It's a very good article by Mr. Castronova of 2006 where he talks about the -- you know, and he in fact bases this whole report on that article where he talks about RMT that's authorized, that's in a white market, which is the EverQuest market in the Sony Online Entertainment. I like that article. It's a good source.

Q.    Have you ever done academic research on RMT before?

A.    Real -- yeah, I just published a paper.

Q.    On real money trading?

A.    Of course. It's Gods Unchained. So what is -- do you want me to look it up something? It's in

Page 148

my vitae. It's in the report. If you allow me to take a second, it'll take me one second to find it in my report.

Let's see. Yeah, it's the number one on my referee publication.

Q.    Okay.

A.    If you go to my vitae, it's the top one. Soogand Alavi, Ernan Haruvy, Ying Xie, 2025 on the Role of Provenance in NFT trades, International Journal of Research and Marketing, Volume 42, Issue 3, Part A, September 2025, pages 610 to 625. It's the most top one on the resume.

Q.    Great. In your discussion of Dr. Castronova's 2006 article, it sounds like you are recognizing that he distinguishes between RMT in a white market and RMT in a gray market, right?

A.    No, that's not what I said. I said that in the discussion of his report now, he's distinguishing those two. He's calling one of them RMT, and he's being a little vague on the other.

In his 2006, he's not -- he's not being ambiguous. That's an academic article. He's being very clear about what he means.

Q.    Is RMT unique to Roblox?

A.    Of course not.

Page 149

Q.    Are you aware of critiques of RMT?

A.    It's always a source of great debate. I mean, companies struggle with it. They think about it a lot. But it's not just the RMT as you think of it as a gray market. They're thinking of RMT as a monetization of -- or as an item that they want to control or they want to not control. This is part of the research that I do. Right?

The sort of gravitation of -- of online platforms to blockchain means that the companies are giving up control of their currency. That is a serious debate. It's something they think about a lot because companies want to maximize their revenues and profits.

Q.    Would you agree that one critique of RMT is that it can undermine platform-designed progression systems?

A.    It depends. I think the 2006 examples that Mr. Castronova provides is one that is exactly, at least the evidence supports in that example, something like that. But that is because the game progression, and again, the 2006 was talking about EverQuest.

And in that case, you get gold by going and fighting monsters. You have to fight a lot of monsters to get gold, different kinds of monsters of different difficulties. I think there's rate -- there's a lot of

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 150

different ways of earning gold.

But that was the whole point of the game. It's essentially the scoring system of the game is how many monsters you killed. And then comes somebody and says, oh, you know what? You have a high score, but let me improve my score. I 'm just going to put $100 and look, now I have a higher score than you. That messes up the game in a major way.

And I'm glad that Sony Online Entertainment viewed it scientifically and did an empirical characterization of that. But that's not super surprising.

Now you have experiences in Roblox where you walk in -- and you can try during a break, to go walk into Steal a Brainrot, which is their top attraction, and just move around a little bit and you'll see your Roblox -- your Robux account depleted. There are no scores on Roblox in terms of, you know, the currency is not scores, not a game progression.

Games like Adopt Me or Pet Simulators are collector games where you're collecting items. Right? And you -- it's built into the experience that you can buy those items for real money.

By real money, I mean Robux, which you then buy for dollars. Actually, in-game currency, but in Steal a

Page 151

Brainrot, you're actually buying them straight for Robux.

So it's not the same. It's not a general statement that you're going to say that because Dr. Castronova wrote a nice paper about EverQuest that all games are generalized in some way. You have to look at the specifics of the game and how real money trading interacts with it.

And the source for that, since you want source, I have a great source for that. It's a paper by Castronova in 2006, where he -- which is the main paper we're discussing now, which she says that it's the source that matters for RMT, that firm-sanctioned trading means that players are okay with RMT. He says it outright in that paper. And I like that statement.

Q.    How does RMT interact with platform pricing and monetization?

A.    In general or in Roblox?

Q.    In Roblox.

A.    Roblox currently, and I'm not sure if that was by design or just a historical happenstance. Roblox, the way they account for the revenues and what accounts for much of the revenues is through deferred revenues. That is through the sale of Robux. So it's their method of scoring themselves.

Page 152

Now their -- their developers are getting a portion of that, but it's their internal accounting. It's probably like we already talked about slippage.

It's a big -- I mean, slippage may or may not be an important part of the revenue model, but it's just how they monetize. It's a big part of how they monetize their experience. It doesn't mean that it's the only way to monetize. It's just their internal accounting.

And when they have -- according to Mr. Castronova's report, when they have a secondary market, it does not please them. So in their accounting, in their accounting system, it's how they view their monetization efforts, or at least it's how they account for them. Their Robux sales. It's not usual. It's -- you know, most games don't have cards where you can buy them in stores as birthday presents, but it is an important part of their monetization.

Q.    Can RMT affect enforcement or monitoring costs for a platform?

A.    I think that Mr. Castronova cites both public facing and internal documents where Roblox equates or at least dedicates sources to that.

Whether that activity and perception is justified or not, he cannot say because he doesn't have independent data. And I cannot say either without data.

Page 153

Since he doesn't have data on that, and I don't have data on that, it's outside of his scope and therefore outside of mine. I don't have a reason to think that they are correct in their internal and public facing assertions. I think they are confounding their definitions and therefore are simply drawing erroneous inferences that are detrimental to their revenues. But that is at this point a conjecture and outside of my scope. I'm just giving you a response.

Q.    I'm going to introduce as Exhibit 6, the following report, titled, "Banking and Video Games in Virtual Worlds".

(Exhibit No. 6 was marked for identification.)

BY MS. STEHLE:

Q.    Dr. Haruvy, have you seen this report before?

MR. RORIE:  Go ahead and take a look.

THE WITNESS:  Yeah, let me take a second, please.

BY MS. STEHLE:

Q.    Yeah, take all the time you need.

A.    Yeah. I'm not -- it's not ringing a bell for something that I considered, but I'm happy to entertain this and to answer questions about this if you

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 154

give me sufficient time to look at each, you know, section that you are referring to.

Q. No worries. I think we're going to actually pivot back just because this is pretty important to both your analysis and Dr. Castronova's analysis, looking again at the definition of RMT as you understand it. So you pointed me to Dr. Castronova's 2006 article, correct?

A. Yes.

Q. We're going to introduce that article as Exhibit 7.

(Exhibit No. 7 was marked for identification.)

BY MS. STEHLE:

Q. And take as much time as you need to review, but please let me know if this is the article that you are referring to.

A. Yes. Except it already came out, but yeah, it's just a different version that was forthcoming, but the article was published.

Q. I'm going to scroll down to page 2 of this PDF. Within this introduction section here -- did my highlighting show up on your screen?

A. It's showing, yes.

Q. Great. Do you read this paragraph and in

Page 155

particular this sentence to mean that RMT is person-to-person trading versus person-to-platform sales?

A. Person-to-person -- innocent -- I'm going to read the highlighted sentence. "What is innocent person-to-person trading to some is noxious disruption of the game to others."

That's -- so now the question is what?

Q. Does the definition of RMT as you understand it require person-to-person trading?

A. No, it does not.

Q. And you are pointing to this paper as evidence for your understanding that RMT does not require person-to-person trading. Am I understanding that correctly?

A. I am pointing to a different section of this paper that looks at the Sony Online Entertainment experiment with RMT.

Yes, not this sentence. But yes, your understanding is correct. And also, just with this particular sentence, and let me see your -- because the word noxious here is very important.

Let me see if I can do a search on an exhibit. I don't know. This is Exhibit 7, right? And is it possible to do a find on it or no? I don't know. I

Page 156

don't see. I don't think so.

But there is, if you do a find on your end for the word "noxious," you would find a sentence that says that, you know, that for the word noxious that players, that it is reasonable that players who do not find RMT noxious will play on an RMT-enabled server.

So the word noxious is an important word here, because he's -- because Professor Castronova is being very careful on how he uses it and to qualify.

So you'd have to do a find of the word noxious. And to find what I'm referring to as evidence that RMT is -- so I think the question is person-to-person.

I think you are being -- you want a clarification on that. There is a section in this paper where he talks about the experiment by the Sony Online Entertainment with RMT. And in that -- no, in EverQuest you can do person-to-person trading. There's no issue with person-to-person trading.

So when he talks about that experiment, and I wish I could give you a page number. Maybe I can, I have the exhibit. So let me get to, I cannot do a find, but I can probably give you a page number.

Q. Dr. Haruvy --

A. Yeah?

Q. -- I wanted to just make sure that I'm not

Page 157

misunderstanding your definition of RMT.

