IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBLOX CORPORATION,

Plaintiff,

v.

PLAYERAUCTIONS, INC.,

Defendant.

Case No.  25-cv-01139-MMC

**ORDER DENYING PLAINTIFF'S MOTIONS TO EXCLUDE DEFENDANT'S REBUTTAL WITNESS; GRANTING IN PART AND DENYING IN PART MOTIONS TO EXCLUDE OPINIONS**

Before the Court are plaintiff Roblox Corporation's two motions "to Exclude Defendant's Rebuttal Witness Ernan Haruvy," filed February 28, 2026.  Defendant PlayerAuctions, Inc. has filed opposition, to which plaintiff has replied. The matter came on regularly for hearing on May 8, 2026.  Alexis N. Wansac and Patrick Hammon of Pillsbury Winthrop Shaw Pittman LLP appeared on behalf of plaintiff.  Frank Daniel Rorie, Jr. of the Law Office of Frank D. Rorie Jr. appeared on behalf of defendant.

The Court, having considered the parties' respective written submissions as well as the arguments made at the hearing, and for the reasons set forth in detail on the record at the hearing, hereby rules as follows.

1.  Plaintiff's Motions to Exclude are hereby DENIED.

2.  Plaintiff's alternative Motions to Exclude Opinions are hereby GRANTED as to the subject of Antitrust and otherwise are DENIED without prejudice to specific objection at the time of trial.

**IT IS SO ORDERED.**

Dated: May 8, 2026

MAXINE M. CHESNEY
United States District Judge