PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ALEXIS N. WANSAC (*pro hac vice*)
alexis.wansac@pillsburylaw.com
SARAH T. STEHLE (*pro hac vice*)
sarah.stehle@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone:    650.233.4500
Facsimile:    650.233.4545

Attorneys for Plaintiff
ROBLOX CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>PLAYERAUCTIONS, INC.,<br><br>        Defendant. | Case No. 3:25-CV-01139-MMC<br><br>**ROBLOX CORPORATION'S MOTION TO FILE UNDER SEAL MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Roblox Corporation ("Roblox") respectfully moves this Court for an order permitting it to file under seal certain documents related to its Motion for Summary Judgment. PlayerAuctions does not join this motion, but it indicated a reservation of rights to review the ultimate filing. The parties have conferred about the de-designation of confidentially marked documents where noted below.

Roblox proposes redactions or filing under seal for the documents highlighted in blue below.

| DOCUMENT | ROBLOX'S POSITION: PORTION TO BE SEALED |
|---|---|
| Brief of Roblox Corporation | Portions, constituting confidential information.<br><br>Proposed redactions attached as **Exhibit 1** hereto.<br><br>This Exhibit to be kept under seal while PlayerAuctions is given a review period to propose any additional redactions. |
| Castronova Declaration | Portions, constituting confidential information (substance consistent with redactions included with previous filing, ECF No. 109)<br><br>Proposed redactions attached as **Exhibit 2** hereto. |
| Exhibit A (Castronova Report) | Portions, constituting confidential information (identical to redactions included with previous filing, ECF No. 109)<br><br>Proposed redactions attached as **Exhibit 3** hereto. |
| Butler Declaration | No redactions |
| Exhibit B (Butler Report) | No redactions |
| Exhibit C (Butler Report Exhibit) | No redactions |
| Exhibit D (Butler Report Exhibit) | No redactions |
| Jacobs Declaration | No redactions |
| Exhibit E (Roblox Sign-Up Page) | No redactions |
| Exhibit F (Roblox Community Standards, present) | No redactions |
| Exhibit G (Roblox Terms of Use, present) | No redactions |
| Exhibit H (Roblox Terms of Use, Effective on Jan. 2019) | No redactions |
| Sweet Declaration | No redactions |
| Exhibit I (Roblox's publicly available | No redactions |

| | |
|---|---|
| Developer Exchange Description) | |
| Exhibit J (Internal Document Related to Real Money Trading) | Roblox's proposes redactions of portions constituting confidential, commercially sensitive information, and portions which, if revealed, could create a security risk to Roblox's platform.<br><br>Proposed redactions attached as **Exhibit 4** hereto. |
| Bayley Declaration | No redactions |
| Exhibit K (list of Roblox's marks) | No redactions |
| Exhibit L (Roblox's trademark registration certificate compendium) | No redactions |
| Exhibit M (Roblox trademark use guideline) | No redactions |
| Sanchez Declaration | Roblox's proposes redactions of portions constituting confidential, commercially sensitive information.<br><br>Proposed redactions attached as **Exhibit 5** hereto. |
| Exhibit N (user complaint compendium) | Portions, constituting confidential information, including personal identifying information, and information about security processes.<br><br>Proposed redactions attached as **Exhibit 6** hereto. |
| Hammon Declaration | No redactions |
| Exhibit O (PlayerAuctions 30(b)(6) Dep. excerpts) | PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit P (Falk Radke Vol. I Dep. excerpts) | PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit Q (Falk Radke Vol. II Dep. excerpts) | PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit R (Richard Ibanez Dep. excerpts) | PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit S (excerpt of PlayerAuctions' Amended Responses to First Set of Interrogatories, dated Mar. 31, 2026) | No redactions.<br><br>Parties conferred and PlayerAuctions de-designated this document. |
| Exhibit T (excerpt of Roblox Corporation's Responses to First Set of Interrogatories of PlayerAuctions, dated July 25, 2025) | No redactions. |
| Exhibit U (publicly available Reddit post) | No redactions.<br><br>Roblox's screencapture of publicly available information. |
| Exhibit V (CFPB report, Roblox-PA-00001995-2032) | No redactions<br><br>Publicly available information. |
| Exhibit W (New York v. Valve Complaint) | No redactions |

| | |
|---|---|
| | Publicly available information. |
| Exhibit X (backlinks compilation document, PA001711-18, PA007456-58, PA005813-14, PA005665-67, PA009101-04, PA021341-42, PA008643-49) | The Parties have not yet conferred on the full scope of these documents.

PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit Y (cease and desist letters to PlayerAuctions, Roblox-PA-00001962-67) | No redactions. |
| Exhibit Z (blog posts by PlayerAuctions, Roblox-PA-00005656, Roblox-PA-00005703-04, PA000177-80, Roblox-PA-00005653-55) | No redactions

Roblox's screencapture of publicly available information or document provided by PlayerAuctions without confidentiality header and reflecting publicly available information. |
| Exhibit AA (PlayerAuctions publicly accessible website metadata) | No redactions.

Roblox's screencapture of publicly available information. |
| Exhibit BB ("What Roblox Face Are You?") | No redactions.

Roblox's screencapture of publicly available information. |
| Exhibit CC (PlayerAuctions' Account Valuation Tool) | No redactions.

Roblox's screencapture of publicly available information. |
| Exhibit DD (search engine optimization and keywords, PA005813-14, PA005665-67, PA005779-80, PA006343-400, PA001711-18) | The Parties have not yet conferred on the full scope of these documents.

PlayerAuctions requests keeping sealed pending review of material included as exhibit. |
| Exhibit EE (Negative reviews report, PA005790-91) | The Parties conferred as to this document.

PlayerAuctions requests this document be kept under seal. Roblox does not object. |
| Exhibit FF (Community report, PA018563-64) | The Parties conferred as to this document.

PlayerAuctions requests this document be kept under seal. Roblox does not object. |
| Exhibit GG (Public Reddit Post: *Guys Is It Legal*? PA004544) | No redactions.

Roblox's screencapture of publicly available information. |
| Exhibit HH (Email message, Roblox-PA-00001923-Roblox-PA-00001926) | No redactions. |
| Exhibit II (Roblox's 10-k, Roblox-PA-00002621-Roblox-PA-00002658) | No redactions.

Publicly available information. |
| Exhibit JJ (compendium of publicly viewable age-verified listings, | No redactions. |

-4-

| | |
|---|---|
| Roblox-PA-00019260-63, Roblox-PA-00019404-08, Roblox-PA-00019268-71) | Roblox's screencapture of publicly available information. |
| Exhibit LL (compendium of PlayerAuctions' publicly viewable listings, Roblox-PA-00005246, Roblox-PA-00005248, Roblox-PA-00005250, Roblox-PA-00005290, Roblox-PA-00005292, Roblox-PA-00005607, Roblox-PA-00005616, Roblox-PA-00005668) | No redactions.<br><br>Roblox's screencapture of publicly available information. |
| Exhibit MM (user complaints log, PA001570) | The Parties conferred as to this document.<br><br>PlayerAuctions requests this document be kept under seal. Roblox does not object. |
| Exhibit NN (PlayerAuctions' terms of use, PA000078-92) | No redactions.<br><br>No confidentiality marking. Publicly available document. |
| Exhibit OO (email thread, PA000239-41) | No redactions<br><br>No confidentiality marking. |
| Exhibit PP (compendium of cease and desist letters and takedown notices, numbers PA000292-PA000332, PA000333-38, PA015868-69, PA000223, PA000233) | No redactions<br><br>No confidentiality marking. |
| Exhibit QQ (PlayerAuctions' Secure Buyer Delivery Agreement, PA000046-53) | No redactions<br><br>No confidentiality marking. Publicly available document. |
| Exhibit RR (PlayerAuctions' Secure Seller Delivery Agreement, PA000054-62) | No redactions<br><br>No confidentiality marking. Publicly available document |
| Exhibit SS (PlayerAuctions' Help Page describing After-Sale Protection, PA000385-87) | No redactions<br><br>No confidentiality marking. Publicly available document |
| Exhibit TT (publicly available image capturing PlayerAuctions' Roblox Items Listing Page, Roblox-PA-00005668-73) | No redactions.<br><br>Roblox's screencapture of publicly available information. |
| Exhibit UU (publicly available image capturing a PlayerAuctions' item listing, Roblox-PA-00005242-43) | No redactions.<br><br>Roblox's screencapture of publicly available information |
| Exhibit VV (PlayerAuctions' Image and Display Banner Design Guidelines, PA000526-27) | No redactions.<br><br>Parties conferred and PlayerAuctions de-designated this document. |

| Exhibit WW (PlayerAuctions' Guidelines for Onsite Search Engine Optimization Content, PA000530-31) | No redactions. Parties conferred and PlayerAuctions de-designated this document. |
|---|---|
| Exhibit XX (age-verified listings, PA02633') | The Parties conferred as to this document. PlayerAuctions requests this document be kept under seal. Roblox does not object. |
| Exhibit YY (publicly available article, Avoiding Fake PlayerAuctions Discord Servers) | No redactions. Roblox's screencapture of publicly available information. |
| Exhibit ZZ (publicly available Reddit post regarding PlayerAuctions impersonators) | No redactions. Roblox's screencapture of publicly available information. |

Each of these materials contains information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Court's Stipulated Protective Order (Dkts. 72-1, 73). As set forth below, compelling reasons exist under to maintain these materials under seal in their entirety because public disclosure would result in concrete competitive, security, and operational harm, as well as expose Roblox's users to harm.

