IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBLOX CORPORATION,

Plaintiff,

v.

PLAYERAUCTIONS, INC.,

Defendant.

Case No. 25-cv-01139-MMC

**ORDER DEFERRING RULING ON PLAINTIFF'S MOTION TO FILE UNDER SEAL; AFFORDING DEFENDANT OPPORTUNITY TO FILE RESPONSIVE DECLARATION**

Re: Dkt. No. 117

Before the Court is plaintiff Roblox Corporation's ("Roblox") "Motion to File Under Seal for Summary Judgment Pursuant to Local Rule 7-11 and 79-5," filed May 11, 2026, whereby Roblox proposes redactions of six documents containing information it designated confidential and "requests that the [ten] documents of PlayerAuctions identified [therein] remain under seal pending PlayerAuctions' review of the specific material included in Roblox's filing." (See Doc. No. 117 at 10:2-3.) To date, PlayerAuctions has not filed a responsive declaration.

Roblox, for the second time in the instant action, has filed a deficient motion to seal.[1] Here, Roblox fails to move under the applicable subsection as to sealing a document "designated confidential by another party." See Civil L.R. 79-5(f) (stating filing party "must, instead of filing an Administrative Motion to File Under Seal, file an

---

[1] On March 24, 2026, the Court deferred ruling on Roblox's then pending, earlier motion to seal, for the reason that "[a]lthough the motion [wa]s brought pursuant to Rule 79-5 of the Civil Local Rules of this District, it ha[d] not been filed in accordance with the provisions thereof." (See Doc. No. 91 at 1:20-22).

United States District Court
Northern District of California

Administrative Motion to Consider Whether Another Party's Material Should Be Sealed"). Given that the motion was not filed properly under the Civil Loval Rules of this District see Civil L.R. 79-5(f)(5), the Court affords PlayerAuctions the opportunity to file a responsive "statement and/or declaration" setting forth, with the requisite specificity, "the reasons warranting sealing of the material it has designated confidential,  see Civil L.R. 79-5(f)(3); see id. 79-5(c)(1)).

Accordingly, the Court hereby DEFERS ruling on Roblox's Motion to File Under Seal and affords PlayerAuctions an opportunity to file a responsive declaration or statement.  Any such response shall be filed no later than June 16, 2026.

**IT IS SO ORDERED.**

Dated: June 9, 2026

MAXINE M. CHESNEY
United States District Judge