UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBLOX CORPORATION,

Plaintiff,

v.

PLAYERAUCTIONS, INC.,

Defendant.

Case No. 25-cv-01139-MMC   (SK)

**ORDER ON DISCOVERY DISPUTE REGARDING ERRATA**

Regarding Docket No. 119

Now before the Court is the dispute between the parties regarding the errata submitted by Defendant PlayerAuctions, Inc. to a deposition transcript pursuant to Federal Rule of Civil Procedure 30(e).  Plaintiff Roblox Corporation seeks to strike Changes Nos. 1-3, 20, 27-29, 42, 45-46, 51-54, 76-77, and 91 to the deposition transcript of Richard Ibanez (Dkt. No. 120 (Decl. of Patrick Hammon, Ex. A)) because those changes contain substantive revisions not allowed by Rule 30(e).  "Rule 30(e) is to be used for corrective, and not contradictory, changes." *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1226 (9th Cir. 2005) (errata making substantive changes to deposition testimony to avoid summary judgment may be struck as a sham declaration).  Defendant does not oppose this motion.  (Dkt. No. 123.).  Therefore, the undersigned GRANTS the motion to strike the changes challenged by Plaintiff; those changes are Changes Nos. 1-3, 20, 27-29, 42, 45-46, 51-54, 76-77, and 91 to the deposition transcript of Richard Ibanez.

**IT IS SO ORDERED**.

Dated: June 10, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California