PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ALEXIS N. WANSAC (*pro hac vice*)
alexis.wansac@pillsburylaw.com
ANDREW J. WU (326268)
andrew.wu@pillsburylaw.com
2400 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500
Facsimile: 650.233.4545

Attorneys for Plaintiff
ROBLOX CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYERAUCTIONS, INC.,<br><br>Defendant. | Case No. 3:25-CV-01139-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ADVISE THE COURT**<br><br>Judge: Hon. Maxine M. Chesney |

**STIPULATION**

Plaintiff Roblox Corporation ("Roblox") and Defendant PlayerAuctions, Inc. ("PlayerAuctions") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 28, 2026, the Court informed the Parties of a conflict with the currently scheduled November 9, 2026 trial date (Dkt. 143);

WHEREAS, the Parties were ordered to jointly advise the Court by September 8, 2026, of potentially moving the current trial date to November 16, 2026 (*id.*);

WHEREAS, the Parties subsequently met and conferred, and Roblox's counsel informed PlayerAuctions' counsel that he has a final pretrial conference in an older Los Angeles matter on September 9, 2026, during which a new trial date is expected;

WHEREAS, in light of that circumstance, the Parties hereby stipulate and respectfully request that they be permitted to jointly provide their input to this Court on September 10, 2026, as to whether a November 16 trial date is workable.

IT IS SO STIPULATED.

Dated: September 8, 2026

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Patrick Hammon*

PATRICK HAMMON
ALEXIS N. WANSAC (*pro hac vice*)
ANDREW J. WU

Attorneys for Plaintiff,
ROBLOX CORPORATION

Dated: September 8, 2026

LAW OFFICE OF FRANK D. RORIE JR.

*/s/ Frank D. Rorie Jr.*

FRANK D. RORIE JR.

Attorney for Defendant,
PLAYERAUCTIONS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby certifies that all signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing of this document.

*/s/ Patrick Hammon*
PATRICK HAMMON

**[PROPOSED] ORDER**

Having reviewed the Parties' Stipulation and good cause appearing therefor, the Court hereby grants the Stipulation and orders as follows:

The Parties' deadline to jointly report to the Court as to whether a November 16, 2026 trial date is workable shall be continued from September 8, 2026 to September 10, 2026.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE