UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBLOX CORPORATION,
Plaintiff,
v.
PLAYERAUCTIONS, INC.,
Defendant.

Case No. 25-cv-01139-MMC (SK)

**ORDER STRIKING MOTION WITHOUT PREJUDICE**

Regarding Docket No. 160

On September 28, 2026, Roblox Corporation filed a noticed motion for an order to retain its confidentiality designations. That motion was filed in violation of the Court's Standing Order with respect to discovery disputes. The Court, therefore, STRIKES the noticed motion. However, this Order is without prejudice to the Roblox bringing this dispute to the Court's attention through a joint letter discovery brief in accordance with the Court's Standing Order.

**IT IS SO ORDERED**.

Dated: September 29, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California