**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**FURTHER SETTLEMENT CONFERENCE MINUTES**

| | | |
|---|---|---|
| **Date:** October 19, 2026 | **Time:** 5:00 PM - 5:06 PM (6 minutes) | **Judge:** Kandis A. Westmore |
| **Case No.**: 25-cv-01139-MMC | **Case Name:** Roblox Corporation v. PlayerAuctions, Inc. | |

**For Plaintiff(s):** Patrick Hammon
**For Defendant(s):** NA

**Deputy Clerk:** Cindy C. Fan **Court Reporter:** Not reported/recorded.

**PROCEEDINGS**

Further Settlement discussions held via Zoom Conference Call.