A. I know, but I'm trying to be responsive. So let me try to make it shorter.

Person-to-person trading is not RMT. It's not.

Q. There is no --

A. Because person-to-person trading, that you could have person-to-person trading with zero RMT. Many games have person-to-person trading and no RMT.

One example is EverQuest. There are many other examples. Person-to-person trading just means that you could go to somebody in an experience, give them your sword, and they'll give you their gun, or something like that, or give them your kangaroo, and they'll give you a giraffe. That is not RMT. It's not.

Q. No, I understand. But --

A. Okay. So the question is, is a person-to-person trading required? So we know it's not equivalent. So the next question is, is a person-to-person trading a requirement, a necessary condition for RMT to happen? And the answer to that is a little bit nuanced.

Because if a person-to-person trading is not RMT, then the question is, what does constitute RMT? RMT is when you're able to buy in-game items for real money.

Page 158

And so the word "trade" in the RMT implies -- it could imply some person-to-person trading, but it has -- but it can be enabled through the game.

So the example of-- in the example of Sony Online Entertainment, the allowance of RMT came through the game by offering people the ability to buy through the game gold. And the second the bought gold through the game, they were able to then -- their trade within the game, the person-to-person trading that was previously not RMT, became RMT.

Because the gold that they were using to trade before is now something that they're buying for dollars. Therefore, the person-to-person trade in the game became an RMT because it became trade of items for dollars. That made it real. That's real money trading.

So that's why the question is a little nuanced, because a necessary condition, equivalence, these are all very difficult nuances.

Q.   Understood. Thank you for elaborating on that. And I think I get now where you are coming from in your definition. I'm going to move to Exhibit 8.

(Exhibit No. 8 was marked for identification.)

BY MS. STEHLE:

Q.   And introducing as Exhibit 8 is Roblox's

Page 159

Form 10K. Please feel free to review as long as you would like.

A.   I -- yeah, I've seen that document.

Q.   And I wanted to confirm first, I think based on your testimony, the answer is yes, but that this is one of the materials you reviewed informing your opinions; correct?

A.   It is. Yes.

Q.   And you cited to this 10K report in your rebuttal report today?

A.   That's correct.

Q.   And you relied on the Form 10K for certain background facts about Roblox's platform and economy, right?

A.   That's correct.

Q.   And also Roblox's user base, if I'm not mistaken?

A.   In part, yes.

Q.   Okay. I'm going to scroll to page 38 of this 10K. Do you recall reading this page of Roblox's Form 10K, Dr. Haruvy?

MR. RORIE:  Go ahead and take a look if you need to.

THE WITNESS:  I do need to. I need a few seconds, maybe 20 seconds.

Page 160

BY MS. STEHLE:

Q.   Take as long as you need.

A.   Yes. I have a general understanding of this, of what I just read. I've read it before, but I just wanted to know roughly what you're referring to. I've read it, at least that page that is showing.

Q.   Did you incorporate any of the information on this page of Roblox's 10K into your rebuttal report to Dr. Castronova's report?

A.   Again, my rebuttal was specific to Dr. Castronova's report. So to the extent that he referred to it, I looked it up.

I think that these issues that you are referring to, that are showing on this page, are issues that you and I have discussed already, and I'm happy to revisit them. So if you have a question about this page, I will be happy to answer it.

Q.   Are you saying that you incorporated citations to the 10K only to the extent that Professor Castronova did?

A.   I'm saying --

MR. RORIE:  Vague as to incorporate.

THE WITNESS:  I'm saying that to the extent that I incorporated 10K, it is cited in my report in not just one place, in multiple places. And it is used in my

Page 161

report in exactly where it's cited, and not in other places.

In terms of -- in forming my opinion, I read the whole 10K, or at least my best attempt to read the whole 10K carefully. And I've internalized as much as I could. This page and the content in it is part of my internalization.

And so if you want opinions of mine on this page, I find them both within my expertise and scope. And so I'm happy to provide them, but only to be responsive to you.

MS. STEHLE:  Thank you.

Can we go off the record, please?

THE VIDEOGRAPHER:  Yes, going off the record. The time is 12:05 p.m. Pacific time.

(Recess.)

THE VIDEOGRAPHER:  We are back on the record. Time is 12:16 p.m. Pacific time.

BY MS. STEHLE:

Q.   Welcome back, Dr. Haruvy. I'm going to pull up again your rebuttal report to Dr. Castronova's report. And I'm going to scroll down to page 29.

So on this section of your report, Section E, Terms of Agreement and the Rule of Reason appears to start on page 27. And I'm going to go ahead and scroll

Page 162

down here to page 29, looking specifically at paragraph 69 on page 29.

Would you agree that this part of your report is where you introduce an antitrust doctrine into your critique of Dr. Castronova's report?

A.   Yes, I need a second though.

Q.   Yeah, take your time.

A.   Okay.  I'm ready to discuss.  So we're in paragraph 68?

Q.   69.

A.   60, okay.  So there was a question pending?

Q.   Dr. Haruvy, do you consider yourself to be an antitrust expert?

A.   No.

Q.   Are you offering an opinion in this case that Roblox has a monopoly in any market?

A.   Not quite, but I can elaborate on what I am offering an opinion on.  Yes, I'm offering something about competition.  I can give you more or less.

I'm not opining as an antitrust expert or I'm opining as an economics expert.  So if you would like me to clarify, I can.

Q.   Please do.  Thank you.

A.   Okay, very nice.  So the essence of the

Page 163

Castronova analysis is deadweight loss.  I think we defined it earlier.  I'm going to define it again.

Deadweight loss is the deviation from or the loss in area between the demand curve and the supply curve relative to the efficient allocation.

Okay.  I'm just making sure that we are on the same page, that if there are questions, stop me.  If not, I'll continue.

So this is the definition of Professor Castronova.  And I'm okay with it.  In fact, it would be my definition too.  The efficient point where we have full efficiency of welfare, maximum welfare, is when price is equal to marginal cost.  That's perfect competition.

So when Professor Castronova says that we have a deadweight loss, he uses two terms that he uses interchangeably.  One is market failure, market failure.  And the other one is externality.  He uses them interchangeably.  They're not the same.

Okay.  And market failure is any deviation from that efficient point.  He assumes in his analysis, and that holds also for the 2006 analysis, that somehow price is at the efficient point, which would be the perfectly competitive point.

It may be the case, in his analysis, when you

Page 164

have a game among thousands of games, there is no reason to say, even though Sony is a giant company, I couldn't say that they monopolize the gaming market, that they have a game and there are thousands of other games.  They may be part of an oligopoly, but they're not a monopoly.

But even an oligopoly is a deviation from perfect competition.  So there is a degree of how far you are from a perfect competition.  In a perfectly competitive market, the supplier here, the developer, would be able to go with the highest bidder.  There would be thousands of developers.  Their price would be the marginal cost.  And their return, you know, or their profit would be economic profit for their work.

Here, there's a monopoly in that the developers are not really allowed to sell outside of Roblox.  There are not a lot of -- Roblox, basically, is asserting that for their optimal performance, and that is in the 10K page that you were showing earlier, and we stopped for a break.

They were asserting that they really need to have a full control of that market, that the marketplace must be monopolized by them to -- for their own functioning and profit and so on.  And that may be so.  I don't know.  I don't know.  I'm not -- I don't work

Page 165

for Roblox.  If they say so, it might be true.  I don't have any reason to say otherwise.

But their monopolizing of that platform, of all trading relating to their ecosystem, is an assertion of a monopoly.  And there is, by definition, a trade-off between their rights to monetize their platform, which they have spent a lot of money on and are entitled to reap economic profit from, and market efficiency, which is the distortion between that point that Professor Castronova assumes to be the pricing point in his 2006 paper, and that pricing point in the case of a monopoly, which is not the case of the 2006 paper.

Now, if you're asking me what kind of -- which is probably a follow-up, and I'm sorry if I'm anticipating.  What kind of economic analysis did I do to assert that Roblox is a monopoly?

I am asserting that what they're requesting by their -- by their assertion of their right to control all trade related to their platform is an assertion of a monopoly.  And then we can continue from there.  I just wanted to be clear.  I know you like clear definitions, and so I'm doing my best.

Q.   To go back quickly to your comment about deadweight loss, is that something that Professor Castronova discusses in his report in this case, or are

Page 166

you referring to his discussion in the 2006 article?

A.   No.  His report in this case is looking at welfare loss, which is deadweight loss.

He looks at -- he draws the demand and supply and gives you the areas.  That's his entire economic model.  That's his 2006.  But he gives you the essence in this report for sure.

If you just go to those graphs with demand and supply, that's what that is.