## II.    LEGAL STANDARD

A party seeking to file documents under seal in connection with a motion for summary judgment must establish "compelling reasons" to seal the requested portions under Federal Rule of Civil Procedure 26(c). *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016) (finding that motions that are "more than tangentially related to the underlying causes of action," such as summary judgment motions, must use the "compelling reasons" standard). Compelling reasons exist where the moving party provides specific "factual findings that outweigh the general history of access and public policies favoring disclosure." *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "In general, compelling reasons exist to seal materials that are 'sources of business information that might harm a litigant's competitive standing.'" *Regis Metro Associates, Inc. v. NBR Co., LLC*, 2022 WL 267443, at \*14 (N.D. Cal. Jan. 28, 2022) (granting motion to seal because the documents contained sensitive business information or were subject to confidentiality agreements). Courts have also held that compelling reasons exist to seal materials reflecting "trade secrets, marketing strategies, product development plans, detailed product-specific financial information, customer information, internal reports and other such materials

-6-

that could harm a party's competitive standing." *In re Apple Inc. Device Performance Litig.*, 2019 WL 1767158, at *2 (N.D. Cal. Apr. 22, 2019) (collecting cases). Furthermore, "confidential business information in the form of license agreements, financial terms, details of confidential licensing negotiations, and business strategies satisfies the 'compelling reasons' standard." *Baird v. BlackRock Inst. Tr. Co.*, 403 F. Supp. 3d 765, 792 (N.D. Cal. 2019).

Under Civil Local Rule 79-5, the sealing request must identify the material sought to be sealed and establish that it is sealable. Here, the materials consist of confidential expert reports and deposition testimony discussing non-public operational systems, proprietary economic modeling, internal enforcement mechanisms, and commercially sensitive data. As set forth below, disclosure of this information would result in concrete competitive and operational harm sufficient to satisfy Rule 26(c).

## III.  ARGUMENT

### A.  Roblox's Documents

Roblox proposes that the majority of its documents remain public, with only narrowly tailored redactions limited to non-public, sensitive commercial information, trade secrets, and user-identifying information, as well as information that could create security circumvention risks. Courts in this District routinely find compelling reasons to seal such categories of information, particularly where disclosure would expose proprietary business practices, facilitate misconduct, or compromise user safety. *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569-70 (9th Cir. 2008) (pricing terms, royalty rates, and guaranteed minimum payment terms kept under seal where release of such terms would irreparably damage a party); *Opperman v. Path, Inc.,* 2017 WL 1036652, at *1, 4, 7 (N.D. Cal. Mar. 17, 2017) (proprietary code, trade secrets, and documents likely to cause competitive harm or create a security risk warranted sealing); *Rodman v. Safeway Inc.*, 2015 WL 13673842, at *2 (N.D. Cal. Aug. 4, 2015) (granting motion to seal documents evidencing pricing strategy, business decision-making, customer research, and financial records, which would expose party to competitive harm if disclosed).

#### i.    Redactions to Roblox's Motion for Summary Judgment (Exhibit 1 Hereto)

Roblox proposes modest redactions to its Motion for Summary Judgment that are consistent with its confidentiality obligations to PlayerAuctions, including redaction of sensitive commercial information, such as information related to its competitive business strategy, advertising practices, and

financial data.[1] Courts have consistently recognized that such information—particularly where it reflects internal strategy and non-public financial metrics—meets the "compelling reasons" standard because disclosure would harm a party's competitive standing. *See Regis Metro Assocs., Inc. v. NBR Co., LLC*, 2022 WL 267443, at *14 (N.D. Cal. Jan. 28, 2022) (sealing "sensitive business-related materials"). As Roblox understands it, PlayerAuctions reserves the right to review Roblox's Motion for Summary Judgment and propose additional redactions.

### ii.    Dr. Castronova's Declaration and Report (Exhibits 2-3 Hereto)

The redactions proposed are consistent with those accepted by the Court at ECF No. 109. Dr. Castronova's declaration and report, where redacted, discusses Roblox's internal handling of off-platform real-money trading ("RMT") issues, including information derived from interviews with Roblox's internal personnel and confidential materials produced in discovery regarding enforcement burdens, fraud exposure, chargeback impacts, and economic modeling. It also includes information about PlayerAuctions' security systems and financials. For Roblox, the redacted declaration and report of Dr. Castronova reflects analysis of how RMT affects enforcement burdens and fraud exposure. Public disclosure of the expert analyses, internal assumptions, and enforcement focus areas would inform third-party RMT operators of Roblox's investigative priorities, harm theories, and strategic approach. Disclosure would allow those operators to adjust behavior to evade detection, mitigate exposure, or exploit perceived enforcement constraints, and, as such, would therefore impair Roblox's ongoing monitoring and enforcement efforts. *See Opperman*, 2017 WL 1036652, at * 7 (documents likely to create a security risk warranted sealing).