Q.   Are you offering any opinion that Roblox has engaged in any combination in restrictive trade?

A.   Oh, that sounded very legal.  So say that again, and I will try to be responsive.

Q.   I'm still trying to make sure that I understand the scope.

A.   Right.  But just my expertise is not legal, so you have to -- it may help me to repeat a few questions.  Could you say it again, please.

Q.   Yeah.  Let me switch to a slightly different question.  In what product market are you saying that Roblox has a monopoly?

A.   I am saying that there are developers here and they have -- they make products, virtual products.  And by limiting -- and it's not just developer.  There's also user-created content that each of the users that

Page 167

Roblox has, its consumers, its players, they're also creating content.  They are developing it.

For example, in Adopt Me, a child could spend months and months building their virtual apartment with a lot of very hard cash, RMT-bought items.  And Roblox items, RMT items, at the end of the day, they're developing things that are costly to them, both time and money.

And that's creation.  That's content.  People come to that experience to go to that apartment.  They have parties and you get invitations.  You get a little envelope.  It opens up and you get an invitation to a party.  Everybody's dancing.  There are a lot of dresses and fashion shows and amazing things happening.  That's user-created content.

Whether it's a developer content or the user-created content, these people are later on seeking to sell those creations, whether they're selling their accounts with that apartment or they're selling whatever they're selling.

Roblox is limiting that.  It wants to mediate those and to have full control of that, to have no other markets for those people.  That is a monopoly.  That is Roblox restricting the outlets for where these people could sell the things that they're creating.

Page 168

It reduces their bargaining power vis-à-vis Roblox.  The 26 percent that Roblox pays developers, according to Roblox, is a number that they like.  It maybe rhymes with something that they like.  They came up with 26 because they like that number.  It's not a market-determined number.

It might be, according to economic theory, if we're going to economics, a monopoly prices at marginal revenue equals marginal cost.  Marginal revenue equals marginal cost.

A perfect competition price is equal to marginal cost.  So that's where you have a deadweight loss.  And the way to measure that is very similar to how Mr. Castronova is drawing it.

It's just that he makes an assumption that is plausible in the 2006 paper, but it's not plausible here, that we're the perfect competition.  And that is a serious leap to call Roblox the perfect competition when the entire debate here is whether they are allowed to forbid secondary markets.  It's -- there's some disconnect.

Q.   But to make sure that I understand which market specifically you're talking about, are you saying that Roblox is trying to maintain control over all of the virtual goods within its platform?  Or is the market

Page 169

-- surely not all virtual goods.  How can we define what Roblox is trying to maintain control of?

A.   Well, a developer in the game Blox Fruit, which is a top attraction in Roblox, top experience, makes money when people buy its fruits.  It has control over how it markets those fruits and other items.  It earns money when people buy those fruits.

That price and that control depends on the design of that game and how they design it.  They should be allowed to sell those fruits at the market price for that fruit.  There is no market price for that fruit.  They're a different price -- there is a -- you know, because that fruit doesn't sell.  There's no outside market existing.  The market price cannot be determined.

The secondary market is the only place where you can buy that fruit and determine the market price for it.  That is directly monetizable by that developer.  You restrict that and that developer gets whatever Roblox wants him to get.  That's a monopoly.

Q.   Would you agree that a platform has the right to regulate its own ecosystem?

A.   I think a platform has the right to regulate its own ecosystem.  I think a platform has the right to form its terms of agreements.  I think a platform has the right to enforce its terms of agreement

Page 170

on its users.

But now we have a platform that's attacking competitors on the basis of those terms of agreement. And my very layman's understanding of law, without being an antitrust expert or a legal expert by any stretch, is that there is a standard called Rule of Reason that is considered.

And that standard does allow people like me, who understand marginal costs and marginal revenue, to make opinions about deadweight loss.

Or people like Professor Castronova, for that matter. He's totally qualified to make that same determination to look at the monopoly and to see what a deadweight loss is of a monopoly. He didn't do it here, but I'm pointing out that he should have and he could, and he's qualified to.

Q. Could you explain for me the Rule of Reason as you use that term in your report?

A. It's basically the economic benefit and economic harm of allowing a firm to assert some sort of ownership or to essentially restrict competition. There is -- and it's a cost-benefit analysis. You're restricting competition.

There's economic harm and there's a benefit to you. And those have to be balanced in some way.

Page 171

Q. The first couple of words in paragraph 69 on page 29 reference established antitrust doctrine. When you use that phrasing, can you explain what antitrust doctrine you view as established?

A. Sorry. I need to catch up. Which paragraph?

Q. Yeah. This is on page 29, paragraph 69.

A. Okay.

Q. The first couple of words.

A. Uh-huh. So the question is what? What's the -- where's the Rule of Reason coming from?

Q. Just what established antitrust doctrine are you referring to?

A. It's called the Rule of Reason. It's part of -- it's just the Rule of Reason. That's literally the doctrine.

Q. Okay. And I see the citation in footnote 11 at the bottom of that page from Judge Easterbrook's article. Is that at least the source for that doctrine that you're referring to?

A. That was my best attempt as a non-legal person to read up and understand the Rule of Reason.

Again, I am not testifying here as an attorney or even by any stretch, any kind of legal expert of any kind. I'm doing my best to understand the standards as

Page 172

best as I can with my limited training or zero training in law.

So this is what I read to catch up on the standard. Where my expertise comes in is when you ask me about those harms.

So if you accept my layman's understanding that the Rule of Reason balances harms and benefits to restricting competition, then I can start opining from my expertise and explain interesting distinctions between marginal costs and marginal revenues and how demands and supplies meet and all kinds of exciting things like that.

That's where I'm happy to talk about it.

Q. Is it your understanding that Judge Easterbrook's article cited here in footnote 11 supports your assertions in your report about the Rule of Reason?

A. No. It's my understanding that Judge Easterbrook is -- or that references what I read up to get my best understanding of what is the standard Rule of Reason to the best that I could. I do not speak for what Judge Easterbrook meant by it. I simply read it.

Q. But is it your understanding that the article supports the assertions that you make in your rebuttal report?

A. My assertion is under established

Page 173

antitrust doctrine, the rule of reasons governs the analysis of restraints on competition. That is an understanding. And if you tell me that that is, you know, if you dispute that understanding, I'm not in a position to argue with you.

I don't have the legal training that you have to have a legal debate. I'm simply saying under the assumption that the Rule of Reason applies here. And if it applies, if my understanding is correct, that it weighs pro-competitive and anti-competitive effects to determine that impact of competition on welfare, then both me and Professor Castronova can start saying things within our expertise.

And to the extent that we have a legal debate, neither one of us will do that. We don't. It's not our expertise.

Q. Did you review this article in its entirety?

A. I read it as best as I could, yes.

Q. I'm going to introduce this article as Exhibit No. 11 [sic]. Feel free -- or apologies, Exhibit 9.

(Exhibit No. 9 was marked for identification.)

BY MS. STEHLE:

Page 174

Q.    And feel free to take as much time as you would like to review.

This is a copy that we pulled from Westlaw online.  But before we get into the substance of the article, I wanted to ask first, how did you come across this article?

A.    I believe the Rule of Reason was referred to in one of the responses or one of the -- in the response to the First Amended Complaint.  And that was my best attempt to find a well-cited source for it, because I do not have training in my academic training.

The Rule of Reason was referred -- I mean, I've heard of the Rule of Reason, before.  I'm not completely uninitiated, but I don't have training to evaluate all legal aspects of it.  So I went back and read up to at least get a layman's understanding of the Rule of Reason.  There is a particular passage or page that we have a question about?

Q.    Yes.  So I'm going to scroll down to page 9 of this document.  I'm looking at Section 3A.  The title of this section is "The Emptiness of the Rule of Reason," correct?

A.    Yes.

Q.    Did you read this portion of the article?

A.    I read it, but I need a few seconds.

Page 175

Okay.  I read it.  So sorry.  Could you repeat the question?

Q.    Do you understand this portion of the article to support a proposition that the Rule of Reason should be considered in the type of analysis that Dr. Castronova conducted?

A.    I think that passage is giving some skepticism and is primarily that particular paragraph where you're looking at his trashing economists, saying if you assemble 12 economists and gave them all available data about a business practice plus an unlimited computer budget, you would not soon or ever get unanimous agreement about whether practice promoted consumers' welfare or economic efficiency more broadly defined.  So there is some skepticism there.

There was -- is there a follow-up question?

Q.    Would you say that this portion of this article supports the assertions made in your report?

MR. RORIE:  Calls for legal conclusion.

THE WITNESS:  I -- again, I did not make legal conclusions in my report.  I simply asserted that the Rule of Reason is -- is a factor here.  This particular article very much explains the Rule of Reason.