### iii.    Exhibit J and Rick Sanchez Declaration (Exhibits 4-5 Hereto)

The redactions proposed contain information related to Roblox's internal handling of off-platform RMT issues, confidential materials produced in discovery regarding enforcement burdens, fraud exposure, chargeback impacts, and economic modeling. Public disclosure of the analyses, internal assumptions, ban metrics, and enforcement focus areas would inform third-party RMT

---

[1] The Ninth Circuit has, in striving to keep trade secrets as secret, identified a trade secret in this context as "any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it." *In re Elec. Arts, Inc.,* 298 Fed. Appx. 568, 569 (9th Cir. 2008).

operators of Roblox's investigative priorities, harm theories, and strategic approach. Disclosure would allow those operators to adjust behavior to evade detection, mitigate exposure, or exploit perceived enforcement constraints, and, as such, would therefore impair Roblox's ongoing monitoring and enforcement efforts. *See Opperman*, 2017 WL 1036652, at * 7 (documents likely to create a security risk warranted sealing); *In re Google Inc. Gmail Litig.*, 2013 WL 5366963, at *2 (N.D. Cal. Sept. 25, 2013) (sealing information related to the mechanics of how Google works).

### iv.    Exhibit N (Exhibit 6 Hereto)

The proposed redactions to Exhibit N include both:

(1) confidential information relating to Roblox's internal handling of RMT issues, including extensive notes detailing the exact factors that RMT agents are looking at when reviewing account security issues; and

(2) personal identifying information of Roblox users, including names, phone numbers, and IP addresses.

Courts consistently find compelling reasons to seal personally identifiable information and sensitive user data to protect privacy interests and prevent misuse. *See Kamakana*, 447 F.3d at 1184-85 (recognizing privacy interests as a factor supporting sealing). In addition, for the reasons described above, disclosure of internal analyses regarding RMT enforcement would risk enabling third parties to evade detection and exploit Roblox's systems. In essence, revealing this information to the public would be like handing a code to a safecracker so that they could learn exactly what metrics to look for in order to avoid detection.

The combination of user privacy concerns and platform-integrity risks provides compelling reasons to maintain these limited redactions under seal. *See TriQuint Semiconductor, Inc. v. Avago Techs. Ltd.*, 2011 WL 4947343, at *2-3 (D. Ariz. Oct. 18, 2011) (sealing customer identifying information); *UnifySCC v. Cody*, Case No. 5:22-cv-01019-BLF, 2024 WL 4752092 at *2 (N.D. Cal. Oct. 24, 2024) (collecting cases where compelling reasons existed to "to seal personally identifying information, such as names, addresses, phone numbers, and email addresses."); *Snapkeys, Ltd. v. Google LLC*, No. 19-CV-02658, 2021 WL 1951250, at *3 (N.D. Cal. May 14, 2021) (collecting cases).

**B.  PlayerAuctions' Documents Requested Under Seal**

Roblox requests that the documents of PlayerAuctions identified in the above chart remain under seal pending PlayerAuctions' review of the specific material included in Roblox's filing. These requested sealings are narrowly tailored. During meet and confer, PlayerAuctions did not seek sealing of its publicly available terms, help pages, buyer and seller agreements, public listings, public Reddit posts, public articles, or publicly accessible website materials. Instead, the above requests are limited to materials that reveal non-public marketing practices, complaint and community-report information, age-verification-related listings, and deposition testimony pending review. Such information qualifies as confidential commercial and operational information whose disclosure could cause competitive or platform-integrity harm. Accordingly, compelling reasons support sealing PlayerAuctions' designated materials under Rule 26(c), Civil Local Rule 79-5, and the authorities cited above.

## IV.    CONCLUSION

For the foregoing reasons, Roblox respectfully requests that the Court allow redactions as contemplated in **Exhibit 1-6** hereto, and requests that the PlayerAuctions documents remain under seal, at least pending PlayerAuctions' review of what Roblox filed.

Dated: May 11, 2026                    PILLSBURY WINTHROP SHAW PITTMAN LLP


                                       */s/ Patrick Hammon*
                                       PATRICK HAMMON
                                       ALEXIS N. WANSAC (*pro hac vice*)
                                       SARAH T. STEHLE (*pro hac vice*)

                                       Attorneys for Plaintiff,
                                       ROBLOX CORPORATION