It also claims that the 12 economists would not agree on anything.  I am probably in agreement with

Page 176

that.  Economists are very disagreeable people.  Being one of them does not change that.  I try to be nicer than the other 12, but I'm not -- Judge is frustrated with economists.  I'm okay with that.

Nevertheless, the article defines the rule of reasons, explains what it is.  I did not take offense.  I'm okay.  I just need to understand what they're talking about.  This article is pretty good.  And I cannot draw legal conclusions.  I'm really not equipped to draw legal conclusions from here.

BY MS. STEHLE:

Q.    Okay.  Looking at page 17 of this article, in line 2, Judge Easterbrook says, "They," referring to judges, "should not just bob the questions off into a Rule of Reason inquiry, though, because the Rule of Reason is vacuous."

Would you agree that the Rule of Reason is vacuous?

MR. RORIE:  Calls for legal conclusion.

THE WITNESS:  I agree that you read that sentence and I'm seeing it in front of me.  I'm not there to argue with the very prestigious judge about whether a Rule of Reason is vacuous or not.

I'm simply reading an article about the Rule of Reason that is well cited and explains what it is.  He's

Page 177

having opinions.  He's allowed to.  He's a judge, but I'm not.  So I'm not going to make opinions about vacuous.

He's basically -- my reading of this is that there is, you know, there are difficulties in some evaluations and some skepticism about, you know, economists and whatnot.

But there's no -- I don't attempt to draw legal conclusions or to argue with judges about their opinion, legal opinions.  That seems like not a very good idea.

BY MS. STEHLE:

Q.    Given the number of writings on the Rule of Reason, is there a reason that you picked this 1984 article to support your assertions?

A.    Yes.  It was -- when I searched for the Rule of Reason, this was a top-cited article, and I go by citations.  And I find credibility for in terms of explaining things.  I give higher credibility to articles that are more cited, which means that more people rely on them in understanding concepts.

Q.    Have you ever authored an expert report whose purpose was to conduct a Rule of Reason analysis?

A.    No.

Q.    Have you ever been retained as an expert to define a relevant antitrust market for purposes of

Page 178

Rule of Reason analysis?

A.     That sounds very narrow.  I would say no. These seem like very narrow definitions.  I have been retained to establish harm and to assess damages, to look at competition.

I routinely do supply and demand models like the ones that Professor Castronova is opining on.  Those all have the requirements by courts that I have been facing in those opinions is to account for supply and demand and for the effect on competition.

If we don't want to call it Rule of Reason, we still call it something.  It's still part of the deadweight loss argument.  There is no -- I don't think there's any disagreement that what Professor Castronova is computing is a deadweight loss.

You can call it welfare loss.  You can call it anything.  It's that area under the triangle that is lost.  That area under the triangle depends on market failure.  Market failure is a term of art that Professor Castronova used.  Market failure, for the most part, refers to the failure of the market relative to competition.

It is consistent with the application of the Rule of Reason.  The entirety of antitrust definitions is that there is some deadweight loss and there is a

Page 179

pros and cons to competition.  So I cannot offer disagreements with the judge here because I don't have a qualification to do so.

But if he has skepticism about particular models of particular standards, then that's great.  I read this article to understand the standard itself and to understand what is being meant by that standard.  I'm not offering an argument with a well-cited article written by a judge or so --

Q.     Okay.  We'll turn back to your report and represent Exhibit No. 1.  Scrolling to page 30.  And I'm looking now at paragraph 71.

A.     Yes.

Q.     Paragraph 71 reads, "A proper Rule of Reason assessment would require examining item by item how each restriction affects consumers, creators, platform incentives, and competition."

What is the basis for that statement?

A.     That is the basis of that statement is that you have multiple constituencies.  So in the analysis of Professor Castronova, it was fairly straightforward analysis in 2006 papers that had one game, one company, in this case, Sony Online Entertainment, that was -- that was the producer and their producer surplus was well-defined.

Page 180

The company did not have any kind of monopoly. At least one could assert that it didn't.  And the users had a single product, gold, that was very well-defined. And so the demand and supply were well-defined.

Now you have the consumers, which he analyzed, but you have consumers of different types of experiences.  You have the consumers of the marketplace. You have the consumers of that Classic Glass or Classic -- what is it -- I forgot those classics that you mentioned earlier.

But you have consumers of different experiences. You have consumers of different avatar enhancements, different types of consumers.

You have creators that are definitely a constituency here.  The creators here are who -- they are the ones that are creating all the surplus.  Without the creators, if you got rid of the creators, there would be no argument here.  There would be no surplus. There would be no Roblox.  Those creators are being squeezed by monopoly.

You have the platform itself.  That's Roblox. What is their -- not just what is their revenue model, but what is their incentive?

The paragraph of the 10K that you showed, they were arguing that they are being harmed, not just by

Page 181

some net effect, they're being harmed because they don't feel that they can account properly for everything because their accounting system is all distorted by secondary markets.

Then you have the competition.  You have actual competitors to Roblox that are competing in the market, trying to design better experiences, compete on price. And they have this giant monopoly that is asserting privileges that they don't have.  That's a complicated analysis.  That's way beyond the scope of the 2006 papers.  And I'm simply pointing that out.

They're just multiple players.  I don't need to rely on a judge or on the Rule of Reason to say that.  I am simply saying a Rule of Reason assessment as I understood it, which is to account for the pros and cons, would require me and Professor Castronova to look at the constituents that are at the stakeholders that are involved in that welfare analysis, because that's what it is.  It's a welfare analysis with multiple stakeholders.  And that's it.  And he didn't do that.

So therefore, his welfare analysis is limited to the two stakeholders that he looks at and that he correctly explains, producer and consumer, very well-defined.  That's all.

Q.     And what sources are you basing your

Page 182

understanding of what the Rule of Reason assessment requires on?

A.    I think we've discussed the legal distinction versus my expertise. I have a very layman understanding of the Rule of Reason as balancing pros and cons of a restriction on, as defined by the article that we just went through.

Skepticism of the honorable judge notwithstanding, it's -- he nevertheless defines very clearly what the practice that's being assessed is, what the Rule of Reason is.

And my layman understanding of his description is that there is essentially a welfare analysis that's involved in assessing that. And in truth, I think I could work together with 12 economists. I don't think that Professor Castronova and I would have too many disagreements if we were to do that analysis, even at opposite sides. But the analysis wasn't done. And I'm pointing that out. It just wasn't.

Q.    Okay. So if you were to add a footnote at the end of the first sentence of paragraph 71, that outlines what a proper Rule of Reason assessment would require, what citations would you include?

A.    I would have included exactly the citation that I did.

Page 183

Q.    And nothing --

A.    I like it. No, I just need a layman's understanding because including more citations would make me offering a legal opinion. Okay?

I mean, you see, I mean, you've been very nice listening to my marginal cost, marginal revenue analysis. But I assume it does sound a little technical. That's how I read legal opinions. Also, it's technical for me. I'm not qualified to get deeply into them and to cite multiple sources and contrast this judge versus that judge. That would not be a very good expert opinion. It would just be so outside of my expertise.

So I cite one work that explains and defines the term clearly. I explain my understanding of what that work says. And then I go into my expertise, which is what I do understand, what I do know. My terms of art, my models, my training of 30 years. It's a lot of training. It's 30 years of practice and 20 years of training, you know, included in it.

So I can opine on what I know and not on what I don't.

Q.    So the second sentence in paragraph 71 seems to fault Dr. Castronova for not conducting the analysis that you describe in your first sentence there.

Page 184

So what I'm trying to figure out is if Dr. Castronova was looking for a description of what a Rule of Reason assessment would require here, you state it requires examining item by item how each restriction affects consumers, creators, platform incentives, and competition.

Where would Professor Castronova or anyone else find those requirements to then apply?

A.    Okay. So first, I did not fault Professor Castronova. That's a strong word. I don't fault him for anything. I simply point out that the model in the 2006 paper, the one that he still uses, has a very narrow definition of things that here is more nuanced and there are just more constituencies.

He talks about welfare and I'm pointing out that there are now multiple parties to this welfare. They're simply inserted a lot of different parties.

There he had consumers of gold. There was a product. The product was gold. Okay? There was consumers of gold. Another, the unit of analysis was subscription. Subscription was -- there was a price for subscription and there were units of subscriptions that were being sold.

Gold was the -- sorry, it was not the product. Gold was the interference or was the treatment where the

Page 185

gold can be bought in an RMT or not.

Here, you have a whole lot of things going on and so I'm simply pointing that out without faulting Professor Castronova. Because remember, he's not offering a damage assessment here. If he did and he didn't do that, then I'd say I would fault him, but he's not.

He's drawing damage vectors and he's simply pointing out that there exists a model that he believes would apply here and I'm pointing out that that model is not applicable. Not in a straightforward way and not in a way that I could articulate how you'd apply it and neither one, neither did he.

They're just multiple constituencies, multiple demands and supply. The consideration of competition in particular and competition here applies both to competition of Roblox but also competition in terms of Roblox competition for the demand side but also Roblox competition for the developer side because Roblox is a two-sided market, right?

It's not -- we are -- I mean, we are reading it, the Castronova analysis looks at it as a one-sided. There's consumers, there's players, they're the consumers and they're buying stuff. They're buying games or experiences or platform experience, but that's

PROFESSOR ERNAN HARUVY, PHD                                          JOB NO. 2303727
FEBRUARY 03, 2026

Page 186

not true.  It's a two-sided market.

There are developers here.  They're selling stuff and buyers are buying stuff and Roblox is now being a monopoly to both.

So whatever analysis that you have to do for welfare loss, you're going to have to do both sides.  It's a two-sided market.  If you want to cite something, I mean, anything on my resume that involves two-sided market would say that the two-sided market, here's the assertion.

In a two-sided market, there are two sides.  That's it.  If that's controversial, then I can find you a source other than my articles that says that, but it's pretty plain.

Q.    Within these paragraphs on page 30 of your report, paragraph 71 and 72, these discuss various things as we've already gone over, especially in paragraph 71, that someone needs to consider when doing a Rule of Reason assessment.

Paragraph 72 also says you have to consider both the positive and negative effects of allowing secondary markets for virtual goods.  There could be unquantifiable numbers of positive or negative effects that stem from allowing secondary markets.

So where do you draw the line on how many things

Page 187

or how many effects need to be considered to properly do a Rule of Reason analysis?

MR. RORIE:  Calls for legal conclusion.

THE WITNESS:  Remember, this is a rebuttal.  In fact, if I was to start my analysis of a Rule of Reason, a really good article I would start with is an article by Professor Castronova from 2006, which gives you a pretty good balance of pros and cons of secondary markets.

It doesn't consider competition because the market is a lot simpler, but it does give you a good balance of the pros and cons of secondary market, which would be a very good starting point.

It starts with asserting that the very basic starting point of analysis starts with the underlying assumption that RMT increases welfare, that secondary market increases welfare.  That is the starting point of economic analysis.  That's the starting point of that 2006 article.  It just fell out of this report.

And the reason for that assertion by Professor Castronova is that a market in general means that there are unmet needs of buyers and sellers such that a transaction would improve efficiency.  That is the standard axiom of economic theory.  And that there are gains to trade.

Page 188

And so where it breaks down, and he says it outright in the start of his article, when it breaks down is when you have market failures.  That's the word that he uses, absent any market failures.

Market failures do mean, for the most part, competition.  So it's a good start for a Rule of Reason analysis.  The 2006 article -- I mean, I can keep going what it says, but it essentially talks about the noxiousness, which you already showed.

But it also explains that noxiousness is part of player symmetries.  And player symmetries, in fact, suggest that RMTs increase welfare.  It talks about the level of RMT.

It's a pretty well-balanced article, all in all.  And I would start my Rule of Reason analysis with that article.  It just wasn't done here.  The report maybe drops out those little qualifications.

Q.    Would you agree that platforms have the right to prohibit certain transactions --

MR. RORIE:  Calls for -- sorry.

BY MS. STEHLE:

Q.    -- on their platform?

A.    Are you asking me as a legal --

MR. RORIE:  Well, let me object real quick.  Yeah, that's calling for a legal conclusion.

Page 189

THE WITNESS:  Yeah.  I mean, if you're asking me as an economic expert, I mean, I can say something, but I'm just trying to understand the question.

BY MS. STEHLE:

Q.    So I can go back to my earlier question I had asked if a platform has the right to regulate its own ecosystem.  You had said yes, and you mentioned that that includes being able to adopt terms of use.

So one of the things that I'm curious about is, is it your understanding that a platform could adopt a rule that prohibits certain transactions from taking place on that platform or within that ecosystem?

MR. RORIE:  Calls for a legal conclusion.

THE WITNESS:  Yeah.  So let me qualify that, because it appears that I said something that is very strong and is incorrect, because I can make terms of agreements to a business of mine, and I can enforce them up to standards of the law.  When I make an agreement, the terms of agreement are regulated first and foremost, by the law.

I can think of plenty of terms of agreement that would be illegal, anything discriminatory, and so on.  And I could -- and this is not being a legal expert.  This is just being a citizen and a person who knows basic stuff, right?

Page 190

So not all terms of agreement are legal. I can make them. The question is, can I enforce them? And the second question is, can I sue somebody outside of those terms of agreement for interfering with those terms of agreement? And that is where we are right now, right?

It's not, I mean, PlayerAuctions is not a party to those terms of agreement. It's an outside party. That -- and the accusation here is that they're interfering with those terms of agreement, and they are being essentially sued for that.

So that's where I -- there's a legal conclusion being there somewhere by somebody, but not by me. But that's where we are. So that's my understanding of where we are, of the legal -- general legal framework that we are in.

And so it's not about -- it's not just not in my scope or my expertise. It's not particularly -- the question that we're discussing is whether Roblox has the right to make terms of auction, terms of agreement, or what they are. It's outside of my understanding of what we're talking about.

BY MS. STEHLE:

Q. Right. Would you agree that PlayerAuctions has a right to regulate its own

Page 191

ecosystem?

A. Up to what's allowed by law, which is why we're having this meeting.

Q. Sure. And we're agreed, I think, that platforms can have terms of service. I'm not asking about enforceability, but platforms can adopt terms of service.

So Roblox can adopt terms of service, PlayerAuctions can adopt terms of service, any platform can adopt them. Not speaking to enforceability, right?

A. It's my understanding with a caveat that I don't have the expertise to tell you that.

So if you're asking me as a layperson's understanding, it's my understanding that people can make terms of agreement and they can change them. That's the extent of my understanding.

Q. Did the platform lose the right to regulate its ecosystem when it hits a certain size?

MR. RORIE: Calls for a legal conclusion.

THE WITNESS: I obviously don't have legal expertise to give a legal conclusion there. But from an economic perspective, and this is very similar to what Professor Castronova wrote in his 2006 paper, and he wrote it from the point of view of consumers.

He says -- this is -- it might not be a direct

Page 192

quote, but it's going to be 90 percent direct quote because it's from memory. At small levels, RMT hurts no one, causes no harm. You can look up the exact quote, but if there's more than two words that are not the same, I'll be shocked.

So he talked about the consumer end. I would say from the producer end, it's the same thing. A low level of, you know, enforcement of terms of agreement that are anti-competitive by a small player is going to have an economic harm that's smaller than a low level, than, than, you know, enforcement of anti-competitive terms by a large player. And that's the extent of my expertise as an economist. A larger player has more footprint than a smaller player.

BY MS. STEHLE:

Q. I'm going to scroll in the report to page 34, looking at paragraph 82. This paragraph says, "A proper economic analysis of a platform ecosystem, such as Roblox, must separately evaluate three distinct objects. One, consumer welfare. Two, developer or producer welfare. And three, platform profits.

"Inflating these categories by equating any reduction in platform revenue with economic harm is analytically incorrect and inconsistent with standard economic practice."

Page 193

Other than my mishap with the word "economic," did I read that paragraph correctly?

A. You read word for word very well, yes.

Q. Could you explain a little bit more what you mean by this paragraph, particularly the second sentence about conflating these categories?

A. Right. When Professor Castronova did his 2006 analysis, he did it on the basis of welfare loss, which is how we think of, as economists, that's how we do things. Now, when you look at profit, profit is not the same as welfare.

In fact, they are -- they can very well be contradictory. So by reducing Roblox's ability to be a monopoly, I am reducing Roblox's profit, but also increasing welfare, overall welfare, not just consumer welfare, total welfare. Total welfare is producer and consumer welfare.

So total welfare in the economy -- and I assure you there's no disagreement between me and Professor Castronova -- total welfare is going to be the sum of producer welfare and consumer welfare. It's how he defines it, and it's correct. Okay?

There is, by definition, and the source is any economics textbook ever written, just on this side of the world, welfare analysis, total welfare, which is the

Page 194

sum of producer and consumer welfare, will be reduced the less competitive the market is, by definition, by the very construction of economics.

And so, that's essentially a point of agreement. Here we have -- so what we cannot do is we cannot go back and forth and use those two terms interchangeably. And I think that Professor Castronova, in his report, very uncomfortably jumps between them.

When he does damage vectors, which is the second -- the two second parts of his assignment, and even when he looks at the model damage, when you look at damage, the damage is not reduction in welfare. Damage is the loss of profit to Roblox. But his model is a model of welfare.

So -- and the reason that's a problem is -- so for example, if you wanted to increase Roblox profit, one way, you know, is to squeeze the developers. Why give them 26 percent? Give them 6 percent. That'll increase your profit.

So 20 percent increase, it's a nice, but it reduces welfare in a very substantial way. And so this jump between those two is a problem. That's why when I'm doing damages and when I'm doing welfare analysis, I will not conflate those two. I will not confuse those two. They're not the same. They're in many ways

Page 195

contradictory.

Because if I was advising, if I was being -- if I wanted to advise Roblox on how to increase profits, the best way to do it is to squeeze the suppliers more, to squeeze out competitors, to squeeze out everybody, increase monopoly power. But that reduces welfare.

And that's where he's jumping a little bit between his welfare model and a damages model. They're not -- there's a leap, there's a jump and discontinuity.

Q. So from my understanding, are you saying that welfare and profit are contradictory principles?

A. When it comes to monopoly power, yes, of course. The more monopoly power you have, the more profit you'll have, the less welfare you'll have.

Generally with that, with -- okay, I will not say without exception. There are definitely exceptions for public goods. There are times where the government institutes a monopoly when there is a clear public good.

So, you know, there's, you know, things like non-rivaling consumption and so on. So for public goods, we sometimes, both the law and government, so both from policy, government policy, public policy, and legal policy, we will sometimes accept a monopoly for public welfare, for public goods.

So if Roblox is providing here a public good,

Page 196

then there should be an argument for why it should be a monopoly. And I did not see that argument. I'm willing to consider one if Roblox asserts a public goods.

Q. Would you agree that no economic analysis can consider everything?

A. I don't know what that means.

Q. Would it be possible for an economic analysis to consider everything?

MR. RORIE: Vague as to everything.

THE WITNESS: Yeah. I don't -- again, I mean, everything is a very big word. I don't know what -- that you need to consider everything. We have what's called Occam's razor in economics. That's like the first thing we learned in our first day of class.

We learned like, please don't consider everything. It sounds like a terrible idea. Use the most, the simplest model that gives you something is the best model because considering everything, it's just introducing too many confounds. You want to consider something that's usable or simple.

And I know that talking today on deposition, I sometimes sound to you, you know, a little bit, you know, incoherent, I'm sure.

But it's my best attempt to reduce -- I mean, really, both on both sides. Professor Castronova does

Page 197

the same. He's giving you a representation of a very complex world in the simplest way possible, not because he doesn't think everything is important, but he's trying to give you the least complicated model that still explains the world.

So my contention is not that Professor Castronova erred by not considering everything. I applaud him for that. He shouldn't.

I'm saying that he erred with a few very simple leaps that confound things that he understands. I know that he does. And he either confounded them intentionally or omitted them unintentionally. But there's something, there are leaps there. And I'm just pointing them out.

Never would I accuse him of not considering everything. That makes no -- that would be contradictory to my training in this.

BY MS. STEHLE:

Q. And I think we're agreed. The question about everything may have been a little bit broad. But to flip the question around a little bit, when you're doing economic analysis, you have to set some kind of limits? Like you need a scope to your analysis, right?

A. Absolutely.

Q. Okay. Yes. I don't think that's

PROFESSOR ERNAN HARUVY, PHD
FEBRUARY 03, 2026

JOB NO. 2303727

Page 198

contradictory, but that's what I was trying to ask, and I didn't do a great job. So I apologize.

If we could go back to your point about welfare. I want to make sure, again, that we're on the same page about what that means. So what kind of welfare are you referring to?

A.   There are no different kinds of welfare. Welfare is simply the sum of producer surplus and consumer surplus. And I defined them earlier. And I'll do it very quick.

But I'll just slow down for the reporter to be able to type. But consumer welfare is the difference between what you would be willing to pay, the maximum willingness to pay, and what you end up paying. It's a very simple construct. Okay?

And I gave an example of Starbucks. Maybe not the best example. But I think it made sense. Okay?

Producer welfare is the difference between the price paid and the cost of the producer. And there are some assumptions about cost. But it's essentially the equivalent to profit. The sum of those is total welfare. It's not complicated. It's not consideration of everything. It's not -- it's very easy to explain.

The problem here is that that sum becomes a sum of a lot of things when there are multiple

Page 199

constituencies. So obviously, there are multiple consumers. There are millions of consumers. But this is why we have a demand curve.

So I don't have to worry about you specifically, how much you're willing to pay for Starbucks coffee. I just have to know that different people have different willingness to pay, and I can create a demand curve. And that area between the demand curve and the price is consumer surplus. So that's very simple.

The problem here is that you have experiences, and these experiences all have different consumer surplus. There are multiple consumers in different experiences -- the items that are being sold are experience-specific items with the caveat of the things that you showed earlier and we discussed at length. So there are different experiences.

Each experience has its own developer, its own producer. There is also the producer themselves is also a consumer for Roblox. Roblox has two-sided market where it has two sets of consumers.

One of them is the person who buys the Roblox. But the other consumer or the other, you know, in this case, it's the producer, right? It's the developer.

But organizations do not refer to them as producers. They refer to them sometimes as partners

Page 200

because they are a source of revenue too for Roblox. Roblox derives their revenue from producers providing products for them.

So there's two-sided clients. Both of them are, you know, in both cases, there's demand and supply, right? So there are a lot of areas and there are a lot of curves.

So the total surplus here is still defined the same way. It's just a sum of a lot of different things that are interdependent, that are not independent of one another.

So the simplest model here that applies is not the same as the simplest model for a game developer with a single product. It's a complicated product problem in everything I do, right? Because I normally deal with two-sided markets with multiple things happening. It's a headache. It's a pain. It's not easy. But that's good. That's why I have a job.

Q.   How would you define Roblox's welfare?

A.   Roblox has profit. It's part of the welfare. Roblox's profit is not disregarded here. Roblox's profit is definitely a part of that welfare, because it's a Roblox ecosystem that we're talking about.

So Roblox's profit is a big part of that

Page 201

welfare. But the consumer welfare, developer welfare, and competitor welfare are also part of that. Roblox is a part of an ecosystem here.

Q.   And what happens to profit when demand for a product goes down?

MR. RORIE:  Vague, incomplete hypothetical.

THE WITNESS:  I think you went back to the single producer problem. Because I just told you that Roblox is in a two-sided market that's got producers and consumers. And so any action that it takes affects both of those sides.

So I think it's the contention, it's the belief of Roblox that their profits are being harmed. They have more data on their own profit than I do by far.

Obviously, I have no data on their profit. So they have done their calculations. But the conclusion there is not straightforward. It's not a straightforward conclusion that their demand does go down with secondary market.

If anything, secondary market increases overall demand. It's their position, as I understand it, that their share of that pie. The pie is obviously growing. You have a secondary market. Now there's more stuff. It's their contention that their share of the pie is suffering.

Page 202

It's not clear to me that that's conclusive. But it is their contention that's possible. In a simple market, in the simple market that Castronova produced in his 2006 paper, it's a fairly simple inference for what happens when demand shifts.

And sorry for being a little picky, but Professor Castronova can tell you we're very picky about demand goes down versus demand shifts, because we're strange people. So I think when you meant demand goes down, you meant a shift in demand, which is what he -- we're very particular about that. I don't know why.

Demand going down is a movement along the demand curve. Demand shifting is a shift in the demand curve. Okay?

What he modeled -- and I'm sorry for the court reporter. I made some hand gestures with my hand showing a shift. And I apologize for that.

But a demand curve is a line or a curve that's downward sloping. And movement along that curve is demand going down. And the term that the model of Professor Castronova is positing that the demand shifts down or shifts leftward.

BY MS. STEHLE:

Q.    Okay. So either way, we're agreed that the demand is shifting down, right?

Page 203

A.    It's shifting downwards and leftward. When it comes to supply, though, that gets dicey, because supply shifting leftward is moving it up. So any how --

So the supply and demand both matter here. They're both shifting. But in his model of 2006, again, the demand was for subscriptions. And so that was a fairly straightforward analysis, even though I could poke holes in it.

But it doesn't apply here, because here we have a lot of demands. Demands for experiences, demand for Robux. There's a lot of different things that we've been talking about today. And you can't just draw two lines, intersect them, and say that that covers everything.

So I'm not asking him to cover everything. But we should at least cover the things we talked about, right? I mean, there's an issue about Robux. They don't like that there's Robux being sold.

That's a demand and supply for Robux, right? For most, you know, demand for the currency is not a general revenue source. It is for Robux. It's how they account for demand. So their demand and supply for Robux is a concern for them.

I already established that I don't think the

Page 204

demand for Robux is going to, at least in my opinion, I don't see any evidence that a secondary market would reduce the demand for Robux, because Robux is the one that's generating those Robux. So Roblox is the one that's generating Robux, their secondary market.

Demand for experience is different. Demand for experience items is different. Overall demand is increasing when you have more markets. Whether the pie, the share of the pie is decreasing or not is an empirical question. For every one of those aspects, and I don't know.

Q.    Could you provide an example of a product or service where demand is reduced and the company's profit goes up?

A.    Again, the issue is a shift in demand versus demand is reduced. For sure, managed scarcity is a big part of profit management, of increasing profits. You showed me a picture of a Roblox limited item and asked me if I understood what it means.

Yeah. It means managed scarcity. Roblox is managing scarcity and therefore increasing the price of the item. Demand shifting down typically means that the overall consumers for each item, for each number of units, the willingness to pay is lower.

That is not generally a good sign for profit.

Page 205

But again, in a complicated market with secondary markets and so on, with developers and with multiple sides, you have to consider everything is interdependent. You have to consider what that means for the ecosystem, for the general welfare, for the general industry, and so on.

Q.    Is one of the assumptions that you make in your rebuttal report that resale activity is on balance beneficial?

A.    I don't recall that. Is there a paragraph where I said that there's no evidence or no reason to think that resale activity is on balance not beneficial? I gave some examples of it being beneficial.

I think I cited or I should have cited the 2006 article that says that if there's a missing market, if there's a market, there's generally a need for it. It increases welfare.

If you're asking me if a resale market is in all cases good for the primary market producer, I doubt that I said that, but we can look at the paragraph.

Q.    I think implicit through your rebuttal report, it seems to be the idea that being able to resell virtual currencies in secondary market and being able to resale generally is beneficial.

MR. RORIE:  Object to the word implicit.

Page 206

THE WITNESS:  I think that the position of the Castronova article, which is very well articulated, the starting point is RMT increases welfare absent externalities and market failures.  I think that's foundational in economics.  Then it goes on to explain externalities and market failures.  That's foundational.

If there's a secondary market, a thriving secondary market, there's a need for it.  There's unmet buyers.  There are the sellers with things that they want to sell and buyers with things they want to buy and a gap in the willingness to accept of the seller is less than the willingness to pay off the buyer.

So there's a meeting of needs and that difference between willingness to pay and willingness to accept is welfare, as we established before.  So that is by definition welfare increasing.  Now, that's definitional.  There is no disagreement.

First of all, Castronova is not going to tell you otherwise.  I think the generality you're seeking for me to say is that a secondary market is always increasing the profit of the seller in the primary market.  I would not say that.  I don't believe I said it.  I don't think it's implicit.  I don't -- it's very specific.

I did give an example of me buying a car.  The

Page 207

resale value of the car is important to me, but it is touted by the seller as their number one feature.  So the seller in that case believes that a secondary market is beneficial for their profit in the primary market.

Obviously, Roblox does not believe that.  And Roblox is sitting on some data that was not shared with me.  So if they would like to share it with me, I can look at their analysis and tell it.  But just sitting here before you today, I don't make the generality.  I don't know what happens to their profit with a secondary market.

BY MS. STEHLE:

Q.   I'm going to zoom out just a little bit and talk more about the relationship between Roblox and PlayerAuctions.  PlayerAuctions operates a website that connects buyers and sellers of virtual items for real money, correct?

A.   That is my understanding.  Yeah.  That's consistent with my understanding of what PlayerAuctions does, yes.

Q.   And PlayerAuctions is not owned or operated by Roblox, right?

A.   Absolutely not, no.

Q.   So the transactions on PlayerAuctions occur outside of Roblox's platform, right?

Page 208

A.   That's correct.

Q.   And PlayerAuctions brings together buyers and sellers who generally don't know each other, right?

A.   I don't know that.  I just don't know.

Q.   Okay.  The buyers and sellers who use PlayerAuctions' website transact over the internet, right?

A.   They transact through PlayerAuctions.

Q.   Online?

A.   Presumably, that's how they would access PlayerAuctions.

Q.   So would you agree that PlayerAuctions functions as an online marketplace?

A.   Yeah, that's consistent with my understanding.

Q.   And then a little bit more specifically, would you agree that it functions as a peer-to-peer online marketplace?

A.   I think that's consistent with their mission, with their purpose, yes.

Q.   Would you agree that in a peer-to-peer online marketplace, the buyers and sellers must rely on the intermediary to structure and oversee their transactions?

MR. RORIE:  Vague, incomplete hypothetical.

Page 209

THE WITNESS:  No.  There are different levels of regulations.  I think that the competitive advantage of PlayerAuctions over its many, many competitors that also have secondary markets is that at least they try to enhance the fact that they are more reliable.  That is, right, it's a market with zero entry or very low entry costs.

So the differentiator is the level of regulation.  That's what seems to be why one market, secondary market, would thrive over another, the level of reliability that they offer.  Yeah, so I don't know if that was in agreement with you or not.  I'm just clarifying as best as I can.

BY MS. STEHLE:

Q.   Would you agree that online marketplaces adopt rules and verification systems to manage the transaction risk?

A.   They can.  It's not a generality that they want to.  I remember there was -- when eBay started out, there was a huge issue with whether they should regulate more or regulate less.

The idea was the more they regulate, the more legal liability they take over the transactions and what happens to them.  They were very reluctant to regulate for a while, and then they switched around that.

Page 210

But that was very tricky for them, and I don't want to disagree with eBay. They seem to know what they're doing.

Q. Would you agree that regulation comes at a cost then?

A. Regulation has tradeoffs in general.

Q. Would you agree that one of the risks that online marketplaces are trying to deal with is fraud?

A. I think in the specific case of PlayerAuctions, I have seen evidence that that's a serious -- that's a place where they spend some resources and tend to regulate fraud.

Q. Okay. So and, really, Roblox will say that they do the same thing. PlayerAuctions, I understand, will say that they do the same thing.

But any online marketplace that is functioning as an intermediary between buyers and sellers wants to make sure that it is not a place for fraud, right? It's not going to get very far as a business, right?

MR. RORIE: Hold on. Assumes facts, and vague as to any.

THE WITNESS: There are a lot of marketplaces. In preparing for this, I tried to even get an understanding of how many there are.

As I've said, because I have children, I've

Page 211

spent way too much time on Roblox. But it was quality time with my children, so I don't regret it.

But this was my first time actually aggressively looking, because as part of the expertise offered here, looking for what secondary markets, I found quite a few. I don't know that I want to generalize that all of them are fraud conscious.

I don't know. I think that the entry point to start an online marketplace is fairly low. And I think that the competitive advantage of PlayerAuctions, the reason PlayerAuctions can thrive here, at least seems to me, without citing academic sources for that, because I don't know academic sources on PlayerAuctions.

It seems that they pride themselves on their ability to provide authentic products and to control the transaction. That is their competitive advantage vis-à-vis their competitors.

But for me to speak about, you know, one of the top sites I found is in Lithuania. I don't know what the regulations are in Lithuania. I can't speak to what the level of fraud is there. I don't know.

BY MS. STEHLE:

Q. Could you speak a little bit more about what you understand PlayerAuctions fraud prevention mechanisms to be?

Page 212

A. They had quite a few. I'm trying to recall some of them. They certainly did some verification of identity or matching between identity and payment mechanism. I remember that.

They had -- I'm just trying to remember. There was a secure buyer delivery agreement, there was -- which was they hold payment in escrow until the delivery is confirmed. That's a point of pride for them. They like that feature. If the delivery is not satisfied, they will give a full refund. They're very proud of that. They seem proud of that.

They handle disputes. They prohibit off-platform disputes. So that gives them a little bit control of the disputes. I remember they had a secure seller delivery agreement. So seller had to fulfill the listing as described and provide evidence of delivery.

They had some kind of payment fraud security, but I couldn't explain to you what that means. Also related to the security system, there was an after-sale protection for post-delivery stuff, like it was extended access to dispute. There's a dispute resolution process.

There was non-compliance penalties, account suspensions and termination for any kind of suspicious behavior. They threatened legal prosecution. I don't

Page 213

know what, again, this is just things that they say. I don't have any evidence of whether they conducted legal prosecution. I didn't even ask, but this is something that they have.

Definitely, the off-platform trading is something that they take very seriously to prevent scams, because I think they're especially concerned about discord, about people being scammed in a situation where it's outside of their immediate control.

Again, suspension rules, multiple accounts is a big alarm, is a red alert for them, also for Roblox. That 10K that you showed me very briefly and allowed me to read for a few seconds, that had talked about multiple accounts. It's a concern for Roblox. It is a concern for them. They don't allow it.

They have all kinds of VPN and proxies, disposable emails. They will not allow that. A lot of stuff I don't quite understand. We already established I'm not a data engineer.

They have all kinds of data encryption and privacy frameworks and things that are just so outside of my expertise that I can just tell you that there's a lot of technical stuff that just weighs way over my head. Of course, privacy policies, and that's just stuff that I can recall.

PROFESSOR ERNAN HARUVY, PHD                                    JOB NO. 2303727
FEBRUARY 03, 2026

Page 214

There was just a long list and most of it I don't understand, but it looked very impressive and technical.

Q.    For the long list of fraud prevention mechanisms that you just outlined that PlayerAuctions implements, do those require that the transactions take place on PlayerAuctions?

A.    Yes.

Q.    You noted Discord is like a particular problem where people are maybe doing trading that PlayerAuctions can't monitor and then enforce its fraud prevention mechanisms, right?

A.    I don't know if it's a problem.  I know it's a concern for them and they enforce it.  Just like Roblox, I don't have an independent data where I've done analysis of harm for either Roblox or PlayerAuctions.  So I know it's a concern.  I know that this is something that they monitor and enforce.

Q.    Would you agree that it's harder to monitor and enforce this when it's taking place off of the platform?

A.    I think this is why they're enforcing it because they feel that their ability to take liability for that transaction or to take responsibility for that transaction when there is parts of the transactions that

Page 215

they're not privy to is going to reduce their ability to maintain that particular transaction.

Q.    Going back to some of the publishing that you have done, which has been extensive, you have written a whole bunch about online marketplaces, right?

A.    That's right.  I like online marketplaces.

Q.    So is -- am I correct that one of those works is titled "Internet Auctions"?

A.    Yeah, that's part of a volume of -- yeah.  Yeah, that's kind of an authoritative volume or summary of a lot of different works.  So it's not a particular research project.  It's more of an authoritative, it's like a volume.

Q.    I'm going to introduce Internet Auctions as Exhibit 10.

(Exhibit No. 10 was marked for identification.)

BY MS. STEHLE:

Q.    Just a moment to get that pulled up.  And again, feel free to review as long as you would like.  And if I need to make it bigger, just let me know.

A.    No, I have the preview.  I can make it bigger on my end.

Q.    Okay.

A.    Okay.  So I'm ready for the question.

Page 216

Q.    Yeah.  Could you give me like the thesis or a short summary of the purpose of this article?

A.    Yeah.  So this article was trying to be the state-of-the-art summary in the year 2009 of everything that was done by that time about Internet Auctions.

A lot of it was, of course, mine because I published a lot on it.  But it was supposed to be an authoritative volume, not just on what was done, but what are the general topics of research in the field of Internet Auctions to allow people to kind of position their own work or to think of where there's opportunities for research, collaboration, data.

One of the questions that are still open in 2009.  A lot of these questions have been answered since we're now in 2026, but it was a good piece for them to let them know what the state-of-the-art was that year.

Q.    So one of the things discussed in this article is fraud as well on online marketplaces, correct?

A.    Right, and I have published on fraud too.

Q.    I'm trying to describe where in the page I'm looking.  Let me go ahead and annotate.

So I'm here on page 25, and I'm going to highlight in the middle the sentence that starts with,

Page 217

"According to the Internet Fraud Watch operated by the National Consumers League online auction sales are the number one source of internet fraud".

Can you explain what this sentence or this paragraph are trying to say?

A.    Yes.  Let me just scroll down to it because I'm on the preview version.

Q.    Oh, yeah.

A.    Because my eyes are old and I need to see things a little bigger.

Q.    Take all the time you need.

MR. RORIE:  I'm right there with you.

THE WITNESS:  So are you asking me about the paragraph that says, "None of these practices constitutes outside outright fraud, although they are discouraged.  In addition to these common practices, fraud is not rare in online auctions."

And so could you just repeat the question so I can -- I know where we are now and I can respond?  I just need to question again.

BY MS. STEHLE:

Q.    Yeah.  And I'll actually frame it a little bit differently to narrow in on these lines here.

So you just read the first and second sentences.  And then the third sentence of that paragraph notes that

Page 218

online auction sales are the number one source of internet fraud.

So you did note that this article was written a few years ago. Would you say that fraud is still a challenge in online auctions?

A.    Yes, fraud is. Yes, fraud is generally a concern. At that time, we were less evolved. We've had more systems in place. A lot of the things that I just cited on that I just talked about in PlayerAuctions are, you know, advanced technologies that were not available back in 2009.

We have obviously things that we never heard of in 2009, like AI and ability to detect patterns and things in real time. And big data, which is another term that was not really available.

So we have a whole lot better tools. But yeah, online auctions have to deal with fraud. It's always been a concern. I've published on it.

Q.    Would you agree that the more fraud prevention measures you have in place, the better?

MR. RORIE:  Vague as to the better.

THE WITNESS:  I think I'm okay with saying that it's a concern for marketplaces that they deal with. I have published extensively, not just on online fraud, but on enforcement in general. The more enforcement is

Page 219

not generally better.

One way to prevent fraud is to shut down an online site altogether, close eBay, and there will not be any eBay fraud. So no, more is not better. There is a balance.

Q.    That's fair.

MS. STEHLE:  All right. No more questions from Roblox for this deposition.

MR. RORIE:  Okay. None from PlayerAuctions.

MS. STEHLE:  I think we can go off the record.

THE VIDEOGRAPHER:  Okay. Before we go off the record, I need to get orders on the record.

So, Counsel, could you please provide me with your orders?

MR. RORIE:  Counsel for PlayerAuctions is going to ask for a transcript, but we'll hold for now on the video.

MS. STEHLE:  Counsel for Roblox would request an expedited rough transcript to the extent possible. And then a final transcript, of course, and would request the video, please.

THE VIDEOGRAPHER:  Would you like your video, synced?

MS. STEHLE:  Yes, please.

THE VIDEOGRAPHER:  Thank you.

Page 220

MR. RORIE:  One other thing I would like to just put on the record is that pursuant to the Federal Rules of Civil Procedure, we will be asking for Roblox to compensate Dr. Haruvy for his time in today's deposition and yesterday's deposition. But I'll work with Counsel for Roblox offline to work out the details of that.

THE VIDEOGRAPHER:  If -- can I conclude?

MR. RORIE:  And I have nothing further. Thank you.

THE VIDEOGRAPHER:  Okay. I will go ahead and conclude.

This concludes the volume one of the video deposition of Ernan Haruvy, PhD, in the matter of Roblox Corporation v. PlayerAuctions, Inc. Going off the record. The time is 1:54 p.m. Pacific time.

(Deposition concluded at 1:54 p.m. PT)

Page 221

CHANGES AND SIGNATURE

WITNESS NAME: PROFESSOR ERNAN HARUVY, PhD

DATE:  02/03/2026

Reason Codes: (1) to clarify the record; (2) to conform to the facts; (3) to correct a transcription error; (4) other (please explain).

PAGE   LINE   CHANGE                       REASON CODE:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 222

I, PROFESSOR ERNAN HARUVY, PhD, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____

PROFESSOR ERNAN HARUVY, PhD


THE STATE OF _____  )
COUNTY OF _____  )

Before me, _____, on this day personally appeared PROFESSOR ERNAN HARUVY, PhD, known to me (or proved to me under oath or through _____) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____day of _____, _____.

_____

NOTARY PUBLIC IN AND FOR

THE STATE OF _____

---

Page 223

REPORTER'S CERTIFICATION

I, Katherine Lenti, Certified Shorthand Reporter in and for the State of Illinois, hereby certify:

That the witness, PROFESSOR ERNAN HARUVY, PhD, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record;

That before the completion of the deposition, review of the transcript [X]was [ ]was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on February 5, 2026.

_____

KATHERINE LENTI

Illinois CSR 084.004958

Expiration Date:  05/31/27

Steno Agency



PROFESSOR ERNAN HARUVY, PHD                                    JOB NO. 2303727
FEBRUARY 03, 2026

PROFESSOR ERNAN HARUVY, PHD                                    JOB NO. 2303727
FEBRUARY 03, 2026

PROFESSOR ERNAN HARUVY, PHD                                          JOB NO. 2303727
FEBRUARY 03, 2026

PROFESSOR ERNAN HARUVY, PHD                                    JOB NO. 2303727
FEBRUARY 03, 2026

PROFESSOR ERNAN HARUVY, PHD                                    JOB NO. 2303727
FEBRUARY 03, 2026